IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBYN WILSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BOOZ ALLEN HAMILTON INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:23-cv-00043 (PTG) (IDD) |

**DEFENDANT BOOZ ALLEN HAMILTON INC.'S MOTION TO DISMISS**

Defendant Booz Allen Hamilton Inc., through undersigned counsel, respectfully requests the Court dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(b)(7), and grant such further relief as this Court may deem just and proper, for the reasons set forth in the accompanying memorandum of law.

Undersigned counsel has conferred with Plaintiffs' counsel and understand that Plaintiffs intend to oppose the requested relief.

Dated:  March 10, 2023

Respectfully submitted,

*/s/* Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
Sonia Tabriz (VA Bar # 85822)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.5000
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

Lori B. Leskin (*pro hac vice*)
Elie Salamon (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.8000
Fax: 212.836.8689
Lori.Leskin@arnoldporter.com
Elie.Salamon@arnoldporter.com

*Counsel for Booz Allen Hamilton Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2023, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

/s/ Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.5000
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com

*Counsel for Booz Allen Hamilton Inc.*