# EXHIBIT A

OMB APPROVAL NUMBER:

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING: N/A | PAGE OF |
|---|---|---|---|
| | | | 1    21 PAGES |

| 2. CONTRACT NO. **AG-3187-C-16-9000** | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION  SEALED BID (IFB)  NEGOTIATED (RFP) | 5. DATE ISSUED  May 05, 2017 | 6. REQUISITION/PURCHASE NO. N/A |
|---|---|---|---|---|

| 7. ISSUED BY                                CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| USDA Forest Service, Acquisition Management Operations (W0) 1400 Independence Ave.; SW Mail Stop 1138 Washington, DC 20250 | |

NOTE:  In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder."

### SOLICITATION

9.    Offers must be mailed in hard copy and emailed to   no later than_____Eastern Daylight Time_____

(Time)                                                                                     (Date)

CAUTION ⊂ LATE Submissions, Modifications, and Withdrawals:  See Section L, Provision No. 52.215-1.  All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | 1.    NAME  William D. Ott / Senior Vice President | B.  TELEPHONE NO.  (NO COLLECT CALLS)  AREA CODE    NUMBER         EXT. | C.  E-MAIL ADDRESS |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I   THE  SCHEDULE | | | | PART II   CONTRACT   CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 14-19 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III   LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 3 | X | J | LIST OF ATTACHMENTS | 20 |
| X | D | PACKAGING AND MARKING | 4 | | | PART IV   REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 5 | | | | |
| X | F | DELIVERIES OR PERFORMANCE | 6-8 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 21 |
| X | G | CONTRACT ADMINISTRATION DATA | 9-10 | | | | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 11-13 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | | | | X | M | EVALUATION FACTORS FOR AWARD | |

### OFFER (Must be fully completed by offeror)

NOTE:  Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12.    In compliance with the above, the undersigned agrees, if this offer is accepted within   180        calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT  (See Section I, Clause No. 52.232-8) ⊂ | 10 CALENDAR DAYS  % | 20 CALENDAR DAYS  % | 30 CALENDAR DAYS  % | CALENDAR DAYS  % |
|---|---|---|---|---|

| 14.  ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amend- ments to the SOLICITATION for offerors and  related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE                         FACILITY | 1.    NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|
| | BOOZ ALLEN HAMILTON 8283 GREENSBORO DRIVE MCLEAN, VIRGINIA 22102 CAGE CODE: 17038 DUNS:  006928857 | |

| 15B.  TELEPHONE NUMBER  AREA CODE    NUMBER         EXT. | 15C. CHECK IF REMITTANCE ADDRESS  [ ]   IS DIFFERENT FROM ABOVE.  ENTER  SUCH ADDRESS IN SCHEDULE | 17. SIGNATURE  *Bill Ott* | 18. OFFER DATE  05/05/2017 |
|---|---|---|---|

### AWARD (To be completed by Government)

| 19.  ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION  FS.EX.1324.AS.0707, Fund = FS0000FDFD |
|---|---|---|

| 22.  AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETI- TION:  [ ]  10 U.S.C. 2304© (        )  [ ]  41 U.S.C. 253© (        ) | 23.  SUBMIT INVOICES TO ADDRESS SHOWN IN  (4 copies unless otherwise specified) ⊂ | ITEM |
|---|---|---|

| 24.  ADMINISTERED BY (If other than Item 7)            CODE | 25.  PAYMENT WILL BE MADE BY            CODE  SEE CLAUSE |
|---|---|

| 26.  NAME OF CONTRACTING OFFICER (Type or print) | 27.  UNITED STATES OF AMERICA  SHAUN MARNIEN  Digitally signed by SHAUN MARNIEN DN: c=US, o=U.S. Government, ou=Department of Agriculture, cn=SHAUN MARNIEN, 0.9.2342.19200300.100.1.1=12001002881218  (Signature of Contracting Officer) | 28.  AWARD DATE  5/8/2017 |
|---|---|---|

IMPORTANT ⊂ Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Authorized for Local Reproduction

**Section B**
**Services and Prices/Costs**
**R1S Support Services**

See attachment 1, "Bid Schedule".

ALL SERVICES TO BE PROVIDED UNDER THIS CONTRACT WILL BE PERFORMED IN ACCORDANCE WITH ALL ATTACHMENTS IN SECTION J.  INVOICES WILL BE PROVIDED IN ACCORDANCE WITH PRICING AS SUBMITTED BY BOOZ ALLEN HAMILTON IN **ATTACHMENT 13**, DATED MARCH 25, 2016.

**Section C**
**Performance Work Statement**
**R1S Support Services**

**C. Performance Work Statement**

ALL SERVICES TO BE PROVIDED UNDER THIS CONTRACT WILL BE PERFORMED IN
ACCORDANCE WITH THE REQUEST FOR PROPOSAL AG-3187-S-15-1000, THE
PERFORMANCE WORK STATEMENT (ATTACHMENT 1), THE PERFORMANCE
REQUIREMENTS SUMMARY, ALL OTHER ATTACHMENTS IN SECTION J, AND THE
PROPOSAL PROVIDED BY BOOZ ALLEN HAMILTON DATED MARCH 25, 2016.

**Section D**
**Packaging and Marking**
**R1S Support Services**

**D.1** **Packaging for Shipment**

All material shall be packed for shipment in such a manner that will ensure acceptance by common carrier and safe delivery at destination. Containers and closures shall comply with the Interstate Commerce Commission regulations, Uniform Freight Classification rules, or regulations of other carriers as applicable to the mode of transportation.

Damaged materials will be replaced by the Contractor at no cost to the Government.

A Government furnished packing slip form shall accompany each shipment.

**D.2** **Shipping Receipts**

Receipts from common carriers for shipment of materials shall be retained by the Contractor and be made available to the Contracting Officer upon request.

**D.3** **Shipping Container Markings**

All shipping containers shall be clearly marked with a delivery address.

**D.4** **Shipping Insurance**

All shipments shall be Free On Board (FOB) destination, insured against loss or damage, and shall carry sufficient insurance to cover the full replacement value of the item(s) being shipped.

**Section E**
**Inspection and Acceptance**
**R1S Support Services**

---

**E.1      FAR 52.252-2      Clauses Incorporated By Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

https://acquisition.gov/far/index.html

http://www.dm.usda .gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|---|---|
| FAR 52.246-2 | Inspection of Supplies – Fixed Price (AUG 1996) |
| FAR 52.246-4 | Inspection of Services – Fixed Price (AUG 1996) |
| FAR 52.246-15 | Certificate of Conformance (APR 1984) |
| FAR 52.246-16 | Responsibility for Supplies (APR 1984) |

---

**Section F**
**Deliveries or Performance**
**R1S Support Services**

## F.1    FAR 52.252-2        Clauses Incorporated by Reference (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html
http://www.dm.usda_.gov/procurement/policy/agar.html
(End of clause)

| Clause | Title |
|---|---|
| FAR 52.217-2 | Cancellation Under Multi-year Contracts (OCT 1997) |
| FAR 52.242-15 | Stop Work Order (AUG 1989) |
| FAR 52.242-17 | Government Delay of Work (APR 1984) |

## F.2    Cancellation  Ceiling

The Government reserves the right to cancel this contract, at any time after the first program year, in accordance with the provisions of FAR 52.217-2, Cancellation Under Multi-year Contracts, as incorporated in Section I of this contract.  Additionally, the contractor shall submit with their proposal, estimated termination costs for the base period, by fiscal year, in the event the contract is cancelled pursuant to FAR 52.217-2, Cancellation under Multi-Year Contracts.  However, the government's obligation for cancellation costs under this provision shall not exceed $1,000,000 for the base period as follows:

Base Period Year 1:   $   1,000,000
Base Period Year 2:   $      800,000
Base Period Year 3:   $      600,000
Base Period Year 4:   $      400,000
Base Period Year 5:   $      200,000

## F.3    AGAR FAR SUP 452.211-74        Period of Performance   (FEB 1988)

The period of performance of this contract is as follows:

| | |
|---|---|
| Phase-in | 1 July 2017 – 30 September 2018 |
| Base Period | 1 October 2018 – 30 September 2023 |
| Award Term 1 | 1 October 2023 – 30 September 2024 |
| Award Term 2 | 1 October 2024 – 30 September 2025 |
| Award Term 3 | 1 October 2025 – 30 September 2026 |
| Award Term 4 | 1 October 2026 – 30 September 2027 |
| Award Term 5 | 1 October 2027 – 30 September 2028 |

(End of Clause)

## F.4    PERFORMANCE OF SERVICES

This contract is a performance based contract and will be monitored in accordance with the terms and conditions identified within the contract and in the Performance Requirements Summary (PRS) located at Section J.  The purpose of the PRS is to define performance evaluation and

**Section F**
**Deliveries or Performance**
**R1S Support Services**

incentives.  The PRS:

- Lists the Performance Work Statement (PWS) requirements that the Government will monitor.  The absence of any contract requirement from the PRS shall not detract from its enforceability or limit the rights or remedies of the Government under any other provisions of the contract, including the clauses entitled "Inspection of Services" and "Default."
- Defines the standard of performance for each listed service.
- Sets forth the maximum allowable deviation from standard performance for that service performance requirement that may occur before the Government will invoke the payment computation formula resulting in a payment of less than 100 percent of the maximum payment for the listed service.
- Sets forth the surveillance methods the Government will use to evaluate the Contractor's performance in meeting contract standards for the listed tasks.

In addition, the "Award Term Plan" at Section J and attached is an additional tool to assess contractor performance and incentivize the contractor to earn or deduct Award Terms.

## F.5   DELIVERABLES

Deliverables shall be created in an agreed to electronic format. Electronic copy of each deliverable shall be delivered to the COR and other Points of Contact as required. The Government will provide comments in electronic form to the Contractor on all draft versions of deliverables within ten (10) working days of the receipt of the draft.  Deliverables shall be considered to have been accepted by the Government if no comments are provided within 10-working days.

All written deliverable products must be written in a clear, concise, and professional manner and spell-checked using MS Word compatible spell-checker or equivalent.  All deliverables shall become property of the government. The government may, at its discretion, make any deliverables identified in the table below available to the public through the Freedom of Information Act (FOIA) process.

The Contractor shall submit the deliverables listed in the following table:

**Section F**
**Deliveries or Performance**
**R1S Support Services**

| SECTION | TITLE | DUE DATE |
|---------|-------|----------|
| PWS 5.2.8. | Disaster Recovery Plan | Draft version delivered with MVP; final delivered NLT 90 prior to go-live and annually on 1 July of each year of contract performance with interim updates provided as required* |
| PWS 5.2.16. | Quality Control Plan | 1 September of each year of contract performance with interim updates provided as required* |
| PWS 5.6.6. | Key Personnel Listing | 1 September of each year of contract performance with interim updates provided as required* |
| PWS 5.3.3. | Marketing Plan | Draft version due 1 March 2018; Final plan due 1 July 2018 and annually on 1 July each year of contract performance with interim updates provided as required* |
| PWS 5.6.1. | Security Plan | Draft due NLT 45 days after contract award; final due 1 July 2017 and no less than annually with interim updates as required* |
| PWS 5.6.3. | Section 508 Certification | 1 July 2018 and annually of each year of contract performance thereafter with interim updates provided as required* |
| PWS 5.6.8. | Monthly Performance Report | To be submitted as part of the monthly invoice package |
| PWS 5.6.14. | Program Management Reviews | Monthly for the first 6 months following contract award, and then spaced no more than 60 calendar days apart. |
| PWS 5.6 | OMB Reporting | Ongoing support of R1S data reporting requirements. |
| PWS 5.6.9 | Annual System Audit | 1 December 2019 and 1 December of each subsequent year of contract performance thereafter. |
| Attachment 3: Award Term Plan | Award Term Plan Contractor's Self-Assessment | No later than 15 calendar days after the end of each evaluation period listed in Table 2 of Attachment 3 |
| Attachment 3: Award Term Plan | Contractor's Performance Briefing to ATRB | To be scheduled annually IAW paragraph 4d of Attachment 3; Award Term Plan.  Historically has been scheduled around the first week of December in Washington D.C. R1S PMO will strive to provide the contractor at least 60 calendar days advance notice, however 60 days may not always be possible. |

\* Interim updates may be required for many reasons such as policy, regulatory or statutory changes, or changes in the R1S system technologies and/or functionalities.  The R1S PMO shall give the contractor *at least* 30 calendar days to prepare & deliver interim updates.

**Section G**
**Contract Administration Data**
**R1S Support Services**

## G.1   CONTACT   INFORMATION

Contracting Officer (CO):
Ms. Erin Saelens
703-605-4784
elsaelens@fs.fed.us

Program Manager (PM):
Rick DeLappe
303-969-2608 (Office)
202-536-8110  (Mobile)
rick_delappe@nps.gov

Contracting Officer's Representative (COR):
Mark Salansky
303-319-6956
mpsalansky@fs.fed.us

## G.2   CONTRACTING OFFICER'S   REPRESENTATIVE   (COR)

The Contracting Officer (CO) will appoint, by letter, a COR, who will have the responsibility of ensuring that the work conforms to the requirements of the contract and such other responsibilities and authorities as may be specified in the letter of authorization issued at time of contract award. It is understood and agreed that the COR shall not have authority to make changes in the scope or terms and conditions of the contract unless, and only to the extent that, such authority is specified in the letter of authorization. The resultant Contractor is hereby forewarned that, absent the requisite authority of the COR to make any such changes, the Contractor may be held fully responsible for any changes not authorized in advance, in writing, by the CO; may be denied compensation or other relief for any additional work performed that is not so authorized; and may also be required, at no additional cost to Rec.gov, to take all corrective action necessitated by reason of the unauthorized change(s).

The COR will be responsible for: (1) monitoring the Contractor's technical progress, including the surveillance and assessment of performance, and recommending to the CO changes in requirements; (2) interpreting the Scope of Work; (3) performing technical evaluation, as required; (4) performing technical inspections and acceptances required by this contract; and (5) assisting the CO in the resolution of technical problems encountered during performance.

**The CO is responsible and has the sole authority for directing and/or negotiating any changes in the terms, conditions, or amounts cited in the contract. Increases in the scope of work shall be approved by the CO.**

For guidance from the COR to the Contractor to be valid, it must: (1) be consistent with the description of the work set forth in this contract; (2) not constitute new assignment of work or change the expressed terms, conditions, or specifications incorporated into this contract; (3) not constitute a basis for an extension to the period of performance or contract delivery schedule; and



(4) not constitute a basis for any increase in the total contract value.

## G.3     PAYMENT AND INVOICING

The Contractor may invoice Recreation One Stop (R1S) on a monthly basis via submission of a proper invoice or voucher.  The invoice/voucher must match contract line items and price offered in Attachment 13, reference in Section B, of this contract and complies with the PRS.

Each monthly invoice shall be submitted electronically as a complete package containing all relevant and required supporting documentation.  The Contractor shall not submit individual items of a monthly invoice package using a piecemeal approach.

The Government and Contractor shall establish specific invoice submission procedures and timelines upon contract award and this contract will be modified to include these procedures.

**Section H**
**Special Contract Requirements**
**R1S Support Services**

**H.1   FAR 52.252-2          Clauses Incorporated by Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html
http://www.dm.usda .gov/procurement/policy/agar.html

(End of clause)

**H.2   AGAR FAR SUP 452.237-74     KEY PERSONNEL (FEB 1988)**

(a) The Contractor shall assign to this contract the following key personnel: ***Program Manager, Deputy Program Manager, Technical Lead, and Agency Liaisons.***
(b) During the first ninety (90) days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.
(c) The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes of key personnel.

(End of Clause)

**H.3   OPTION PERIODS AS AWARD TERMS**

The Government is limiting its discretion in exercising options under this contract as an incentive for exceptional contractor performance.  In addition to the FAR 17.207 factors for the exercise of an option period), the Government will monitor contractor performance to allow the contractor, through superior or exceptional performance, to earn the exercise of one or more option periods. The Government will not exercise any option periods not earned by the contractor.  This contract refers to these earned one-year option periods as "award terms."  The exercise of award terms in one-year increments will neither shorten the base period of this contract nor extend the contract beyond a total of 11 years and 3 months from the date of award.  The Award Term Plan in Section J, and attached "Award Term Plan" sets forth how the Government will monitor and evaluate contractor performance and determine whether the contractor has earned an award term.

Once earned, a contractor may lose an earned award term for subsequent poor or inconsistent performance. Additionally, exercise of all award terms is conditioned on continued contractor responsibility at the time of exercise of each award term (option period).  Neither failure to earn

**Section H**
**Special Contract Requirements**
**R1S Support Services**

an award term, nor the loss of an earned award term based on subsequent performance or lack of responsibility, constitutes a termination as defined in FAR Part 49.

The Government will exercise an award term unilaterally by providing the Contractor the required notice under FAR 52.217-9.  Because of the ability to lose an earned award term, the Contracting Officer will not modify the contract, and the Contractor does not have a right to an award term, until time for the exercise of an earned award term period.

## H.4    FAR 52.222-49    Service Contract Act – Place of Performance Unknown (MAY 2014)

The FAR Clause at 52.222-49 is applicable to this contract.  In addition, this contract is subject to the Service Contract Act; however, the place of performance is unknown when this solicitation is issued.  Upon contract award, the Contracting Officer will request wage determinations for the places or areas of performance identified by the Contractor to be applicable. However, a wage determination will be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

<div align="center">(End of clause)</div>

## H.6    Protecting Data and Information

(a) **Applicability**:  This clause applies to contractor and subcontractor (at all tiers) personnel and addresses specific requirements for protecting data and information.

(b) **Responsibilities for Handling and/or Storing Data and Information:** All contractor and subcontractor employees are responsible for the proper handling and/or storing of data and information, regardless of location. Contractors shall be responsible for any costs associated with the loss, breach, or compromise of information held by contractors. All contract employees shall be responsible for:

> (1)  The proper control and handling of data and information residing on their computer, on removable media, and on paper documents;

> (2)  Ensuring portable data storage and communication devices are properly controlled and secured at all times; and,

> (3) Following the procedures for reporting a breach to data and information as outlined in section (c) below.

(c) **Procedures for Reporting a Breach of Data and Information:**

> (1)  A breach of data and information includes loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or unauthorized access of data and information whether physical or electronic.

> (2)  All contractors and subcontractors shall report any breach or potential breach, including, but not limited to, network or asset breaches to the CO and the COR within

**Section H**
**Special Contract Requirements**
**R1S Support Services**

30 minutes of becoming aware of the breach or potential breach regardless of the time or day of the week. All breaches and potential breaches shall be reported, even if it is believed the breach is limited, small, or insignificant. The initial report of the breach shall be made by telephone to the COR; however, the contractor or subcontractor shall follow up in writing within one hour of the verbal notification to the CO and the COR.  Do NOT include sensitive information in the e-mail notification.

(3) Each breach report shall address all relevant information, including the following as the information becomes available:

- Nature of the event (loss, theft, unauthorized access);
- Description of the event, including:
    - Date and time of occurrence
    - Types of data elements involved;
- Number of individuals affected or potentially affected;
- Names of individuals or groups affected or potentially affected;
- Ease of logical data access lost, stolen or improperly accessed data in light of the degree of protection for the data, e.g., unencrypted, plain text;
- Amount of time the data has been out of contractor or subcontractor control;
- The likelihood that data and information will or has been compromised (made accessible to and usable by unauthorized persons);
- Known misuses of  data and information, if any; and,
- Assessment of the potential harm to the affected individuals.

(4) The COR and the contractor will mutually establish additional reporting requirements based on the nature and severity of the breach.

(5) In instances of theft, break-in, or other criminal activity affecting or involving data and information, the contractor/subcontractor must concurrently report the incident to the appropriate law enforcement entity (or entities) of the jurisdiction. The contractor, its employees, and its subcontractors as well as their employees shall cooperate with the PMO and any law enforcement authority responsible for the investigation and prosecution of any possible criminal law violation(s) associated with any incident. The contractor/subcontractor shall cooperate with the PMO in any civil litigation to recover information, obtain monetary or other compensation from a third party for damages arising from any incident, or obtain injunctive relief against any third party arising from, or related to, the incident.

Any questions regarding these procedures shall be directed to the Contracting Officer.

(End of clause)

**Section I**
**Contract Clauses**
**R1S Support Services**

**I.1      FAR 52.252-2              Clauses Incorporated by Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html
http://www.dm.usda   .gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|---|---|
| FAR 52.202-1 | Definitions (NOV 2013) |
| FAR 52.203-3 | Gratuities (APR 1984) |
| FAR 52.203-5 | Covenant Against Contingent Fees (MAY 2014) |
| FAR 52.203-6 | Restrictions on Subcontractor Sales to the Government (SEPT 2006) |
| FAR 52.203-7 | Anti-Kickback Procedures (MAY 2014) |
| FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (MAY 2014) |
| FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (MAY 2014) |
| FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions (OCT 2010) |
| FAR 52.203-13 | Contractor Code of Business Ethics and Conduct (APR 2010) |
| FAR 52.203-14 | Display of Hotline Poster(s) (DEC 2007) |
| FAR 52.203-16 | Preventing Personal Conflicts of Interest (DEC 2011) |
| FAR 52.203-17 | Contractor Employee Whistleblower Rights and Requirements to Inform Employees of Whistleblower Rights (APR 2014) |
| FAR 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (MAY 2011) |
| FAR 52.204-9 | Personal Identity Verification of Contractor Personnel (JAN 2011) |
| FAR 52.204-10 | Reporting Executive Compensation and First-Tier Subcontractor Awards (JUL 2013) |
| FAR 52.204-12 | Data Universal Numbering System Number Maintenance (DEC 2012) |
| FAR 52.204-13 | System for Award Management Maintenance (JUL 2013) |
| FAR 52.207-5 | Option to Purchase Equipment (FEB 1995) |
| FAR 52.209-6 | Protecting the Government's Interest when Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment (AUG 2013) |
| FAR 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) |
| FAR 52.209-10 | Prohibition on Contracting with Inverted Domestic Corporations (DEC 2014) |
| FAR 52.210-1 | Market Research (APR 2011) |
| FAR 52.215-2 | Audit and Records – Negotiation (OCT 2010) |
| FAR 52.215-8 | Order of Precedence - Uniform Contract Format (OCT 1997) |
| FAR 25.215-10 | Price Reduction for Defective Cost or Pricing Data (AUG 2011) |
| FAR 25.215-11 | Price Reduction for Defective Cost or Pricing Data – Modifications (AUG 2011) |

**Section I**
**Contract Clauses**
**R1S Support Services**

| | |
|---|---|
| FAR 25.215-12 | Subcontractor Certified Cost or Pricing Data (OCT 2010) |
| FAR 25.215-13 | Subcontractor Certified Cost or Pricing Data – Modifications (OCT 2010) |
| FAR 25.215-14 | Integrity of Unit Prices (OCT 2010) |
| FAR 25.215-15 | Pension Adjustments and Asset Reversions (OCT 2010) |
| FAR 25.215-17 | Waiver of Facilities Capital Cost of Money (OCT 1997) |
| FAR 25.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions (JULY 2005) |
| FAR 25.215-19 | Notification of Ownership Changes (OCT 1997) |
| FAR 52.215-21 | Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data – Modifications (OCT 2010) |
| FAR 52.215-23 | Limitations on Pass-Through Charges (OCT 2009) |
| FAR 52.217-2 | Cancellation Under Multi-year Contracts (OCT 1997) |
| FAR 52.217-6 | Option for Increased Quantity (MAR 1989) |
| FAR 52.217-7 | Option for Increased Quantity – Separately Priced Line Item (MAR 1989) |
| FAR 52.217-8 | Option to Extend Services (NOV 1999) |
| FAR 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) |
| FAR 52.219-8 | Utilization of Small Business Concerns (OCT 2014) |
| FAR 52.219-9 | Small Business Subcontracting Plan (JUL 2013) |
| FAR 52.219-16 | Liquidated Damages --Subcontracting Plan (OCT 2014) |
| FAR 52.222-3 | Convict Labor (JUN 2003) |
| FAR 52.222-4 | Contract Work Hours and Safety Standards Act – Overtime Compensation (MAY 2014) |
| FAR 52.222-17 | Nondisplacement of Qualified Workers (MAY 2014) |
| FAR 52.222-20 | Contracts for Materials, Supplies, Articles, and Equipment Exceeding $15,000 (May 2014) |
| FAR 52.222-21 | Prohibition of Segregated Facilities (FEB 1999) |
| FAR 52.222-26 | Equal Opportunity (MAR 2007) |
| FAR 52.222-29 | Notification of Visa Denial (JUNE 2003) |
| FAR 52.222-35 | Equal Opportunity for Veterans (JUL 2014) |
| FAR 52.222-36 | Affirmative Action for Workers with Disabilities (JUL 2014) |
| FAR 52.222-37 | Employment Reports on Veterans (JUL 2014) |
| FAR 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) |
| FAR 52.222-41 | Service Contract Act of 1965 (MAY 2014) |
| FAR 52.222-43 | Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) |
| FAR 52.222-44 | Fair Labor Standards Act and Service Contract Act – Price Adjustment (MAY 2014) |
| FAR 52.222-50 | Combating Trafficking in Persons (MAR 2015) |
| FAR 52.222-54 | Employment Eligibility Verification (AUG 2013) |
| FAR 52.222-55 | Minimum Wages Under Executive Order 13658 (DEC 2014) |
| FAR 52.223-3 | Hazardous Material Identification and Material Safety Data (JAN 1997) |
| FAR 52.223-5 | Pollution Prevention and Right-to-Know Information (MAY 2011) |
| FAR 52.223-6 | Drug-Free Workplace (MAY 2001) |
| FAR 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011) |

**Section I**
**Contract Clauses**
**R1S Support Services**

| | |
|---|---|
| FAR 52.224-1 | Privacy Act Notification (APR 1984) |
| FAR 52.224-2 | Privacy Act (APR 1984) |
| FAR 52.225-1 | Buy American Act – Supplies (MAY 2014) |
| FAR 52.225-13 | Restrictions on Certain Foreign Purchases (JUNE 2008) |
| FAR 52.226-1 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises (JUNE 2000) |
| FAR 52.227-1 | Authorization and Consent (DEC 2007) |
| FAR 52.227-3 | Patent Indemnity (APR 1984) |
| FAR 52.227-17 | Rights in Data – Special Works (DEC 2007) |
| FAR 52.229-3 | Federal, State, and Local Taxes (FEB 2013) |
| FAR 52.229-4 | Federal, State, and Local Taxes - State and Local Adjustments (FEB 2013) |
| FAR 52.229-6 | Taxes – Foreign Fixed-Price Contracts (FEB 2013) |
| FAR 52.230-2 | Cost Accounting Standards (MAY 2014) |
| FAR 52.232-1 | Payments (APR 1984) |
| FAR 52.232-8 | Discounts for Prompt Payment (FEB 2002) |
| FAR 52.232-9 | Limitation on Withholding of Payments (APR 1984) |
| FAR 52.232-11 | Extras (APR 1984) |
| FAR 52.232-16 | Progress Payments (APR 2012) |
| FAR 52.232-17 | Interest (MAY 2014) |
| FAR 52.232-23 | Assignment of Claims (MAY 2014) |
| FAR 52.232-25 | Prompt Payment (JUL 2013) |
| FAR 52.232-33 | Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) |
| FAR 52.232-34 | Payment by Electronic Funds Transfer – Other than System for Award Management (JUL 2013) |
| FAR 52.232-35 | Designation of Office for Government Receipt of Electronic Funds Transfer Information (JUL 2013) |
| FAR 52.232-36 | Payment by Third Party (MAY 2014) |
| FAR 52.232-39 | Unenforceability of Unauthorized Obligations (JUN 2013) |
| FAR 52.233-1 | Disputes (MAY 2014) – Alternate I (DEC 1991) |
| FAR 52.233-3 | Protest After Award (AUG 1996) |
| FAR 52.233-4 | Applicable Law for Breach of Contract Claim (OCT 2004) |
| FAR 52.237-3 | Continuity of Services (JAN 1991) |
| FAR 52.239-1 | Privacy or Security Safeguards (AUG 1996) |
| FAR 52.242-13 | Bankruptcy (JUL 1995) |
| FAR 52.243-1 | Changes – Fixed-Price (AUG 1987) – Alternate I (APR 1984) |
| FAR 52.244-2 | Subcontracts (OCT 2010) |
| FAR 52.244-6 | Subcontractors for Commercial Items (MAR 2015) |
| FAR 52.245-1 | Government Property (APR 2012) |
| FAR 52.245-9 | Use and Charges (APR 2012) |
| FAR 52.246-25 | Limitation of Liability—Services (FEB 1997) |
| FAR 52.248-1 | Value Engineering (OCT 2010) |
| FAR 52.249-2 | Termination for Convenience of the Government (Fixed-Price) (APR 2012) |
| FAR 52.249-8 | Default (Fixed-Price Supply and Service) (APR 1984) |
| FAR 52.251-1 | Government Supply Sources (APR 2012) |
| FAR 52.253-1 | Computer Generated Forms (JAN 1991) |

**Section I**
**Contract Clauses**
**R1S Support Services**

---

**I.2      FAR 52.217-9          Option to Extend the Term of the Contract (MAR 2000)**

(a) Subject to Section J.1, Attachment 3 (Award Term Plan), the Government may extend the term of this contract by written notice to the Contractor within 60 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires.  The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 11 years and 9 months.

(End of clause)

**I.3      FAR 52.222-42     Statement of Equivalent Rates for Federal Hires (MAY 2014)**

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only - It Is Not a Wage Determination.*

| Employee Class | Monetary Wage--Fringe Benefits |
|---|---|
| Based on GS-9 Step 1 | |
| Computer Operator | $20.32 |
| Computer Programmer | $20.32 |
| Computer Analyst | $20.32 |
| Recreation Specialist | $20.32 |
| (Reservationist) | |

(End of clause)

**I.4      FAR 52.252-6 Authorized Deviations in Clauses (APR 1984)**

a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.
(b) The use in this solicitation or contract of any Agriculture Acquisition Regulation (AGAR) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of                                                        the                                                        regulation.

**Section I**
**Contract Clauses**
**R1S Support Services**

**I.5       FAR 52.216-21 Requirements (OCT 1995)**

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 31 March 2029.

(End of clause)

**Section J**
**List of Attachments**
**R1S Support Services**

## J.1    LIST OF ATTACHMENTS

| Attachment Number | Attachment Title | Precedence* |
|:---:|:---|:---:|
| 1 | Performance Work Statement (PWS) | ** |
| 2 | Performance Requirements Summary (PRS) | 3 |
| 3 | Award Term Plan | 4 |
| 4 | R1S PMO Org Chart | 8 |
| 5 | Definitions | 9 |
| 6 | Business Rules | 2 |
| 7 | Communication  Services | 10 |
| 8 | U.S. Digital Services Playbook | 11 |
| 9 | RIDB Data Flow Charts | 12 |
| 10 | Basic System Requirements | 1 |
| 11 | Reserved | |
| 12 | Reserved | |
| 13 | Bid Schedule – Booz Allen Hamilton | ** |
| 14 | Booz Allen Hamilton Final Proposal – Technical | 5 |
| 15 | Booz Allen Hamilton Draft Quality Control Plan | 6 |
| 16 | Booz Allen Hamilton Draft Marketing Plan | 7 |

* Indicates the order of precedence of documents within Section J.  The order of precedence only applies when there are conflicts between requirements within individual Section J documents.

** Attachments 1, Performance Work Statement, and 13, Bid Schedule – Booz Allen Hamilton, represent Sections C and B of the contract respectively.  IAW FAR 52.219-8, contract Sections C & B take precedence over Section J documents.

Section K

---

R1S Support Services

**K.1     FAR 52.252-2          Clauses Incorporated by Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html

http://www.dm.usda__.gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|---|---|
| FAR 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (SEPT 2007) |
| FAR 52.204-5 | Women-Owned Business (Other Than Small Business) (OCT 2014) |
| FAR 52.209-2 | Prohibition on Contracting with Inverted Domestic Corporations – Representation (DEC 2014) |
| FAR 52.222-38 | Compliance with Veterans' Employment Reporting Requirements (SEP 2010) |
| FAR 52.225-25 | Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran – Representation and Certifications (DEC 2012) |
| AGAR 452.209-71 | Assurance Regarding Felony Conviction or Tax Delinquent Status for Corporate Applicants (FEB 2012) Alternate 1 (FEB 2012) |

Attachment 1

Performance Work Statement

*Performance Work Statement*

*Recreation One Stop Support Services*

# Recreation One Stop Support Services

## Performance Work Statement

### April 21, 2017

### Solicitation Number: AG-3187-S-15-1000

*Performance Work Statement*

*Recreation One Stop Support Services*

**Table of Contents**

1   Acquisition Goal…………………………………………………………………………….…..5
2   Acquisition Objective……………………....…………………………………………………...5
3   Scope of Work………………………………………………………………………………......6
4   General Information……………………………………………...…………………………......6
  4.1 Background…………………………………………………………………………...……..6
  4.2 Agency Overview……………………………....…………………………………………...8
    4.2.1   Bureau of Land Management……………………………………..…….8
    4.2.2   Bureau of Reclamation……………………………………………….…8
    4.2.3   Army Corps of Engineers……………………………………………....9
    4.2.4   Forest Service…………………………………………………………...9
    4.2.5   National Park Service…………………………….…………………....10
    4.2.6   US Fish and Wildlife Service………………………………………….10
5   Requirements……………………………………………………………………………….….10
  5.1 Provide Phase-in and Start Up Support Services…………………………………………..12
    5.1.1   Agile Software Development Process Requirements:…….…………….13
    5.1.2   End-User Involvement-Phase In Stage………………………………...14
    5.1.3   Phase In Training……………………………………………………….15
    5.1.4   Test and Evaluation……………………………………………….…....15
    5.1.5   Existing Reservations / Contract Phase-In………………..…….……...16
    5.1.6   Hosting and Data Management…………………………………….…...17
    5.1.7   Existing Recreation Inventory and Information…………………….…..17
  5.2 Provide Operations and Customer Support Services………………………………………18
    5.2.1   Agile Software Development Process Requirements:…….....………….18
    5.2.2   Operations and Maintenance (O&M)………………………………......18
      5.2.2.1  Recreation Inventory and Information…………………….19
    5.2.3   On-Going Design Support……………………………...………………20
      5.2.3.1  Web Content…………………………………………….…21
    5.2.4   Customer Support………………………………….....……………….…22
    5.2.5   Training…………………………………………………………………23
    5.2.6   Basic v. Advanced System Functionality………………………………24
    5.2.7   Technological Innovation Fund (TIF)………………………….……….25
    5.2.8   Disaster Recovery and Continuity of Operations………………………25
    5.2.9   Enterprise Reporting System (ERS)…………………………………….26
  5.3 Public Interface Support Services……………………………………………………….….26
    5.3.1   Information Sharing………………………………………………….….27
    5.3.2   Third Party Sales Strategy …………………………………………..….28
    5.3.3   Marketing……………………………………………………...……….29
      5.3.3.1  Trade Shows and Events…………………………………32
        5.3.3.1.1   Trade Show Fees………………………….33
        5.3.3.1.2   Event/Exhibit Booth……………………..33
  5.4 Reservations and Other Recreation Related Services………………………………………34

*Performance Work Statement*

*Recreation One Stop Support Services*

5.4.1   Reservations and Sales……………………………………………34

5.4.2   Travel Planning and Mapping…………………………………….35

5.4.3   New Inventory Implementations and Expansion of Inventory…………36

5.4.4   Customer Support…………………………………………………37

5.4.5   Business Rules……………………………………………………37

5.4.6   Field Operations…………………………………………………37

5.5 Telecommunications Support Services……………………………………38

5.6 Program Management Support Services……………………….......................................39

5.6.1   Security Plan ……………………………………………….......40

5.6.2   Project Kick-Off Meeting………….…………………………….41

5.6.3   Section 508 Compliance……………………………….......................41

5.6.4   Government Computer Hardware / Software…………..…………….41

5.6.5   Support Agencies / Program Management……………………….42

5.6.6   Key Personnel……………………………………….......................................42

            5.6.6.1  Program Manager……………………………………...42

            5.6.6.2  Deputy Program Manager……………….……………….43

            5.6.6.3  Technical Lead………………………………..…………43

            5.6.6.4  Agency Liaisons ……………………………………….43

5.6.7   Travel……………………………………………………………44

            5.6.7.1  Award Term Review Board…………..…………………..44

            5.6.7.2  New Inventory Implementations………………………….45

            5.6.7.3  Recurring Programmatic Meetings…………..…………….45

            5.6.7.4  Other Travel..……………………………………………45

5.6.8   Monthly Performance Report……………………………………45

5.6.9   Annual Independent Audits……………………………………….46

5.6.10  Transaction Reconciliation…………………………………..........46

5.6.11  Distribution of Funds…………………………………………….47

5.6.12  Payment Method Summary……………………………..…………48

5.6.13  Program Management and Execution…………………….…………48

            5.6.13.1     Program Management Tools…………………..………48

5.6.14  Program Management Reviews (PMR)…………………..…………49

5.6.15  Quality Control……………………………………………………50

6   Operational Constraints……………………………………………...……….......50

6.1 Security……………………………………………………………………50

6.2 Data Back-up / Archiving / Storage…………………………………..……….51

6.3 System Availability…………………………………………………………52

6.3.1   Planned System Outages / Degradations of Service………..………52

6.3.2   Unplanned System Outages……………………………………….53

6.3.3   Capacity…………………………………………………………53

6.4 Closures……………………………………………………………………54

6.5 System Branding……………………………………………………..……..54

**1.  Acquisition Goal**

*Performance Work Statement*

*Recreation One Stop Support Services*

---

Recreation One Stop (R1S) Support Services shall utilize the existing inventory and information to build upon the historic strengths of the legacy program with the goal of providing internal and external customers a robust, reliable, innovative and flexible approach to providing recreation information and comprehensive travel planning and reservation services, while incorporating emerging technologies throughout the contract period of performance to maximize the users' end-to-end recreation experience. See section five (5) of attachment "Data and Analytics" for past inventory usage and product performance.

The individual user's end-to-end recreation experience can be viewed as a multi-phased process: dream, plan, experience and share.  The Government seeks a suite of fully integrated services offering valuable added benefit to each phase of the individual user's end-to-end recreation experience.

The Government seeks a solution that provides internal customers with dynamic program management tools, communications and information sharing support services, agile technologies, robust and reliable data mining and reporting capabilities, end-user support services and business / market intelligence services.

The Federal Government seeks to award a successor contract to the current Reservations Services contract which expires on 30 September 2016.

## 2.  Acquisition Objective

The Government anticipates awarding a single multi-year contract consisting of a phase-in period not to exceed 15 months (or less as proposed by the offeror), 5 year base period, and 5 award term periods available through the Award Term Process.

The availability of award term periods for the Contractor to earn through superior contract innovation, performance and support is considered by the Government to be a non-monetary incentive and is offered in lieu of monetary incentives. The award terms will be treated as pre-priced option periods.

*Performance Work Statement*

*Recreation One Stop Support Services*

**3. Scope of Work**

The Contractor shall provide the following services which are further detailed in section 5 of this PWS:

- Provide Phase-in and Start Up Support Services (PWS 5.1)
- Provide Operations and Customer Support Services (PWS 5.2)
- Provide Public Interface Support Services (PWS 5.3)
- Provide Recreation and Other Related Services (PWS 5.4)
- Provide Telecommunications Support Services (PWS 5.5)
- Provide Program Management Support Services (PWS 5.6)

**4. General Information**

**4.1. Background**

The Government has an existing service contract with Active Network, d.b.a. Reserve America, through which all service and support of R1S is obtained.

The current contract is a Requirements with Fixed Price per-transaction pricing such that the Contractor earns a fixed fee for each transaction processed via the www.recreation.gov website, the telephone customer support line, or in-person at participating Federal recreation locations. The fixed fees under the current contract vary depending on the type of inventory being reserved, the sales channel, etc.

The current Contractor provides a single point of contact for the hosting, security, design, reservation functionality and maintenance of Recreation.Gov, the aggregation, storage and maintenance of all inventory, reservation and transaction data associated with the Recreation.Gov website as well as all financial transaction management, customer service and technical support functions associated with R1S.

The Government owns, and will provide to the offeror, all of the inventory, transaction and customer data associated with Recreation.Gov; however the reservation system remains the sole property of the current contractor.

The Government has a separate contract with Nsite LLC for all support and maintenance services associated with the RIDB, including database management, hosting, agency support, and development & implementation of bi-directional XML data feeds.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Government owns all of the RIDB data and the database housing the data. The current version of the RIDB data is available at: http://RIDB.recreation.gov.

The current RIDB contract runs through 30 September 2016.

All data collection, data storage and data sharing services currently provided by the RIDB shall be integrated into the Contractor's overall R1S solution.  The contractor shall maintain and enhance these services throughout the R1S Support Services contract life cycle to ensure they comply with Government open data directives and remain relevant to data consumers.

As the amount of publicly-facing data continues to grow and services developed in the private sector promise to complement ongoing government initiatives, it is expected that the RIDB user community will continue to adapt these data into new applications, suggest alternative approaches to data structures, and recommend novel approaches to the government that better reflect the changing needs of technology. The government expects that the contractor will regularly solicit, present and where possible incorporate such guidance into new versions of the RIDB.

As a result of the America's Great Outdoors and National Travel and Tourism Strategy initiatives, and with the increased prominence of the travel planning features envisioned, the significance of the quality, quantity and types of information to be contained within will also necessarily increase.

The current program supports reservation services at over three thousand different facilities which cover all types of inventory.  Each type of inventory may have its own unique attributes, amenities, business rules, seasons of operation, etc.  The program has experienced growth in all types of inventory including the addition of new inventory types. See the attached "Business Rules" for current R1S inventory types. The Government does not guarantee that the current amount of inventory will remain at its current level, decrease or increase.

Examples of recreation inventory currently included in RIDB are: recreation areas, facilities, scenic byways, overnight camping, tour ticketing activities; group day use facilities; camping, museums, visitor centers, marine sanctuaries and reserves, and others.  This content will also include reservable and GIS data related to the recreation areas and facilities. Content for the current RIDB is provided by participating agencies and organizations via web services or manually entered into a

web-based interface by the Agency Data Stewards. See the attachment "Inventory Listing by Agency" for more information.

During the contract performance period, other third party efforts may seek to more broadly coordinate services provided in this contract with those being offered by industry.  Along three broad lines, we expect that these services found here will be complementary towards building (a) better customer service for the 21st century; (b) a more efficient and improved government; and (c) promoting economic growth.

See attached, "Definitions", for further clarification of terms.

## 4.2.    Agency Overview

The Agencies involved in the reservation component of this scope of work include the U.S. Department of Agriculture Forest Service, U.S. Army Corps of Engineers, U.S. Department of the Interior (including at least the National Park Service, Bureau of Land Management, Bureau of Reclamation, and Fish and Wildlife Service), the National Archives and Records Administration and other potential Federal partners to be determined at a later date.  Agencies involved in the trip planning component include the agencies named above, as well as the Department of Transportation; Federal Highway Administration (FHA), the Department of Commerce; National Oceanic and Atmospheric Administration (NOAA), the Tennessee Valley Authority (TVA), and the Smithsonian Institution. See attachment "R1S PMO Org Chart" for a hierarchical view of agency relationships.

### 4.2.1.   Bureau of Land Management (BLM)

The BLM manages a total of 412 campgrounds, as well as other recreation facilities and activities. These facilities and activities are located predominately in the Western States and Alaska. Numerous BLM facilities lack electrical and phone services. The BLM currently provides reservations for selected facilities including overnight camping, group sites and river permits.

### 4.2.2.   Bureau of Reclamation (USBR)

The USBR has 310 recreation areas located in 17 western states. Federal, State or local public entities manage most of these areas in partnership with the USBR. USBR directly manages 51 areas.  BOR currently provides very

*Performance Work Statement*

*Recreation One Stop Support Services*

limited, local reservations for selected facilities including overnight camping and group use.

### 4.2.3.  Army Corps of Engineers (USACE)

The Corps of Engineers currently operates and maintains approximately 2,400 recreation areas with 49,000 campsites.  The Corps also has approximately 1,800 recreation areas with 43,000 campsites managed under lease by private concessionaires (States, Counties, quasi-public, etc.).   USACE campgrounds range from primitive, with limited amenities such as water and electricity, to modern amenities, such as hot showers facilities.  USACE currently has approximately 600 recreation areas with 30,000 reservable sites that will transition from the current system to the R1S Support Services contract.

### 4.2.4.  Forest Service (FS)

The Forest Service and its private concession operators manage campgrounds, group use areas, cabins, lookouts and wilderness areas on national forest lands nationwide.  The facilities are located in diverse natural settings from Alaska to Florida, and from New Hampshire to California.  The developmental scale on national forests range from rustic camping opportunities to highly developed facilities with full utilities.

The Forest Service has 322 forests with over 1400 campgrounds.  Also the Forest Service has 406 wilderness areas of which approximately 15 have quota-based permitting systems.  Most Forest Service facilities are located in remote areas.  Few Forest Service campgrounds have electricity or a telephone to connect with the reservation service Contractor.  Communications for these campgrounds are usually provided through the nearest Forest Service or concessionaire office and in some cases are relayed by radio or delivered by hand.

The Forest Service manages and operates 1,331 FS facilities in the legacy reservation service that provides 20,159 reservable sites for recreation use.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 4.2.5.   National Park Service (NPS)

The NPS manages and operates recreational facilities and activities at 389 parks, monuments and various historic sites and recreation areas nationwide. These parks are located in a variety of urban, rural and remote park areas. There are currently 46 NPS units participating in the current system for a variety of services including camping, day use, and time ticketing.

The National Park Service preserves unimpaired natural and cultural resources and values of the National Park System for the enjoyment, education, and inspiration of this and future generations.  The Park Service cooperates with partners to extend the benefits of natural and cultural resource conservation and outdoor recreation throughout this country and the world.

### 4.2.6.   US Fish and Wildlife Service (FWS)

The FWS manages and operates approximately 496 recreational facilities and sites nationwide; however, there are only two cabins in Alaska which utilize the reservation system.

## 5.   Requirements

**R1S Reservation System**

The Contractor shall design, develop, document, implement, administer, maintain and support an enterprise system, including data hosting, hardware, and software, capable of providing the solution.  The Government will not mandate specific system architecture be employed by the Contractor, however it will be incumbent upon the Contractor to develop their system utilizing system architecture which:

- Satisfies all current and relevant Government and Industry standards for the collection, storage and processing of customers' Personally Identifiable Information (PII) and financial, payment and transaction data to include, but not limited to, Payment Card Industry (PCI) security standards (to include all Telecommunication Services being provided to field locations).

- Maximizes the flexibility of the system to incorporate new features and emerging technologies throughout the life-cycle of this contract.

- Provides scalability of the system to accommodate fluctuations in the reservable inventory contained in the system, the amount of non-reservable

*Performance Work Statement*

*Recreation One Stop Support Services*

information in the system, the number of transactions processed throughout the year and the amount of transaction related data stored within the system.

- Provides maximum portability and consistency of all data contained within the system to foster and encourage data sharing between recreation.gov and other on-line travel and tourism entities, both public and private.

- Incorporates robust design/hardware/software features to maximize system "up-time" and availability to both Government and public users and which minimizes the potential for loss and/or corruption of any system data.

- Maximizes system processing/throughput capacities thereby accommodating high simultaneous usage levels by public customers visiting, researching, planning and transacting on the site and Government users managing inventory, generating reports and updating site content.

- Builds services more openly and publish open data, simplify the public's access to government services and information, allow the public to easily provide fixes and contributions, and enable reuse by entrepreneurs, nonprofits, other agencies, and the public.

- Provides for website analytics and reporting.

- Provides for the uniform and consistent display of recreation information regardless of the originating data source in line with the concepts presented in Attachment "Basic System Requirements".

- Wherever applicable, the contractor shall embrace the principles and practices defined in the U.S. Digital Services Playbook available at:  https://playbook.cio.gov/ and attached, "U.S. Digital Services Playbook".

While all 13 principles of the U.S. Digital Services Playbook* apply to this program to varying degrees, the following principles directly reflect areas of specific emphasis for the R1S Support Services procurement:

*Performance Work Statement*

*Recreation One Stop Support Services*

1. Understand What People Need
2. Address the Whole Experience from Start to Finish
3. Make it Simple and Intuitive
4. Build the Service Utilizing Agile and Iterative Practices
8. Choose a Modern Technology Stack
9. Deploy in Flexible Hosting Environment
11. Manage Security and Privacy through Reusable Processes
13. Default to Open

\* Numbers correspond to the Play Number set forth the CIO Digital Playbook

## 5.1.    Provide Phase-in and Start Up Support Services

**Objective:** The Contractor shall deploy, install, host, configure and implement the R1S solution for the "basic" core system (See attachment "Basic System Requirements") by the "Go-Live" date.

During Phase-In, the Contractor shall design, develop, implement, train, and ensure all core capabilities of the R1S system are live and in production. A minimum viable product (MVP) shall be releasable within 6 months (or as proposed) in a development environment based on an Agile software development iterative process and the approved product roadmap.

In the event the successful Contractor's solution relies in whole, or in part, upon a previously developed and/or deployed reservation services application, or suite of applications, the Contractor shall employ the iterative Agile software development process to break down and analyze all pre-existing business processes, work flows and user interfaces, and where necessary revise, streamline, improve, add or delete these elements to ensure the best possible experience for internal and external customers while satisfying the technical requirements defined herein.

The Contractor shall be required to implement the basic system at each required field location and include their associated business rules. These efforts shall include all technical and operational services and RIDB data necessary to support the planning and implementation of an enterprise R1S solution such as site specific requirements/architectures, site integration and set up, thru operational check out to post deployment evaluations. Automated software installation tools shall be used. All software installations shall be scripted/automated and have backout capabilities.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Contractor shall develop and provide all pre-deployment, deployment, and post-deployment implementation deliverables, to include, but not be limited to, communication plans, implementation plans and instructions, configuration documentation, detailed integrated deployment schedules, site survey results, and additional documentation as required.

For the purpose of this requirement the MVP is defined as:

The minimum viable product (MVP) is the most pared down version of the R1S that can still be released. The MVP will have these four key characteristics:

- It has enough value that people are willing to use it and it is relatable to the vision for the core capabilities that are required at the end of Phase-In.
- It demonstrates enough future benefit to reduce the risk of releasing a product that is not viable.
- It provides a feedback loop to guide the future development of the system.
- Satisfies the requirements defined in Attachments "Basic System Requirements" and "Business Rules".

The Government reserves the right, following the release of the MVP, to alter the required functionality in support of the overall vision of the PWS as implemented by an Agile methodology. These changes will be approved by the Product Owner and the COR.

### 5.1.1.  Agile Software Development Process Requirements:

**Objective:** Execute the development following an Agile software development methodology supported by Continuous Development, Continuous Integration, and automated testing using Test Driven Development methodologies.

The objective of the Agile methodology is to reduce the risk of failure by getting working software into users' hands quickly, and by providing frequent opportunities for the delivery team members to adjust requirements and development plans based on watching people use prototypes and real software. The Contractor shall have the critical capability to automatically test and deploy the service so that new features can be added often and easily put into production. Following agile methodologies is a proven best practice for building digital services, and will increase the ability to build services that effectively meet user needs.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Contractor shall propose a "Definition of Done", which is the list of criteria that must be met before user stories, and the associated system functionality is accepted as a deliverable.

In conjunction with the Government, the contractor shall develop a Product Roadmap that supports the delivery of the MVP, and User Story Backlog. The Contractor shall use the phase-in timeframe to baseline the how the Agile performance standards will be monitored, evaluated and reported in order to define the measures and metrics that will be applied in the base period of the contract.

The government will assume the role as Product Owner and will be an integral part of the Agile process and User Acceptance Testing.

For Completion of this task the following Government roles are identified:

**Product Owner:** Will manage and communicate with the stakeholder community, is responsible for prioritizing product backlog and making business decisions rapidly, will participate in iterative planning sessions, and will remove obstacles to project success. Will be responsible for the approval and/or assistance in the creation of User Stories and associated acceptance criteria, coordinating stakeholder involvement in User Acceptance Testing, and advising the COR on performance. The Government anticipates that the Product Owner will be a dedicated R1S PMO resource located in the Denver, Colorado area.

**Contracting Officer's Representative (COR):** Will be responsible for approving end deliverables, managing the Quality Assurance Surveillance Plan (QASP), evaluating performance, and managing schedule according to the submitted Performance Work Statement (PWS).

### 5.1.2. End User Involvement-Phase In Stage

**Objective:** End-user involvement shall be incorporated into product development to secure customer input regarding the design, features, capabilities and functionality which would be desirable and to set development priorities within Product Roadmap.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Contractor shall measure how well their recreation reservation service is working for users. This includes measuring how well a system performs and how people are interacting with the system in real time. The Government and the contractor will carefully monitor these metrics to proactively spot issues and identify which improvements should be prioritized. The Contractor shall develop monitoring tools to support these objectives, including a feedback mechanism for people to report issues directly to the Government and/or contractor as appropriate.

End-user involvement shall be comprised of both internal and external users.

### 5.1.3.   Phase In Training

**Objective:** Having comprehensive end-user training for approximately 100 personnel per year for the systems, tools, processes and techniques is a critical component to the success of the program.  The contractor shall include a methodology to provide successful initial startup training for all internal R1S end users as appropriate.

The Contractor shall identify training requirements, obtain, or develop training programs and conduct training for the R1S solution.  The Contractor shall develop training plans and other training documentation or training aids that support the developed system.  Electronic training tools such as video teleconferencing and computer-based training shall be employed to enhance the effectiveness of training materials and courses.  The Contractor shall conduct training for personnel to ensure proper operation, maintenance and testing of systems, applications and products.  The Contractor shall provide training and knowledge transfer to technicians and other staff with regard to services and associated products delivered. The training shall enable personnel to operate and maintain the product or process in the future.

The Contractor shall also provide "Train the trainer" training.

The Contractor shall develop and deliver detailed training for maximizing employee, supervisor and management adoption of the new system.

### 5.1.4.   Test and Evaluation

**Objective:** The Contractor shall provide Test and Evaluation (T&E) support in all phases of the development and operational life cycle, preparation of test plans and procedures, design tests cases, conduct tests, witness tests and

*Performance Work Statement*

*Recreation One Stop Support Services*

provide technical support, coordinate test plans in accordance with appropriate regulations, and analyze/evaluate/document test results.

The Contractor shall participate in technical analyses, code reviews and other reviews as required. The Contractor shall incorporate automated testing to the greatest extent possible in the design, build, and operations of the R1S system.

The Contractor shall provide testing activities in support of continued development, enhancement, and deployment of capabilities within an Agile development methodology.

The Contractor shall provide support to develop, execute, and track all testing efforts to support the end-to-end development, deployment, and maintenance of the solution and shall work with designated Subject Matter Experts to develop, enhance, and maintain the necessary testing artifacts, including test plans, test procedures and test scripts for all releases required during this Period of Performance.  These testing artifacts shall be produced for each of the defined test types/milestones supporting R1S as may be applicable to the functionality delivered and/or the impact to the production environment.

### 5.1.5.   Existing Reservations / Contract Phase-In

During the phase-in period from the legacy system to the R1S Support Services System, the Contractor shall import the previous two years of customer and transaction data. The Contractor shall honor and migrate all existing reservations and incorporate all previous reservation information including but not limited to; customer information, reserved dates, site information, and fees into the R1S Support Services system. This shall be accomplished prior to "Go-Live".

There will be no CLIN transaction fees paid to the contractor for existing reservations and existing contract data transition.

The Contractor shall also ensure customer data, legacy reservation data and inventory information is available to participating Agencies and/or concessionaires, via System queries and reports.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.1.6.  Hosting and Data Management

**Objective:** The Contractor shall host and maintain data and related systems deployed on a flexible infrastructure, where resources can be provisioned in real time to meet spikes in user demand. Digital services are crippled when they are hosted in data centers which market themselves as "cloud hosting" but are required to manage and maintain hardware directly. This outdated practice wastes time, weakens disaster recovery plans, and results in significantly higher costs.

The Contractor shall provide all personnel, material and services including, but not limited to, computer hardware, computer software, data connection services and secure facilities required to host, secure and maintain all aspects of the solution.

The Contractor shall not allow any components of the system to reside on Government-owned or operated equipment and networks. However, the Contractor may require applications residing on Government owned equipment for the Government to access management and administrative functions of the system.

The Contractor shall provide a hosting solution which satisfies all of the requirements for hosting a ".gov" website.  Additional information may be found at http://www.dotgov.gov.

### 5.1.7.  Existing Recreation Inventory and Information

**Objective**: The Contractor shall support Open Data Initiatives and deliver recreation inventory and information to the Government and the public in a consistent, easily accessible, and standardized format following Government and industry best practices and standards.

The Contractor shall deliver automated and manual mechanisms for accurately collecting, maintaining, and delivering existing recreation inventory and information and a wide variety of other recreation information from a wide range of sources including Federal Government Agencies and Federal Partner organizations such as Historic Hotels of America.

A top-level diagram of the current relationship between RECREATION.GOV and the RIDB is provided in the attached "RIDB Data Flow Charts".

*Performance Work Statement*

*Recreation One Stop Support Services*

The Contractor shall not be mandated to conform to this current RECREATION.GOV / RIDB construct, however the solution provided shall satisfy all recreation inventory and information related requirements.

## 5.2.    Provide Operations & Customer Support Services

### 5.2.1.   Agile Software Development Process Requirements:

**Objective:** The Contractor shall continue to use the Agile software development methodology as implemented in the Phase-In period in order to deliver functional code releasable on a rapid and iterative basis.

This process will support all enhancements, technology updates, bug fixes, and any new development required over the life of the contract.

Metrics developed during the baselining shall be used as the basis for the QASP for all continued development efforts. This is subject to review and approval by the COR and CO on an annual basis, but the Government reserves the right to alter the metrics on a more frequent basis if it is in the best interest of the Government.

The Contractor shall continuously strive throughout the contract life-cycle to research, analyze and incorporate web design, e-commerce, and other best practices throughout all facets of the life cycle of the program. The Contractor is encouraged to continually propose and implement such design changes and best practices when approved by the Government.

### 5.2.2.   Operations and Maintenance (O&M)

**Objective:** The Contractor shall operate, repair, and maintain the R1S solution, hosting environment, and database with the primary goal of improving the overall user experience and preventing system failures.

This includes, but is not limited to, preventive and scheduled maintenance, activities to retain or restore the solution (such as testing, measurements, replacements, and adjustments), and other routine work required to maintain and/or enhance the solution.  Environments requiring O&M tasks may include, but not be limited to, pre-production, production, test, training, disaster recovery/fail over, hosting, security, or any other combination of IT accounts.  The Contractor shall recommend best practices for requirements

*Performance Work Statement*

*Recreation One Stop Support Services*

analysis, planning, design, deployment and ongoing operations management and technical support. The Contractor shall also maintain a current and up-to-date library of all operational documentation, logs of operational events, maintenance of operational monitoring and management tools, operational scripts and operational procedures, all to be made available in real time to R1S program personnel.

The Contractor is responsible to perform and deliver all software maintenance, to include, but not limited to, all activities starting once an initial capability has been developed through the life cycle of that capability. Software maintenance shall include all adaptive, perfective, and defect maintenance. Adaptive maintenance activities are those required to adapt software and systems to support changing externally initiated changes in requirements. Examples include, but are not limited to, regulatory changes, congressional actions, mandates, and changes required to maintain interoperability with key systems (internal or external). Perfective maintenance activities are those required to increase deployed software and systems efficiency to improve performance and/or lower cost of operation. Defect maintenance includes those activities required to identify and repair defective coding or systems post production deployment.

The Contractor shall acknowledge the Government's right to periodically procure, at Government expense, the services of an independent third party Contractor to evaluate and analyze a wide variety of factors associated with, but not limited to, the system, website interface, and user experience. The Government, at its sole discretion, may choose to request the Contractor evaluate and/or implement suggestions derived through this third-party process.

### 5.2.2.1.   Recreation Inventory and Information

The Contractor shall continue to support all data management and security activities associated with the recreation inventory and information including the addition or deletion of new inventory in a timely manner and the Contractor shall perform all actions required for the management of reservable inventory to include, but shall not be limited to, inputting, importing and maintaining data; expanding inventory as necessary; performing quality control checks; and updating data to reflect changes. The Government recognizes that a 'timely manner' may differ from facility to

*Performance Work Statement*

*Recreation One Stop Support Services*

facility or between inventory types depending on the complexity of the implementation and understands that implementation planning for some facilities and inventory types may require concurrence between the contractor and the government on reasonable time frames.

The Government anticipates that most existing facilities in the program will continue to use the advance reservation service in the future. However circumstances may dictate the removal of certain facilities. The government shall not be liable to replace these or add additional inventory to compensate for the loss of inventory at any time.

When new inventory becomes available for sale, it shall only do so at a time when it is available through all sales channels at the same time (i.e., inventory shall not become available on the web before it is available through toll-free telephone service).

### 5.2.3. On-Going Design Support

**Objective:** The Contractor shall continually deliver the R1S system experience in an exciting, innovating, and easy to read format that will engage the public and broaden the appeal to the widest audience possible. This includes continual end user outreach and simple, timely, and flexible deployment of new web content.

The Contractor shall provide services that facilitate strategic decisions for the R1S program with respect to its current and future IT structure and program integration. These services include performing systematic assessments and redesign of the key technologies, business processes, and organizational structures; streamlining processes, properly aligning the organization to reflect the way work gets done, and deploying proven supporting technologies where appropriate. The outcome of future studies and assessments may contribute to an overarching IT strategy, aligned with business goals and objectives that leverage innovation to define new opportunities for success. The outcome of studies and assessments may also serve as a critical input into updating the Product Roadmap for on-going development efforts.

In support of the Digital Services Playbook, the R1S program is committed to leveraging open source capabilities when and where feasible, and to the extent appropriate, the Contractor's solution design and development shall consider,

*Performance Work Statement*

*Recreation One Stop Support Services*

utilize, and/or support open-source contributions from the Open Source community.

The Contractor shall continually involve internal and external end-users in the needs analysis and design of the system.  The Contractor shall explore and pinpoint the needs of the customers who will use the recreation reservation service, and the ways in which the service will fit into their lives. Whether the users are members of the public or government employees, policy makers must include real people in their design process from the very beginning. The Contractor shall continually test the services they build with R1S customers. End user involvement sessions shall be documented and summary findings shall be utilized to establish development priorities.  These may be conducted in a virtual / on-line environment and /or face to face.

The goal of subsequent end-user involvement held after a demonstrable product has been developed shall be to secure customer (internal and external) feedback on the User Interface design as well as on specific implementations of features, technologies, functionality and overall end-user experience.

End-user involvement shall be comprised of both internal and external users.

### 5.2.3.1.  Web Content

The Contractor shall provide access to a variety of sources of recreation related data and content.  All content shall be displayed so that relevant and related content is aggregated and available to the end-user in a meaningful way.  The Contractor shall, on an on-going basis, analyze the effectiveness of all content, display of content, and the overall end user experience.  The Contractor shall utilize the results of these analyses to provide expert and targeted web content guidance to the PMO.

The Contractor shall provide expertise in areas such as outdoor recreation, and travel & tourism, shall analyze the effectiveness of web content for reaching target audiences, shall make recommendations to the PMO on ways to improve web content, and shall work collaboratively with the Government on the development of new web content to better engage consumers.

Content sources include, but are not limited to:

*Performance Work Statement*

*Recreation One Stop Support Services*

- Government authored content
- Social media
- Crowdsourcing
- Trade journals and publications
- Photo contests

The Contractor shall review, edit, format, and keep current all Government provided web content for publishing.

### 5.2.4.  Customer Support

**Objective:** The Contractor shall provide accurate, timely, cost-effective, and reliable assistance including planning, training, troubleshooting, maintenance, and reservation services, for both internal (approximately 5,000 based on current inventory) and external users, meeting or exceeding the industry standards.

The Contractor shall provide a robust toll free telephone service to provide reservation services and Customer Support for internal and external customers and a Help Desk operation for internal customers with system related issues. The Contractor shall provide specialized customer service for commercial tour operators and group sales. The hours of operation for the both the Customer Support center and Help Desk shall be sufficient to provide support to all users in all US time-zones. See attachments "Hourly Contact Volume" and "R1S Call Data" for historical data and reference.

Operators staffing toll free telephone services for making reservations and providing external Customer Support shall be located entirely within the fifty (50) United States unless otherwise approved by the Contracting Officer. Communication to all customers shall be in English; other languages may be required if there is a demonstrated demand and the requirement for additional languages is approved by the COR.  Verbal communication shall be made using clear pronunciation that is easy for customers to understand.  Alternate forms of communication shall be also provided by the Contractor to accommodate Customers with hearing and/or speech impairments.

The Government shall provide separate Toll-Free telephone number(s) to be used by the public to access reservation services, customer service and Telephone Devices for the Deaf (TDD).  The Government shall also provide

*Performance Work Statement*

*Recreation One Stop Support Services*

separate Toll-Free telephone numbers for internal users to access the customer service and help desk operations.  The Contractor is solely responsible for all service transfer, service activation and recurring monthly service charges associated with the use of the Government provided Toll Free telephone number(s).  The Contractor is solely responsible for all telecommunications hardware and software required to route, track and manage Customer Support calls in an effective and efficient manner.  The Government shall retain exclusive rights to and ownership of the toll-free numbers.

The Contractor shall implement a comprehensive system for logging, tracking, escalating and reporting of Customer Service and Help Desk contacts to ensure resolution of each contact issue.  This Customer Service management system shall support the creation and release of a follow-up communication providing customers a unique tracking number associated with their Support Request as well as a summary of the issue and associated resolution actions.  In the event that an issue cannot be resolved in a timely manner, these shall be documented and reported to the PM for discussion on resolution.

The Contractor shall develop, document and execute a comprehensive customer service training program to ensure all customer service and help desk agents are fully trained and proficient on all aspects of recreation.gov.

### 5.2.5.  Training

**Objective:** The Contractor shall develop, document and implement a comprehensive training program using best practices that incorporates all aspects of the System and ensures proficiency for all internal users accessing the system.

The Contractor shall provide ongoing training as new functionality and enhancements are implemented and deployed. This training can be included as part of the Agile development process or as standalone. Videos and/or self-guided training materials may be used. Train-the-trainer classes should also be made available for approximately 30 personnel per year.

The Contractor shall provide all materials required to support training objectives. All training shall be provided at no additional cost to the end user.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Contractor shall accommodate known variables when planning and building the training calendar.  Known variables include such things as seasonal fluctuations in Agency hiring and the implementation of new recreation locations.

### 5.2.6.  Basic vs. Advanced System Functionality

**Objective:** The Contractor shall deliver the basic system functionalities and advanced functionality using the agile development processes to achieve the acquisition goal.

The Basic System Functionalities are those which are found in the attachment "Basic System Requirements".

Advanced System Functionality is that which is proposed by the Contractor to exceed functionality outlined in the "Basic System Requirements". Examples of advanced functionality may include, but are not limited to:

- Advanced mobile functionality
- Payment collection and accounting
- Trip planning
- Advanced Geo-spatial mapping
- Social media/marketing integration
- Reporting
- Field services
- Electronic ticketing and passes

The Contractor shall deliver, by "go-live", the basic system functionalities identified in the attachment, "Basic System Requirements". The Contractor shall deliver a product roadmap that identifies what Advanced System Functionality, covered under On-Going Design Support (Section 5.2.3.), is planned to be delivered by "go-live" and after "go-live".

*Performance Work Statement*

*Recreation One Stop Support Services*

---

### 5.2.7.  Technological Innovation Fund (TIF)

As part of the TIF CLIN, the R1S PMO may fund, either partially or in full, the deployment of innovative technologies developed through the Contractor's investment in research and development. This fund does not apply to On-Going Design Support (Section 5.2.3.) and Advanced System Functionalities (Section 5.2.6.). The Contractor shall monitor and evaluate technological developments, trends and industry-wide best practices in all relevant and related technology spheres to include, interactive, mobile, social, e-commerce, virtual, location-based, and intelligent and communication technologies, for the possible inclusion into the Program.  This continuous evaluation process shall focus on emerging technologies as well as new and innovative applications of existing technologies.  The Contractor shall evaluate these technologies from the perspective of improving overall customer experience, improving  site exposure and marketability, improving manageability for Government and Contractor personnel and ensuring functionality, compatibility & usability all keep pace with customer expectations and prevailing industry standards & best practices.  The Contractor shall also evaluate specific technologies as part of this process at the direction of the PM.

The Contractor shall provide, as part of the Program Management Review process, an assessment of the technology innovations along with their recommendations and supporting rationale on whether or not to fund and implement specific technologies into the system.

The TIF will be implemented at the Government's discretion, based on recommendations provided by the Contractor.

### 5.2.8.  Disaster Recovery and Continuity of Operations

**Objective:** The system shall be maintained in the event of a catastrophic event in a manner to ensure reduced risk, the restoration of day to day operations, and the minimization of system downtime.

The Contractor shall provide a disaster recovery plan identifying the services related to any and all methodologies pertaining to disaster recovery and business continuity for the R1S solution.  The range of recovery services

*Performance Work Statement*

*Recreation One Stop Support Services*

covers the spectrum from partial loss of function or data for a brief amount of time to a "worst-case" scenario in which a man-made, natural disaster, or IT failure results in the loss of the entire IT enterprise.  Services may be required during any timeframe from initial declaration of a disaster to final recovery of all business processes and business functions.

### 5.2.9.  Enterprise Reporting System (ERS)

**Objective:** The Contractor shall support a robust, flexible and reliable capability for Internal Users to generate, print and save accurate system reports throughout the day on an on-demand basis.

The demand for reports can be very high at different times of the day and during different seasons with several thousand reports being generated on a daily basis.  Consequently, the contractor shall support an Enterprise Reporting system sufficient to handle all reporting requirements without negatively impacting the performance of the customer-facing components or diminishing the user experience.

The Government anticipates providing to the Contractor all inventory, transactional, financial, and reservation related data from the most recent 24 months prior to "go-live".

### 5.3.  Public Interface Support Services

**Objective:** Increase ways for a potential customer to learn about the recreation opportunities available across the country and to increase reservations for this inventory.

The system shall be designed in such a way that it is easy for third parties to access the data and information contained within the Recreation.gov system in machine-readable formats, so that third parties may easily integrate this information into their applications, websites, products and services.

All elements of Section 5.3. shall be included in the R1S system at "Go-Live".

The Contractor shall make it easy for a user of a third party application or website that has chosen to integrate with Recreation.gov to search for inventory and real time availability, and complete a reservation.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.3.1. Information Sharing

**Objective**: Third parties and members of the public shall be easily able to receive access to the sharing service at no cost to end users following Government and industry best practices, such as self-provisioning. The information will play key roles in attracting new and returning site visitors, informing and educating visitors on a wide-range of topics and providing the basis of end-to-end travel planning experience.

The Contractor shall develop, implement and maintain secure processes enabling a wide variety of data contributors, including federal, state and private entities, to transfer, or feed, data into the R1S data stores for subsequent open sharing.  The Contractor shall provide fully-automated and manual processes to securely receive data from data contributors.

The Contractor shall deliver automated and manual services in machine-readable formats for the sharing of the consolidated recreation information described herein.

The Contractor shall ensure the data available via the sharing service represent the most current data available on Recreation.gov, including (but not limited to) recreation area information, maps, photos, activities, links to additional resources, specific reservable inventory availability, and – when available – information about specific pieces of inventory (i.e., campsite descriptions). In general, all of the information available to users of Recreation.gov itself shall be made available to third parties via the sharing service.

The sharing service shall provide a method for third parties to search available inventory using common search criteria such as date range, location, site type, and other attributes. In general, the same search capabilities provided to users of Recreation.gov itself shall be made available to third parties via the sharing service.

The Government seeks to encourage usage of the Recreation.gov API, especially for third parties that could use the API to initiate additional reservations. At the same time, the Government recognizes that it is difficult to predict the likely query volume on Recreation.gov's APIs, and that very high-frequency API requests from third parties that do not result in reservations on the system could have a detrimental effect on the performance or cost of the system, without providing associated benefits to the contractor or the Government.

Accordingly, the contractor may propose an API management plan that protects against extremely high-frequency usage of the API from third-parties that are not driving reservations to the system, while also encouraging

*Performance Work Statement*

*Recreation One Stop Support Services*

widespread usage from third parties that are making a reasonable number and frequency of requests, and provides a mechanism for supporting and encouraging heavy API usage from third parties who demonstrate value and success in driving reservations on the R1S reservation system. Such plans may include establishing guidelines for third party interaction with the API (i.e., recommended best practices for caching API responses, implementing conditional requests, and defining "abusive" API usage that may be restricted), requiring users to register to receive a token or key to access the API and using techniques such as rate-limiting the number of API requests allowed from a given third party over a given period of time (i.e., XXXX requests per hour), or introducing "tiers" of access that limit high-frequency, high-volume API usage to those third parties who are successfully driving reservations on the system or are willing to pay a nominal fee that covers the incremental costs of serving non-reservation-generating high-frequency requests.

The Contractor shall ensure the following information / data is not available via the sharing service:

- Personally-Identifiable-Information from individual users, such as name, address, and birth date
- User financial information such as credit card or bank account number

### 5.3.2. Third Party Sales Strategy

**Objective:** Users of the third party applications, websites and services shall be able to easily initiate transactions and complete reservations in the R1S system with a minimum of hassle or complications following travel and hospitality industry best practices.

Industry provides several examples of how this objective can be achieved. In some cases, users who initiate a reservation using a third party service are passed seamlessly to the primary service provider to complete the transaction. In other cases, the primary service provider offers a transactional API that allows third parties to construct their own interface to the primary service provider's reservation engine.

The Government has identified interest by commercial travel and recreation planning companies that help facilitate Recreation.gov transactions as a part of a commercial endeavor in which they could earn commissions on the inventory they help sell. This indicates that such an arrangement could benefit both the Government and the Contractor, by creating an additional sales & marketing channel for increasing the number of reservations processed using the system.

*Performance Work Statement*

*Recreation One Stop Support Services*

The travel and hospitality industry, where such third-party sales channels and commission systems are the norm, provides numerous examples of how such a commission system could work. Most of these systems involve some sort of "per-transaction" fixed or percentage-driven commission paid to participating third parties that originate reservations.

The Contractor shall propose, and upon approval, implement and maintain a third party sale and affiliate strategy, in order to support the Government's goal to increase the usage of federal lands and waters. The Contractor shall be responsible for all third party performance including all aspects of these business relationships. The Contractor shall then work with the Government to continuously evaluate and enhance the strategy to ensure it is meeting the Government's goal, making changes when necessary to better achieve this goal.

### 5.3.3. Marketing

**Objective**: The overall vision of marketing is to raise awareness for recreation across all federal lands and waters. The R1S System and its website (http://www.Recreation.gov) are the tools for connecting people to those special places and experiences. A robust marketing plan will achieve the goals listed below while using the most effective and current marketing tactics. Any examples provided simply serve as guides for how specific tactics may be accomplished given today's communication landscape, but do not limit the creativity of staying relevant to current marketing methods.

- Increase brand recognition of Recreation.gov.
- Increase visitation to public lands and waters.
- Increase information available to the public through Recreation.gov and other third party channels.
- Promote the use of underutilized (mid-week, shoulder seasons, and lesser known) sites on federal lands and waters.
- Deliver consistent messages among all audiences and by all whom represent Recreation.gov.
- Foster stewardship and increase federal land advocacy.
- Attract youth and international audiences.
- Attract traditionally underrepresented audiences.
- Engage with partner and commercial organizations (BrandUSA, state tourism organizations, foundations, etc.) to leverage communication efforts.

*Performance Work Statement*

*Recreation One Stop Support Services*

- Encourage federal agencies to feature their assets on, and participate in, the R1S program.

The Contractor shall develop marketing strategies to meet overall goals employing a wide variety of traditional and new media to captivate and inform U.S. and International audiences about recreation on federal lands and waterways. The marketing strategies shall be developed in collaboration with the PMO and shall be flexible enough to keep pace with current and emerging Government initiatives (such as AGO and NTTS) and technologies. The strategies will include measurement criteria to determine the value of outreach activities.

Potential target audiences for the strategy include:

- Domestic and international outdoor recreation enthusiasts.
- General public (domestic and international).
- Tourism and travel industry.
- Outfitters, Guides and Concessionaires.
- Data-sharing partners (i.e., state and local tourism offices, private industry).
- Participating agency personnel from senior-level leadership to the field-level.
- Other federal agencies.
- Partner organizations, i.e., Brand USA, foundations, interpretive and cooperating associations, etc. who adhere to open data standards.

The Contractor shall aggressively seek industry trends and best practices for the integration of new mobile and other emerging media technologies.

The Contractor shall continuously analyze end user data and provide near and long term recommendations to drive decision making for employing best practices and enhancing the end user experience.

The Contractor shall employ techniques to ensure Recreation.gov is returned at or near the top of relevant search engine results (Search Engine Optimization).

The Share the Experience photo contest is mandated by law (Federal Lands Recreation Enhancement Act) to produce an image for the America the

*Performance Work Statement*

*Recreation One Stop Support Services*

Beautiful, National Parks and Federal Lands Pass. The National Park Service (NPS) provides oversight of the pass program and the National Park Foundation (NPF) administers the program on behalf of the agencies. The photo contest has become a powerful marketing and engagement tool for the agencies and for R1S generating thousands of images that can be used to promote federal lands and waters recreation. Photo contests result in signature images representing Recreation.gov and require marketing, support, sponsorship and platforms to host the contest and develop, support and maintain a fully indexed, tagged and searchable image library. (Reference the current Share the Experience photo contest www.sharetheexperience.org.) While the photo contest is not considered part of the R1S program, the contractor may seek partnership opportunities with the NPF to support the Share the Experience photo contest as part of their overall R1S marketing strategy.

The Government shall own and retain exclusive rights to all images collected as part of all photo contests.

The Contractor shall develop, produce and provide a wide-variety of promotional materials, color schemes and slogans/tag-lines to achieve the overall marketing goals.

Marketing materials developed by the Contractor shall be products identified in a visionary marketing strategy based on market research and current techniques for effective message delivery. This strategy should be monitored for effectiveness and updated annually. Below are some examples of marketing materials the Government may expect in order to meet the objectives of the marketing strategy:

- An appealing, meaningful, engaging, delightful, and attractive Recreation.gov website.
- Section 508 compliant multimedia tools such as videos, photos and presentations that can be rendered on a variety of digital platforms to reach a maximum audience.
- One professionally produced commercial/advertising video per year.
- Three to five limited-production, crowd-sourced video products will also be required each year.
- Quality promotional items that are reusable and relevant to outdoor recreation, that may be distributed at a variety of venues such as trade

*Performance Work Statement*

*Recreation One Stop Support Services*

shows, public events, agency-sponsored meetings and conferences, field units, etc.
• Printed collateral marketing material including, but not limited to: sell sheets, brochures, and placards.

### 5.3.3.1.   Trade Shows and Events

The Contractor shall support and facilitate the participation at a minimum of three (3) key travel and tourism trade shows or conferences throughout each year of contract performance. The Contractor may propose other outreach (including, but not limited to, other trade shows and events) opportunities (sponsored or paid attendance) for R1S PMO participation.

Historically, the Recreation.Gov program has participated in the international trade show IPW (www.ipw.com) each year and we anticipate this continuing throughout the life cycle.  Participation in the annual IPW trade show shall be at the sole discretion of the Government.

Trade Shows may vary each year based on changes in annual marketing goals and strategies.  The exhibit booth backdrop and promotional materials for these Trade Shows should be relevant to the venue, updated to reflect current themes and outreach methods and appropriate to the audience. Examples include featuring large monitors that can display video products and demonstrate website features; hand-held devices to demonstrate mobile applications; flash drives to provide images and outreach material.

The Contractor's participation in trade shows shall be limited to post-phase-in of the contract.  During pre-phase-in of the contract the Contractor shall focus only on those activities directly related to the development, testing and deployment of the system.  The only exception to the preceding statements would be if the incumbent Contractor were to win the contract.  Under this scenario the Contractor would be required to fully execute all requirements of the current contract while simultaneously performing all development, testing and deployment activities.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.3.3.1.1. Trade Show Fees

Each calendar year of contract performance, the Contractor shall cover all registration fees for up to four personnel to participate in the three trade shows.  The personnel participating in trade shows will vary from event to event, but may consist of all Government personnel or a mixture of Government and Contractor personnel.

Each calendar year of contract performance, the Contractor shall cover all booth/exhibit fees required to participate in the three trade shows.

Each calendar year of contract performance, the Contractor shall cover all costs/fees associated with the logistics of participating in the three trade shows.  Such logistics costs/fees may include, but shall not be limited to, the cost of shipping promotional items to and from trade show locations, the cost of shipping the exhibit/booth to and from trade show locations, the cost of production of collateral materials including printed materials and promotional items, etc. Travel costs associated with Government personnel are a Government expense.

### 5.3.3.1.2. Event/Exhibit Booth

The Contractor shall provide all personnel, equipment, and services to furnish and maintain a self-contained, portable Event/Exhibit Booth (10'x10') for use at the events deemed appropriate by the PMO.

The Contractor shall design an Event/Exhibit Booth that is distinctive and professional in appearance, incorporate the R1S logo and utilize a variety of presentation media such as audio, video and/or slide shows to attract Trade Show participants and pique their interest in R1S

*Performance Work Statement*

*Recreation One Stop Support Services*

Support Services.

The Contractor shall obtain approval of the Event/Exhibit Booth design by the Government Program Manager prior to initiating production of the Event/Exhibit Booth.

The Contractor shall store the Event/Exhibit Booth in a safe, secure location when not deployed at the direction of the PMO and shall be responsible for all costs and actions associated with the packaging, shipping and shipping insurance required to get the Event/Exhibit Booth to and from trade shows and other events deemed appropriate by the PMO.

As Event/Exhibit Booth collateral materials including display items become worn or dated, the contractor shall design and provide new and updated items. The Contractor shall refresh the booth at no additional cost no more than five (5) times throughout the life of the contract.

**5.4.    Reservations and Other Recreation Related Services**

**Objective:**  Provide reservations and recreation related sales to the end-user offering a wide range of facilities, activities, and other recreation related services. This service shall provide user-friendly access, with shopping cart functionality, to reserve specific federal recreation facilities and activities and obtain other recreation related services and information.

**5.4.1.   Reservations and Sales**

**Objective:** Provide a reservation service that provides Contractor staff and end-users easy access to information about reservable inventory and a simple, clear and intuitive process for planning trips and making reservations. Reservation services include, but are not limited to camping, ticketing, lotteries, permitting, day use and group facilities, special events, equipment rentals, pass sales, non-fee facilities, low-fee facilities, mapping, and search. See attachment, "Basic System Requirements."

*Performance Work Statement*

*Recreation One Stop Support Services*

The reservation service shall be available to the Contractor, agencies, partners, and the public through the web presence, toll-free telephone service using prevailing communication technologies.  The service shall be accessible to field locations for on-site management of facilities, the processing of reservation transactions and the support of service requests by walk-up customers.  The reservation service shall comply with all business rules established in the attached and shall be flexible and agile enough to accommodate the timely addition and/or modification of business rules throughout the contracts life-cycle.

Reservation services and sales encompass many different types of inventory. The Contractor shall accommodate all existing inventory. Facilities, activities, events, field operations, and management objectives vary widely throughout the Government; uniformity and consistency of business rules are not always possible (legislation, court decisions, resource management priorities, historic use patterns, etc.).

Success of the program will rely on services that are flexible, configurable and can adapt rapidly to meet and incorporate changing needs and new types of inventory.

### 5.4.2.  Travel Planning and Mapping

**Objective:** Provide advanced comprehensive travel planning and mapping services, including Point-To-Point Itinerary planning, throughout the entire end-to-end recreation experience envisioned for users.

Travel planning shall be comprehensive and incorporate all of the information available within R1S Support Services and RIDB, including but not limited to: federal and non-federal reservable inventory (e.g., camping, tours and tickets, permits, etc.), activities and points of interest (e.g., hiking, mountain biking, photography, wildlife viewing, historical and cultural information, concession and outfitter services, visitor centers, refuges, water projects, forests, museums, etc.), and user generated content.

Travel planning services encompass an extremely broad range of possible services and technologies.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Contractor shall provide the end user, at a minimum, the ability to utilize interactive maps to link informational material to map locations, locate recreation inventory and activities, check availability, view geo-located/geo-tagged recreation site photos/videos, and reserve inventory.  The mapping functionality shall leverage best-of-breed, modern geographic information system capabilities, including a user experience that makes interacting with the map simple and intuitive.  The system shall be capable of displaying GIS data in a standardized formats, utilizing existing symbology and styles where feasible.  Vector (points, lines, polygons) and raster (imagery) data, including standard interchange formats (GeoJSON, others) and third party sources through web map and web feature services, should be accounted where necessary.  Multiple options for background / base layering of imagery and themes shall be provided.  This may include topographic, thematic, satellite or other imagery.

### 5.4.3.   New Inventory Implementations and Expansion of Inventory

**Objective:** Provide all necessary staffing and support to incorporate the addition or deletion of new inventory in a timely manner.

The Contractor shall perform all actions required for the management of reservable inventory to include, but shall not be limited to, inputting, importing and maintaining data; expanding inventory at existing facilities and by adding new facilities, activities, and sales items as necessary; performing quality control checks; and updating data to reflect changes.

The Government anticipates that most existing facilities in the program will continue to use the advance reservation service in the future.  However, emergency situations, legal decisions, operational needs, and other circumstances may dictate the removal of certain facilities.  The government shall not be liable to replace these or add additional inventory to compensate for the loss of inventory at any time.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.4.4. Customer Support

**Objective:** Provide accurate, timely, cost-effective, and reliable customer support including planning, making, changing, and cancelling reservations, agent training, applying closures, and troubleshooting, for both internal (approximately 5,000) and external users, meeting or exceeding the industry standards.

The Contractor shall provide customer support services to include, but not be limited to: hours of operation across 6 US time zones; resolving customer issues of all kinds; answering inquiries and complaints; investigating and resolving billing and bank card issues; referring non-reservation inquiries to the appropriate party; and processing refund requests. The Contractor shall refer all Federal, Congressional and State governmental inquiries and complaints to the COR.  The Contractor shall document and report Customer Service contacts and customer service metrics.  The contractor shall provide customer support services on every day of the year except, Thanksgiving, Christmas Day and New Year's Day.

### 5.4.5. Business Rules

**Objective:** Support the incorporation of all existing business rules, and the development of new business rules as needed for new implementations and existing programs, for each facility or activity.

Business rules highlight areas of the most critical R1S business processes. All R1S services must accommodate diverse policies and regulations that are unique to each facility or activity.  Additional business rules will be developed and incorporated into R1S processes during detailed implementation planning and throughout the periods of performance.

Business rules provided correlate to the major service areas of the PWS, however, these are not specific only to that major service area, and may apply to all reservation sales and services. See attachment "Use Cases" for examples to show the varying complexity of the application of the business rules.

### 5.4.6. Field Operations

*Performance Work Statement*

*Recreation One Stop Support Services*

**Objective:** Provide real-time sales and reservation services and support all types of field operations. The solution shall provide all necessary functions to process accurate financial transactions with associated reporting. Whenever possible, ensure that software can be deployed on a variety of commodity hardware types.

Field operations include a wide variety of operational situations including but not limited to: operating campgrounds, day use areas, group facilities and lodgings (cabins and lookouts), issuing and selling tickets, issuing and planning permits and permit itineraries, selling passes, and collecting fees associated with the sale of other items. Workflow shall be simple and intuitive to provide streamlined user experience. The Contractor shall provide flexible and adaptable technology despite constraints on location, physical space, connectivity and infrastructure at field locations. The Contractor shall provide field and technical support to include, but not limited to: hours of operation across six US time zones, resolving field issues concerning Contractor-furnished services, supplies and systems, and operation of the overall R1S support services. The Contractor shall document and report field support contacts.

**5.5.    Telecommunications Support Services**

**Objective:** Utilizing current technologies and industry standards, provide telecommunications services which ensure that all sites have internet access to the reservation system for Government users.

Many of the Government locations participating in R1S are in remote geographic areas with limited to no organic telecommunications services available.

Historically, this requirement has been satisfied by the Contractor procuring commercial satellite data services and equipment through a Subcontractor.

USACE is by far the primary user of this service. While much of the need for this service is determined by the remoteness of the location, there are several other factors which may drive a location to participate in these services; such as internal agency IT policy and regulations, internal agency infrastructure budgets, etc. For example, a facility gate house may be 100 yards away from another agency structure which has dedicated T1 access, however the agency has a strict prohibition on Wi-Fi being installed on the agency network and there are no IT infrastructure funds available to run cable to the gate house. If the location wants to participate, they will need the

services defined herein.  Additionally, since these data services remain entirely separate from all Agency networks, these data service solutions may be appealing for creating secure Wi-Fi networks for agency employee mobile devices if the Contractor R1S solution contains value added mobile friendly services for field personnel.

The Contractor shall provide separately priced telecommunications support to these locations which includes, but is not limited to, procurement / lease / rental, installation, operation, maintenance and removal of high-speed, data-quality telecommunications equipment and services to provide data connectivity between specified field locations and the Contractor.  The proposed solution shall have sufficient bandwidth and throughput capacity to enable participating locations to fully utilize all System features and capabilities.  As better alternatives become available in the market, the contractor shall notify the COR through a letter, deliverable, or technology plan.  However, once the CO and COR decide on a telecommunications alternative, the CO will request a formal proposal.

Access to any Telecommunications connectivity provided under this paragraph shall be limited to on-site Government / Contractor / Concessionaire personnel and usage shall be restricted to only that which is required for performance of their official duties.

A complete listing of the Locations and Areas currently utilizing Telecommunications Support through the legacy contract is available in the Attached, "Satellite Services".

### 5.6.  Program Management Support Services

**Objective:** Provide program management support services including, but not limited to, all resources, corporate support, technologies, suppliers, and cost efficiencies. Program management success includes:
- Timeliness.
- Achieving all fiscal goals.
- Meeting or exceeding all requirements with minimal risk or with adequate risk mitigation planning execution.
- Managing a highly effective team.
- Unparalleled customer satisfaction.

During the entire duration of the contract, the Contractor shall provide staff and maintain a program management office within a forty (40) mile radius of the PMO office currently located in Lakewood, Colorado.

*Performance Work Statement*

*Recreation One Stop Support Services*

As part of the Contractor's program management office, the Contractor shall provide a secure room for one, on-site Government staff with a desk, chair, telephone, and internet access.

The Contractor may propose an office location which is outside of the prescribed forty (40) mile radius from Lakewood, CO along with a request that the Government approves the proposed location.  The Government shall not be obligated to approve locations outside of the prescribed forty (40) mile radius.

The office shall be staffed by the requisite program personnel with the skills, knowledge and programmatic authority to execute the project and to expedite problem resolution.

### 5.6.1.  Security Plan

The Contractor shall submit a Security Plan compliant with FedRAMP and other Federal requirements/directives no later than 45 days after contract award.  The Security Plan shall be updated at least annually and submitted to the Government for review no later than 1 February of each year of contract performance.

Many factors, such as enhancements, changes to Government IT security requirements, etc. may necessitate interim updates to the Security Plan.  The Contractor shall submit interim updates to the Security Plan within thirty (30) days of receiving an official request from the Government.

The Security Plan shall detail the steps and processes employed by the Contractor as well as the features and characteristics which will ensure compliance with the security requirements of this contract.

The Contractor shall ensure that digital services protect sensitive information and keep systems secure. This is typically a process of continuous review and improvement which should be built into the development and maintenance of the service. At the start of designing a new service or feature, the Contractor shall engage the appropriate privacy, security, and legal officer(s) to discuss the type of information collected, how it should be secured, and how it may be used and shared. The sustained engagement with the R1SPMO will ensure

*Performance Work Statement*

*Recreation One Stop Support Services*

that personal data is properly managed. In addition, a key process to building a secure service is comprehensively testing and certifying the components in each layer of the technology stack for security vulnerabilities, and then to re-use these same pre-certified components for multiple services.

### 5.6.2. Project Kick-off Meeting

As part of Implementation planning, the Contractor shall plan, document, host and facilitate a Project Kick-Off Meeting within fourteen (14) days of receiving the Notice to Proceed.

All key personnel on the Contractor Program Management Team shall attend the meeting.  The meeting shall include a detailed review of the Contractor proposed Implementation Plan and all associated activities required to execute the plan.

Additionally, the meeting shall include detailed discussions of the contract requirements, including Business Rules defined in the attached "Business Rules", to foster a "meeting of the minds" between Contractor and Government personnel.

### 5.6.3. Section 508 Compliance

The Contractor shall ensure the solution complies with Section 508 of the US Rehabilitation Act throughout the life-cycle of this contract. At their discretion, the Contractor may use GSA's 508 technical tools and resources located at http://www.gsa.gov/portal/content/103534.

The Contractor shall annually certify that the system is compliant with Section 508 of the US Rehabilitation Act.

The Contractor shall bring all applicable non-compliant aspects into compliance immediately upon discovery of the non-compliant situation at the direction of the Government.

### 5.6.4. Government Computer Hardware/Software

*Performance Work Statement*

*Recreation One Stop Support Services*

Participating Government agencies shall be responsible for procurement and installation of all hardware at field locations, with the exception of Contractor provided equipment required to deliver the telecommunications services.

The Contractor shall provide the necessary hardware, software, and connectivity specifications required to operate and maintain the Contractor's solution.

Participating agencies shall be responsible for procurement and installation of all other hardware (excluding what is described herein) at field locations and shall be responsible for ensuring it complies with the stated minimum specifications provided by the Contractor. The Contractor Help Desk shall be capable of assisting and troubleshooting issues associated with connecting and assessing the solution.

### 5.6.5.  Support Agencies / Program Management

The Contractor shall provide the services required to support the business and operational requirements of participating Government agencies as well as providing services required to efficiently and effectively manage all aspects of the program.

### 5.6.6.  Key Personnel

The following full-time Contractor personnel shall be designated Key Personnel and shall be subject to the Key Personnel clause in the resulting contract. The contractor shall ensure that qualified and authorized personnel are accessible year round to mitigate urgent issues that may arise outside of normal business hours.

#### 5.6.6.1.  Program Manager

The Contractor's Program Manager (PM) shall be ultimately responsible for the performance of the work described herein. The PM shall have full authority to act on behalf of the Contractor for all issues pertaining to the execution of contract requirements. The PM shall possess and maintain a Project Management Professional (PMP) certification throughout the duration of the contract.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.6.6.2.   Deputy Program Manager

The Contractor's Deputy Program Manager (DPM) shall work in concert with the PM to ensure timely and effective execution of contract requirements.  The DPM shall possess the full authority of the PM during periods of the PM's absence.

### 5.6.6.3.   Technical Lead

The Contractor shall designate a senior technology lead who has the authority and responsibility across teams to assign tasks and work elements; make business, product, and technical decisions; and is accountable for the success or failure of the overall system.

This person shall have the overall technology experience and expertise to run and participate in an agile development environment. This lead is ultimately responsible for how well the system is meeting the needs of its users.

### 5.6.6.4.   Agency Liaisons

The participating agencies all have unique missions, policies and operating procedures.  It is important that contractor representatives have a clear understanding of these differences and can provide appropriate guidance and assistance to support these unique needs.  The Contractor shall designate specific Agency Liaisons (ALs) who shall act as the Contractor's focal point for the Government's Agency Technical Representatives (ATRs) and shall act as the primary conduit of information between the Contractor and participating agencies and shall be primarily responsible for driving resolution to all types of agency-specific issues.  The Contractor shall assign one AL per major participating agency, DOI, USACE and FS.  These same individuals may then be assigned other duties and responsibilities by the Contractor; however their Agency Liaison duties shall be their top priority. The Contractor shall allocate the remaining non-major participating agencies across the ALs as appropriate to ensure every participating agency is assigned an AL.  There are no specific certifications required for ALs, however ALs shall possess

*Performance Work Statement*

*Recreation One Stop Support Services*

strong communication skills and drive to provide outstanding customer service.

There are no specific requirements for the individual agency liaisons to be employees of the prime Contractor or to be located on site with the respective federal agency.  The prime Contractor shall propose their staffing of key positions and clearly articulate how the proposed solution is advantageous to the Government. The ALs may be geographically separated throughout the United States.

### 5.6.7.  Travel

The Contractor shall be required to travel during the execution of contract requirements. The Government share for the estimated annual travel budget is $150,000 which shall be built in the Requirements Contract. Any additional funding required for travel shall be at the expense of the Contractor. The following represent known travel requirements; however additional travel requirements may exist above and beyond this listing.

Since the R1S Support Services contract amounts to a profit sharing partnership, it is appropriate that the parties share travel costs.  The amount of the Government's share shall in no way be construed as a limit, or ceiling, on the total amount of travel expenses the Contractor may incur during a contract term, nor shall it be used as rationale for the Contractor to not participate in required activities.

Each contract term, the Contractor shall bear 100% of all Contractor travel expenses incurred above the Government's share.

#### 5.6.7.1.   Award Term Review Board

The Contractor shall attend two meetings each year in support of the ATRB process.  These ½ to 1-day long meetings have historically been held in the Washington DC area.  At a minimum, the Contractor's Program Manager shall attend the ATRB meetings in person and other key program personnel and corporate leadership are encouraged to attend as appropriate.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.6.7.2.  New Inventory Implementations

Historically, the Government has found that on-site requirements definition meetings including PMO personnel and local facility personnel have been supremely beneficial for new inventory implementations, particularly those associated with the implementation of new lottery and / or permitting inventory.

At the direction of the PMO, the Contractor shall travel in support of new inventory implementations.

### 5.6.7.3.  Recurring Programmatic Meetings

The Contractor and PMO shall make every effort to ensure recurring programmatic meetings are held within the Denver / Metro, Colorado commuting area to minimize travel costs for both parties.

The Contractor shall provide for the travel of Contractor personnel on an as-needed basis to support these recurring programmatic meetings when the required level of knowledge or expertise is not organically available at the Contractor's Denver Metro-area program office.

### 5.6.7.4.  Other Travel

Based on COR direction, the Contractor may be required to send program personnel on official travel to various locations with variable lengths of time.

### 5.6.8.  Monthly Performance Report

The Contractor shall submit a detailed account of their monthly contract performance in a manner that clearly and easily tracks back to the measurable minimum Acceptable Quality Levels (AQL) established in the attached "Performance Requirements Summary" (PRS).

The Monthly Performance Report shall be submitted as an attachment to the Contractor's monthly invoice.

*Performance Work Statement*

*Recreation One Stop Support Services*

The Monthly Performance Report shall detail the Contractor's performance as defined by the Performance Requirements Summary.

In the event the Contractor's performance falls below an established AQL during an invoicing period, the Monthly Performance Report shall contain a detailed analysis and discussion of the circumstances which caused the failure to meet the AQL as well as a discussion of the processes implemented to prevent future AQL failures of the same nature. Failure by the Contractor to achieve the AQL may result in a negative incentive applied as outlined in the PRS outcome. If re-performance of a task, or set of tasks, is required as the result of an AQL failure, the Contractor shall detail in the Monthly Performance Report the process and timelines they will employ to successfully accomplish the task, or set of tasks.

### 5.6.9.  Annual Independent Audits

The Contractor shall initiate an annual system audit at the close of each Government fiscal year.  The audit shall be performed by an independent and licensed Certified Public Accountant (CPA) and shall focus on the entirety of the financial and transactional data contained in the system for the most recently completed Government fiscal year.  There is no requirement to conduct successive comprehensive audits of previously audited fiscal years; however transactions from the most recent fiscal year which impact transactions and data from previously audited data sets shall be audited to ensure compliance with established accounting procedures and business rules.

Audit results shall be provided to the PMO no later than 60-days after the close of the Government fiscal year.

The Contractor shall address and resolve all audit findings and coordinate the resolution with the R1S PMO.

### 5.6.10. Transaction Reconciliation

The Contractor shall reconcile all financial transactions (electronic and paper) by automatically obtaining financial data from the designated banks and matching all financial data to the appropriate transaction record and by automatically matching all payment

failures/defaults/denials/charge backs/etc. to the appropriate transaction record.

The transaction reconciliation process shall be automated to the maximum extent practical and shall provide personnel the ability to adjust system data as appropriate to match the financial data obtained from the designated bank within the guidelines of GAAP and prudent system financial controls to prevent the misappropriation of system funds.

The Contractor shall allow the system to produce accurate, clear and concise reconciliation reports.

### 5.6.11. Distribution of Funds

The Program Office shall be responsible for the distribution of funds from the designated U.S. Treasury accounts as appropriate to all participating agencies, Concessionaires, etc.

The Contractor shall support this funds distribution process by automatically accounting for and allocating all reconciled funds to hierarchical levels determined during the agile process.

This information shall be available to the Program Office Personnel in the form of an accurate, clear and concise report generated on-demand by users via the ERS.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.6.12. Payment Method Summary

| Method of Payment | Sales Channels | | |
|---|---|---|---|
| | Call Center | Internet | Field |
| Bank Card [1] | Yes | Yes | Yes |
| Certified Checks, Bank Checks or Money Orders | No | No | Yes |
| Personal Checks or Travelers Checks | No | No | Yes |
| Cash | No | No | Yes |
| Foreign Currency | No | No | No |

[1] Credit card statement shall reflect agreed upon program information.

In addition to this table and in accordance with section 5.2.3., the Contractor is encouraged to seek out, evaluate, and propose, as appropriate, new and emerging payment technologies and methods based on current industry, market, and consumer trends (i.e., PayPal, Apple Pay, etc.).

### 5.6.13. Program Management and Execution

### 5.6.13.1. Program Management Tools

The Contractor shall provide and employ a wide array of program management tools and techniques to aid in the efficient execution of the contract.

The tools shall provide an easily accessible, intuitive and reliable means of mitigating program risks through the monitoring of cost, schedule and performance aspects of the program including, but not limited to:

- Tracking, assigning, and documenting the resolution of open action items.

*Performance Work Statement*

*Recreation One Stop Support Services*

- Notification of short and long-term system updates patches and enhancements.
- Tracking progress toward established program milestones.
- Deliverables management.
- Program Status Dashboards.
- Agile software development tracking tools.

### 5.6.14. Program Management Reviews (PMR)

The Contractor shall plan, document, host and facilitate specific PMRs throughout the post-phase-in life-cycle of the program.

PMRs shall be conducted in person and attended by the appropriate key Contractor personnel to ensure a comprehensive and authoritative discussion of relevant topics, unless otherwise directed by the Government.

The Contractor shall provide resources to allow remote participation in PMRs such that remote personnel may participate in the voice / audio portion of the meeting as well as live-view any presentation materials and data being displayed during the PMR.

Each PMR shall focus on the operational capabilities and performance of the System as well as System support activities such as Technological Evolution, Marketing and Communications, New & Pending Implementations, System Analytics and Open Item Status Tracking to name a few.

The months following the initial "phase-in" shall also contain salient elements of the Development Review meeting process to ensure a smooth transition from the development to the operational phase.

To ensure continual dialogue and proactive management of all aspects of the Program and System, PMRs shall be held no less than monthly for the first six months following contract award, and shall be spaced no more than 60 calendar days apart thereafter.

The Government shall have the unilateral authority to require PMRs on a more frequent basis if warranted.

*Performance Work Statement*

*Recreation One Stop Support Services*

### 5.6.15. Quality Control

**Objective:** The Contractor shall develop, execute, document and update as required a comprehensive quality control system to inspect all work and to ensure that all work performed is in full compliance with this contract, including the Performance Requirements Summary (PRS).

The Contractor shall ensure their Quality Control system spans all facets of their operation to ensure the highest quality standards are maintained between the various functional, managerial and operational aspects of the program.

The Contractor shall develop a Quality Control Plan for submission within 30 days of "go-live". Quality Control documentation shall be made available to the Government for review. The Quality Control Plan shall clearly establish the Contractor's Quality Control Organization and explain in detail how the Contractor will achieve the PRS standards for the desired outcomes and performance objectives.

The Contractor's performance shall be documented in a monthly performance report.

## 6. Operational Constraints

### 6.1. Security

The Contractor's proposed reservation system will be developed, deployed and maintained by the Contractor.  The Contractor shall comply with all requirements of the Federal Information Security Management Act (FISMA), The Federal Risk and Authorization Management Program (FedRAMP), Federal Information Processing Standards (FIPS) 199, and the Federal Information System Controls Audit Manual (FISCAM) as applicable throughout the contract lifecycle.  Authorization to Operate (ATO) regarding FIPS 199 from the Government is not necessary since the reservation system is owned by the Contractor.

If the solution is "cloud based" the solution and hosting environment shall be compliant with all FedRAMP Moderate Requirements

*Performance Work Statement*

*Recreation One Stop Support Services*

**6.2.   Data Back-up / Archiving / Storage**

All data is the exclusive property of the U.S. Government and shall be surrendered by the Contractor, in electronic format specified by the Government, along with all supporting information required to access the data (i.e., – data dictionary, software requirements, metadata, tags, etc.) at no additional cost to the Government within 5 days upon receipt of a written demand from the U. S. Government Contracting Officer.

The Contractor shall develop, document and execute a stringent data back-up regimen to ensure no system data is lost.  System data as used in this context refers to all transactional and reservation related data records, system user profiles, all data associated with reservable inventory and all non-reservable information to include multimedia files, informational articles, etc.

The Contractor shall maintain, at a minimum, the most recent twenty-four (24) months' worth of transactional and reservation-related data in an "active" state such that Government system users and Contractor Customer Support Personnel may query that information to produce reports, resolve issues, etc.  The Government shall provide the Contractor with the most recent twenty-four (24) months of transactional and reservation related data which the Contractor shall maintain for customer support purposes.

All data Back-Ups and Archives must be stored in accordance with reigning industry best practices and standards for Federal data retention to ensure the data remains viable, accessible through non-proprietary means, safe and secure throughout the life-cycle of this contract.  As information becomes available the contractor shall provide its information sources for standards and "best practices" to the Government and the Government may provide further sources as they become available.

On an annual basis, the Contractor shall provide the Government an electronic data back-up relevant to reservations including but not limited to; customer information, reserved dates, site information, and fees.   A back-up of user profile data shall also be provided annually.  The data shall be stored and delivered in a format approved by the COR. This back-up is to be stored with Government COR separate from other backups.

*Performance Work Statement*

*Recreation One Stop Support Services*

---

### 6.3.    System Availability

The Contractor shall engineer reliability and redundancy into the system (including access to all data) in order to maintain system uptime and availability to all users at a level of 99.9886% which equates to 60 minutes of unplanned downtime per year.

An outage and unplanned downtime are defined as any amount of time the System is not available and fails to perform its primary function and/or is not capable of handling full user capacity.

The Contractor shall track and report all System downtime as part of their monthly performance report.

### 6.3.1.   Planned System Outages / Degradations in Service

The Contractor shall schedule planned system outages during periods at which the Recreation.gov has historically shown the least user activity, such as the very early morning hours, as to inconvenience system users as little as possible.

For planned system outages with an expected duration of more than 10 minutes, the Contractor shall display a readily visible notice on top-level customer-facing Recreation.gov system pages advising them of the date, time and duration of the planned system outage.  Such a notice shall be posted and visible to System users for at least the 3 hour period immediately preceding the outage.

The Contractor shall request, in writing, approval from the Government for all planned system outages, regardless of the expected duration of the outage, at least forty-eight (48) hours prior to taking Recreation.gov down.

The written notification shall include the following information items as a minimum:

Date and Time of Planned Outage
Duration of Planned Outage
Reason for Planned Outage

---

*Performance Work Statement*

*Recreation One Stop Support Services*

Planned system outages shall not be counted against the sixty (60) minutes of unplanned downtime described above.  If the Contractor fails to provide the required notice forty-eight (48) hours preceding the onset of the outage, the PMO may apply the downtime to the 60 minutes of unplanned downtime described above.

### 6.3.2.  Unplanned System Outages

The Contractor shall immediately notify the PM and Contracting Officer Representative of any unplanned System outages.

This initial notification is preliminary and is solely intended to make the Government aware of the unplanned outage and the projected duration of the outage if available.

The Contractor's number one priority during unplanned system outages shall be to restore the System to full operational capability.

Once the System is returned to full operational capability, the Contractor shall prepare a detailed written incident report describing the specific failure(s) which created the outage and providing a critical analysis of the incidents, activities, environmental factors, etc. which contributed to failure(s). Additionally, the Contractor shall detail the corrective actions taken to return the System to full operational capability and clearly describe all preventative actions taken to ensure future failures of a similar nature do not occur. The detailed report shall be sent to the COR within 10 days.

### 6.3.3.  Capacity

It is difficult to project and predict the number of users who will be on the website or the number of simultaneous transactions to be processed at any given time; however we do know there are specific dates which have historically demonstrated higher than normal usage and transaction rates. These dates correspond to scheduled "on-sale" dates for reservations / permits / tickets at specific high-demand inventory assets such as Yosemite National Park.  On these "on-sale" dates, it is not uncommon for the entire available inventory to sell out within minutes of the sale opening.

*Performance Work Statement*

*Recreation One Stop Support Services*

Historic usage information may be found in the attachment "All Data". Page view and visitor analytics may be found in sections two (2), four (4), and six (6) of attachment "Data and Analytics".

The Contractor shall ensure the R1S system can effectively manage and maintain the overall user experience during periods of peak usage, high volume transaction processing, and the prevention of system failures.

### 6.4.    Closures

In the event unforeseen circumstances, natural or man-made, mandate the closure of locations/facilities/activities/etc. for which there are active reservations in the system, the Contractor shall work proactively with reservation holders to first reschedule or then cancel active reservations at the reservation holders' discretion.  No additional transaction fees or CLINs shall be charged as a result of reservation changes or cancellations as a result of Government initiated closures, regardless of the driving force behind the closure.

The Contractor shall not penalize a customer for a Government closure of facilities whether that closure is due to an act of nature or if human-caused.

### 6.5.    R1S Branding

The Government shall solely own and retain all rights to any and all R1S Program branding to include, but not be limited to, wireframes, design assets, original source documents, Photoshop files, all logos, names, tag-lines and slogans associated with the System regardless of whether those branding items were developed by Contractor or Government personnel or whether those items were developed under this R1S Support Services contract or some other contract vehicle.

Attachment 2

Performance Requirements Summary

# Attachment 2 – Performance Requirements Summary (PRS)
## RIS Support Services

**1.    PRS**

The PRS is the baseline for the performance work statement and identifies the desired Outcomes.  The Outcomes are based on the PWS technical requirements and identifies the priorities of the RIS PMO and what needs to be accomplished within the contract.

The Performance Objectives identifies that tasks that must be accomplished to produce the desired result (Outcome)

The Standard identifies how the Objectives will be monitored in terms of completeness, reliability, accuracy, timeliness, customer satisfaction, quality and/or cost.

The Acceptable Quality Level (AQL) identifies how much error will be allowed during performance execution and monitoring.
The Monitoring Method will we determine if success has been achieved.  The different monitoring methods include:
- 100% surveillance of the work requirements
- Periodic surveillance
- Customer surveys
- Customer complaint
- Other methods i.e., Inspection of Services

The Incentive is a priced adjustment and represents 100% of the contract value and establishes (%) a monthly deduct for not meeting the performance standards.  In addition, the Contractor may be required to re-perform the services if they fail to achieve the AQL.

The Contractor's Quality Control Program should, as a minimum, be based on the PRS Outcomes and identify how the Performance Objectives will be achieved.

**2.    Performance Evaluation**

Performance of a service is evaluated to determine whether or not it meets the PRS.  When the AQL is not met, a deficiency report will be issued to the Contractor by the contracting officer of COR.  Upon evaluation of the Contractor's performance resulting in a deficiency report, the Contractor's payment for the month for that Performance Objective in question will be calculated as stated in the PRS Incentive column.  The Contractor shall respond to the deficiency report within 10 calendar days of receipt.  In the case of a deficiency report, the contracting officer shall take appropriate measures according to the clause entitles, "Inspection of Services" and the Contractor may be required to re-perform those services that were not performed to the AQL.  The Contractor shall not be subject to financial penalties defined in the PRS under performance elements other than 5.1 for a period of 6-months after system go-live.

**3.    To Be Determined (TBD)**

Items within the Performance Elements below marked as "TBD" shall be negotiated between the RIS PMO and BAH as the technical solution takes shape through the Agile Development process.  A formal contract modification shall be issued NLT 30 days prior to system "go-live" to incorporate the final, complete, PRS into the contract.

**Attachment 2 – Performance Requirements Summary (PRS)**
**R1S Support Services**

| DESIRED OUTCOME | PERFORMANCE OBJECTIVE | STANDARD | AQL | MONITORING METHOD | INCENTIVES |
|---|---|---|---|---|---|
| **5.1 Provide Phase-in and Start Up Support Services** | | | | | |
| **5.1.1 – 5.1.7** | The Contractor shall design, develop, document, and implement leading to "Go-Live", an enterprise system, including data and data hosting, hardware, and software, capable of providing the R1S solution. | The contractor shall achieve all release dates as follows:<br>1. Release 0.3, Start + 12 weeks<br>2. Release 0.6/MVP, Start + 24 weeks<br>3. Release 0.9, Start + 40 weeks<br>4. Release 0.12, Start + 52 weeks<br>5. Go-Live, Start + 65 weeks | The contractor achieves all release dates within 5-days of milestones dates. | 100% Surveillance | 10% reduction in the applicable progress payment for failing to meet key milestones dates.<br><br>The Progress Payment Schedule is as follows:<br><br>1. Release 0.3, Start + 12 weeks, $200K<br>2. Release 0.6/MVP, Start + 24 weeks, $400K<br>3. Release 0.9, Start + 40 weeks, $200K<br>4. Release 0.12, Start + 52 weeks, $200K<br>5. Go-Live, Start + 65 weeks, $500K<br><br>*Note: The "Start" will be baselined and agreed to as part of the schedule review at the kickoff meeting.* |

**Note:** PRS Outcomes 5.2-5.6 will be negotiated prior to Go-Live.

**Attachment 2 – Performance Requirements Summary (PRS)**
**RIS Support Services**

| DESIRED OUTCOME | PERFORMANCE OBJECTIVE | STANDARD | AQL | MONITORING METHOD | INCENTIVES |
|---|---|---|---|---|---|
| **5.2 Provide Operations and Customer Support Services** | The Contractor's RIS solution shall maintain system uptime and availability to all users. | TBD | TBD | TBD | TBD |
| **5.2.1, 5.2.2, 5.2.3, 5.2.4, 5.2.5, 5.2.6** | The Contractor shall continue to use the Agile software development methodology to deliver Operations and Maintenance, Ongoing Design Support, Customer Support, Training, and advanced functionality. | TBD | TBD | TBD | TBD |
| **5.2.8** | Disaster Recovery and Continuity of Operations. The system and all data shall be maintained in the event of a catastrophic event in a manner to ensure reduced risk, the restoration of day to day operations, and the minimization of system downtime. | TBD | TBD | TBD | TBD |
| **5.2.9** | The Contractor shall deliver a robust, flexible and reliable capability for Internal Users to generate, print and save accurate system reports throughout the day on an on-demand basis. | TBD | TBD | TBD | TBD |

**Attachment 2 – Performance Requirements Summary (PRS)**
**RIS Support Services**

| DESIRED OUTCOME | PERFORMANCE OBJECTIVE | STANDARD | AQL | MONITORING METHOD | INCENTIVES |
|---|---|---|---|---|---|
| **5.3 Provide Public Interface Support Services** | | | | | |
| **5.3.1, 5.3.2** | The contractor shall increase ways for a potential customer to learn about the recreation opportunities available across the country and to initiate reservations for this inventory. The system shall be designed in such a way that it is easy for third parties to access the data and information contained within the Recreation.gov system in machine-readable formats, so that third parties may easily integrate this information into their applications, websites, products and services. | TBD | TBD | TBD | TBD |
| **5.3.3** | The contractor shall develop and execute a marketing plan that raises awareness for recreation opportunities across all federal lands and waterways. A robust marketing plan will achieve the goals listed in 5.3.3 while using the most effective and current marketing tactics. | TBD | TBD | TBD | TBD |

**Attachment 2 – Performance Requirements Summary (PRS)**
**RIS Support Services**

| DESIRED OUTCOME | PERFORMANCE OBJECTIVE | STANDARD | AQL | MONITORING METHOD | INCENTIVES |
|---|---|---|---|---|---|
| **5.4 Reservations and Other Recreation Related Services** | | | | | |
| **5.4.1 Reservations and Sales** | The Contractor shall provide a reservation service that provides Contractor staff and end-users easy access to information about reservable inventory, executes applicable business rules, and a simple, clear and intuitive process for making accurate and timely reservations and purchases. | TBD | TBD | TBD | TBD |
| **5.4.2 Travel Planning and Mapping** | The Contractor shall provide advanced comprehensive travel planning and geospatial services, including Point-To-Point Itinerary planning, throughout the entire end-to-end recreation experience envisioned for users. | TBD | TBD | TBD | TBD |
| **5.4.3 New Inventory Implementations and Expansion of Inventory** | The Contractor shall implement new recreation facilities/programs in a timely and accurate manner. | TBD | TBD | TBD | TBD |
| **5.4.4 Customer Support** | The contractor shall provide accurate, timely, cost-effective, and reliable customer support including planning, making, changing, and cancelling reservations, agent training, applying closures, and troubleshooting, for both internal (approximately 5,000) and external users, meeting or exceeding the industry standards. | TBD | TBD | TBD | TBD |
| **5.4.6 Field Operations** | The contractor shall provide real-time sales and reservation services and support all types of field operations. The solution shall provide all necessary functions to process accurate financial transactions with associated reporting. Whenever possible, ensure that software can be deployed on a variety of commodity hardware types. | TBD | TBD | TBD | TBD |

Attachment 2 – Performance Requirements Summary (PRS)
RIS Support Services

| DESIRED OUTCOME | PERFORMANCE OBJECTIVE | STANDARD | AQL | MONITORING METHOD | INCENTIVES |
|---|---|---|---|---|---|
| **5.5 Provide Telecommunications Support Services** | | | | | |
| | Utilizing current technologies and industry standards, the Contractor shall provide telecommunications services which ensure that all sites have access to the reservation system. | TBD | TBD | TBD | TBD |

**Attachment 2 – Performance Requirements Summary (PRS)**
**RIS Support Services**

| DESIRED OUTCOME | PERFORMANCE OBJECTIVE | STANDARD | AQL | MONITORING METHOD | INCENTIVES |
|---|---|---|---|---|---|
| **5.6 Provide Program Management Support Services** | | | | | |
| **5.6.1 thru 5.6.16** | The Contractor shall provide program management support services including, but not limited to, all resources, corporate support, personnel, technologies, suppliers, and cost efficiencies. | TBD | TBD | TBD | TBD |

Attachment 3

Award Term Plan

**Attachment 3: Award Term Plan**
**R1S Support Services**

Award Term Plan

for

Recreation One Stop (R1S) Support Services

Approved:

COULOMBE.MARY.J.129
3487975

Digitally signed by COULOMBE.MARY.J.1293487975
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI,
ou=USA, cn=COULOMBE.MARY.J.1293487975
Date: 2017.04.26 15:16:18 -04'00'

Mary J. Coulombe
Term Determining Official
Date:

**Attachment 3: Award Term Plan**
**R1S Support Services**

---

## Table of Contents

**Sections**

| Sections | Title |
|---|---|
| 1.0 | Introduction |
| 2.0 | Organization |
| 3.0 | Responsibilities |
| 4.0 | Award Term Process |
| 5.0 | Award Term Incentive |
| 6.0 | Award Term Determination |
| 7.0 | Changes to the Award Term Plan |

**Tables**

| Table | Title |
|---|---|
| 1 | Award Term Organization |
| 2 | Award Term Allocation by Evaluation Periods |
| 3 | Award Term Earned |
| 4 | Award Term Evaluation Criteria |
| 5 | Award Term Scoring |
| 6 | Award Term Sequence of Events / Process |

**Attachment 3: Award Term Plan**
**R1S Support Services**

___

<div align="center">

**Award Term Plan**

</div>

**1. Introduction**

This award term plan is a tool used for the Recreation One Stop Support Services (R1S Support Services) for evaluation of the Contractor's performance and for presenting an assessment of that performance to the Term Determining Official (TDO) in providing recreation reservation services, including phase-in and start up support services, operations and customer support services, public interface support services, reservations and other recreation related services, telecommunications support services and program management support services.  The adjustment to the period of performance will not result in a contract of less than 6 years and 3 months or greater than 11 years and 3 months.

All TDO decisions regarding the award term points, including but not limited to the amount of award term points, if any; the methodology used to calculate the award term points; the calculation of the award term points; the contractor's entitlement to the award term points; and the nature and success of the contractor's performance is a unilateral determination of the government.

The award term will be provided to the contractor through a unilateral contract modification based upon the points earned as determined by the TDO.

**2. Organization**

The award term organization consists of the TDO and an Award Term Review Board (ATRB) that consists of a Chairperson, the Contracting Officer, a recorder and Quality Assurance Evaluators (QAEs).  Members are listed in Table 1.

**3. Responsibilities**

**a. Term Determining Official.**  The TDO approves the award term plan and any significant changes.  The TDO reviews the recommendations of the ATRB, considers all pertinent data, determines the performance rating for each evaluation period and determines if an award term option is approved.  The award term determination will be made by the TDO based on the criteria outlined in table 4.  The TDO also appoints the ATRB Chairperson.  The Chairperson of the federal inter-agency Recreation Management Committee (RMC) shall fill the role as TDO.

**Attachment 3: Award Term Plan**
**R1S Support Services**

b. **Contracting Officer.** The Contracting Officer (CO) is the liaison between the Contractor and the Government Personnel. Subsequent to the TDO approval, the CO modifies the contract period of performance, if necessary, to reflect the decision.

c. **Award Term Review Board Chairperson.** The ATRB Chairperson chairs ATRB meetings and appoints the remaining ATRB members. The ATRB Chairperson briefs the TDO on recommended performance ratings and recommends award term plan changes to the TDO. The Chairperson coordinates the administrative actions during the award term process including: 1) receipt, processing and distribution of evaluation reports from all required sources, 2) scheduling board meetings and briefings, and 3) accomplishing other actions required to ensure the smooth operation of the award term process. The role ATRB Chairperson shall be performed by the Contracting Officer's Representative unless the TDO appoints some other knowledgeable and qualified individual in writing.

d. **Award Term Review Board Members.** The ATRB shall be comprised of the members designated in Table 1 herein. ATRB members review performance monitor evaluations, consider all information from pertinent sources, prepare interim performance evaluations, and will recommend an overall performance rating to the TDO. The ATRB members will also evaluate any recommended changes to the award term plan.

4. **Award Term Process**

a. **Interim Evaluation.** Interim evaluations of the Contractor's performance shall be conducted at 12 and 24-months from the initial date of contractor performance under the contract. The intent of the interim evaluations is familiarize the contractor with the full formal procedures and timelines associated with the ATRB process and also to provide the contractor with detailed feedback relative to the quality of their performance as measured against predetermined performance standards. No additional performance periods, award terms, shall be awarded as the result of the interim evaluation process. Interim evaluations shall follow all timelines, processes and procedures established in Table 6 below for formal Award Term Review Board proceedings.

b. **Performance Evaluations.** The contractor is expected to meet all requirements of the contract from the first date of performance under the contract, however, only the ratings from each evaluation period will be considered in the award term determinations under this contract. The phase-in period will be rated against the contractor's execution of the transition plan.

**Attachment 3: Award Term Plan**
**R1S Support Services**

---

   c.  **Evaluation Periods.**  All evaluation periods will occur at the end of each evaluation period as listed in table 2. The R1S Performance Coordinator shall notify the agency QAEs fifteen (15) calendar days before the evaluation period is complete.  Agency QAEs will complete their evaluation reports within fifteen (15) days after the evaluation period ends and submit them to the R1S Performance Coordinator for consolidation.  The R1S Performance Coordinator shall draft a summary report based on the inputs from all Agency QAEs which addresses both the strengths and weaknesses of the Contractor's performance during the evaluation period.

     The ATRB Chairperson will prepare and submit a final evaluation report to the TDO within 30 calendar days after the end of each evaluation period.  The report will include a recommendation as to the overall rating and include a narrative of each element evaluated that supports the commended rating assigned.

   d.  **Contractor's Self-Assessment.**  The Contractor shall electronically submit their self-assessment to the CO no later than 15 calendar days after the end of each evaluation period.  This written assessment of the Contractor's performance throughout the total evaluation period may contain any information that may be reasonably expected to assist the ATRB in evaluating the Contractor's performance.  The Contractor's self-assessment shall not exceed 5 pages.

     The contractor shall also have the opportunity to present, in person, a formal self-assessment to the full ATRB (less the TDO).  The Contractor's self-assessment presentation shall not exceed 60 minutes in length and shall focus only on their performance strengths, weaknesses, accomplishments and challenges during the evaluation period.  This presentation shall not be used as a marketing or business development opportunity.

   e.  **ATRB Evaluation**.  The ATRB will review the written Contractor self-assessment and consider the information presented during the Contractor's formal self-assessment presentation to the ATRB in conjunction with the interim and final evaluation reports approved by the TDO, the Contractor's performance, and consider information from any pertinent sources in determining an overall rating recommendation to be presented to the TDO.

   f.  **TDO Evaluation Assessment.**  The TDO is required to make a final assessment of the interim and final evaluation rating within 30 days of receipt of the ATRB evaluation report.  Accordingly, the TDO has the flexibility to change the recommended rating as a result of any relevant factors to include but not limited to the following:

**Attachment 3: Award Term Plan**
**R1S Support Services**

---

        i.   The rating assigned to an individual function due to extraordinary input from the activity or other sources.

      ii.   The overall rating based on trends in performance in all functions or any general economic or business trends which may affect performance capability.

    iii.   Any other information the TDO determines is applicable to the Contractor's performance evaluation.

Any changes to the ratings recommended by the ATRB must be documented and the documentation shall include the rationale for the change.

  **g.**  **Duration of Evaluation.**  The estimated time for completion of the Government's evaluation is approximately 60 days after the conclusion of the evaluation period.

**5.**  **Award Term Incentive**

The primary intent of the award term option is to incentivize the Contractor to perform the required services in such a manner as to warrant the highest possible rating during each evaluation period.  Merely performing in a "Satisfactory" manner shall not be sufficient to earn the Contractor any additional award term periods.  If during an evaluation period the Contractor receives an "Unsatisfactory" rating under the evaluation criteria, the Government may revoke any previously awarded award terms.

**6.**  **Award Term Determination**

  **a.**  **Award Term Determination Criteria.**  The TDO may only approve the award of an award term option year if the Contractor earns a minimum total score of 91 (Very Good) out of 100 possible points.

  **b.**  **Award Term Determination Process**.  The first award term determination will be made no later than two months following the conclusion of the first evaluation period in accordance with table 2.  The first award term determination will consider the Contractor's performance ratings received during phase-in as well as the initial performance period.  Each of the remaining four award term determinations will be based upon the dates set forth in table 2.

The determination and process for approving an award term option are unilateral decisions made solely at the discretion of the Government.

**Attachment 3: Award Term Plan**
**R1S Support Services**

---

    c. **TDO Determination.**  Unless the Award Term Plan ceases pursuant to its own terms, the TDO is required to make the award term determinations under this plan.  If an award term option period is approved by the TDO, the exercise of the award term option is at the discretion of the Government.  Favorable determinations by the TDO do no obligate the Government to exercise an award term option but only provide the CO with authority and discretion to exercise the option in accordance with FAR 52.217-9.

    d. **Notification to the Contractor.**  The TDO and COR shall present the formal determination to the Contractor in person to foster dialogue and formalize the performance feedback.  This face to face feedback shall not exceed 2-hours in duration and may run shorter.  Historically, the TDO has presented their formal determination in Washington DC, however the location of this meeting may change throughout the course of the R1S Support Services contract.  Additionally, the TDO will prepare a written letter advising the Contractor of the formal award term determination.

**7.  Changes to the Award Term Plan**

Contractor requested changes to the Award Term Plan shall be forwarded to the CO, who as a member of the ATRB, will forward the request to the ATRB chair for coordination.  Upon review, the ATRB will forward a recommendation to accept or reject the changes to the TDO.  Proposed changes to the Award Term Plan will be negotiated with the Contractor.  If a mutual agreement cannot be reached within 60 days prior to the start of the next award term period, the Government has the unilateral right to implement some, all or none of the requested changes.

Government proposed changes to the Award Term Plan shall be made unilaterally if the proposed changes are prior to the start of the award term period.  If proposed changes occur during the award term period the changes will be bilaterally negotiated with the Contractor.

If the award term ends prior to the TDO approving the use of an award term option year, or prior to the CO exercising an award term option period, the Government shall incur no costs associated with the award term provision of this contract.

**Attachment 3: Award Term Plan**
**R1S Support Services**

---

**TABLES**

Table 1:

| Table 1: Award Term Organization | |
|---|---|
| **Member/Position** | **Name** |
| Term Determining Official (TDO) | Chair, Recreation Management Committee |
| Chairperson (Voting) | R1S PM |
| Recorder (Non-Voting) | TBD |
| Contracting Officer (Non-Voting) | CO |
| End-User Representatives (Voting) | <ul><li>Recreation Management Committee<ul><li>Forest Service</li><li>US Army Corps of Engineers</li><li>National Park Service</li></ul></li><li>R1S COR</li><li>R1S Performance Coordinator</li></ul> |
| End-User Representatives (Non-Voting) | <ul><li>US Fish and Wildlife Service</li><li>Bureau of Land Management</li><li>Bureau of Reclamation</li><li>National Archives and Records Administration</li><li>Federal Highway Administration</li><li>National Oceanic Atmosphere Administration</li><li>Smithsonian Institution</li><li>Bureau of Engraving and Printing</li></ul> |
| QAEs (Non-Voting) | <ul><li>QAEs for PWS 5.1-5.6</li></ul> |

**Attachment 3: Award Term Plan**
**R1S Support Services**

Table 2:

| Table 2: Award Term Allocation by Evaluation Periods | | | |
|---|---|---|---|
| Evaluation Period | Evaluation Period | Award Term Period Available | Total Available Award Term(s) |
| Interim | Phase In | None | |
| Interim | Base Period Year 1 | None | |
| 1 | Base Period Year 2 | Award Term 1 | |
| 2 | Base Period Year 3 | Award Term 2 | |
| 3 | Base Period Year 4 | Award Term 3 | 5 |
| 4 | Base Period Year 5 | Award Term 4 | |
| 5 | Award Term 1 | Award Term 5 | |
| 6 | Award Term 2 | Any Award Term that may not have been previously awarded | |
| 7 | Award Term 3 | Any Award Term that may not have been previously awarded | |

**Attachment 3: Award Term Plan**
**R1S Support Services**

Table 3:

| Table 3: Award Term Earned | | |
|---|---|---|
| **Evaluation Period** | **Rating** | **Term(s) Awarded** |
| 1 | Excellent | * |
| | Very Good | * |
| | Satisfactory | As applicable |
| | Unsatisfactory | ** |
| 2 | Excellent | * |
| | Very Good | * |
| | Satisfactory | 0 |
| | Unsatisfactory | ** |
| 3 | Excellent | * |
| | Very Good | * |
| | Satisfactory | 0 |
| | Unsatisfactory | ** |
| 4 | Excellent | * |
| | Very Good | * |
| | Satisfactory | 0 |
| | Unsatisfactory | ** |
| 5 | Excellent | * |
| | Very Good | * |
| | Satisfactory | 0 |
| | Unsatisfactory | ** |
| 6 | Excellent | * |
| | Very Good | * |
| | Satisfactory | 0 |
| | Unsatisfactory | ** |
| 7 | Excellent | * |
| | Very Good | * |
| | Satisfactory | 0 |
| | Unsatisfactory | ** |

*\* No more than 1 award term may be awarded during each evaluation period and under no circumstances shall more than a Total of 5 Award Terms be awarded and executed during the life of the Contract.*
*\*\* Previously earned, but unexecuted Award Terms may be rescinded by the TDO if unsatisfactory performance quality warrants such a decision.*

**Attachment 3: Award Term Plan**
**R1S Support Services**

Table 4:

| Table 4: Evaluation Criteria | | | |
|---|---|---|---|
| Area | Weight | Standard | Points |
| 5.1 Phase-in and Start Up Support Services<br>• Design, develop, document, and implement leading to "Go-Live", an enterprise system, including data and data hosting, hardware, and software, capable of providing the R1S solution. | N/A | Excellent | 96 – 100 |
| | | Very Good | 91 – 95 |
| | | Satisfactory | 76 – 90 |
| | | Unsatisfactory | 0 – 75 |
| 5.2 Provide Operations and Customer Support Services<br>• Maintain system uptime and availability to all users at a level of 99.9886%<br>• Use the Agile software development methodology to deliver Operations and Maintenance, Ongoing Design Support, Customer Support, Training, and advanced functionality.<br>• Disaster Recovery and Continuity of Operations. The system and all data shall be maintained in the event of a catastrophic event in a manner to ensure reduced risk, the restoration of day to day operations, and the minimization of system downtime.<br>• Delivers a robust, flexible and reliable capability for Internal Users to generate, print and save accurate system reports throughout the day on an on-demand basis. | 30 | Excellent | 96 – 100 |
| | | Very Good | 91 – 95 |
| | | Satisfactory | 76 – 90 |
| | | Unsatisfactory | 0 – 75 |

**Attachment 3: Award Term Plan**
**R1S Support Services**

| Table 4: Evaluation Criteria (cont'd) | | | |
|---|---|---|---|
| Area | Weight | Standard | Points |
| 5.3 Public Interface Support Services<br>• Increase ways for a potential customer to learn about the recreation opportunities available across the country and to initiate reservations for this inventory.  The system shall be designed in such a way that it is easy for third parties to access the data and information contained within the Recreation.gov system in machine-readable formats, so that third parties may easily integrate this information into their applications, websites, products and services.<br>• Develops and executes a marketing plan that raises awareness for recreation opportunities across all federal lands and waterways.  A robust marketing plan will achieve the goals listed in 5.3.3 while using the most effective and current marketing tactics. | 20 | Excellent | 96 – 100 |
| | | Very Good | 91 – 95 |
| | | Satisfactory | 76 – 90 |

**Attachment 3: Award Term Plan**
**R1S Support Services**

| Table 4: Evaluation Criteria (cont'd) | | | |
|---|---|---|---|
| Area | Weight | Standard | Points |
| 5.4 Reservations and Other Recreation Related Services<br>• Provide a reservation service that provides Contractor staff and end-users easy access to information about reservable inventory, executes applicable business rules, and a simple, clear and intuitive process for making accurate and timely reservations and purchases.<br>• Provide advanced comprehensive travel planning and geospatial services, including Point-To-Point Itinerary planning, throughout the entire end-to-end recreation experience envisioned for users.<br>• Implement new recreation facilities/programs in a timely and accurate manner.<br>• Provide accurate, timely, cost-effective, and reliable customer support including planning, making, changing, and cancelling reservations, agent training, applying closures, and troubleshooting, for both internal (approximately 5,000) and external users, meeting or exceeding the industry standards.<br>• Provide real-time sales and reservation services and support all types of field operations. The solution shall provide all necessary functions to process accurate financial transactions with associated reporting.  Whenever possible, ensure that software can be deployed on a variety of commodity hardware types. | 30 | Excellent | 96 – 100 |
| | | Very Good | 91 – 95 |
| | | Satisfactory | 76 – 90 |
| | | Unsatisfactory | 0 – 75 |

**Attachment 3: Award Term Plan**
**R1S Support Services**

| Table 4: Evaluation Criteria (cont'd) | | | |
|---|---|---|---|
| **Area** | **Weight** | **Standard** | **Points** |
| 5.5 Telecommunications Support<br>• Provide telecommunications services which ensure that all sites have access to the reservations system. | 5 | Excellent | 96 – 100 |
| | | | |
| | | Very Good | 91 – 95 |
| | | Satisfactory | 76 – 90 |
| | | Unsatisfactory | 0 – 75 |
| 5.6 Program Management Support<br>• The Contractor shall provide program management support services including, but not limited to, all resources, corporate support, personnel, technologies, suppliers, and cost efficiencies. | 15 | Excellent | 96 – 100 |
| | | Very Good | 91 – 95 |
| | | Satisfactory | 76 – 90 |
| | | Unsatisfactory | 0 – 75 |

**Attachment 3: Award Term Plan**
**R1S Support Services**

Table 5:

| Table 5: Award Term Scoring | | |
|---|---|---|
| **Rating** | **Definition** | **Points** |
| Excellent | Contractor meets all contract requirements and consistently exceeds standards. | 96 – 100 |
| Very Good | Contractor meets most contract requirements and often exceeds standards. | 91 - 95 |
| Satisfactory | Contractor meets all contract requirements. | 76 - 90 |
| Unsatisfactory | Contractor fails to meet one or more contract requirements. | 0 - 75 |

**Attachment 3: Award Term Plan**
**R1S Support Services**

Table 6:

| Table 6: Award Term Sequence of Events / Process | |
|---|---|
| **End of Evaluation Period (EOEP)** | |
| <u>Approximate Time Frame</u> | <u>Action Required</u> |
| 15 days prior to EOEP | Recorder notifies each ATRB member and performance monitor that their reports shall be due NLT 15 days after the EOP. |
| 15 days after EOEP | Contractor provides final self-assessment not to exceed 5 pages. |
| 15 days after EOEP | Performance monitors submit evaluation reports to ATRB. |
| 30 days after EOEP | Performance monitors give oral presentations of evaluations to ATRB. |
| 45 days after EOEP | QAE briefs evaluation report and makes recommendation to TDO. |
| 60 days after EOEP | TDO provides CO a determination as to the number of award periods awarded or rescinded. |
| 5 days after TDO's recommendation | CO & TDO present formal letter to Contractor reflecting the results of the ATRB process and the TDO's determination. |

Attachment 4

R1S PMO Organizational Chart

# Recreation One Stop (R1S) Organization Chart



**Recreation Management Committee**

Mary Coulombe; Chair | USACE
Jerri Marr | USFS
Chris Williamson | NPS
Dave Ballenger | BLM
Doug Swanson | NARA
Phil Le Pelch | USFWS
Jerome Jackson | USBR

Recreation Management Committee

Erin Saelens
Forest Service
Contracting Officer

Rick DeLappe
Interagency Program Manager

Mark Salansky
Deputy PM for Acquisition

Amy Allabastro
Deputy PM for Performance Management

Kristi Bray
Web Content Editor

Janelle Smith
PAO, Marketing and Web Content

Stu Gregory
RIDB/Data Manager

Eric Levine
Product Owner

Kevin Mullarkey
Financial Analyst

Debbie Torres
Financial Analyst

Sheri Hughes
Implementation Manager

Ken Barrett
Program Support Assistant

Paul Kennerly,
Finance Officer

Vacant
Accountant

**Legend**

| Executive Leadership | Contracting |
| R1S Staff | Agency Staff |

**Agency Technical Representatives**

Sue Valente
USDA
Forest Service

Greg Webb and
Kathy Atkinson
Army Corps of
Engineers

Peggi Brooks and
Katelyn Burns
Bureau of Land
Management

Doug Swanson
National
Archives

Phil LePelch,
U.S. Fish &
Wildlife Service

Jolene Hall,
National Park
Service

Jerome Jackson
Bureau of
Reclamation



Recreation Information Database
Agency Data Stewards
Rick DeLappe
R1S Program Manager
Stu Gregory
RIDB Program Manager and COR
Dan Parker and Sean Louisin
Strategic Solutions
Sue Valente
US Forest Service
Ginny Dickerson
US Army Corps of Engineers
Ronnie Baca
US Bureau of Reclamation
Phil LePelch
US Fish and Wildlife Service
National Oceanic and Atmospheric Administration
Smithsonian Institution
Historic Hotels of America
Peggi Brooks
Bureau of Land Management
Ken Handwerger
National Park Service
Doug Swanson
National Archives and Records Administration
Federal Highways Administration
Utah State Parks

Attachment 5

Definitions

**Attachment 5: Definitions**

**R1S Support Services**

**Accessible**:  Describes a program, site, building, or facility, or a portion thereof, that complies with the Uniform Federal Accessibility Standard and the Americans with Disabilities Act Accessibility Guidelines, and that can be used by persons with disabilities.

**Accounting Operations Center (AOC)**:  The National Park Service (NPS) centralized Accounting Operations Center.  This office is the authority that prescribes financial accounting procedures for the NPS.

**Activity**:  A term used to describe a variety of events open to public visitation and for which a specific reservation may be made.  Activities include, but are not limited to, tours and other recreation opportunities.

**Administrative Hold**:  The non-reservable status that is temporarily placed on a recreation facility or activity for any management purposes.

**Advance Reservation Sale**:  Transactions made within the booking window for reservations at field locations.

**Advanced Reservation Sale for Non-Fee Facility:**  Transactions made within the booking window for reservations at facilities that do not charge recreation use fees (e.g. Washington Monument, Independence National Historic Park).

**Arrival Date/Time**:  Earliest time the reserved inventory is guaranteed to be available.

**Backcountry**: An area of Federal land characterized by a lack of development.  Similar to wilderness, but not formally recognized in law, it may include access limits that are subject to special Federal regulations.  Camping may be permitted in designated areas only.

**Bank Card**:  A form of non-cash payment rendered for goods and services using a financial institution's authorization.  This can be a credit card or debit card.

**Block Window:** A booking term which indicates that new inventory becomes available on non-daily basis**.**

**Booking Window**:  The time period beginning a specified number of days/months in advance of the first reservable date, specified in the inventory database. (For example, a campsite with a 240-day booking window may be reserved up to 240 days prior to the date of customer arrival.) Different types of facilities and activities may have different booking windows.

**Attachment 5: Definitions**

**R1S Support Services**

---

**Books of Original Entry**:  The original accounting and financial documents that chronicle the actions and events pertaining to this contract. This includes both paper and magnetized media recorded documents.

**Boundary Waters Canoe Area Wilderness (BWCAW)**:  The BWCAW is a congressionally designated wilderness area located in the Superior National Forest in northeastern Minnesota and managed by the USDA Forest Service.

**Campground:**  A designated recreation facility made up of individual campsites and/or group sites for overnight use. Day use facilities may also be found in a campground.

**Camping Fee**:  The Recreation Use Fee paid by a customer for occupying a campsite overnight.

**Campsite**:  A site designated for overnight occupancy, which may feature various amenities, such as a picnic table, fire ring, grill, etc.

**Cancellation**:  Release of a confirmed reservation that results in non-use by the original customer.

**Capacity**:  Limit on the use of the unit of inventory, such as maximum number of people, vehicles, tents, trailers, horses, watercraft, etc.

**Central Reservation System (CRS)**:  The Contractor-operated system that stores and processes all NRRS$^{TM}$ reservation data.

**Change**: A customer-initiated modification of the original reservation, which may include but is not limited to changing arrival/departure dates, site numbers and types within the same campground, method of payment, and party size.

**Computer Permit**:  A permit reserved and transmitted electronically to a specified Permit Issuing Station prior to the customer's entry date, as listed on the permit.

**Concessionaire**:  A private operator of Agency campgrounds or other recreational facilities under permit, lease, or other administrative instrument.

**Concessions**:  Commercial businesses that may provide visitor accommodations, facilities, or services within a location (National Park) under the provisions of a concession's contract or

**Attachment 5: Definitions**

**R1S Support Services**

permit.

**Concessionaire Use Fee**: The supplemental fee paid by the visitor in addition to a recreation fee for such services as concession transportation to and from a tour, attraction or activity.

**Confirmation**: A notice to the customer confirming reservation, permit, or sale. It verifies specific information, documents the payment record, and serves as a customer receipt.

**Congressional Inquiry**: A verbal or written inquiry from a member of Congress.

**Contact Center**: A Channel for distribution of reservation services and recreation information (e.g. call center).

**Contract Line Item Number (CLIN)**: A specific unit of work to be performed by the Contractor as a payment item.

**Contracting Officer (CO)**: A warranted individual of the USDA Forest Service with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings.

**Contracting Officer's Representative (COR)**: An authorized representative of the CO who administers the day-to-day operation of the contract. This individual acts within the limits of the authority delegated by the CO.

**Contracting Officer's Technical Representative (COTR)**: Synonymous with Contracting Officer's Representative (COR).

**Cooperator**: A privately owned business or non-profit organization under agreement with the USDA Forest Service for the purpose of issuing wilderness permits (e.g., BWCAW permits)

**Credit**: A credit to a customer's account in lieu of a refund, held in the Central Reservation System for future use by the customer.

**Customer:** Internal customers include agency leadership, Government program personnel, field staff, concessionaires, partners, and contractor personnel (those requiring access to back-office applications). External customers include the public, third party contributors, the media, and consumers of shared data.

**Attachment 5: Definitions**

**R1S Support Services**

---

**Cutoff Date/Time**:  The date and/or time beyond which an action will not be accepted.

**Cutoff Window**:  The latest date and/or time that a customer request can be processed for a specific action; for example, the latest date a reservation, change, or cancellation can be made.

**Daily Arrival Report (DAR):**  A report that documents customers arriving on a daily basis for each reservable facility or activity in the NRRS$^{TM}$ system.

**Daily Use Fee**:  A fee that is charged for the use of a facility or to participate in an activity (camping, tours, and day visits).

**Day Use**:  A recreation facility or activity intended for use during daylight hours; (for example, picnic areas, swimming beach, shelters, or tours).

**Day Use Motor Quota**:  A weekly (Saturday through Friday) quota in the BWCAW set up for visitors to enter by motor for day use only. The visitor must exit at night. The visitor must specify an entry week (some may request a specific day within the week) when making the reservation, but the permit is only valid for any one day during that week.

**Defaulted Payments**:  Default of the payment instrument which may include chargeback transactions, non-sufficient funds checks, and other denials.

**Denials**:  These are financial transactions that are "stopped" because the Bank Card (Credit or Debit card) has expired or the customer stops payment.

**Departure**:  The designated date and/or time for the customer to vacate the recreation facility or activity.

**Designated Bank**:  A financial institution approved by the U.S. Department of Treasury, for the purpose of depositing public funds (31 USC 3302) into a U.S. Government treasury account.

**Designated Representative**:  Person(s) authorized by the CO or COR to represent the Government on matters relating to a contract.

**Differential Pricing**:  The pricing of different sites within a single Field Location at different rates; for example, a higher price for overnight use of a site on the waterfront. This may occur between seasons or within seasons.

**Attachment 5: Definitions**

**R1S Support Services**

---

**Double Booking**:  Multiple reservations above an established capacity for the same site, facility or activity with the same arrival date/time or activity date/time.

**Electronic Fund Transfer (EFT)**:  Transfer of funds by electronic means from one location to another.

**Enterprise:** Addresses the needs of the entire organization and all aspects of the solution including management, business functions, operations, and interfaces.

**Entrance Fee**:  A fee charged for entering parks or recreation areas (Also known as basic fees).

**Entry Point**:  A physical location designated in the permit for customers to access a Wilderness Area, Wild and Scenic River and the BWCAW.

**Equipment Type**:  A classification of a visitor's camping equipment, for example, tent, trailer, motor home, or recreational vehicle for use at a campsite.

**Exempt Permit**:  A BWCAW permit issued to a homeowner or resort owner or their guests on named lakes listed in Public Law 95-495.  These people are exempt from day use motor quotas.

**Extensions**:  Customer request before or after arrival for additional days or time beyond the original departure date or time.

**Facility**:  A structure or area available for use by the public and includes but is not limited to: campsites, day use areas, pavilions, cabins, and fire towers.

**Field Agency**: Concessionaire, and/or lessee management operations pertaining to NRRS$^{TM}$ recreation facilities or activities.

**Field Location**:  A location described in the inventory where recreation facilities or activities exist.

**Field Location Sales Channel**:  An Agency, concessionaire, and/or lessee field location operated sales channel for the NRRS$^{TM}$.

**Field Manager**:  A designated individual who is responsible for the day-to-day management of a recreation facility or activity.

**Attachment 5: Definitions**

**R1S Support Services**

---

**Field Reservation Program (FRP)**:  A real-time application that allows for reservation and onsite facility management by field locations.

**Firewall**:  Combination of hardware and software that is designed to protect computer systems from access by unauthorized users.

**First-Come, First-Serve Site**:  A recreation site or activity that is not available for advanced reservations.

**Future Sales Channels**:  Additional channels (i.e., third party, fully accessible kiosks, multimedia to the home, etc.) that may evolve over the life of the contract.

**Golden Access Passport**:  A free, lifetime pass available to citizens and permanent residents of the United States, who have been medically determined to be blind or permanently disabled and are eligible for receiving benefits under Federal law.  The passport provides free entrance to certain Federal areas, and a discount of 50% for some facilities and activities. It does not provide a discount for group campsites.

**Golden Age Passport**:  A lifetime pass available to citizens or permanent residents of the United States who are 62 years of age or older. The passport provides free entrance to certain Federal areas, and a discount of 50% for some facilities and activities. It does not provide a discount for group campsites (exceptions may apply).

**Golden Eagle Passport**:  An annual entrance pass allowing unlimited free entry to BLM, FS, and NPS sites that charge an entrance fee.  This pass does not apply to recreation use fees and expanded fees.

**Group Area:**  A facility that is designated for use by organized groups that can accommodate a designated number of people.

**Group Shelter**:  A designated facility capable of accommodating groups for day use activities, such as picnicking, reunions, etc.

**Group Tour Discount**:  A discount that applies to groups.

**Guide**:  A paid individual who receives compensation for leading an activity.

**Hand Written Permit**:  A permit written out of a permit book at a Permit Issuing Station.

**Attachment 5: Definitions**

**R1S Support Services**

---

**Internet Sales Channel:**  An authorized sales channel for conducting recreation reservation transactions over the Internet.

**Inventory**: A database of recreation facilities and activities, including their attributes and administrative information with a cumulative list or subset of facilities, activities, or permits.

**Lessee**:  An individual, organization, or governmental agency that manages recreation facilities or activities under a lease instrument from an Agency.

**Local Sales**:  Transactions made by Field Locations that include sale of reservations for recreation facilities and activities where the inventory is not reservable through the NRRS$^{TM}$, or where the inventory is reservable through the NRRS$^{TM}$ but falls within the reservation cutoff window.

**Lockbox**:  An account set up by the Agencies with the U.S. Department of Treasury's Financial Management Service and one of their designated commercial banks. Checks and money orders are deposited in this account for the NRRS$^{TM}$, and funds are then electronically transferred to a Forest Service account.

**Lookout**:  A facility for overnight use that was originally used as a forest fire observation facility.

**Lottery**:  A random number drawing process that is used to systematically allocate use of a limited number of high demand sites or recreation activities. A lottery is used to fairly and equitably distribute these scarce resources to the general public.

**Move**:  A change, after arrival, in the customer's facility (site or site type) or activity; a move is sometimes called a transfer.

**National Recreation Reservation Service (NRRS$^{TM}$)**:  The Federal legacy interagency reservation program.

**No-Show**:  A customer who does not arrive at the Field Location by the release date/time, or who changes or cancels a reservation after the release date/time.

**Non-Reservable:**  Classification of sites or activities that are not available for advance

**Attachment 5: Definitions**

**R1S Support Services**

reservation.

**Non-Sufficient Funds (NSF) Check**:  A personal check for payment of R1S Support Services goods and/or services that is returned by the Designated Bank, because there are insufficient funds to cover the amount of the check.

**Outfitter**:  A commercial company or non-profit organization that furnishes supplies and equipment to parties who are entering Agency Field Locations or areas.

**Overnight Motor Quota**:  A weekly (Saturday through Friday) quota in the BWCAW for the number of parties allowed for overnight campers traveling by motorized water craft, during any portion of their visit. This quota is a subset of the overnight quota.

**Overnight Quota**:  A daily quota for the number of permits for parties allowed to enter and camp overnight in the BWCAW. This applies to hikers, paddlers and motorized watercraft users.

**National Park Pass**:  An annual entrance pass for National Parks.

**Party Leader**:  A person or non-profit organization, whose name appears on the permit and who is the primary point-of-contact for the party.
**Permit**:  A document allowing a visitor to use a government facility or participate in an activity.

**Permit Issuing Station**: Designated locations near a wilderness, or river Entry Point where a customer can pick-up their Permit, e.g., sites near the BWCAW. These may be operated by the Agency or by Cooperators.

**Quick Permit**:  A permit issued to walk-in customers who do not have a reservation (e.g., BWCAW).

**Quota**:  A maximum number of units, e.g., permits, people, etc., set by the Agency that limits entry into either a Field Location or at an Entry Point.

**Quota Bumps**: Action taken by the Contractor resulting in exceeding the maximum number of units, e.g., permits, people, etc., set by the Agency for entry into a field location or Entry Point.

**Rain check**: A credit that provides the customer the ability to rebook their originally scheduled activity or facility using the full value of their original reservation.  There is no penalty to the

**Attachment 5: Definitions**

**R1S Support Services**

---

customer for this action.

**RCML**:  Shorthand for an extensible markup language (xml) specification that defines terms for recreation areas (parks), facilities (trails, campgrounds, etc.), activities (hiking, wildlife viewing, etc.), alerts (temporary closures), events, and similar recreation elements. It will be coordinated with other data standards for conducting transactions, responding to customer inquiries, fulfilling orders for maps/publications, etc. so computer systems/websites can exchange data easily via the internet.  RECML is a voluntary data sharing specification for recreation information. (REC.GOV).

**Recreation Fees**:  Those fees authorized by the Land and Water Conservation Fund Act of 1965, as amended, and the Fee Demonstration Authority authorized in the Omnibus Consolidated Rescissions and Appropriations Act of 1996, as amended. These recreation fees are charged a visitor for receiving benefit from use of certain recreation facilities and/or services. The agencies may subdivide recreation fees as Daily Use Fees, Entrance Fees, and Special Recreation Fees.

**Recreation Related Sales**:  The sale of recreation related products that include, but are not limited to: ice, firewood, vending sales, passes, extra vehicle fees, including third party sales.

**Recreation Use Fee**:  An authorized fee charged to the customer for use of a recreation facility or participation in a recreation activity. It may be charged on a per-day, per-night, or per-person basis (Also known as expanded fees).

**Referential Integrity**:  A feature provided by Relational Data Base Management Systems (RDBMS) that prevents users or applications from entering inconsistent data.  Most RDBMS have various referential integrity rules that can be applied when you create a relationship between tables.

**Refund**:  A full or partial credit of a customer's recreation use fees.

**Reservation**:  An assurance of a recreation opportunity for a specific date and/or time for a campground, tour, permit, limited use period, event or attraction. A reservation is a completed transaction when payment is received in full and a confirmation number is provided to the customer.

**Reservation Fee**:  A fee that covers the cost of reservation services and is charged to the customer at the time a reservation is made.

**Attachment 5: Definitions**

**R1S Support Services**

---

**Reservation Season:**  A timeframe(s) for which advanced reservations are available.  This is determined by each field location.

**R1S:**  Recreation One Stop solution.

**R1S Contract Management Office (CMO)**:  The office responsible for administration of the contract by designated Agency personnel.

**R1S Program Management Office (PMO):**  The Government's Program Management Office. This office consists of personnel from several of the participating agencies.  The PMO is currently located in Lakewood, Colorado.

**RIDB**:  Recreation information data base - a government source for recreation information and data.

**Rolling Window**:  A booking term which indicates that new inventory becomes available on a daily basis.

**Service Fee**:  A fee charged the customer for providing specific reservation services, such as a change or cancellation in a reservation, a no-show, or a reservation processing fee for facilities or activities that are provided free of charge.

**Site Closure**:  Action by a field manager that closes sites for advance reservations.  Closed sites may still be available for walk-in customers.

**Site-Specific Reservation**:  Assignment of a specific unit of inventory, upon customer request, at the time the reservation is made.

**Site-Type Reservation**:  An assignment of a non-specific unit of inventory when the reservation is made. Specific site assignments are made upon customer arrival.

**Special Recreation Fee**:  A fee for activities such as back county use and off-road vehicle permits.

**Time Ticket**:  A type of confirmation provided to customers that indicates the specific event, time, date and location for an activity.

**Attachment 5: Definitions**

**R1S Support Services**

**Tour**:  A guided or self-guided recreation experience at a field location.

**Tour Fee**:  The fee paid by a visitor to participate in a tour.

**Transaction**:  A reservation, change, cancellation or no-show processed by any Sales Channel to the Central Reservation System.  One transaction may include the sale of multiple tickets.

**Transfer:**  A change, after arrival, in the customer's facility (site or site type) or activity; a transfer is sometimes called a move.

**Walk-Up Sale**:  A reservation sale made at the time of the customer's arrival at the Field Location.

**Wilderness**:  Congressionally designated Federal land characterized by a lack of development.

**Will-Call System**:  A system that allows customers to pick up reservation confirmation at the site upon arrival.

**Year:** A "year" is defined as being aligned with the Government fiscal year of 1 October through 30 September.

Attachment 6

Business Rules

**Attachment 6: Business Rules**
**R1S Support Services**

Business Rules are meant to define specific system functionalities that are needed to support various operational requirements and to enforce limitations.  Any facility or site may require the application of one or more business rules.

Recreation One Stop (R1S) is a diverse and changing program.  Business rules identified in this section shall support one or more aspects of the R1S Support Services contract.

Business rules support operations by creating parameters that identify and enforce a wide variety of limitations such as equipment size and type, length of stay, maximum number of permits in a given time period, group size, application of fees, etc.

R1S Support Services Business rules must be configurable down to the site level to allow maximum operational flexibility.

The optimum solution shall support the rapid incorporation of additional new business rules, and the quick modification of existing business rules without negatively affecting other locations applying the same rules, throughout the contract period of performance.

**GENERAL**

- Provide the capability to make advanced and same day reservations.

- Provide the capability to post instant alerts and make rapid changes to alerts.

- Provide the capability to make multiple reservations within a single payment transaction.

- Provide the capability for rolling and block maximum reservation windows (rolling – inventory for new arrival dates becomes available each day; block – inventory for new arrivals becomes available all at once on a given day).

- The first and last date and time that an advanced reservation can be made is configurable to the minute (i.e., a facility can cut off reservations at any time that supports operational needs).

- Enforce a maximum or minimum length of stay

  - Must support maximum lengths of stay for a single visit, within a season, within a specified time period, can be based on date of last stay, enforce stay away rules (i.e., can incorporate a minimum number of days that a customer must wait in between reservations at the same facility or group of facilities).

- Enforce various party sizes.

- Enforce a maximum number of simultaneous reservations per person.

- Enforce a maximum number of reservations per transaction.

- Provide a means to identify and suppress suspicious transactions including, but not limited to web robot activity.

**Attachment 6: Business Rules**
**R1S Support Services**

- Provide configurable and variable list of amenities.

- Provide for configurable and variable fees for all types of inventory.

- Provide permission based simple and intuitive process to allow administrative override of all business rules.

- Search for customer information within a customer profile or other transaction detail using all data fields including but not limited to: customer name, phone number(s), e-mail, reservation number, driver's license number, license plate number, etc.

- Allow for changes to and cancellations of reservations through all sales channels (e.g., call center, web, mobile devices, and field). Note: Configurable based on location. Service fees may be assessed for actions on reservations including but not limited to: cancellations, late cancellations, no shows, transfers, etc.

## CUSTOMER PROFILE INFORMATION

- Generate a customer profile for every customer. (Note – we considered allowing users to sign in as a guest, however, the service must be able to enforce use limits based on customer information).

- Limited information in the customer profile information shall be modifiable by customer.

- Provide capability to prevent changes from being made to various data elements in a customer profile.

- Recognize and prevent potentially duplicate profiles and provide a means to remove duplicate information (e.g., if a customer has more than one profile because of using different phone numbers, the information shall be combined into one and the duplicative profile removed from the system).

- Provide customers the opportunity to update and/or delete profile information easily during the transaction process (e.g., if a customer has multiple profiles, they should be able to delete obsolete ones and/or update phone numbers and addresses).

- Provide the capability to quickly and easily add new data fields to customer profile.

- Provide the capability for internal users to search on all customer profile and reservation data elements.

## COMMERCIAL OPERATIONS

Commercial operations within an area may be managed within normal operations or may be managed separately.  The reservation service must support the management of commercial operations in both ways.  Management of commercial operations applies to all types of inventory and processes including but not limited to tours, camping, group facilities, permits, and lotteries.

**Attachment 6: Business Rules**
**R1S Support Services**

- Provide the capability to segregate inventory allocations between public and commercial users (where commercial inventory would only be accessible by approved users) for both advance and same day sales.

- Separate allocation quantities may be determined by percentage, whole numbers, or fractions and these rules may apply to all types of inventory.

- Commercial operators may be limited to allocations set aside for commercial use only or may be allowed to deplete inventory from a common pool of all inventory.

- Must support the generation of commercial operator profiles.

- Must be able to include configurable commercial operator identification/permit numbers

- Must be able to enforce limitations on commercial use.

- Enforcement rules must be configurable to facility, ticket type, permit level (i.e., different commercial operators may have different limits at a single location).

- Must be able to track commercial operator (and client) use nights/days and enforce use limits against these.

- Must be able to provide commercial operators the access to the system to make and view reservations for their clients and generate reports specific to their clients.

**CAMPING**

- Enforce vehicle width and length restrictions by equipment type.

- Support the configuration of various equipment limitations at the site level (i.e., camping equipment size, electric hook up amperage, accessibility, etc.)

- Display of reservable and non-reservable inventory is configurable by facility.

- A reservation that includes variable rates shall be considered one transaction.

- Must be able to reserve multiple sites within a single facility in a continuous itinerary in a single reservation transaction (i.e., if a desired campsite is not available for a desired length of stay, the customer may select two or more different sites for consecutive nights within a facility or a group of facilities to fill the stay within a single reservation transaction).

- Make it easy to identify when a site is reservable, non-reservable, occupied, reserved, closed, or any other status).

- Must support site specific and non-site specific site designations (see definitions).

**TICKETING**

- The maximum number of tickets per order or customer may vary between tours, times and/or facilities.

**Attachment 6: Business Rules**
**R1S Support Services**

- The maximum number of tickets per order or customer may vary between individual sales and group sales and shall be configurable.

- Provide a single ticket in a single transaction for one or more persons.

  - Collect the number of people associated with single ticket group sale.

- Provide multiple timed entries for multiple tours.  Tours may all be the same or different.

- Provide display options to see all available tickets for one tour or all tours.

- Provide logic to warn customers who try to book overlapping or potentially overlapping tour times.

- Timing for cutting off ticket sales is configurable at the tour level (may be prior to a tour start time or after for late arrivals).

- Apply pass discount to a single ticket per tour time.

- Provide general admission and assigned seating tickets.

- Provide quantity discounts when a ticket order transaction reaches a threshold.

- Provide packaged tours (Tour A and Tour B may be purchased separately or as a combination which may or may not be sold at a discounted price).

- Provide multiple options for ticket delivery and validation upon arrival including but not limited to: will call pick up, use of confirmation letter as proof of purchase, traditional hard ticket stock for on-site and advanced printing, advance ticket fulfillment, print at home, and digital mobile tickets which allow customers to receive / generate and store unique, secure, single-use tickets, and sets of tickets, on mobile devices for presentation and validation at field locations.

- Provide permission based capability to oversell tours.

- Enforce tour capacity limits.

**MOBILE / DIGITAL PASSES**

- Store all purchased mobile / digital passes in a user's online profile as a secure backup for retrieval if the user's mobile device is lost, damaged or ceases to function.
- Automatically apply pass-specific benefits and/or pricing to online transactions based on purchased passes stored in a user's online profile.
- Automatically notify mobile / digital pass holders via multiple communications methods of passes nearing their expiration dates.
- Enforce pass restrictions on transferability, expiration dates, facility restrictions, fee restrictions, etc.
- Provide the capability to electronically send a duplicate pass to an additional person. (Passes may have up to two authorized users.  The purchaser may opt to include an authorized additional user to the pass sale).

- Allow users to select a future "Effective Date" for mobile / digital passes and automatically calculate the "Expiration Date" of the pass based upon the "Effective Date" selected.

## PERMITTING

The permitting area represents perhaps one of the largest opportunities for inventory growth, however it is also the area which employs the most complex and varied set of business rules.

Permits are issued for a wide area of rules including but not limited to users, activities, uses and facilities. In order to support the wide range of permits, the solution must be flexible enough to allow numerous configurations including weighted quota calculations.

- Use types include but are not limited to: hiking, backpacking, overnight use, day use, group use, camping, motorized boat use, non-motorized boat use, specific vessel type (i.e., canoe, kayak, raft, fisherman's tube), technical and non-technical climbing, canyoneering, mountaineering, river rafting (floating) - non motorized, river rafting (floating) – motorized, viewing, commercial use, photography, fishing, hunting, collecting, etc.

- Permits may be issued for:  areas with quotas, areas with unlimited quotas, commercial use, activities, administrative use (sometimes at no cost), educational use, scientific research, vehicles, pack stock, guiding services, support services, and more. Rules include but are not limited to: entry points, exit points, number of people, number of groups, number of days/nights, number of permits, number of stock, type of stock, size of stock, by destination zone, by specific designated sites, number of stock use nights in area, first and last night of an itinerary, cross country limits, by launch date, by launch location, by takeout date, by takeout location, by boat type (motorized, non-motorized, canoe, kayak, row boat, inflatable raft, etc.), by time of day and by commercial use type.

- The solution shall be capable of supporting the creation of itineraries for a single permit which can affect rules from users, activities, uses, and facilities.  The number and variety of rules can be enforced at several levels of granularity (sites, zones, areas, etc., that can be added to an itinerary shall be unlimited but enforced according to maximum lengths of stay, stock use, etc.).Rules can also apply to duration including but not limited to: daily, nightly, seasonally, annually, in whole numbers or fractions, per individual user, can be based on date of last stay (i.e., only one permit allowed within 30 days of last stay), per use type, and equipment type.

- The solution shall provide administrative access to review, approve, change, and deny permit applications and shall support the assignment of specific sites (zones, areas, etc.) to a permit.

- Rules can be overridden by appropriate roles and permissions and examples may include: borrowing or transferring available quota from other days as needed.

**Attachment 6: Business Rules**
**R1S Support Services**

- The solution shall support a wide range of cancellation, change options and rules limiting future use including but not limited to: refunds per person, per night, per day, per stock use, and apply variable cancellations fees based on variable parameters.

- Upon cancellation of a permit, the field unit shall be capable of determining how and when the allocation will be released. Methods include but are not limited to: immediate, random (released by the system at a random time), random within various time periods, for administrative use only (local issuance), held, or wait listed.

- Allowable changes after reservation or award to a permit shall be configured at the permit level (each field may be allowed or blocked from change by the facility). Changes to a permit must be subject to quota availability and changes must be reflected in available quotas after the changes have been made.  The capability to make changes through selected sales channels shall be configurable at the permit level.  Changes to a permit must be subject to quota availability and include but are not limited to: leader name, alternate leader name, participant names, permit dates (start and end), locations on the permit, # of people (group size), # of stock, type of stock, add or remove nights, water craft number or type, entry and exit point, sites, zones, areas.

- Permit application information varies widely for each permit.  At a minimum, the solution shall provide the capability to collect the following information including but not limited: leader name, alternate leader name, all participants names, address, city, state, zip code (for US and foreign applicants), e-mail, country, vehicle information (including but not limited to: license plate and state, make, model, color, vehicle identification number, driver's license # (passport or ID#) and state of issuance, expiration date, emergency contact name, address and phone number, frequent user information, fees paid, configurable notes by facility, rules and regulations, visitor remarks and permit remarks.

- The solution shall be configurable to allow the field location to determine where and how printed permits can be delivered including but not limited to: self-printable, specific agency/cooperator issuing stations and electronic delivery to mobile devices.  The solution shall provide a permit delivery option that is configurable and meets the unique needs of various field operations.  Data fields shall include but not be limited to: permit holder name, alternate leader name, participant name(s), permit date (s), itinerary, itinerary details, sites, zones, areas, itinerary days, entry trailhead, exit trailhead, group size, number and type of stock, travel type, food storage method, rules and regulations, one or more signature blocks, group or organization name, group/organization type, CUA/Special Use Permit identification number, group affiliation, permit issuer, permit creation date, permit issue location, permit type, permit status, bicycle information, and agency logos.

- In addition to a system generated permit number, the solution shall provide the capability to add additional location specific tracking numbers both manually, automatically and sequentially.

-

**Attachment 6: Business Rules**
**R1S Support Services**

## FINANCIAL MANAGEMENT

Refunds

- Provide permission based process to approve and issue full or partial refunds.

- Provide automated process to issue credit card refunds upon an authorized cancellation of a reservation.

Deposits

- Must be able to collect deposits of varying amounts at the time of a reservation and collect the amount due at later date.
    - Date of collection and the time frame for making final payment is configurable at the site level.

    - Method for calculating amount due must support flat amounts, and amounts that are based on actual number of participants incorporating various fees that might include adult, child, group, and discounted rates (e.g., a commercial operator may reserve a tour time in advance and pay a deposit. 30 days prior to the tour, the commercial operator may identify that he is bringing a total of 10 adults, 15 children and 4 individuals with senior discounts. The amount due must reflect the total due based on different ticket prices).

- Must be able to refund deposits in whole or in partial amounts as determined by the location upon approval.

- All transactions and subsequent changes must be tracked and auditable.

- Field support systems must be able to process credit card sales using current credit card technology (magnetic swipes, RFID chips, etc.)

- Provide the capability to collect and report various taxes on a transaction.

Attachment 7

Telecommunications Services

Attachment 7: Communication Services
R1S Support Services

**Satellite Service Locations**

| Location | Facility ID | Latitude | Longitude | Facility Address | Facility City | Facility State | Facility Zip |
|---|---|---|---|---|---|---|---|
| AIRPORT (TX) | 71001 | 31.5972222 | -97.2369444 | 4600 SKEET EASON RD | WACO | TX | 76708-9602 |
| ALLEY CREEK CAMP (TX) | 71003 | 32.7994444 | -94.5919444 | RT. 1 BOX 2282 | JEFFERSON | TX | 75657-9780 |
| AMITY (AL) | 71005 | 32.9708333 | -85.2222222 | 1001 COUNTRY ROAD 393 | LANETT | AL | 36863 |
| ANDERSON ROAD (TN) | 71009 | 36.1061111 | -86.6038889 | 4010 ANDERSON ROAD | NASHVILLE | TN | 37217 |
| AUNTS CREEK (MO) | 71012 | 36.6736111 | -93.4597222 | 2837 STATE HWY 00 | REED SPRINGS | MO | 65737 |
| AUX ARC (AR) | 71013 | 35.4702778 | -93.8180556 | 1314 AUX ARC PARK ROAD | OZARK | AR | 72949 |
| BALD RIDGE CREEK (GA) | 71016 | 34.2038889 | -84.0861111 | 4100 BALD RIDGE ROAD | CUMMING | GA | 30041 |
| BAXTER (MO) | 71018 | 36.5669444 | -93.5013889 | 4631 STATE HWY H | LAMPE | MO | 65616 |
| BEAVER CREEK (MO) | 71022 | 36.6397222 | -93.0458333 | 3480 Foxglove Rd. | Kissee Mills | MO | 65680 |
| BELLAH MINE (AR) | 71026 | 34.1444444 | -94.3963889 | 706 DEQUEEN LAKE RD | DEQUEEN | AR | 71832 |
| BIDWELL POINT PARK (AR) | 71030 | 36.3861111 | -92.2375 | 106 Bidwell Park Pt | Gamaliel | AR | 72537 |
| BIG COON CREEK (AR) | 71031 | 34.1733333 | -94.32 | POLK ROAD 474 | GILLHAM | AR | 71841 |
| BIG HART CAMPGROUND (GA) | 71034 | 33.6145806 | -82.5087472 | 5258 WASHINGTON ROAD | THOMSON | GA | 30824 |
| BIG M (MO) | 71036 | 36.5577778 | -93.6766667 | HC 81 BOX 9251 | CASSVILLE | MO | 65625 |
| BLUE BLUFF CAMPGROUND (ABERDEEN MS) | 71040 | 33.8444444 | -88.5322222 | 20051 BLUE BLUFF ROAD | ABERDEEN | MS | 39730 |
| BLUFF CREEK (AL) | 71042 | 32.1797222 | -85.0133333 | 144 BLUFF CREEK RD | PITTSVIEW | AL | 36871 |
| BLUFF VIEW(CLEARWATER LAKE) (MO) | 71045 | 37.1819444 | -90.7894444 | 93 Hwy AA | PIEDMONT | MO | 63957 |
| BOLDING MILL (GA) | 71046 | 34.337925 | -83.9511444 | 4055 CHESTATEE ROAD | GAINESVILLE | GA | 50506-0567 |
| BRUSHY CREEK (TX) | 71055 | 32.7427778 | -94.5358333 | 2669 FM 726 | JEFFERSON | TX | 75657 |
| BUCK CREEK (AR) | 71056 | 36.4944444 | -92.7961111 | 10600 S State Hwy 125 | Protem | MO | 65733 |
| BUCKHORN CREEK (TX) | 71057 | 32.7552778 | -94.4944444 | 2669 FM 726 | JEFFERSON | TX | 75657-9780 |
| BUMPUS MILLS (TN) | 71059 | 36.6197222 | -87.8830556 | BOX 218 | GRAND RIVERS | TN | 42045-0218 |
| CAGES BEND (TN) | 71064 | 36.3038889 | -86.5152778 | 1125 BENDERS FERRY ROAD | GALLATIN | TN | 37066 |
| CAMPBELL POINT (MO) | 71065 | 36.5958333 | -93.5502778 | 792 Campbell Pt. Rd | Shell Knob | MO | 65747 |
| CANAL (KY) | 71067 | 36.9955556 | -88.2097222 | Box 218 | GRAND RIVERS | KY | 42045-0218 |
| CAPE FAIR (MO) | 71070 | 36.7225 | -93.5316667 | 1092 SHADRACK RD | CAPE FAIR | MO | 65624 |
| CARTER COVE (AR) | 71073 | 34.9611111 | -93.8080556 | 3 HWY 7 SOUTH | PLAINVIEW | AR | 72857-9600 |
| CEDAR BREAKS PARK (TX) | 71074 | 30.6816667 | -97.7330556 | 2100 CEDAR BREAKS RD | GEORGETOWN | TX | 78633 |
| CEDAR CREEK (TN) | 71075 | 36.2786111 | -86.5086111 | 9264 SAUNDERSVILLE ROAD | MT. JULIET | TN | 37122-3467 |
| CEDAR RIDGE (TX) | 71077 | 31.1696389 | -97.4436333 | 3790 Cedar Ridge Park Rd. | Temple | TX | 76502 |
| CEDRON CREEK (TX) | 71078 | 31.9644444 | -97.4141667 | 557 FM 1713 | Morgan | TX | 76671 |
| CHILATCHEE CREEK (AL) | 71085 | 32.1413889 | -87.2741667 | 2267 CHILATCHEE CREEK RD | ALBERTA | AL | 36720 |
| CLARK CREEK NORTH (GA) | 71088 | 34.0972222 | -84.6805556 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| CLEAR LAKE (TX) | 71092 | 33.0552778 | -96.4819444 | 8199 County Road 436 | PRINCETON | TX | 75098- 75407. |
| CLEAR SPRING (TX) | 71093 | 33.3583333 | -94.1916667 | 64 CLEAR SPRINGS PARK | TEXARKANA | TX | 75501 |
| COCHRANE (AL) | 71094 | 33.0842 | -88.2697 | 707 TENNTOM PARK RD | ALICEVILLE | AL | 35442 |
| CONEROSS PARK (SC) | 71097 | 34.5911111 | -82.8972222 | 699 CONEROSS PARK ROAD | TOWNVILLE | SC | 29689 |
| COPPERAS CREEK (TX) | 71103 | 31.9666667 | -98.5041667 | 2180 FM 2861 | COMANCHE | TX | 76442-9210 |
| COSSATOT REEFS (AR) | 71104 | 34.2067417 | -94.2313167 | 244 Reefs Park Road | GILLHAM | AR | 71841 |
| COTTON HILL (GA) | 71105 | 31.6744444 | -85.0641667 | 427 EUFAULA ROAD | FORT GAINES | GA | 39851 |
| CRANFIELD PARK (AR) | 71112 | 36.4047222 | -92.3208333 | 720 Cranfield Point | MOUNTAIN HOME | AR | 72653 |
| CRICKET CREEK (AR) | 71115 | 36.4830556 | -93.3002778 | 20110 BOAT DOCK RD | OMAHA | AR | 72662 |
| CUMBERLAND POINT (KY) | 71117 | 36.9655556 | -84.8422222 | 10000 HWY 761 | NANCY | KY | 42544 |
| DALE HOLLOW DAMSITE (TN) | 71119 | 36.5377778 | -85.4569444 | 200 CAMPGROUND ROAD | CELINA | TN | 38551-9708 |
| DAM - QUARRY (AR) | 71122 | 36.2583333 | -92.2405556 | 170 Picnic Drive | MOUNTAIN HOME | AR | 72653 |
| BUCKHORN CAMPGROUND (KY) | 71123 | 37.3508333 | -83.4727778 | 804 BUCKHORN DAM RD | BUCKHORN | KY | 41721-8808 |
| DAM SITE(GREERS FERRY) (AR) | 71125 | 35.5219444 | -91.9975 | 315 Heber Springs Road North | HEBER SPRINGS | AR | 72543 |
| ISAAC CREEK (AL) | 71129 | 31.6222222 | -87.5502778 | 5030 LOCK AND DAM RD UNIT 4 | FRANKLIN | AL | 36444 |
| FOSCUE CREEK (AL) | 71131 | 32.5155556 | -87.8694444 | Lock Dam Road | DEMOPOLIS | AL | 36732 |
| DANA PEAK (TX) | 71134 | 31.0288889 | -97.6130556 | 3800 Comanche Gap Rd | Harker Heights | TX | 76548 |
| DEERLICK CREEK (AL) | 71135 | 33.2594444 | -87.4302778 | 12421 DEERLICK ROAD | TUSCALOOSA | AL | 35406 |
| DEFEATED CREEK PARK (TN) | 71136 | 36.2997222 | -85.9088889 | 140 Marina Lane | CARTHAGE | TN | 37030 |
| DEWAYNE HAYES (MS), COLUMBUS, MS | 71140 | 33.6002778 | -88.4713889 | 7934 Barton Ferry Road | COLUMBUS | MS | 39701-9504 |
| DOLL MT. CAMPGROUND (GA) | 71143 | 34.6133333 | -84.6238889 | PO BOX 96 | OAKMAN | GA | 30732-0096 |
| DUCKETT MILL (GA) | 71148 | 34.3081833 | -83.9313167 | 3720 DUCKETT MILL ROAD | GAINESVILLE | GA | 30506-0567 |
| EASTBANK (GA) | 71151 | 30.7180556 | -84.8511111 | 153 EASTBANK ROAD | BAINBRIDGE | GA | 39819 |
| EAGLE ROCK (MO) | 71152 | 36.5272222 | -93.73 | HC1 BOX 1037 | EAGLE ROCK | MO | 65641 |
| MILLERS FERRY CAMPGROUND (AL) | 71157 | 32.1158333 | -87.3897222 | 111 EAST BANK PARK | CAMDEN | AL | 36726 |
| EAST FORK (TX) | 71159 | 33.0388889 | -96.5102778 | 3375 SKYVIEW DRIVE | WYLIE | TX | 75098-7575 |
| EUREKA (KY) | 71165 | 37.0251389 | -88.1940111 | BOX 218 | GRAND RIVERS | KY | 42045-0218 |
| FISHING CREEK (KY) | 71168 | 37.0713889 | -84.6891667 | 1611 HWY 1248 | SOMERSET | KY | 42501-0450 |
| FLATROCK (TEXAS) (TX) | 71170 | 31.8261111 | -99.5658333 | 230 FRIENDSHIP PARK RD | COLEMAN | TX | 76834-8845 |
| FLOATING MILL PARK (TN) | 71171 | 36.0448861 | -85.7634694 | 430 Floating Mill Lane | SILVER POINT | TN | 38582 |
| FORKLAND (AL) | 71172 | 32.6222222 | -87.8805556 | 1365 Forkland Park Road | Forkland | AL | 36740 |
| GAMALIEL (AR) | 71179 | 36.4211111 | -92.2222222 | 53 Gamaliel Park Road | Gamaliel | AR | 72537 |
| GUNTER HILL (AL) | 71187 | 32.3666667 | -86.4666667 | 561 BOOTH RD | MONTGOMERY | AL | 36108 |
| HANKS CREEK (TX) | 71188 | 31.2719444 | -94.4030556 | RT 3 BOX 486 | JASPER | TX | 75951-9598 |
| HARDRIDGE CREEK (AL) | 71190 | 31.6405556 | -85.1022222 | 592 U.S. GOVERNMENT RD. | ABBEVILLE | AL | 36310 |
| HAWE CREEK (SC) | 71195 | 33.8361111 | -82.3386111 | 1505 CHAMBERLAINS FERRY RD | MCCORMICK | SC | 29835 |
| HEBER SPRINGS (AR) | 71196 | 35.5038889 | -92.0663889 | 89 Park Road | HEBER SPRINGS | AR | 72543 |
| HENDERSON PARK (AR) | 71197 | 36.3765917 | -92.2326583 | 324 W 7th Street | Mountain Home | AR | 72653 |
| HICKORY CREEK PARK (AR) | 71201 | 36.2427778 | -94.0375 | 12618 HICKORY CREEK ROAD | LOWELL | AR | 72745 |
| HIGH VIEW (TX) | 71203 | 32.2713889 | -96.6677778 | 260 High View Rd. | Ennis | TX | 75119 |
| HIGHWAY 125 PARK BULL SHOALS (AR) | 71204 | 36.4897222 | -92.7727778 | 32 Marina Drive | Peel | AR | 72668 |
| HIGHWAY K (MO) | 71205 | 37.3241667 | -90.7666667 | 5347 Co. Rd. 452 | ANNAPOLIS | MO | 63620 |
| HOLIDAY (GA) | 71210 | 33.0261111 | -85.1788889 | 954 ABBOTSFORD RD. LAGRANGE | WEST POINT | GA | 30240 |
| HOLIDAY(TEXAS) (TX) | 71211 | 32.6183333 | -97.4975 | 0 | FORT WORTH | TX | 76126-0619 |
| HORSESHOE BEND (AR) | 71216 | 36.2866667 | -94.0194444 | 16165 E. HWY 94 | ROGERS | AR | 72758 |
| HURRICANE CREEK (KY) | 71219 | 36.92 | -87.9758333 | BOX 218 | GRAND RIVERS | KY | 42045-0218 |
| INDIAN POINT (MO) | 71223 | 36.6311111 | -93.3472222 | 3125 Indian Point Road | BRANSON | MO | 65616-9615 |
| JEFFERSON RIDGE (AR) | 71229 | 34.1072222 | -94.0505556 | 952 LAKE ROAD PO BOX 8 | DIERKS | AR | 71833 |
| JIM HOGG PARK (TX) | 71231 | 30.6816667 | -97.7330556 | 500 Jim Hogg Road | GEORGETOWN | TX | 78633 |
| JOHN F KENNEDY (AR) | 71233 | 35.5159389 | -91.9964694 | 375 Hatchery Road | HEBER SPRINGS | AR | 72543 |

Attachment 7: Communication Services
R1S Support Services

Satellite Service Locations

| Location | Facility ID | Latitude | Longitude | Facility Address | Facility City | Facility State | Facility Zip |
|---|---|---|---|---|---|---|---|
| JOHNSON CREEK CAMP (TX) | 71234 | 32.7866667 | -94.5505556 | 2669 FM 726 | JEFFERSON | TX | 75657-9780 |
| KENDALL (KY) | 71239 | 36.8725 | -85.1466667 | 80 KENDALL ROAD | JAMESTOWN | KY | 42629 |
| LAKESIDE (TX) | 71247 | 31.8466667 | -99.5794444 | 230 FRIENDSHIP PARK RD | COLEMAN | TX | 76834-8845 |
| LAKEVIEW PARK (AR) | 71248 | 36.3766667 | -92.5469444 | 450 Boat Dock Road | Lakeview | AR | 72642 |
| LAVONIA (TX) | 71250 | 33.0377778 | -96.4455556 | 1301 CR 486 | LAVON | TX | 75166 |
| LEAD HILL (AR) | 71252 | 36.4747222 | -92.9219444 | 1500 West Shoreline | Diamond City | AR | 72630 |
| LIBERTY HILL (TX) | 71254 | 31.9461528 | -96.7167111 | 18520 FM 709 N. | DAWSON | TX | 76639-3186 |
| LILLYDALE REC AREA (TN) | 71256 | 36.6044444 | -85.3025 | 985 LILLYDALE ROAD | ALLONS | TN | 38541 |
| LITTCARR CAMPGROUND (KY) | 71258 | 37.2375 | -82.9497222 | 843 SASSAFRAS CREEK RD | SASSAFRAS | KY | 41759-8806 |
| LIVE OAK RIDGE (TX) | 71264 | 31.1163889 | -97.4738889 | 2000 FM 2271 | BELTON | TX | 76513 |
| LOCK A (TN) | 71265 | 36.3158333 | -87.1869444 | 1798 CHEATHAM DAM ROAD | ASHLAND CITY | TN | 37015-9805 |
| LOFERS BEND EAST (TX) | 71269 | 31.8852778 | -97.3611111 | 224 Lofers Bend Park Road | East Whitney | TX | 76692 |
| LONG BRANCH (TN) | 71272 | 36.0990278 | -85.8317639 | 478 Lancaster Rd. | LANCASTER | TN | 38569 |
| LOST BRIDGE NORTH (AR) | 71276 | 36.4108333 | -93.8933333 | 2260 N 2ND | ROGERS | AR | 72756-2439 |
| MAGNOLIA RIDGE (TX) | 71279 | 30.8666667 | -94.2375 | 1376 Magnolia One | WOODVILLE | TX | 75979 |
| MCCOWN VALLEY (TX) | 71286 | 31.95 | -97.3830556 | 283 McCown Valley Park Road | Whitney | TX | 76692 |
| MCKASKEY CREEK CG (GA) | 71288 | 34.19 | -84.7180556 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| MCKINNEY CAMPGROUND (GA) | 71289 | 34.1069444 | -84.6955556 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| MERRISACH LAKE (AR) | 71291 | 34.0302778 | -91.2663889 | 148 MERRISACH LAKE LANE | TICHNOR | AR | 72166 |
| MIDWAY (TX) | 71293 | 31.5 | -97.2083333 | 2332 W HIGHWAY 6 | WACO | TX | 76708-9602 |
| MILL CREEK (TEXAS) (TX) | 71294 | 31.1513889 | -94.0063889 | RT 3 BOX 486 | JASPER | TX | 75951-9598 |
| MILL CREEK (MISSOURI) (MO) | 71295 | 36.5936111 | -93.4411111 | 1236 STATE HWY RB | LAMPE | MO | 65681-6268 |
| MODOC (SC) | 71297 | 33.7191667 | -82.2241667 | 296 MODOC CAMP ROAD | MODOC | SC | 29838 |
| MUSTANG (TX) | 71304 | 32.5927778 | -97.48 | PO BOX 26619 | FORT WORTH | TX | 761260619 |
| OAK (NAVARRO MILLS LAKE) (TX) | 71310 | 31.9653056 | -96.6902972 | 1225 FM 667 | PURDON | TX | 76679 |
| OAK GROVE (AR) | 71313 | 34.0966667 | -94.3944444 | 706 DEQUEEN LAKE RD | DEQUEEN | AR | 71832 |
| OAKLAND PARK (AR) | 71316 | 36.4438889 | -92.6302778 | 9867 OAkland RD | Oakland | AR | 72661 |
| OBEY RIVER PARK (TN) | 71317 | 36.5313556 | -85.1676361 | 100 OBEY PARK RD. | MONROE | TN | 38573 |
| OCONEE POINT (SC) | 71318 | 34.6016667 | -82.8708333 | 200 OCONEE POINT RD | SENECA | SC | 29678 |
| OLD HIGHWAY 86 (MO) | 71320 | 36.5594444 | -93.3194444 | 1791 State Hwy UU | BLUE EYE | MO | 65611-7268 |
| OLD FEDERAL (GA) | 71321 | 34.2222222 | -83.9494444 | 6219 OLD FEDERAL ROAD | FLOWERY BRANCH | GA | 30542 |
| OLD HIGHWAY 25 (AR) | 71324 | 35.5341667 | -92.0219444 | 1500 Old Highway 25 | Tumbling Shoals | AR | 72581 |
| OLD HWY 41 NO 3 (GA) | 71327 | 34.0883333 | -84.7105556 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| OLD POST ROAD (AR) | 71329 | 35.2472222 | -93.1625 | 1063 LOCK AND DAM ROAD | RUSSELLVILLE | AR | 72802 |
| OUTLET AREA (AR) | 71330 | 35.1005556 | -93.6525 | 10152 OUTLET PARK ROAD | HAVANA | AR | 72842- |
| PAYNE CAMPGROUND-ALLATOONA LAKE (GA) | 71343 | 34.1208333 | -84.5791667 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| PAYNES CREEK(HARTWELL LAKE) (GA) | 71344 | 34.4791667 | -82.9752778 | 518 RAMP ROAD | HARTWELL | GA | 30643 |
| PENDLETON BEND (AR) | 71347 | 33.9869444 | -91.3608333 | 426 HIGHWAY 212 EAST | DUMAS | AR | 71639 |
| PETERSBURG (GA) | 71348 | 33.6619444 | -82.2608333 | 3998 PETERSBURG ROAD | APPLING | GA | 30802 |
| PICKENSVILLE CG (PICKENSVILLE AL) | 71349 | 33.2263889 | -88.2766667 | 61 CAMPING ROAD | CARROLLTON | AL | 35447 |
| PIEDMONT PARK (MO) | 71351 | 37.1425 | -90.7702778 | 821 Co. Rd. 418 | PIEDMONT | MO | 63957-9559 |
| PINEY BAY (AR) | 71355 | 35.3994444 | -93.3144444 | 189 PRIVATE ROAD 2210 | LONDON | AR | 72847 |
| PINEY GROVE (MS) | 71356 | 34.5688889 | -88.3272222 | CR 3550 BOX 244 | NEW SITE | MS | 38859 |
| PINEY POINT (TN) | 71357 | 33.2986111 | -94.1680556 | 64 CLEAR SPRINGS PARK | TEXARKANA | TX | 75501 |
| PLOWMAN CREEK (TX) | 71359 | 32.07 | -97.4933333 | 15188 FM 56 | Kopperl | TX | 76652 |
| POOLE KNOBS (TN) | 71362 | 36.0508333 | -86.5102778 | 493 JONES MILL ROAD | LAVERGNE | TN | 37086 |
| PRAIRIE CREEK (AL) | 71365 | 32.3375 | -86.7694444 | 582 PRAIRIE CREEK ROAD | LOWNDESBORO | AL | 36752 |
| PRAIRIE CREEK (AR) | 71366 | 36.3547222 | -94.0505556 | 9300 NORTH PARK ROAD | ROGERS | AR | 72756-2439 |
| PROMONTORY (TX) | 71368 | 31.98 | -98.49 | 2180 FM 2861 | COMANCHE | TX | 76442-9210 |
| QUARRY COVE (AR) | 71369 | 34.9561111 | -93.1655556 | 3 HWY 7 SOUTH | PLAINVIEW | AR | 72857 |
| R SHAEFER HEARD (GA) | 71370 | 32.9272222 | -85.1638889 | 101 SHAEFER HEARD PARK RD. | WEST POINT | GA | 31833 |
| RAGLAND BOTTOM (TN) | 71372 | 35.9774 | -85.7208667 | 1410 RAGLAND BOTTOM RD | SPARTA | TN | 38583 |
| RAYBURN (TX) | 71373 | 31.1066667 | -94.1072222 | RT 3 BOX 486 | JASPER | TX | 75951-9598 |
| RATTLER (TX) | 71378 | 33.68 | -82.2586111 | 5886 RIDGE ROAD | APPLING | GA | 30802 |
| RISING STAR (AR) | 71379 | 34.1688889 | -91.7366667 | PO BOX 7835 | PINE BLUFF | AR | 71611-7835 |
| RIVER ROAD (AR) | 71384 | 34.9502778 | -93.1561111 | 3 HWY 7 SOUTH | PLAINVIEW | AR | 72857-9600 |
| RIVER ROAD L.BANK (MO) | 71385 | 37.1336111 | -90.7669444 | RR 3 BOX 3559D | PIEDMONT | MO | 63957-9559 |
| RIVER RUN (MO) | 71386 | 36.6744444 | -93.1125 | 138 River Run Road | Forsyth | MO | 65653 |
| ROBINSON POINT (AR) | 71391 | 36.3527778 | -92.2394444 | 2390 Robinson Point Road | MOUNTAIN HOME | AR | 72653 |
| ROCKY CREEK (SOMERVILLE LAKE) (TX) | 71396 | 30.2986111 | -96.5680556 | 1560 Thornberry Drive | SOMERVILLE | TX | 77879-6347 |
| ROCKY POINT(WRIGHT PATMAN DAM) (TX) | 71398 | 33.2869444 | -94.1658333 | 64 CLEAR SPRINGS PARK | TEXARKANA | TX | 75501 |
| SALT LICK CREEK (TN) | 71405 | 36.3227778 | -85.8086111 | 520 Salt Lick Park Lane | Gainesboro | TN | 38562-5372 |
| SAN AUGUSTINE (TX) | 71406 | 31.1991667 | -94.0788889 | RT 3 BOX 486 | JASPER | TX | 75951-9598 |
| SANDY CREEK (TX) | 71407 | 30.8083333 | -94.1583333 | 114 Private Road 5045 | Jasper | TX | 75951 |
| SAWNEE (GA) | 71409 | 34.1766667 | -84.0752778 | 3200 BUFORD DAM ROAD | CUMMING | GA | 30041-0567 |
| SERVICE (AL) | 71411 | 31.745 | -88.1430556 | 451 Service Park Rd. | Silas | AL | 36919 |
| SEVEN POINTS (TN) (TN) | 71412 | 36.1330556 | -86.5702778 | 1810 STEWARTS FERRY PIKE | HERMITAGE | TN | 37076 |
| SHOAL BAY (AR) | 71416 | 35.31 | -93.4305556 | SHOAL BAY ROAD BOX 499 | NEW BLAINE | AR | 72859 |
| SIX MILE CREEK (AL) | 71421 | 32.3241667 | -87.0158333 | 6485 COUNTY RD 77 | SELMA | AL | 36701 |
| SOWELL CREEK (TX) | 71424 | 31.99 | -98.46 | 2180 FM 2861 | COMANCHE | TX | 76442-9210 |
| REYNOLDS CREEK (TX) | 71427 | 31.5497222 | -97.25 | 2885 SPEEGLEVILLE RD N | WACO | TX | 76708-9602 |
| SPRINGHILL (AR) | 71429 | 35.3411111 | -94.2969444 | 1700 LOCK AND DAM ROAD | BARLING | AR | 72923 |
| SPRINGFIELD (SC) | 71430 | 34.4463889 | -82.8216667 | 1915 PROVIDENCE CHURCH ROAD | ANDERSON | SC | 29625 |
| STILLHOUSE (TX) | 71435 | 31.0366667 | -97.5344444 | 4050 Simmons Rd | BELTON | TX | 76513 |
| SUNLIGHT BAY (AR) | 71439 | 34.9547222 | -93.3038889 | 3 HWY 7 SOUTH | PLAINVIEW | AR | 72857-9600 |
| SWEETWATER CG (GA) | 71440 | 34.1944444 | -84.5788889 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| TAR CAMP (AR) | 71447 | 34.4497222 | -92.1125 | PO BOX 7835 | PINE BLUFF | AR | 71611-7835 |
| TAYLOR (TX) | 71448 | 30.6641667 | -97.3644444 | 4801 FM 1331 | Taylor | TX | 76574 |
| TEMPLES LAKE (TX) | 71450 | 31.1328389 | -97.4949722 | 14190 FM 2305 | BELTON | TX | 76513 |
| THEODOSIA PARK (MO) | 71451 | 36.5733333 | -92.6536111 | 0 | MOUNTAIN HOME | MO | 72654-2070 |
| TOAD SUCK (AR) | 71454 | 35.0738889 | -92.5447222 | 93 Park Road | Bigelow | AR | 72016 |
| TOWN CREEK CAMPGROUND, WEST POINT, MS | 71457 | 33.6083333 | -88.5041667 | 10690 Witherspoon Road | West Point | MS | 39773 |
| TUCKER HOLLOW PARK (AR) | 71459 | 36.4761111 | -93.0069444 | 23054 hwy 281 N. | Lead Hill | AR | 72644 |

Attachment 7: Communication Services
R1S Support Services

**Satellite Service Locations**

| Location | Facility ID | Latitude | Longitude | Facility Address | Facility City | Facility State | Facility Zip |
|---|---|---|---|---|---|---|---|
| TWILTLEY BRANCH (MS) | 71461 | 32.4958333 | -88.8097222 | 9200 HAMRICK ROAD NORTH | COLLINSVILLE | MS | 39325 |
| TWIN DIKES (TX) | 71463 | 31.0725 | -94.0594444 | RT 3 BOX 486 | JASPER | TX | 75951-9598 |
| TWIN LAKES (SC) | 71464 | 34.6280556 | -82.8655556 | 140 WINNEBAGO TRAIL | PENDLETON | SC | 29670 |
| UNION GROVE (TX) | 71466 | 31.0083333 | -97.6211111 | 8680 Union Grove Road | Salado | TX | 76571 |
| UPPER STAMP CREEK CG (GA) | 71467 | 34.2027778 | -84.6766667 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| VICTORIA CAMPGROUND (GA) | 71471 | 34.1513889 | -84.6194444 | 1138 Georgia Highway Spur 20 | CARTERSVILLE | GA | 30121 |
| VIOLA (MO) | 71476 | 36.5616667 | -93.5947222 | RR5 BOX 5210 | SHELL KNOB | MO | 65747-9682 |
| WAITSBORO (KY) | 71478 | 37.0036111 | -84.6230556 | 500 WAITSBORO ROAD | SOMERSET | KY | 42501 |
| WATSADLER (GA) | 71483 | 34.3438889 | -82.8413889 | 286 WATSADLER ROAD | HARTWELL | GA | 30643 |
| WAVELAND PARK (AR) | 71484 | 35.1075 | -93.6580556 | 10152 OUTLET PARK ROAD | HAVANA | AR | 72842- |
| WESTCLIFF (TX) | 71495 | 31.1216667 | -97.5191667 | 4200 Westcliff Rd | BELTON | TX | 76513 |
| WHITE OAK (CREEK) CAMPGROUND (AL) | 71498 | 31.7761222 | -85.1541556 | 395 HWY 95 | EUFAULA | AL | 36027 |
| WHITETAIL RIDGE (GA) | 71499 | 33.0222222 | -85.1916667 | 565 ABBOTSFORD RD. | LEGRANGE | GA | 30240 |
| WHITTEN PARK (MS) | 71500 | 34.2897222 | -88.4158333 | 100 CAMPGROUND RD. | FULTON | MS | 38843 |
| WILBUR D. MILLS (AR) | 71501 | 33.9788889 | -91.3086111 | 599 HIGHWAY 212 EAST | DUMAS | AR | 71639 |
| WILLIS CREEK (TX) | 71502 | 30.6958333 | -97.4013889 | 2900 CR 348 | GRANGER | TX | 76530 |
| WILLOW BEACH (AR) | 71503 | 34.6991667 | -92.1372222 | PO BOX 7835 | PINE BLUFF | AR | 71611-7835 |
| WILLOW GROVE CAMPGROUND DALE HOLLOW LAKE (TN) | 71504 | 36.5873278 | -85.3421194 | 11038 WILLOW GROVE HWY | ALLONS | TN | 38541 |
| WILSON H FOX (TX) | 71505 | 30.6800639 | -97.3422694 | 401 GRANGER DAM RD | GRANGER | TX | 76574 |
| WINFIELD (GA) | 71506 | 33.6519444 | -82.4219444 | 7701 WINFIELD ROAD | APPLING | GA | 30802 |
| WOLF CREEK (TX) | 71507 | 31.9737361 | -96.6925889 | 17725 FM 639 | PURDON | TX | 76679-9707 |
| WOODRING CAMPGROUND (GA) | 71508 | 34.6705556 | -84.55 | PO BOX 96 | OAKMAN | GA | 30732-0096 |
| YEGUA CREEK (TX) | 71510 | 30.3027778 | -96.5447222 | 1560 Thornberry Drive | SOMERVILLE | TX | 77879-6347 |
| BEAR CREEK (TX) | 71731 | 32.5997222 | -97.5 | PO BOX 26619 | FORT WORTH | TX | 76126-0619 |
| MAUMELLE (AR) | 71932 | 34.8294444 | -92.4319444 | 9009 PINNACLE | LITTLE ROCK | AR | 72223 |
| DAM SITE RIVER (BEAVER LAKE) (AR) | 71934 | 36.4219444 | -93.8458333 | 181 DAM SITE RIVER | EUREKA SPRINGS | AR | 72631 |
| LOST BRIDGE SOUTH (AR) | 71935 | 36.3971361 | -93.9041111 | 12001 BUCKHORN CIRCLE | GARFIELD | AR | 72732 |
| SPEEGLEVILLE PARK(TX) | 72008 | 31.6033333 | -97.2336111 | 3400 Overflow Rd | Waco | TX | 76712 |
| WESTLAKE DAY USE (TX) | 72047 | 33.1055556 | -97 | 2000 Main St. | Lake Dallas | TX | 75065 |
| KIMBALL BEND PARK (TX) | 72062 | 32.1233333 | -97.4980556 | 3351 Highway 174 | Kopperl | TX | 76652 |
| STARKEY CAMPGROUND (AR) | 72285 | 36.39 | -93.8769333 | 4022 Mundell Road | Eureka Springs | AR | 72631 |
| INDIAN CREEK (AR) | 72286 | 36.4186194 | -93.8882028 | 13324 Indian Creek Road | Garfield | AR | 72732 |
| WAR EAGLE (AR) | 72287 | 36.2184194 | -94.0159111 | 18450 War Eagle Road | Springdale | AR | 72764 |
| ROCKY BRANCH CAMPGROUND (AR) | 72289 | 36.3343 | -93.933575 | 20181 Park Road | Rogers | AR | 72756 |
| FRIENDSHIP (TX) | 72426 | 30.73 | -97.3397222 | 22350 FM 971 | Granger | TX | 76530 |
| AXTEL (KY) | 73052 | 37.6225 | -86.4530556 | 663 South Highway 79 | McDaniels | KY | 40152 |
| NORTH FORK (KY) | 73053 | 37.6297222 | -86.4366667 | 9077 South Highway 259 | McDaniels | KY | 40152 |
| LAUREL BRANCH (KY) | 73054 | 37.6075 | -86.4536111 | 435 Laurel Branch Road | McDaniels | KY | 40152 |
| CAVE CREEK (KY) | 73055 | 37.5733333 | -86.4952778 | 1543 Cave Creek Road | FALLS OF ROUGH | KY | 40119 |
| ACORN VALLEY (IA) | 73056 | 41.7377778 | -93.7236111 | 5600 NW 78TH AVE | JOHNSTON | IA | 50131-1941 |
| WHITEBREAST CAMP (IA) | 73060 | 41.3641667 | -93.025 | 971 Highway S71 | KNOXVILLE | IA | 50138 |
| CODORNIZ RECREATION AREA CAMPGROUND (CA) | 73062 | 37.2158333 | -119.9686111 | 32175 Road 29 | RAYMOND | CA | 93653-0067 |
| ALPINE RIDGE (AR) | 73065 | 34.2586111 | -93.2283333 | 729 CHANNEL RD. | ARKADELPHIA | AR | 71923-9364 |
| ARLIE MOORE (AR) | 73068 | 34.2716667 | -93.2041667 | 729 CHANNEL ROAD | ARKADELPHIA | AR | 71923-9364 |
| ARROW ROCK (KS) | 73069 | 38.4908528 | -95.7595167 | 22862 Arrow Rock Parkway | Lebo | KS | 66856 |
| EAST ASHTABULA CROSSING (ND) | 73070 | 47.1375 | -98 | 2630 114TH AVE SE | VALLEY CITY | ND | 58072 |
| BAILEYS POINT (KY) | 73073 | 36.8908333 | -86.0952778 | 3147 Bailey's Point Rd | Scottsville | KY | 42164 |
| BANDITS ROOST (NC) | 73074 | 36.1197222 | -81.2452778 | 667 Jess Walsh Road | WILKESBORO | NC | 28697-0182 |
| BATTLE RUN (WV) | 73075 | 38.2216667 | -80.9097222 | 2981 SUMMERSVILLE LAKE ROAD | SUMMERSVILLE | WV | 26651-4901 |
| BELLE STARR (OK) | 73079 | 35.3330556 | -95.5 | RT 4 BOX 5500 | STIGLER | OK | 74462-9440 |
| BERRY BEND (MO) | 73080 | 38.1997222 | -93.51 | 15968 TRUMAN ROAD | WARSAW | MO | 65355-9603 |
| BIG BEND (OK) | 73081 | 36.1183333 | -98.6144444 | HC65 BOX 120 | CANTON | OK | 73724-0069 |
| BLANDING LANDING (IL) | 73084 | 42.2858333 | -90.4333333 | 5720 SOUTH RIVER ROAD | HANOVER | IL | 61041 |
| BLUE BILL POINT (OK) | 73087 | 36.0425 | -95.3344444 | 8568 STATE HWY. 251A | FORT GIBSON | OK | 74434-9619 |
| BLUE CREEK (OK) | 73088 | 36.4522222 | -95.5925 | 13400 E. 390 Rd. | Claremore | OK | 74017 |
| BOB SHETLER RECREATION AREA (IA) | 73093 | 41.7016667 | -93.6852778 | 5600 NW 78TH AVE | JOHNSTON | IA | 50131-1941 |
| BOULDER REC. AREA (IL) | 73094 | 38.6947222 | -89.2336111 | 801 LAKE ROAD | CARLYLE | IL | 62231-9703 |
| BRADY MOUNTAIN (AR) | 73095 | 34.5880556 | -93.2647222 | 1320 Brady Mountain Overlook | ROYAL | AR | 71968 |
| BRIDGEVIEW (RATHBUN LAKE) (IA) | 73097 | 40.8786111 | -93.0266667 | 20112 HWY J-ST | CENTERVILLE | IA | 52544-8308 |
| BROOKEN COVE (OK) | 73099 | 35.2902778 | -95.3844444 | RT 4 BOX 5500 | STIGLER | OK | 74462-9440 |
| BUSHAY RECREATION AREA (CA) | 73100 | 39.2350056 | -123.1659333 | | 0 | CA | |
| BUCK CREEK (RATHBUN LAKE) (IA) | 73101 | 40.8627778 | -92.8677778 | 20112 HWY JST | CENTERVILLE | IA | 52544-8308 |
| BUCKHORN (CA) | 73102 | 39.8120972 | -122.3668389 | 19225 NEWVILLE ROAD | ORLAND | CA | 95963-8901 |
| BUCKSAW (MO) | 73104 | 38.26 | -93.6055556 | 673 SE 803 Rd. | Clinton | MO | 64735 |
| BULLTOWN CAMP (WV) | 73106 | 38.7916667 | -80.5663889 | 2550 South Main Street | BURNSVILLE | WV | 26335-7516 |
| BUNCOMBE CREEK (OK) | 73107 | 33.8980556 | -96.8130556 | 15824 West Buncombe Creek Road | Kingston | OK | 73439 |
| BURNS RUN EAST (OK) | 73108 | 33.8513889 | -96.5747222 | 525 East Burns Road | Cartwright | OK | 74731 |
| CADDO DRIVE (AR) | 73109 | 34.2611111 | -93.1875 | 729 CHANNEL ROAD | ARKADELPHIA | AR | 71923-9364 |
| CANADIAN (OK) | 73110 | 36.0905556 | -98.6058333 | HC 65 BOX120 | CANTON | OK | 73724 |
| CANEY CREEK (OK) | 73111 | 33.9280556 | -96.7016667 | | 0 | OK | 75020 |
| CANNING CREEK (KS) | 73112 | 38.6924722 | -96.5373056 | 1130 City Lake RD | COUNCIL GROVE | KS | 66846 |
| CARBOLYN PARK (KS) | 73113 | 38.675 | -95.6791667 | 5260 POMONA DAM ROAD | VASSAR | KS | 66543-9212 |
| BIRCH COVE (OK) | 73114 | 36.5344444 | -96.1622222 | 14004 Lake Road | SKIATOOK | OK | 74070-9803 |
| CEDAR RIDGE (MO) | 73118 | 37.5755556 | -93.6813889 | 21680 E. CR-1 | Aldrich | MO | 65601 |
| CHARBONNEAU PK (WA) | 73119 | 46.2555556 | -118.8447222 | 642 CAMPGROUND ROAD | BURBANK | WA | 99323 |
| CHERRY GLEN CAMPGROUND (IA) | 73120 | 41.7313889 | -93.68 | 5600 NW 78TH AVE | JOHNSTON | IA | 50131 |
| CHICKEN CREEK (OK) | 73122 | 35.6816667 | -94.9627778 | RT 1 BOX 259 | GORE | OK | 74435-9547 |
| CHISHOLM TRAIL RIDGE (OK) | 73124 | 34.2591667 | -98.035 | RIDGE RT. 1 BOX 68 | WAURIKA | OK | 73573-0029 |
| CLARKS FERRY (IA) | 73125 | 41.4663889 | -90.8094444 | 3860 Sunset Beach | MONTPELIER | IA | 52759 |
| COCHITI AREA (NM) | 73127 | 35.6416667 | -106.325 | 82 DAM CREST RD | PENA BLANCA | NM | 87041 |
| COEUR DALENE (KS) | 73128 | 38.4976028 | -95.7179111 | 31408 Coeur d'Alene Parkway | MELVERN | KS | 66510 |
| COLES CREEK REC AREA (IL) | 73129 | 38.6569444 | -89.2602778 | 801 LAKE ROAD | CARLYLE | IL | 62231-9703 |
| COOKSON (OK) | 73130 | 35.7066667 | -94.96 | RT 1 BOX 259 | GORE | OK | 74435-9547 |

Attachment 7: Communication Services
R15 Support Services

Satellite Service Locations

| Location | Facility ID | Latitude | Longitude | Facility Address | Facility City | Facility State | Facility Zip |
|---|---|---|---|---|---|---|---|
| COON CREEK (IL) | 73131 | 39.4513889 | -88.7625 | RR 4 BOX 128B | SHELBYVILLE | IL | 62565-9378 |
| COON CREEK (OK) | 73132 | 36.7849167 | -96.9229667 | 9400 LAKE ROAD | PONCA CITY | OK | 74604-9629 |
| COTTONWOOD (NE) | 73135 | 42.8586111 | -97.4825 | DAM TOE ROAD | CROFTON | NE | 68730 |
| COTTONWOOD POINT (KS) | 73137 | 38.3888889 | -97.0888889 | 2105 N. PAWNEE | MARION | KS | 66861 |
| COWHIDE COVE (AR) | 73138 | 34.1744444 | -93.6686111 | 239 NEW COWHIDE COVE ROAD | MURFREESBORO | AR | 71958 |
| CRABTREE COVE (MO) | 73140 | 37.6697222 | -93.7530556 | 17630 E. CT-1 | STOCKTON | MO | 65785 |
| CRYSTAL SPRINGS (AR) | 73142 | 34.5469444 | -93.3611111 | 1130 N. Crystal Road | ROYAL | AR | 71968 |
| CURTIS CREEK (KS) | 73143 | 39.0927778 | -96.955 | 5203 N. K-57 Hwy. | JUNCTION CITY | KS | 66441 |
| WEST THOMPSON LAKE (CT) | 73147 | 41.945 | -71.9 | 400 REARDON RD | N. GROSVENORDALE | CT | 06255-9801 |
| DAM SITE (EUFAULA LAKE) (OK) | 73154 | 35.2941667 | -95.3675 | RT 4 BOX 5500 | STIGLER | OK | 74462-9440 |
| DAM SITE (FORT GIBSON LAKE) (OK) | 73155 | 35.8677778 | -95.2336111 | 8568 STATE HWY. 251A | FORT GIBSON | OK | 74434-9619 |
| DAM WEST REC. AREA(CAMP & DAY) (IL) | 73161 | 38.6277778 | -89.3583333 | 801 LAKE ROAD | CARLYLE | IL | 62231-9703 |
| DAMSITE (MO) | 73163 | 37.9047222 | -93.3077778 | 0 | 0 | MO | 0 |
| DENBY POINT (AR) | 73167 | 34.5519444 | -93.4933333 | 119 Ouachita Shores Parkway | Ida | AR | 71957 |
| DENT ACRES (ID) | 73168 | 46.6236111 | -116.2183333 | PO BOX 48 | AHSAHKA | ID | 83520 |
| DOG CREEK (KY) | 73169 | 37.3208333 | -86.1291667 | 890 Dog Creek Road | Cub Run | KY | 42729 |
| DOWNSTREAM CAMPGROUND (ND) | 73171 | 47.4822222 | -101.4261111 | Hatchery Road | RIVERDALE | ND | 58565-0527 |
| DUB PATTON RECREATION AREA | 73174 | 34.7744444 | -90.1147222 | 3905 Arkabutla Dam Road | COLDWATER | MS | 38618-6548 |
| EAST FORK (WV) | 73178 | 38.0997222 | -82.3177778 | HC85 BOX 35C | EAST LYNN | WV | 25512 |
| EDGEWOOD (AR) | 73179 | 34.2555556 | -93.185 | 729 CHANNEL ROAD | ARKADELPHIA | AR | 71923-9364 |
| ELK CREEK LANDING (OK) | 73180 | 35.7513889 | -94.9025 | RT 1 BOX 259 | GORE | OK | 74435-9547 |
| FORREST W. BO WOOD (IL) | 73182 | 39.5513889 | -88.6222222 | RR 4 BOX 128B | SHELBYVILLE | IL | 62565-9378 |
| FISHHOOK PARK (WA) | 73186 | 46.315 | -118.7661111 | 4562 FISHHOOK PARK ROAD | PRESCOTT | WA | 99348 |
| FLAT ROCK CREEK (OK) | 73187 | 36.0455556 | -95.3269444 | 8568 STATE HWY. 251A | FORT GIBSON | OK | 74434-9619 |
| FRANK RUSSELL (MO) | 73188 | 39.5355556 | -91.6475 | 20642 HIGHWAY J | MONROE CITY | MO | 63456-9359 |
| GENTRY CREEK (OK) | 73189 | 35.5005556 | -95.6644444 | RT 4 BOX 5500 | STIGLER | OK | 74462-9440 |
| GRANT RIVER (WI) | 73193 | 42.6594444 | -90.7097222 | 3990 Park Lane | POTOSI | WI | 53820 |
| GUN CREEK (IL) | 73198 | 38.0786111 | -88.9302778 | 12165 Golf Course Drive | Whittington | IL | 62897 |
| HAWKER POINT (MO) | 73199 | 37.6063889 | -93.7811111 | 16030 E. HP-1 | STOCKTON | MO | 65785 |
| HAWTHORN BLUFF (OK) | 73200 | 36.4322222 | -95.6808333 | 8377 E. Hwy 88 | OOLOGAH | OK | 74053 |
| HERNANDO POINT (MS) | 73201 | 34.7336111 | -90.0688889 | End of Wheeler Road | Hernando | MS | 38632 |
| HEYBURN PARK (OK) | 73202 | 35.9516667 | -96.2802778 | 27349 W HEYBURN LAKE ROAD | KELLYVILLE | OK | 74039-9615 |
| HIDDEN VIEW (CA) | 73203 | 37.1247222 | -119.8972222 | 25207 Road 407 | RAYMOND | CA | 93653-0085 |
| HIGHWAY 9 LANDING (OK) | 73206 | 35.24 | -95.4922222 | 102 E BK 200 RD | STIGLER | OK | 74462 |
| HILLSBORO (KS) | 73207 | 38.3627778 | -97.0997222 | 2105 N. PAWNEE | MARION | KS | 66861-9740 |
| HOLMES BEND (KY) | 73208 | 37.2138889 | -85.2666667 | 69 Corps Road | Columbia | KY | 42728 |
| HOOD PARK (WA) | 73210 | 46.2137194 | -119.013 | 592 CAMP CIRCLE | BURBANK | WA | 99323 |
| HORSESHOE POINT (VA) | 73211 | 36.8330556 | -80.0633333 | 3950 Horseshoe Point Road | Henry | VA | 24102 |
| HOWELL STATION (IA) | 73213 | 41.365 | -92.9736111 | 1081 198th Place | Pella | IA | 50219 |
| HUNTER COVE (NE) | 73214 | 40.0830556 | -99.2277 | 70788 Corps Rd A | REPUBLICAN CITY | NE | 68971-9742 |
| INDIAN CREEK (MO) | 73218 | 39.5391667 | -91.7330556 | 20642 HIGHWAY J | MONROE CITY | MO | 63456-9359 |
| IRON MOUNTAIN (AR) | 73222 | 34.2269444 | -93.1277778 | 729 CHANNEL ROAD | ARKADELPHIA | AR | 71923-9364 |
| ISLAND PARK (CA) | 73223 | 36.8646444 | -119.3157278 | PO BOX 117 | PIEDRA | CA | 93649-0117 |
| ISLAND VIEW (RATHBUN LAKE) (IA) | 73224 | 40.8325 | -92.9179722 | 19357 Island View Place | Mystic Iowa | IA | 52544-8303 |
| IVES RUN (PA) | 73226 | 41.8808333 | -77.2 | 710 IVES RUN LANE | TIOGA | PA | 16946-9733 |
| JOHNSON CREEK (OK) | 73231 | 33.9991667 | -96.5694444 | 0 | 0 | OK | 0 |
| JOPLIN (AR) | 73232 | 34.5752778 | -93.4402778 | 303 Camp Road Rd. | Ida | AR | 71957 |
| JUNIPER POINT (TX) | 73233 | 33.8597222 | -96.8319444 | 0 | 0 | TX | 0 |
| KIAMICHI PARK (OK) | 73236 | 34.0025 | -95.4016667 | PO BOX 99 | SAWYER | OK | 74756-0099 |
| KIOWA PARK I (OK) | 73237 | 34 | -98.0833333 | Rt. 1 Box 68 | WAURIKA | OK | 73573-0029 |
| KIRBY LANDING (AR) | 73238 | 34.2316667 | -93.6936111 | 224 KIRBY LANDING ROAD | Kirby | AR | 71950 |
| KYEN CAMPGROUND AND DAY USE AREA (CA) | 73240 | 39.2366667 | -123.1777778 | 1160 LAKE MENDOCINO DR | UKIAH | CA | 95482-9404 |
| LAKESIDE (OK) | 73243 | 33.9375 | -96.5505556 | 0 | 0 | OK | 75020 |
| LEECH LAKE REC AREA (MN) | 73246 | 47.2447222 | -94.2308333 | 01217 FEDERAL DAM DR. NE | FEDERAL DAM | MN | 56641 |
| LEPAGE PARK (OR) | 73248 | 45.7283972 | -120.6512639 | PO BOX 823 | Rufus | OR | 97050 |
| LIBERTY GLEN (LAKE SONOMA) (CA) | 73251 | 38.7136111 | -123.0563889 | 3333 SKAGGS SPRINGS RD | GEYSERVILLE | CA | 95441-9644 |
| LIGHTFOOT LANDING (MO) | 73252 | 37.8261111 | -93.3613889 | 0 | 0 | MO | 0 |
| LITHIA SPRINGS (IL) | 73254 | 39.4344444 | -88.76 | RR 4 BOX 128B | SHELBYVILLE | IL | 62565-9378 |
| LITTLE RIVER PARK (OK) | 73256 | 34.1666667 | -95.125 | RT 1 BOX 400 | VALLIANT | OK | 74764-9615 |
| LONE POINT (IL) | 73257 | 39.4522222 | -88.7402778 | RR 4 BOX 128B | SHELBYVILLE | IL | 62565 |
| LONGSHOAL (MO) | 73258 | 38.2761111 | -93.4697222 | 12733 Longshoal Park Rd | WARSAW | MO | 65355 |
| LONGVIEW (KS) | 73260 | 39.1847222 | -95.4444444 | 10419 PERRY PARK DRIVE | PERRY | KS | 66073-9717 |
| LONGWOOD PARK (VA) | 73261 | 36.5772222 | -78.5513889 | 13500 HIGHWAY 15 | CLARKSVILLE | VA | 23927 |
| LUCAS PARK (KS) | 73266 | 38.9555556 | -98.5194444 | 4860 OUTLET BLVD. | SYLVAN GROVE | KS | 67481 |
| METHODIST COVE (NE) | 73273 | 40.0869444 | -99.3155556 | 70788 Corps Road A | REPUBLICAN CITY | NE | 68971-9742 |
| MICHIGAN VALLEY (KS) | 73275 | 38.6647222 | -95.5488889 | 5260 POMONA DAM ROAD | VASSAR | KS | 66543-9212 |
| MILL CR CAMPING (OH) | 73276 | 41.0069444 | -80.9980556 | 7400 BEDELL ROAD | BERLIN CENTER | OH | 44401-9714 |
| MINOOKA PARK (KS) | 73277 | 38.9327778 | -98.575 | 4860 OUTLET BLVD. | SYLVAN GROVE | KS | 67481 |
| MOUND VALLEY (KS) | 73279 | 37.2694444 | -95.4583333 | PO BOX 426 | CHERRYVALE | KS | 67335-0426 |
| MOUTARDIER (KY) | 73280 | 37.3163889 | -86.2330556 | 1343 Moutardier Road | Leitchfield | KY | 42754 |
| NORTH SANDUSKY CAMPGROUND (IL) | 73285 | 38.0711111 | -89.0055556 | 8420 Loon Lane | Sesser | IL | 62884 |
| NEBRASKA TAILWATERS (NE) | 73288 | 42.8488889 | -97.4702778 | NEBRASKA HIGHWAY 121 | CROFTON | NE | 57078-0710 |
| NEMO LANDING (MO) | 73289 | 37.8661111 | -93.2738889 | 0 | 0 | MO | 0 |
| NORTH BEND PARK (VA) | 73293 | 36.5883333 | -78.3258333 | 64 NORTH BEND DRIVE | BOYDTON | VA | 23917-9801 |
| NORTH OVERLOOK CAMP (IA) | 73296 | 41.3802778 | -92.9697222 | 1007 Highway T15 | Pella | IA | 50219 |
| OLD TOWN (KS) | 73305 | 39.225 | -95.4375 | 10419 PERRY PARK DRIVE | PERRY | KS | 66073-9717 |
| OPOSSUM CREEK (IL) | 73306 | 39.4455556 | -88.7725 | RR 4 BOX 128B | SHELBYVILLE | IL | 62565 |
| ORLEANS TRAIL (MO) | 73308 | 37.6594444 | -93.7830556 | 15365 E. OT-1 | STOCKTON | MO | 65785 |
| ORTONA SOUTH (FL) | 73309 | 26.7872222 | -81.3086111 | 2410 DALTON LANE Rd | MOORE HAVEN | FL | 33471 |
| OSAGE BLUFF (MO) | 73311 | 38.1905611 | -93.3933306 | 17671 Osage Bluff Rd. | WARSAW | MO | 65355-9603 |
| OSAGE COVE (OK) | 73312 | 36.7131667 | -96.89835 | 9400 LAKE ROAD | PONCA CITY | OK | 74604-9629 |
| TIONESTA REC. AREA CAMPGROUND (PA) | 73313 | 41.4843056 | -79.4490972 | TIONESTA LAKE PO BOX 539 | TIONESTA | PA | 16353 |
| OUTLET (POMONA LAKE) (KS) | 73318 | 38.6458333 | -95.5597222 | 5260 POMONA DAM ROAD | VASSAR | KS | 66543-9212 |

Attachment 7: Communication Services
R15 Support Services

**Satellite Service Locations**

| Location | Facility ID | Latitude | Longitude | Facility Address | Facility City | Facility State | Facility Zip |
|---|---|---|---|---|---|---|---|
| OUTLET PARK (MO) | 73320 | 37.9027778 | -93.3291667 | 0 | | MO | 0 |
| PARKER CREEK (AR) | 73331 | 34.1416667 | -93.7458333 | 129 PARKER CREEK ROAD | MURFREESBORO | AR | 71958 |
| PAT MAYSE WEST (TX) | 73333 | 33.8477778 | -95.6069444 | PO BOX 129 | POWDERLY | TX | 75473-0129 |
| PETTIT BAY (OK) | 73337 | 35.7536111 | -94.9477778 | RT 1 BOX 259 | GORE | OK | 74435-9547 |
| PIKES RIDGE (KY) | 73341 | 37.2805556 | -85.2916667 | 4725 Pikes Ridge Road | Columbia | KY | 42728 |
| PINE CREEK COVE (OK) | 73342 | 34.1069444 | -95.075 | RT 1 BOX 400 | VALLIANT | OK | 74764-9615 |
| PINE MEADOWS CAMPGR. (OR) | 73343 | 43.7002778 | -123.0575 | 75166 COTTAGE GROVE RESRVOIR RD | COTTAGE GROVE | OR | 97424 |
| PLATTER FLATS (OK) | 73345 | 33.9216667 | -96.5447222 | 0 | | OK | 75020 |
| PLYMOUTH (WA) | 73346 | 45.9316667 | -119.3483333 | Christy RD | Plymouth | WA | 99346 |
| POKEGAMA DAM CAMPGROUND (MN) | 73347 | 47.25 | -93.5833333 | 34385 US HWY 2 | GRAND RAPIDS | MN | 55744-9663 |
| PORUM LANDING (OK) | 73351 | 35.3508333 | -95.3830556 | 102 E BK 220 RD | STIGLER | OK | 74462 |
| POTATO HILLS CENTRAL (OK) | 73352 | 34.625 | -95.325 | HC60 BOX 175 | CLAYTON | OK | 74536-7972 |
| PRAIRIE RIDGE (RATHBUN LAKE) (IA) | 73355 | 40.8769444 | -92.8872222 | 20112 HWY JT | CENTERVILLE | IA | 52544-8308 |
| PRAIRIE FLOWER RECREATION AREA (IA) | 73356 | 41.7483333 | -93.6875 | 5600 NW 78TH AVE | JOHNSTON | IA | 50131-1941 |
| PRESTON BEND (TX) | 73357 | 33.8783333 | -96.6472222 | 129 Preston Bend Park Road | Pottsboro | TX | 75076 |
| PRIEST RIVER (ID) | 73358 | 48.1791667 | -116.8922222 | 2376 E HWY2 | OLDTOWN | ID | 83822-9243 |
| RAY BEHRENS (MO) | 73362 | 39.5158333 | -91.6630556 | 20642 HIGHWAY J | MONROE CITY | MO | 63456-9359 |
| RIANA - ABIQUIU LAKE (NM) | 73364 | 36.2333333 | -106.4333333 | PO BOX 290 | ABIQUIU | NM | 87510-0290 |
| RICHEY COVE (KS) | 73365 | 38.7011944 | -96.4975556 | 1268 HWY177 | COUNCIL GROVE | KS | 66846-9322 |
| RILEY CREEK (ID) | 73366 | 48.1611111 | -116.7702778 | 2376 E HWY 2 | OLDTOWN | ID | 83822-9243 |
| RIVERSIDE WEST (KS) | 73369 | 38.2291667 | -95.7666667 | 1565 EMBANKMENT RD SW | BURLINGTON | KS | 66839-8911 |
| ROBERT W CRAIG CPGD (WV) | 73371 | 39.4167667 | -79.1161111 | PO BOX 247 | ELK GARDEN | WV | 26717-0247 |
| ROCK CREEK (KS) | 73372 | 39.1208333 | -95.4541667 | 10419 PERRY PARK DRIVE | PERRY | KS | 66073-9717 |
| ROCKY POINT (FT GIBSON) (OK) | 73374 | 36.0330556 | -95.3163889 | 8568 STATE HWY. 251A | FORT GIBSON | OK | 74434-9619 |
| WEST ROLLING HILLS (KS) | 73376 | 39.075 | -96.9233333 | 5203 N. K-57 Hwy. | JUNCTION CITY | KS | 66441 |
| RUARK BLUFF EAST (MO) | 73377 | 37.5222222 | -93.8052778 | 802 Route H. | GREENFIELD | MO | 65661 |
| RUDDS CREEK REC. AR. (VA) | 73378 | 36.6552778 | -78.4402778 | 16064 HIGHWAY 58 | BOYDTON | VA | 23917-9801 |
| SOUTH MARCUM CAMPGROUND (IL) | 73379 | 38.0375 | -88.9361111 | 11623 Trailhead Lane | Benton | IL | 62812 |
| SOUTH SANDUSKY CAMPGROUND (IL) | 73381 | 38.0602778 | -89.0047222 | 7820 Red Oak Lane | Sesser | IL | 62884 |
| SALTHOUSE BRANCH (VA) | 73384 | 36.8136111 | -80.04 | 620 Salthouse Branch Road | Henry | VA | 24102 |
| SANDERS COVE (TX) | 73385 | 33.8408333 | -95.5341667 | PO BOX 129 | POWDERLY | TX | 75473-0129 |
| SANDY BEACH CAMP (IA) | 73387 | 41.8136111 | -91.5952778 | 3369 SANDY BEACH ROAD NE | SOLON | IA | 52333-9395 |
| SANDY COVE (OK) | 73388 | 36.1041667 | -98.5694444 | HC65 BOX120 | CANTON | OK | 73724 |
| SANDY LAKE (MN) | 73389 | 46.7883333 | -93.3283333 | 22205 531ST LANE | MCGREGOR | MN | 55760 |
| SANTA FE TRAIL (KS) | 73391 | 38.6818889 | -96.5248611 | 1026 Lake Rd | COUNCIL GROVE | KS | 66846-9322 |
| SARGE CREEK (OK) | 73393 | 36.7667167 | -96.80815 | 9400 LAKE ROAD | PONCA CITY | OK | 74604-7323 |
| SHADY CREEK (IA) | 73396 | 41.4475 | -90.8772222 | 3550 HWY 22 | MUSCATINE | IA | 52761 |
| SHENANGO REC AREA (PA) | 73399 | 41.2888889 | -80.4383333 | 492 West Lake Road | Transfer | PA | 16154 |
| SHEPPARD POINT (OK) | 73400 | 35.9569444 | -96.3152778 | 27349 HEYBURN LAKE ROAD | KELLYVILLE | OK | 74039-9615 |
| SHOUSE FORD (AR) | 73402 | 34.2894444 | -93.2677778 | 729 CHANNEL ROAD | ARKADELPHIA | AR | 71923-9364 |
| SLOUGH CREEK (KS) | 73403 | 39.1347222 | -95.4305556 | 10419 PERRY PARK DRIVE | PERRY | KS | 66073-9717 |
| SNAKE CREEK (OK) | 73405 | 35.6475 | -94.9722222 | RT 1 BOX 259 | GORE | OK | 74435-9547 |
| SMITH RIDGE (KY) | 73406 | 37.2958333 | -85.3 | 35 County Park Road | CAMPBELLSVILLE | KY | 42718 |
| SPARROWFOOT (MO) | 73410 | 38.2963889 | -93.7263889 | 150 SE 450 | CLINTON | MO | 64735 |
| SPENCER CREEK (OK) | 73412 | 36.5108333 | -95.5611111 | 6998 S. 4180 Road | Claremore | OK | 74017 |
| SPRINGY POINT (ID) | 73418 | 48.2375 | -116.5833333 | 2376 E HWY2 | OLDTOWN | ID | 83822-9243 |
| ST LUCIE SOUTH (FL) | 73419 | 27.1102778 | -80.285 | 2170 SW CANAL STEET/CAMPGROUND | STUART | FL | 34997 |
| STOCKDALE (KS) | 73422 | 39.3051944 | -96.6533333 | 4800 Stockdale Park Road | MANHATTAN | KS | 66503-8812 |
| STRAYHORN LANDING (OK) | 73424 | 35.6161111 | -95.0569444 | RT 1 BOX 259 | GORE | OK | 74435-9547 |
| SUGAR BOTTOM (IA) | 73425 | 41.7563889 | -91.5591667 | 2192 MEHAFFEY BRIDGE ROAD | SOLON | IA | 52333-9208 |
| SUPPLY PARK (OK) | 73429 | 36.5 | -99.5833333 | RR1 BOX 175 | FORT SUPPLY | OK | 73841-9700 |
| TALL CHIEF COVE (OK) | 73435 | 36.3505556 | -96.0866667 | 14004 Lake Road | SKIATOOK | OK | 74070 |
| TALLEY BEND (MO) | 73437 | 38.1377778 | -93.6172222 | 8950 NE HWY C | Lowery City | MO | 64763 |
| TAYLOR FERRY (OK) | 73438 | 35.9408333 | -95.2761111 | 8568 STATE HWY. 251A | FORT GIBSON | OK | 74434-9619 |
| TETILLA PEAK (NM) | 73440 | 35.6472222 | -106.3044444 | 82 DAM CREST RD | PENA BLANCA | NM | 87041 |
| THE NARROWS (KY) | 73441 | 36.9041667 | -86.0708333 | 1880 Narrows Road | GLASGOW | KY | 42141 |
| THOMSON CAUSEWAY (IL) | 73445 | 41.9516667 | -90.1108333 | PO Box 398 | THOMSON | IL | 61285 |
| TOMPKINS (PA) | 73446 | 41.9819444 | -77.1875 | MAILING: 710 IVES RUN LANE | TIOGA | PA | 16946-9733 |
| TOMPKINS BEND (AR) | 73447 | 34.5730556 | -93.4688889 | 15 Tompkins Bend | Ida | AR | 71957 |
| TUB RUN (PA) | 73450 | 39.7708333 | -79.4019444 | 250 Tub Run Road | CONFLUENCE | PA | 15424 |
| TULE (CA) | 73451 | 36.0802778 | -118.9022222 | BOX 1072 | PORTERVILLE | CA | 93258-1072 |
| TURKEY POINT (KS) | 73453 | 38.4986167 | -95.7897472 | 30967 Turkey Point Parkway | Osage City | KS | 66523 |
| TWIN POINTS (OK) | 73456 | 36.3841667 | -96.2177778 | 14004 Lake Road | SKIATOOK | OK | 74070-9803 |
| VENANGO PARK (KS) | 73457 | 38.6330556 | -97.9875 | 105 RIVERSIDE DRIVE | MARQUETTE | KS | 67464 |
| VIRGIL POINT (OK) | 73458 | 34.0355556 | -95.3686111 | PO BOX 99 | SAWYER | OK | 74756-0099 |
| W.P. FRANKLIN N (FL) | 73462 | 26.7241667 | -81.6927778 | 17850 NORTH FRANKLIN LOCK ROAD | ALVA | FL | 33920 |
| WALLASHUCK (IA) | 73464 | 41.4 | -92.9943667 | 890 190th Ave | Pella | IA | 50129 |
| WARM SPRING REC AREA (CA) | 73466 | 38.7177778 | -122.9991667 | 3333 SKAGGS SPRINGS RD | GEYSERVILLE | CA | 95441-9644 |
| WARRIOR CREEK (NC) | 73467 | 36.1105556 | -81.3094444 | 7659 W. Highway 268 | Boomer | NC | 28606 |
| WASHINGTON COVE (OK) | 73468 | 36.9076306 | -95.9374889 | 396120 State 10 Highway | COPAN | OK | 74022 |
| WASHINGTON IRVING S (OK) | 73469 | 36.2111111 | -96.2555556 | 23115 WEST WEKIWA ROAD | SAND SPRINGS | OK | 74063-9312 |
| WAX (KY) | 73472 | 37.3416667 | -86.1291667 | 14069 Peonia Road | Clarkson | KY | 42726 |
| DAM COMPLEX (IA) | 73473 | 41.7244444 | -91.5294444 | Project Office: 2850 PRAIRIE DU CHIEN RD NE | IOWA CITY | IA | 52240-7820 |
| WHEATLAND PARK (MO) | 73476 | 37.8755556 | -93.3744444 | 0 | | MO | 0 |
| WINDSOR CROSSING (MO) | 73481 | 38.3644444 | -93.545 | 12 NE PP HWY | Clinton | MO | 64735 |
| WINHALL BROOK (VT) | 73483 | 43.1633333 | -72.8097222 | 919 Winhall Station Rd. | South Londonderry | VT | 5155 |
| WOLF CREEK (KS) | 73484 | 38.6763889 | -95.5680556 | 5260 POMONA DAM ROAD | VASSAR | KS | 66543-9212 |
| GERALD FREEMAN CAMP (WV) | 73486 | 38.68 | -80.5469444 | PO BOX 426 | SUTTON | WV | 26601-0426 |
| OUTFLOW CAMPING (PA) | 73487 | 39.805 | -79.3669444 | 1579 Mae West Road | CONFLUENCE | PA | 15424 |
| THIBAUT POINT (MO) | 73489 | 38.2963889 | -93.3963889 | 26773 Georgetown Ave | WARSAW | MO | 65355-9603 |
| ACORN CAMP EAST (CA) | 73494 | 38.1762611 | -120.7997222 | 2713 HOGAN DAM ROAD | VALLEY SPRINGS | CA | 95252-9510 |
| SOUTH ABUTMENT RECREATION AREA | 73495 | 34.7466667 | -90.1325 | 3905 Arkabutla Dam Road | COLDWATER | MS | 38618-6548 |
| GOOSE POINT (VA) | 73500 | 36.8038889 | -80.0572222 | 4780 Goose Point Road | BASSETT | VA | 24055 |

Attachment 7: Communication Services
R1S Support Services

### Satellite Service Locations

| Location | Facility ID | Latitude | Longitude | Facility Address | Facility City | Facility State | Facility Zip |
|---|---|---|---|---|---|---|---|
| GREENVILLE RECREATION AREA (MO) | 73501 | 37.1027778 | -90.4583333 | 10992 HIGHWAY T | WAPPAPELLO | MO | 63966-9603 |
| PEOPLES CREEK (MO) | 73503 | 36.9263889 | -90.2830556 | 10992 HIGHWAY T | WAPPAPELLO | MO | 63966-9603 |
| REDMAN CREEK RECREATION AREA (MO) | 73504 | 36.9227778 | -90.2875 | 10270 HIGHWAY T | WAPPAPELLO | MO | 63966 |
| SPILLWAY RECREATION AREA (MO) | 73506 | 39.5230556 | -91.6275 | 10992 HIGHWAY T | WAPPAPELLO | MO | 63966-9603 |
| HORSE CREEK (CA) | 73511 | 36.3905556 | -118.9547222 | BOX 44270 | LEMON COVE | CA | 93244-4270 |
| OUTLET(MELVERN) (KS) | 73514 | 38.5137083 | -95.7062361 | 30442 River Pond Parkway | MELVERN | KS | 66510 |
| BLACKHAWK PARK (WI) | 73516 | 43.4608333 | -91.2230556 | E590 CTY RD Bl | DESOTO | WI | 54624 |
| TAILWATER (KY) | 73517 | 36.8944444 | -86.1330556 | 1055 Tailwater Road | Scottsville | KY | 42164 |
| RUARK BLUFF WEST (MO) | 73522 | 37.5258333 | -93.8094444 | 819 Route H. | GREENFIELD | MO | 65661 |
| BLOOMINGTON EAST (KS)/HICKORY WALNUT | 73525 | 38.9079 | -95.3752611 | 700 N. 1190 Rd. | LAWRENCE | KS | 66047 |
| POTATO HILLS SOUTH (OK) | 73531 | 34.625 | -95.325 | HC 60 Box4195 | CLAYTON | OK | 74536 |
| BURNS RUN WEST (OK) | 73533 | 33.8555556 | -96.5911111 | 825 West Burns Road | Cartwright | OK | 74731 |
| BERRY BEND EQUESTRIAN (MO) | 73534 | 38.1997222 | -93.51 | 15958 TRUMAN RD. | WARSAW | MO | 65355-9603 |
| CHEKARA RECREATION AREA LAKE MENDOCINO (CA) | 73541 | 39.2030556 | -123.1863889 | N39 12.164  W123 11.197 | 0 | CA | 95482-9404 |
| LOFERS BEND WEST (TX) | 73554 | 31.8852778 | -97.3611111 | 100 Lofers Bend Park Road | West Whitney | TX | 76692 |
| OAK KNOLL (CA) | 73639 | 38.18265 | -120.8030556 | 2713 HOGAN DAM ROAD | VALLEY SPRINGS | CA | 95252 |
| EBENEZER PARK (TX) | 73653 | 31.0702778 | -94.1247222 | RT. 3, BOX 486 | JASPER | TX | 75951 |
| ALBENI COVE (ID) | 73654 | 48.1830556 | -116.9997222 | 2376 E HIGHWAY 2 | OLDTOWN | ID | 83822 |
| TRACE BRANCH RECREATION AREA (KY) | 73705 | 37.2416667 | -83.3727778 | 804 BUCKHORN DAM ROAD | BUCKHORN | KY | 41721-8808 |
| NOTREBES BEND PARK (AR) | 73714 | 33.9880556 | -91.3091667 | 1286 WILBUR D. MILLS ROAD | TICHNOR | AR | 72166 |
| MALDEN LAKE CAMPGROUND (TX) | 73733 | 33.2747222 | -94.3477778 | 64 CLEAR SPRINGS PARK | TEXARKANA | TX | 75501 |
| BELTON LAKEVIEW PARK (TX) | 73786 | 31.1044444 | -97.4847222 | 2782 FM 439 | BELTON | TX | 76513 |
| BLUFFVIEW PARK (TX) | 73795 | 30.7958333 | -94.1791667 | 5171 FM 92 | WOODVILLE | TX | 75979-9509 |
| SYLVAN PARK (KS) | 73825 | 38.9683333 | -98.4916667 | 4860 OUTLET BLVD | SYLVAN GROVE | KS | 67481 |
| BURCHFIELD BRANCH PARK (AL) | 73894 | 33.4477778 | -87.3658333 | 15036 BANKHEAD ROAD | ADGER | AL | 35006 |
| NORTH SHORE (TX) | 73948 | 33.3577778 | -94.1788889 | 64 CLEAR SPRINGS PARK | TEXARKANA | TX | 75501 |
| PECAN POINT PARK (NAVARRO MILLS LAKE) (TX) | 74106 | 31.9660861 | -96.7415139 | 1175 FM 667 | PURDON | TX | 76679 |
| POTTERS CREEK PARK (TX) | 75020 | 29.9047222 | -98.2730556 | 601 C.O.E. Road | CANYON LAKE | TX | 78133 |
| WHITE FLINT PARK (TX) | 75042 | 31.2311111 | -97.4722222 | 10718 White Flint Park Road | Moody | TX | 76557 |
| STE MARIE PARK (AR) | 75092 | 34.2691667 | -91.9394444 | 0 | PINE BLUFF | AR | 72210 |
| FORT HAMBY PARK (NC) | 75104 | 36.1383333 | -81.2711111 | 1534 S. RECREATION ROAD | WILKESBORO | NC | 28697 |
| TUTTLE CREEK COVE (KS) | 75134 | 39.2771389 | -96.630875 | 6040 Tuttle Cove Road | MANHATTAN | KS | 66503 |
| JENNINGS FERRY (AL) | 75359 | 32.8078083 | -87.8112056 | 1001 Jennings Ferry Rd, Akron, AL 35441 | DEMOPOLIS | AL | 36732-1546 |
| MURRELL (TX) | 75539 | 32.9975 | -97.0891667 | 880 Simmons Road | Flower Mound | TX | 75028 |
| DAM SITE LAKE CAMPGROUND (AR) | 79063 | 36.4202972 | -93.8554056 | 348 Dam Site Lake Road | Eureka Springs | AR | 72631 |
| RUSSELL PARK (TX) | 93618 | 30.6775 | -97.7591667 | 0 | 0 | TX | 0 |
| BEAVER CREEK RECREATION AREA (ND) | 94870 | 46.2497222 | -100.5333333 | 0 | 0 | ND | 0 |
| NORTH HOLIDAY PARK (TX) | 97119 | 32.6522222 | -97.4738889 | 0 | 0 | TX | 0 |
| ROCKY CREEK PARK (BENBROOK LAKE) (TX) | 97171 | 32.6061111 | -97.4522222 | 0 | 0 | TX | 0 |
| CRANES MILL (TX) | 108384 | 29.8888889 | -98.2927778 | 0 | 0 | TX | 0 |
| FALL CREEK | 108533 | 36.9363889 | -84.8402778 | 0 | 0 | KY | 0 |
| AUSABLE RIVER CAMPING | 74157 | 44.4352778 | -83.6238889 | 5761 NORTH SKEEL AVENUE | OSCODA | MI | 48750 |
| SALMON RIVER (4 Rivers) | 75533 | 45.3703806 | -114.687975 | PO Box 180 | North Fork | ID | 83466 |
| MIDDLE FORK OF THE SALMON (4 Rivers) | 75534 | 44.5338889 | -115.2944444 | HC 63 Box 1669 | Challis | ID | 83226 |
| MIDDLE FORK OF THE SALMON (4 Rivers) | 75534 | 44.5338889 | -115.2944444 | HC 63 Box 1669 | Challis | ID | 83226 |

Attachment 8

U.S. Digital Services Playbook

# U.S. Digital Services Playbook

https://playbook.cio.gov/

The American people expect to interact with government through digital channels such as websites, email, and mobile applications. By building better digital services that meet the needs of the people that use our services, we can make the delivery of our policy and programs more effective.

Today, too many of our digital services projects do not work well, are delivered late, or are over budget. To increase the success rate of these projects, the U.S. Government needs a new approach. We created a playbook of 13 key "plays" drawn from successful best practices from the private sector and government that, if followed together, will help government build effective digital services.

**DIGITAL SERVICE PLAYS**

1. Understand what people need
2. Address the whole experience, from start to finish
3. Make it simple and intuitive
4. Build the service using agile and iterative practices
5. Structure budgets and contracts to support delivery
6. Assign one leader and hold that person accountable
7. Bring in experienced teams
8. Choose a modern technology stack
9. Deploy in a flexible hosting environment
10. Automate testing and deployments
11. Manage security and privacy through reusable processes
12. Use data to drive decisions
13. Default to open

**IN DETAIL**

**PLAY 1**

**Understand what people need**

We must begin digital projects by exploring and pinpointing the needs of the people who will use the service, and the ways in which the service will fit into their lives. Whether the users are members of the public or government employees, policy makers must include real people in their design process from the very beginning. The needs of people — not constraints of government structures or silos — should drive technical and design decisions. We need to continually test the products we build with real people to keep us honest about what is important.

**checklist**

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

1. Early in the project, spend time with current and prospective users of the service
2. Use a range of qualitative and quantitative user research methods to determine people's goals, needs, and behaviors; be thoughtful about the time spent
3. Test prototypes of possible solutions with real people, in the field if possible
4. Document the findings about user goals, needs, behaviors, and preferences
5. Share findings with the team and agency leadership
6. Create a prioritized list of user stories, which are short descriptions of the goals the user is trying to accomplish
7. As the digital service is being built, regularly test it with potential users to ensure it will meet peoples' needs

**key questions**

1. What user needs will this service address?
2. Why does the user want or need this service?
3. Who are your key users?
4. Which people will have the most difficulty with your service?
5. What research methods were used?
6. What were the key findings from users' current experience?
7. How were the findings documented? Where can future team members access the documentation?
8. How often are you testing with real people?

## PLAY 2

**Address the whole experience, from start to finish**

We must build digital services with an understanding of the range of ways a person might interact with our service, including the actions they take online, through a mobile application, on the phone, or in person. Every encounter should move the user closer towards the desired outcome, whether that encounter is online or offline.

**checklist**

1. Understand the different points at which people will interact with the service – both online and in person
2. Identify pain points in the current way users interact with the service, and prioritize these according to user needs
3. Design the digital parts of the service so that they are integrated with the offline touch points people use to interact with the service
4. Develop metrics that will measure how well the service is meeting user needs, at each step of the service

**key questions**

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

1. What are the different ways (both online and offline) that people currently accomplish the task the digital service is designed to help with?
2. Where are user pain points in the current way people accomplish the task?
3. Where does this specific project fit into the larger way people currently obtain the service being offered?
4. What metrics will best indicate how well the service is working for its users?

## PLAY 3

### Make it simple and intuitive

Using a government service shouldn't be stressful, confusing, or daunting — it's our job to build services that are simple and intuitive enough that users succeed the first time, unaided.

#### checklist

1. Create or use an existing, simple, and flexible design style guide for the service
2. Use the design style guide across related digital services
3. Provide users with clear information about where they are in the process as they use the service
4. Follow accessibility best practices to ensure all people can use the service
5. Provide users with a way to exit and return later to complete the process
6. Use language that is familiar to the user and is easy to understand
7. Use language and design consistently throughout the service, including in the online and offline (non-digital) touch points people use to interact with the service

#### key questions

1. What primary tasks are the user trying to accomplish?
2. What is the reading level of the language the service uses?
3. What languages is your service offered in?
4. If a user needs help while using the service how do they go about getting it?
5. How does the service's design visually relate to other government services?

## PLAY 4

### Build the service using agile and iterative practices

We should use an incremental, fast-paced style of software development to reduce the risk of failure by getting working software into users' hands quickly, and by providing frequent opportunities for the delivery team members to adjust requirements and development plans based on watching people use prototypes and real software. A critical capability is being able to automatically test and deploy the service so that new features can be added often and easily put

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

into production. Following agile methodologies is a proven best practice for building digital services, and will increase our ability to build services that effectively meet user needs.

**checklist**

1. Ship a functioning "minimum viable product" (MVP) that solves a core user need addressed by the service as soon as possible, and not longer than three months from the beginning of any new digital project, using a "beta" or "test" period if needed
2. Run usability tests frequently to see how well the service works for users, and identify improvements that should be made
3. Ensure the individuals building the service are in close communication using techniques such as war rooms, daily standups, and team chat tools
4. Keep delivery teams small and focused; limit organizational layers that separate these teams from the business owners
5. Release features and improvements multiple times each month
6. Create a prioritized list of features and bugs, also known as the "feature backlog" and "bug backlog"
7. Use an "issue tracker" to catalog features and bugs
8. Use a source code version control system
9. Ensure entire team has access to the issue tracker and version control system
10. Use code reviews to ensure quality

**key questions**

1. How long did it take to ship the MVP? If it has not shipped yet, when will it?
2. How long does it take for a production deployment?
3. How long in days are the iterations/sprints?
4. Which source code version control system is being used?
5. What tool is being used to track bugs and issue tickets?
6. What tool is being used to manage the feature backlog?
7. How often do you review and reprioritize the items in your feature and bug backlog?
8. How do you collect user feedback during development and how is that feedback to improve the service?
9. At each stage of usability testing, what gaps were identified in addressing user needs?

**PLAY 5**

**Structure budgets and contracts to support delivery**

To improve our chances of success when contracting out development work, we need to work with experienced budgeting and contracting officers. In cases where we use third parties to help build a service, a well-defined contract can facilitate good development practices like conducting a research and prototyping phase, refining product requirements as the service is built, evaluating

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

open source alternatives, ensuring frequent delivery milestones, and allowing the flexibility to purchase cloud computing resources.

**checklist**

1. Budget includes research, discovery, and prototyping activities
2. Contract is structured to request frequent deliverables and not multi-month milestones
3. Contract is structured to hold vendors accountable to deliverables
4. Contract allows the government delivery team the flexibility to adjust feature prioritization as the project evolves
5. Contract ensures open source solutions are evaluated alongside commercial solutions when technology choices are made
6. Contract specifies that software and data generated by third parties remains under our control, and can be reused and released to the public as appropriate and in accordance with the law
7. Contract allows us to use tools, services, and hosting from vendors with a variety of pricing models, including fixed fees and variable service-based models like "pay-for-what-you-use" services
8. Contract specifies a warranty period where defects uncovered by the public are addressed by the vendor(s) at no additional cost to the government
9. Contract includes a transition of services period and transition-out plan

**key questions**

1. How frequent are the delivery milestones?
2. What are the performance metrics defined in the contract? (i.e., response time, system uptime, time period to address priority issues, etc.)

**PLAY 6**

**Assign one leader and hold that person accountable**

There must be a single product owner who has the authority and responsibility across teams to assign tasks and work elements; make business, product, and technical decisions; and is accountable for the success or failure of the overall service. This product owner is ultimately responsible for how well the service is meeting the needs of its users, which is how a service should be evaluated. The product owner is responsible for ensuring the features are built and managing the feature and bug backlogs.

**checklist**

1. A product owner has been identified
2. All stakeholders agree that the product owner has the authority to assign tasks and make decisions about features and technical implementation details
3. The product owner has a product management background with technical experience to assess alternatives and weigh tradeoffs

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

4. The product owner has a work plan that includes budget estimates and identification of funding sources
5. The product owner has a strong relationship with his or her contracting officer

**key questions**

1. Who is the product owner?
2. What organizational changes have been made to ensure the product owner has sufficient authority over and support for the project?
3. What does it take for the product owner to add or remove a feature from the service?

## PLAY 7

**Bring in experienced teams**

We need talented people working in government who have experience creating modern digital services. This includes bringing in seasoned product managers, engineers, and designers. When outside help is needed, our teams should work with contracting officers who understand how to evaluate third-party technical competency so our teams can be paired with contractors who are good at both building and delivering effective digital services. The makeup and experience requirements of the team will vary depending on the scope of the project.

**checklist**

1. Member(s) of the team have experience building popular, high-traffic digital services
2. Member(s) of the team have experience designing mobile and web applications
3. Member(s) of the team have experience using automated testing frameworks
4. Member(s) of the team have experience with modern development and operations (DevOps) techniques such as continuous integration and continuous deployment
5. Member(s) of the team have experience securing digital services
6. A Federal contracting officer is on the internal team if a third party will be used for development work
7. A Federal budget officer is on the internal team or is a partner
8. The appropriate privacy, civil liberties, and/or legal advisor for the department or agency is a partner

## PLAY 8

**Choose a modern technology stack**

The technology decisions we make need to enable development teams to work efficiently and enable services to scale easily and cost-effectively. Our choices for hosting infrastructure, databases, software frameworks, programming languages and the rest of the technology stack should seek to avoid vendor lock-in and match what successful modern consumer and enterprise software companies would choose today. In particular, digital services teams should consider

Attachment 8: U.S. Digital Services Playbook

R1S Support Services

using open source, cloud based, and commodity solutions across the technology stack, as these solutions have seen widespread adoption and support by the most successful private-sector consumer and enterprise software technology companies.

**checklist**

1. Choose software frameworks that are commonly used by private-sector companies creating similar services
2. To the extent practical, ensure that software can be deployed on a variety of commodity hardware types
3. Ensure that each project has easy to understand instructions for setting up a local development environment, and that team members can be quickly added or removed from projects
4. Consider open source software solutions at all layers of the stack

**key questions**

1. What is your development stack and why did you choose it?
2. What database(s) are you using and why did you choose them?
3. How long does it take for a new team member to set up a local development environment?

**PLAY 9**

**Deploy in a flexible hosting environment**

Our services should be deployed on flexible infrastructure, where resources can be provisioned in real time to meet spikes in user demand. Our digital services are crippled when we host them in data centers which market themselves as "cloud hosting" but require us to manage and maintain hardware directly. This outdated practice wastes time, weakens our disaster recovery plans, and results in significantly higher costs.

**checklist**

1. Resources are provisioned on demand
2. Resources scale based on real-time user demand
3. Resources are provisioned through an API
4. Resources are available in multiple regions
5. We pay only for the resources we use
6. Static assets are served through a content delivery network
7. Application is hosted on commodity hardware

**key questions**

1. Where is your service hosted?
2. What hardware does your service use to run?
3. What is the demand / usage pattern for your service?
4. What happens to your service when it experiences a surge in traffic or load?

## Attachment 8: U.S. Digital Services Playbook

### R1S Support Services

5. How much capacity is available in your hosting environment?
6. How long does it take you to provision a new resource such as an application server?
7. How have you designed your service to scale based on demand?
8. How are you paying for your hosting infrastructure — i.e., by the minute, hourly, daily, monthly, fixed?
9. Is your service hosted in multiple regions / availability zones / data centers?
10. In the event of a catastrophic disaster to a datacenter, how long will it take to have the service operational?
11. What would be the impact of a prolonged downtime window?
12. What data redundancy do you have built into the system, and what would be the impact of a catastrophic data loss?
13. How often do you need to contact a person from your hosting provider to get resources or to fix an issue?

**PLAY 10**

**Automate testing and deployments**

Today, developers write automated scripts that can verify thousands of scenarios in minutes and then deploy updated code into production environments multiple times per day. They use automated performance tests which simulate surges in traffic to identify performance bottlenecks. While manual tests and quality assurance is still necessary, automated tests provide consistent and reliable protection against unintentional regressions, and make it possible for developers to confidently release frequent updates to the service.

**checklist**

1. Create automated tests that verify all user-facing functionality
2. Create unit and integration tests to verify modules and components
3. Run tests automatically as part of the build process
4. Perform deployments automatically with deployment scripts, continuous delivery services, or similar techniques
5. Conduct load and performance tests at regular intervals, including before public launch

**key questions**

1. What percentage of the code base is covered by automated tests?
2. How long does it take to build, test, and deploy a typical bug fix?
3. How long does it take to build, test, and deploy a new feature into production?
4. How frequently are builds created?
5. What test tools are used?
6. What deployment automation or continuous integration tools are used?
7. What is the estimated maximum number of concurrent users who will want to use the system?
8. How many simultaneous users could the system handle, according to the most recent capacity test?

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

9. How does the service perform when you exceed the expected target usage volume? Does the service degrade gracefully or catastrophically?
10. What is your scaling strategy when demand increases suddenly?

## PLAY 11

**Manage security and privacy through reusable processes**

It is critical that our digital services protect sensitive information and keep systems secure. This is typically a process of continuous review and improvement which should be built into the development and maintenance of the service. At the start of designing a new service or feature, the team lead should engage the appropriate privacy, security, and legal officer(s) to discuss the type of information collected, how it should be secured, and how it may be used and shared. The sustained engagement of a privacy specialist helps ensure that personal data is properly managed. In addition, a key process to building a secure service is comprehensively testing and certifying the components in each layer of the technology stack for security vulnerabilities, and then to re-use these same pre-certified components for multiple services.

The following checklist provides a starting point, but teams should work closely with their privacy specialist and security engineer to meet the needs of the specific service.

### checklist

1. Contact the appropriate privacy or legal officer of the department or agency to determine whether a System of Records Notice (SORN), Privacy Impact Assessment, or other review should be conducted
2. Determine, in consultation with a records officer, what data is collected and why, how it is used or shared, how it is stored and secured, and how long it is kept
3. Determine, in consultation with a privacy specialist, whether and how users are notified about how personal information is collected and used, including whether a privacy policy is needed and where it should appear, and how users will be notified in the event of a security breach
4. Consider whether the user should be able to access, delete, or remove their information from the service
5. "Pre-certify" the hosting infrastructure used for the project using FedRAMP
6. Use deployment scripts to ensure configuration of production environment remains consistent and controllable

### key questions

1. Does the service collect personal information from the user (whether government or public)? How is the user notified of this collection?
2. Does it collect more information than is needed to perform the requested task? Are there uses of the data that would not be expected by the average user?
3. How does a user contact a responsible person to seek access, correction, deletion, or removal of his or her personal information?

## Attachment 8: U.S. Digital Services Playbook

## R1S Support Services

4. Will information stored in the system be shared with others?
5. How and how often is the service tested for security vulnerabilities?
6. How can someone from the public report a security issue?

## PLAY 12

**Use data to drive decisions**

At all stages of a digital project, we should measure how well our service is working for our users. This includes measuring how well a system performs and how people are interacting with the system in real time. Our teams and agency leadership should carefully watch these metrics to proactively spot issues and identify which improvements should be prioritized. In addition to monitoring tools, a feedback mechanism should be in place for people to report issues directly.

**checklist**

1. Monitor system-level resource utilization in real time
2. Monitor system performance, measuring response time, latency, throughput, and error rates in real-time
3. Ensure monitoring in place can measure median, 95th percentile and 98th percentile performance
4. Create automated alerts based on this monitoring
5. Track concurrent users in real time, and monitor user behaviors (in the aggregate) to determine how well the service is meeting user needs
6. Publish metrics internally
7. Publish metrics externally
8. Use an experimentation tool that supports multivariate testing in production

**key questions**

1. What are the key metrics for the service?
2. How have these key metrics performed over the life of the service?
3. What system monitoring tool(s) are in place?
4. What is the targeted average response time for your service? What percent of requests take more than 1 second, 2 seconds, 4 seconds, and 8 seconds?
5. What is the average response time and percentile breakdown (percent of requests taking more than 1s, 2s, 4s, and 8s) for your service's top 10 transactions?
6. What is your service's monthly uptime target?
7. What is your service's monthly uptime percentage including scheduled maintenance? Excluding scheduled maintenance?
8. How does your team receive automated alarms when incidents occur?
9. What is the volume of each of your service's top 10 transactions? What is the percentage of transactions started vs. completed?
10. What tool(s) are in place to measure user behavior?
11. What tool/technology is used for A/B testing?
12. How do you measure customer satisfaction?

## PLAY 13

**Attachment 8: U.S. Digital Services Playbook**

**R1S Support Services**

**Default to open**

When we collaborate in the open and publish our data publicly we can improve Government together. By building services more openly and publishing open data, we simplify the public's access to government services and information, allow the public to easily provide fixes and contributions, and enable reuse by entrepreneurs, nonprofits, other agencies, and the public.

**checklist**

1. Offer users a mechanism to report bugs and issues, and be responsive to these reports
2. Provide datasets to the public, in their entirety, through bulk downloads and APIs (application programming interfaces)
3. Ensure that data from the service is explicitly in the public domain, and that rights are waived globally via an international public domain dedication, such as the "Creative Commons Zero" waiver
4. Catalog data in the agency's enterprise data inventory and add any public datasets to the agency's public data listing
5. Ensure that we maintain the rights to all data developed by third parties in such a manner that is releasable and reusable at no cost to the public
6. Ensure that we maintain contractual rights to all custom software developed by third parties in such a manner that is publishable and reusable at no cost
7. When appropriate, create an API for third parties to interact with the service directly
8. When appropriate, publish source code of projects or components online
9. When appropriate, share your development process and progress publicly

**key questions**

1. How are you collecting user feedback for bugs and issues?
2. If there is an API, what capabilities does it provide? Who uses it? How is it documented?
3. If the codebase has not been released under an open source license, explain why.
4. What components are made available to the public as open source?
5. What datasets are made available to the public?

# R1S Support Services

# Attachment 9:

# RIDB Data Flow Charts

Contract Number: AG-3187-C-16-9000



FIGURE 1: CURRENT STATE OF DATA FLOWS WITHIN THE RECREATION ONE-STOP (R1S) PLATFORM

NON-RESERVABLE INVENTORY ENTERED BY AGENCY PERSONNEL

RESERVABLE INVENTORY DATA ENTERED & MAINTAINED BY RECREATION.GOV CONTRACTOR

DATA CUSTOMERS

RIDB

RESERVABLE INVENTORY

RESERVABLE INVENTORY DATA FOR SHARING VIA *RECREATION.RIDB.GOV* *

NON-RESERVABLE INVENTORY DATA FOR DISPLAY ON RECREATION.GOV

NON-RESERVABLE INVENTORY ENTERED BY THIRD PARTY PARTNERS

CONSUMER GENERATED CONTENT UPLOADED THROUGH RECREATION.GOV

* Data feed from RECREATION.GOV to RIDB contains NO availability information, customer information, financial information or transaction information.

*Attachment 9 | RIDB Data Flow Charts | 21 April 2017*
*Contract Number: AG-3187-C-16-9000*
*Page 3 of 3*

Attachment 9

RIDB Data Flow Charts



**FIGURE 2: NOTIONAL FUTURE STATE OF THE RECREATION ONE-STOP (R1S) PLATFORM**

OTHER

NOAA MAPS

AGENCY WEB PAGES

EXPEDIA, TRAVELOCITY, ORBITZ, ETC.

RECREATION.GOV

PARTNERS

STATE DMO'S

CONCESSIONS AND OUTFITTERS

**API***

CUSTOMER AND / OR TRANSACTION DATA

RECREATION ONE STOP PLATFORM (INCLUDES RESERVABLE INVENTORY + RIDB DATA)

WEB SERVICES AND MANUAL INPUT

USFS TRAILS DATA

RESERVABLE INVENTORY DATA

RECREATION.GOV MARKETING CONTENT

AGENCY PORTALS

OTHER SOURCES

STATE & LOCAL INFORMATION SOURCES

* API is not intended to be necessarily prescriptive, but is one model for providing interaction between the Reservation One Stop (R1S) Platform and other programs and / or web interfaces.

Attachment 9 | RIDB Data Flow Charts | 21 April 2017
Contract Number: AG-3187-C-16-9000
Page 3 of 3

Attachment 10

Basic System Requirements

Recreation One Stop Support Services

**Attachment 10:  Basic System Requirements**

---

1.  **Basic System Requirements:**

The Government and authorized private vendors acting on behalf of the Government operate a wide variety of facilities, activities, services, etc. for which advanced reservation service s are vital. Visitors depend on reservations to make trip plans and the Government uses the system to provide operational effectiveness and efficiency, to manage over and underutilized areas, quota and event management, data collection for program management, and promotion of federal recreation opportunities.

The Contractor shall design, develop, document, implement, administer, maintain and support an enterprise system, including licensing, hardware and software, capable of providing reservation services which comply with all Business Rules in the attached.

The Contractor's proposed solution shall address a diverse range of reservation requests including, but not limited to accommodating a variety of:  front-country and back-country camping; ticketing; cabin rentals; lotteries; day use facility and space rental; group facilities; special events; other recreation and educational programs; equipment rental; sports field management; and a wide variety of permitting programs. The proposed solution shall be current with evolving technologies and accessible by a wide variety of mobile and desktop platforms to include, but not be limited to: Windows, Macintosh, iOS, and Android and browsers: Google Chrome, Internet Explorer, Firefox, Safari, and Opera.

The Contractor shall propose a mobile solution for internal and external customers as a core functionality for accessing enterprise and reservation data on mobile devices. The Contractor shall optimally balance their solution between security and total cost to provide the most business value to the R1S PMO and customers. The Offeror's proposed R1S solution shall be fully integrated and accessible in a mobile environment.

The Contractor shall provide a reservation service that provides Contractor staff and end-users easy access to information about reservable inventory and a simple, clear and intuitive process for planning trips and making reservations.  The reservation service shall be available to the Contractor, agencies, partners, and the public through the web presence, toll-free telephone service using prevailing communication technologies.  The service shall be accessible to field locations for on-site management of facilities, the processing of reservation transactions and the support of service requests by walk-up customers.  The reservation service shall comply with all business rules established in the attached and shall be flexible and agile enough to accommodate the timely addition and/or modification of business rules throughout the contracts life-cycle.

The Contractor shall provide reservation processes, including but not limited to the following: searching for and reserving inventory; holding selected inventory for a specified time; itinerary planning including reserving multiple types of inventory from one or multiple facilities/agencies/areas

## Attachment 10

into a single transaction; making reservation changes, cancellations, and voids; providing dynamic and intelligent alternate location referrals; shopping cart functionality; addition of point of sale items within a reservation or as a standalone product; provision of safety information in multiple media formats; acceptance of terms; payment processing; collection of all types of fees including taxes; application of discounts; collection of donations in variable amounts; ability to charge and collect variable shipping fees during the checkout process as required, ability to process shopping cart transactions for shopping carts containing mixed variety of inventory types such as reservations, lottery registration fees, annual permit sales, shipping fees, etc.; internal and external links to other sources of information; confirmation for all customers (with and without e-mail).

The Contractor shall provide a reservation service that at the minimum gives the customer a unique confirmation number for each transaction, provides an e-mail notice of confirmation at the time the reservation is made, prior to arrival, and after the stay has been completed, and when any subsequent changes to the reservation are made, and which provides the ability to send "reminder" e-mails containing location-specific information to customers as the reservation date nears.  The service shall provide, maintain, and track each reservation and related transaction by the unique confirmation number.  Each customer shall also be assigned a unique customer identification number.  The system shall employ logic to minimize the issuance of multiple unique customer identification numbers for a single customer who may be using variations of customer information.

Transaction data shall include, but not be limited to: customer information; transaction information; transaction history; comments; and fees including but not limited to: recreation use, reservation, service, convenience, deposit, ticket, permit, interpretive, point of sale, event, cancellation, transfer, change, refunds, and taxes. Historical data regarding transactions and revenue can be found in attachments: "REC.GOV Transaction Count" and "REC.GOV Total Revenue".

Customers include, but are not limited to: the Government, local, regional, national and international individuals, partners, and groups (e.g., schools, military, and commercial users).  The Contractor shall provide a means for addressing the specific needs of this widely varied pool of customers.

The Contractor's solution shall provide a means for all internal and external users to access a wide variety of information including but not limited to:  inventory descriptions, fee information, availability, alternative locations; season dates, weather information, photos, multimedia, social media, frequently asked questions, alerts, warnings, and special information, and local commercial services to assist in making reservations through all available means.

Reservation services and sales encompass many different types of inventory.  The Contractor shall accommodate all existing programs and new programs yet to be identified.  Facilities, activities, events, field operations, and management objectives vary widely throughout the Government; uniformity and consistency of business rules are not always possible (legislation, court decisions, resource management priorities, historic use patterns, etc.).

## Attachment 10

The reservation service shall be easily customized, configured, scaled and adapted to changing trends, policies, procedures, operational needs, and customer expectations.  Success of the program will rely on services that are flexible, configurable and can adapt rapidly to meet and incorporate changing needs.

### 1.1. External User Accounts / Profiles

All user profiles shall preserve an individual user's customer specific data and previous activity, such as searches (performed while the user is logged into their unique profile), reservations, itineraries, etc.

User Profiles shall integrate with communications capabilities to support a wide variety of manual / automated / standardized / customized communications.

The Contractor shall enforce stringent protocols to limit single individual users from creating multiple user profiles.

The user profile shall collect, store and utilize appropriate user profile data and recreation preferences to minimize repetitive data entry by the user and to maximize the user experience by streamlining workflows, tailoring search results and making intelligent recreation recommendations.  Examples of the types of data to be collected and stored for this purpose include, but are not limited to; payment information, equipment type (RV, tent, etc.) and dimensions, pets, need for ADA compliant facilities, requirements for specific electric power, etc.  User profiles shall provide for the creation of nested sub-profiles within the main user profile.  An example of this feature includes, but is not limited to, the ability for a user to have both an "R/V Camping" and a "Tent Camping" sub-profile under a single user's master profile such that search results and recreation recommendations would be tailored to the specific information contained in the selected sub-profile, the reservation workflow would pull information from that selected sub-profile, etc.  Users shall be permitted to temporarily override these saved profile data elements from within the active workflow without having to exit the active workflow and edit stored profile information.

Customers shall not be permitted to conduct financial transactions within R1S without having first logged into a user account / profile.  Customers shall only be mandated to sign into their account / profile upon initiation of the "check out" process or if they initiate a query into any information which is specifically linked to their profile, including but not limited to; previous transaction history, billing information, existing / pending reservations, privacy and communications preferences, etc.

Customers shall be able to freely browse all R1S content including recreation availability information without being signed into their user account / profile; however the Contractor shall

## Attachment 10

employ creative means to educate customers on the intelligent capabilities of R1S for those customers who are logged into their account / profile while they explore R1S.

Control of all personally identifiable information shall be controlled in strict accordance with the R1S "System of Records Notice (SORN)" and the "R1S Privacy Policy" (both attached) and access to all such personally identifiable information shall be strictly limited to individuals who require such information for administration of the program.  The Contractor shall not use or share any customer information in any way outside of the program without written consent from the CO/COR.

### 1.2.  Provide Travel Planning Tools

Savvy travel and tourism consumers have become dependent upon a wide variety of Internet resources to thoroughly research and plan travel, purchase tickets, make travel reservations, and share their travel related experiences via a wide range of media options.  While there are several highly successful websites providing these services for commercial activities and properties, there has never been one site capable of providing all of these services for consumers interested in federal recreation opportunities.

The Contractor shall provide a comprehensive suite of trip planning services which are relevant in all phases of the users' recreation experience.

### 1.2.1.  Travel Planning

The Contractor shall provide comprehensive travel planning services throughout the entire end-to-end recreation experience envisioned for users.  Travel planning shall be comprehensive and incorporate all of the information available within R1S Support Services and RIDB, including but not limited to: federal and non-federal* reservable inventory (e.g., camping, tours and tickets, permits, etc.), activities and points of interest (e.g., hiking, mountain biking, photography, wildlife viewing, historical and cultural information, concession and outfitter services, visitor centers, refuges, water projects, forests, museums, etc.), and user generated content.

* Non Federal reservable inventory may include state and local reservable and non-reservable recreation inventory which may be incorporated into the system or accessed via various application programming interfaces (APIs).

Travel planning services encompasses an extremely broad range of possible services, technologies and implementations.  In order to leverage the creativity and resources of commercial industry, Contractors shall, describe the full breadth of the Travel Planning services offered within their proposed solution.  For each Advanced Travel Planning feature (see PWS section 5.2.6.), technology or capability proposed, the Contractor shall

## Attachment 10

clearly identify whether the service, technology or capability will be fully functional at system phase-in or at some later date; Phase-in + X days (or months) as appropriate.

### 1.2.1.1.    Point-To-Point Itinerary Planning

The system shall support a Point-To-Point Itinerary planning tool at go-live. The Contractor's Point-To-Point Itinerary Planning Tool shall provide users the capability to intuitively designate starting points, way points and end points along a journey.  The Point-To-Point Itinerary functionality shall provide the end user the ability to easily customize various factors associated with their route, including, but not limited to, customizing the Points of Interest (POI) search distance from the primary route (i.e., only show sites that are 25 miles or less away from the primary route), customizing POI search based on a variety of site attributes, including availability (i.e., only show sites that offer tent camping and only show tent sites that offer tent camping on the dates specified for this trip), identifying other attractions and establishments along the way by integrating other sources of data, and allow for filtering results to expand or limit the options available based on user preference.  The Contractor shall then present users with a variety of route options and information on recreation opportunities available along each of the route options.  The Contractor shall also provide users the ability to "drill down" into facility and site detail pages to obtain more information on locations highlighted along the route and shall also provide the ability for users to make reservations directly from a planned route.

The system shall retain and display routes that are "works in progress" while the users "drill down", make reservations or perform other trip planning activities without "losing" that planned route or forcing them to recreate the route each time they leave the route planning page.  The Point-To-Point Trip Planning functionality shall also provide the intelligence and functionality allowing users to create consolidated itineraries, print maps and itineraries, share maps and itineraries electronically (i.e. SMS Text, E-Mail, Social Media, etc.) and identify opportunities to share their experience along the way.

The user interface created by the Contractor shall employ a variety of information display techniques including, but not limited to, interactive maps, text, graphics, lists and commonly recognized icons to present a clean, intuitive and user-friendly travel planning environment.

## 1.3.  Field Sales and Reservation Services

## Attachment 10

The System shall provide a means for field based locations with network access the ability to connect to the reservation system enabling field users to conduct all forms of transactions quickly and easily within the same transaction processing interface.  This functionality shall be equally well suited for use on desktop hardware as well as mobile devices such as tablets.

The Contractor's system shall make use of latest technology to allow the field to use new and innovative means of managing operations, conducting transactions and validating print-at-home tickets as well as validating mobile / digital tickets. Workflow shall be simple and intuitive to provide streamlined user experience.  The Contractor shall provide flexible and adaptable technology despite constraints on location, physical space, connectivity and infrastructure at field locations.

Field based point of sale shall include options for collecting a full range of customer information and shall also be configurable to minimize collection of customer data to enable rapid point of sale transaction processing (i.e., certain locations may not need to collect any customer information to sell a ticket or a pass).

The Contractor shall provide Field personnel the capability to access the reservation system to perform a wide variety of tasks including, but not limited to:

- Make a same day or advanced reservation / sell tickets / issue permits
- Sell and account for limited retail sales on-site (e.g., firewood, ice, passes, etc.)
- Modify or cancel a reservation or advanced purchase
- Print tickets,
- Manage will call tickets,
- Perform transaction voids,
- Enforce and/or override reservation business rules,
- Check reservation / ticket holders into the facility,
- Manage status of reservable inventory,
- Initiate routine and emergency communications to reservation holders.

### 1.4. Camping

**Reservable Inventory**

The Government offers a variety of inventory types that can be reserved in advance.  Each location may offer one or more of these at a single location.

The Contractor's reservation solution shall provide customers with the opportunity to learn about all opportunities and reserve one or more types of inventory in a single session in an easy intuitive manner.  In places where multiple types of inventory are offered for a single location, a

## Attachment 10

customer should be able to intuitively reserve various inventory types in a single unified workflow (e.g., at Mammoth Cave National Park, a customer should be able to reserve a campsite and add tour tickets to the itinerary without having to toggle between camping inventory and tour inventory).

**Front Country Camping**

The Government provides a large number and a wide variety of camping opportunities across the nation.  Camping includes front-country campgrounds which are typically accessible by vehicle, group areas, and back-country or wilderness camping.

The Contractor shall provide a service that provides customers the ability to search for and reserve camping sites with various attributes. The service shall allow customers to select various attributes (such as equipment type, equipment size, hook ups, accessibility, etc.) to refine search results to meet their specific criteria and to search by both list and map to pin point desired locations within a campground.  The solution shall allow the inclusion of photos and multi-media at the facility and site level to demonstrate characteristics of the site. Business rules for managing camping are variable across the service.

### 1.5. Ticketing

The Government provides numerous recreational activities which are currently served by ticketing operations.  These include but are not limited to: tours; educational and/or interpretive programs; events; self-guided activities; etc.

The Contractor shall provide a service (no hardware) that allows for advanced ticketing based on seated or general admission, timed entry, limited allocations for attendance, parking, (etc.).  The Contractor shall provide ticketing options that include but are not limited to: printing of tickets at home, electronic mobile / digital tickets, will call, hard stock tickets which can be printed in advance and distributed through delivery services or printed on-site, and other solutions which allow for identification of valid participants (i.e., wrist bands).  Digital tickets/passes shall have the capability to be saved to a mobile telecommunications device and displayed and validated even if the mobile device does not have any network or data connectivity.

The Contractor shall provide ticket validation that is cost effective and can be administered locally by non-Contractor personnel.  All ticket types must have the capability of being validated upon entry.  The Contractor shall provide location specific customizable hard ticket stock for both advance sales and walk-up distribution.

The contractor shall not be required to purchase or provide ticket validation hardware to the field locations; however the contractor shall provide the Government with a listing of hardware solutions that have been tested and certified to work with the field validation solution.  The

## Attachment 10

contractor shall be responsible for procurement of hardware to conduct field testing and certification testing, however this contractor-procured hardware shall remain the property of the contractor.

Ticket validation and mobile / digital pass validation shall be accomplished in the field using the same hardware, therefore the contractor shall develop and certify hardware solution(s) suited for a variety of use scenarios including, but not limited to, validating both printed and electronic documents, stationary devices for fixed, entry points; mobile / portable devices for temporary entry points, devices that can perform validation offline when not connected to an internet / data network, etc.

### 1.6. Lotteries

The Government employs lotteries to award access or admission to a number of high demand activities where participation is limited.  The Contractor shall provide a means of administering a diverse lottery program that supports the business rules in the attached.  Application fees may or may not apply to a specific lottery and fees are variable.  Lotteries may run for single time period, may recur at varied intervals, may be repeated with the original applicants, and may provide weighting to give advantage to certain applicants based on site specific business rules. Lottery results may need to be modified to enforce violations of terms and conditions and may be shared with an authorized third party for ticketing fulfillment.

The Contractor shall provide a flexible and agile enough system to support the rapid addition of new lottery inventory utilizing varied business rules. See attachment "Historical Lottery Data" for information on past lotteries.

### 1.7. Permitting

The Government utilizes various permitting processes to manage public lands, activities, and events.  A substantial number of locations are turning to R1S to provide permitting services.

As permitting expands, greater customization is necessary to meet various needs for quota management, permit issuance, travel planning, fee collection and program administration. The Contractor shall provide a permit reservation and issuing service that is agile can be easily and quickly customized to meet very specific needs of various locations.  The Contractor shall support all mandatory business rules identified in the attached.

The Contractor shall provide the capability to issue permits that authorize use for variable time periods including minutes, hours, days, weeks, months, seasons, calendar year, and time frame based on purchase date or start date of the permit.

## Attachment 10

The Contractor shall support all types of permits and the contents of all issued documentation (permit, emails, etc.) shall be configurable to address unique permitting needs.

Permits may be issued for activities where a permitted individual may cross jurisdictional lines requiring real time quota enforcement across agency lines.

Individual field locations may administer multiple types of permits with multiple business rules, quotas, and financial management needs.

The Contractor shall provide processes that allow: review and approval or declination of an application; making changes to all data fields; assigning specific sites; and collecting payment for the application and/or the permit. Some permits may require the payment of fees at different stages in the application/approval/issuance process.

The Contractor shall provide the capability to account for different products separately.

The Contractor shall provide a service that allows the application of quota enforcement for all types of use including people, permits, various stock types, vehicle use, boat use, commercial use, etc.  The service shall provide authorized personnel permission to easily override all types of quotas within the permitting process.  This permission to "easily override all types of quotas" shall be tightly controlled, assigned to only those internal system users.

The Contractor shall provide a transparent permitting system that utilizes electronic communications and online application status visibility to ensure applicants have real-time access to the status of their permit application.

There is significant potential for growth in permitting programs.   Agency permitting programs vary widely and often require unique customization to support operational needs, management policies, and specific business rules.  It is critical that a solution is able to rapidly adapt to unique needs and allow the application of various business rules without significant redevelopment for each new location such that implementation timeframes for new locations can be accomplished quickly.

### 1.8. Day Use and Group Facilities

Day Use and Group facilities include but are not limited to: picnic areas; beaches; pavilions; structures; classrooms; conference and meeting facilities; athletic fields and sporting facilities; areas; etc.  The Contractor shall provide the Government the capability to set reservation intervals and associated fees on a site by site basis (e.g., hourly, half day, all day, multiple days, repeating use periods [e.g., every Tuesday from 5 PM to 9PM beginning and ending on specific dates], etc.)

## Attachment 10

### 1.9. Special Events and Special Uses

The Contractor shall provide a service capable of supporting administration of special events and special uses.  The Government may administer a variety of one-time or recurring special events (e.g., The National Christmas Tree Lighting Ceremony) and special uses (e.g., bike races, weddings, etc.).  Depending on demand, participation in these events may be granted through a lottery, timed entry, ticketing, or by permit.

Currently, the Government administers two annual special events: the National Christmas Tree Lighting, and the White House Easter Egg Roll.

### 1.10. Equipment Rentals

The Contractor shall provide a service that allows reservations for the rental of various types of equipment through all sales channels (e.g., bear canisters, boats, camping equipment, etc.).

The Contractor shall provide a service that allows for timed intervals, limited and unlimited allocations, and associated fees on a site by site basis (e.g., hourly, half day, all day, multiple days, etc.) The Contractor shall allow the Customers to have the option to include equipment rentals seamlessly from within the reservation workflow or rented and/or purchased as a stand-alone item.  Equipment rental fulfillment will be done locally. Reservations and/or sales of these items shall be accounted for separately from other reservations or products.

### 1.11. Recreation Related Sales

In the course of trip planning, making advanced reservations and upon arrival at the destination, the solution shall support the sale of various retail items.   These include, but are not limited to, firewood, ice, pass sales, food storage canisters, access to dump stations, internet access and other utilities, unlimited quota permits, and fees for pets, boat launch, extra vehicles, extra people, etc.

The Contractor shall allow the customer to be capable of adding retail items to their shopping cart while making reservations or may purchase them as stand-alone products.  Customers who purchase retail items in advance shall be provided the capability to track and modify their order. It is anticipated that advance sale items will not include a full array of items such as firewood and ice but would include various items such as passes (e.g., Interagency Pass, Senior Pass, local passes) , permits for which there is no quota (administrative permits, vehicle permits, etc.), and possibly maps.

Some retail items may require separate fulfillment.  The government currently provides fulfillment services through different channels, notably the US Geological Service for the America the Beautiful passes being sold through Recreation.gov.  This requires coordination

## Attachment 10

and file sharing with the fulfillment center.  The Contractor shall continue to provide assistance to customers who have purchased an item and are awaiting its arrival via delivery service.

The government reserves the right to require contractor provided fulfillment services in this contract.

Upon arrival, field representatives shall be capable of providing retail inventory for sale to customers (upon arrival and at any other time).  These may be added on to an existing reservation or sold separately.  Each product shall be accounted for separately.

This capability shall include, but is not limited to, the ability for customers who have established accounts within the system to view order status, track orders, and cancel orders during the order fulfillment lifecycle.

### 1.12.  Pass Sales

#### 1.12.1  Legacy Passes

The Contractor shall provide the capability to sell various passes via Recreation.gov (e.g., the Inter-agency pass inventory, forest passes, park passes, etc.).  Passes shall be marketed as appropriate throughout the website, the call center, and through other markets as appropriate.  Customers shall have the capability to purchase a pass as a stand-alone item or as part of any other reservations transaction.

The government currently sells the America the Beautiful National Parks and Federal Recreation Lands Passes in advance through Recreation.gov and through the US Geological Service's map store.  There are currently five versions of the pass including the Annual, Senior, Access, Volunteer, and Military Passes.  More information on each of these passes can be found at:

*RECREATION.GOV Pass Sales*

*Note – The pass program is subject to change at any time based on legislative actions in Congress.*

Current State:  Recreation.gov provides customers the option to buy the Annual Pass only.  This is available to all audiences and covers locations where "entrance fees" are charged at National Park units and Fish and Wildlife Refuges and "standard amenity fees" at USFS, Bureau of Reclamation and Bureau of Land Management locations.

Fulfillment of Annual Pass orders placed via RECREATION.GOV is currently provided by the US Geological Survey (USGS) via their Lakewood, CO fulfillment

## Attachment 10

center.  The Government anticipates continued use of the USGS fulfillment center as long as they continue to offer the service.

Recreation.gov does not currently provide customers with the option to obtain a Senior, Access, or Military versions of these passes as these require the mail-in collection of additional PII in the form of an affidavit attesting to the customer's eligibility for one of these passes.

In the current state, the Contractor shall provide for the sale of Annual passes through the program.  The Contractor shall provide continuing customer service throughout the fulfillment lifecycle of each pass sale including service related to passes not received; passes received too late, requests for refunds, etc.  The Contractor shall provide the necessary data through a secure data transfer means to the fulfillment provider including customer shipping data and order details.

The Contractor shall provide the functionality / capacity to handle all following aspects of the Pass sale transaction while ensuring all pass sale transactions are conducted.

- Sell the pass as a stand-alone item.
- Sell the pass in combination with other purchases and/or reservations.
- Calculate and collect shipping charges for domestic and international shipment of passes and provide the capability for the customer to choose various shipping methods and prices.
- Provide an electronic file report (file format and delivery method to be determined in conjunction with fulfillment provider) to the designated fulfillment center including: product(s) purchased, date of purchase, customer name, and shipping information on a daily basis (Monday through Friday).
- As required, provide customers with information about the shipping date of the order.  (USGS can provide a shipping summary report that CS agents can use to determine when a pass order has been fulfilled).
- Handle all customer service inquiries including, but not limited to, basic information about the pass and the pass program, lost or undelivered passes, and requests for refunds.

Historically, Pass Sales have been as follows:

FY13 - 18,363 Passes Sold Online Via USGS.GOV*
FY12 - 16,948 Passes Sold Online Via USGS.GOV*
FY11 - 17,073 Passes Sold Online Via USGS.GOV*

# Attachment 10

*\* Note:  These historic pass sales numbers all pertain to inventory sold via the USGS.GOV website.  It is impossible to predict how the sales numbers will change when the Pass sales are transitioned to the RECREATION.GOV website.*

Future State:  In the event that the USGS is no longer able to provide fulfillment services for the Annual Pass and retail services for the Senior, Access, and Military passes, the Contractor shall provide for both the sale and fulfillment services for all pass sales.  This shall include providing for the management, accountability and destruction of accountable pass stock, warehousing, and fulfillment.

Additionally, the Government anticipates the potential requirement to sell and fulfill orders for traditional paper maps via R1S.  Paper maps are currently sold, processed and shipped outside of R1S by various R1S participating agencies.

At any point during the contract period of performance, the Contractor may be required to provide Map sales, inventory and fulfillment services and/or pass inventory and fulfillment services upon receipt of official notification from the Government Contracting Officer or Contracting Officer Representative.

A formal contract modification shall be required prior to the Contractor providing these services.  Should the Government decide to initiate these services, the Government shall provide a detailed requirements document against which the Contractor shall prepare a technical/price proposal detailing their proposed solution.  The government shall provide the requirements document to the Contractor no less than six (6) months prior to the required start date of these services.

1.12.2 Mobile / Digital Passes

The contractor shall provide the capability to generate, distribute and validate secure mobile / digital passes which customers may store in their RECREATION.GOV user profiles to receive applicable benefits during online transactions, and also store on a variety of popular mobile electronic devices for presentation and validation at locations / facilities where such a pass may be honored.

Customers shall be able to purchase mobile / digital passes online via the same payment and checkout workflows utilized to purchase reservations, permits or tickets, enter lotteries, etc.  Generation and distribution of the mobile / digital pass shall be immediate upon receipt of payment.

The contractor shall provide the capability to securely validate mobile / digital passes at field locations and apply the appropriate pass pricing and/or benefits to transactions conducted at field locations.  The contractor shall not be required to purchase or

## Attachment 10

provide hardware to the field locations, however the contractor shall provide the Government with a listing of hardware solutions that have been tested and certified to work with the field validation solution.  The contractor shall be responsible for procurement of hardware to conduct field testing and certification testing, however this hardware shall remain the property of the contractor.

Both mobile / digital pass validation and ticket validation shall be accomplished in the field using the same hardware, therefore the contractor shall develop and certify hardware solution(s) suited for a variety of use scenarios including, but not limited to, validating both printed and electronic documents, stationary devices for fixed, entry points; mobile / portable devices for temporary or floating entry points, devices that can perform validation offline when not connected to an internet / data network, etc.

### 1.13. Non-Fee Facilities

Several federal recreation and historic locations, such as the Washington Monument, the USS Arizona Memorial and Independence Hall, which require ticketing services under this contract, are statutorily prohibited from collecting admission or use fees.

It is however permissible for R1S to charge a convenience / processing fee to customers who request tickets to such locations via the Internet, Call Center or Field Sales, in advance of their visit.

Collectively, these are extremely popular locations, and total sales of tickets to these locations can easily exceed 1.3 million tickets per year.

The Government anticipates continuing to pass 100% of the convenience / processing fee directly to the R1S Support Services contract service provide.

These convenience / processing fees correspond to CLINs 1004AD; 1005AD and 1006AD.

### 1.14. Low Fee Facilities

There are a significant number of federal recreation and historic locations which are only authorized to collect a nominal amount for tours, tickets, admissions, etc. (Cape Hatteras Lighthouse, Mesa Verde NP, etc.).

These locations typically see significantly less visitation than the Non-Fee Locations identified above, as some of these Low Fee locations may only see a total of 5,000 visitors each year.

The fact that the admission charge at these locations is so small demands a unique, reduced CLIN price which would allow them to participate in the R1S Support Services contract.

## Attachment 10

The contractor shall provide per transaction pricing at CLINs 1004AAC, 1005AC and 1006AC which is geared toward maximizing the ability for such Low Fee locations to participate in the R1S Support Services contract.

Participation in the R1S Support Services contract Low Fee CLIN pricing shall be limited to those locations / inventory items with a charge of $12 or less per person / item.

### 1.15. Uniform Resource Locator (URL)

All customer-facing features shall be accessible to the public via the Government-owned URL: http://www.recreation.gov or other yet to be determined URL as directed by the PMO.

### 1.16. Mapping and Geospatial Capability

In this context 'geospatial' will refer to the various data, hardware, software, skills, networks, and technologies that enable a wide spectrum of location-based mapping and analysis capabilities.  Geospatial data references should be considered, at least potentially, to be both vector and raster models; from GIS, cartographic, GPS, and remote sensing disciplines; and in a variety of data structures such as the geodatabase, shapefile, or .kmz.  The Contractor shall provide accurate, reliable, and user-friendly interactive mapping capabilities throughout the website in order to assist Users in all aspects of the travel planning and reservation process. Desired examples include, but are not limited to: route/trip planning; ability to turn on and off map layers  of different facilities, areas, and amenities; driving directions; shortest path calculations; linear referencing; story maps; virtual tours; campground and facility layouts/maps, wilderness areas, water based recreation, etc.  Location-based recreation data and intuitive spatial analysis functions and tools are needed for users to experience an enhanced recreation discovery outlet that better enables awareness, planning, reservation, and social media experiences on Recreation.gov.

The Contractor shall provide the end user, at a minimum, the ability to utilize interactive maps to link informational material to map locations, locate recreation inventory and activities, check availability, view geo-located/geo-tagged recreation site photos/videos, and reserve inventory. The mapping functionality shall include the functionality to display multiple options for background/base layering themes, such as topographic, thematic, satellite imagery, etc.

The Contractor shall provide a mapping functionality which gives users the ability to "drill-down" and "zoom in" to view campgrounds, campground loops and individual campground sites, picnic areas, day use areas, etc.  A variety of technologies, geospatial data types and sources, and/or approaches may need to be employed to provide this functionality as detailed satellite images may not be available for all recreation areas.

A segment of the user community will not only be accessing and viewing the mapping data through the web interface at www.recreation.gov, but will also have a need to search, retrieve,

## Attachment 10

and download the geospatial data via the RIDB data sharing interface(s), or APIs.  The Contractor shall demonstrate utilization of programming languages, formats, data types/conventions/sources, etc. which maximize the portability and usability of maps and map related data by third-parties. This minimizes the need for third-party data consumers to procure expensive and/or proprietary software to utilize, edit or manipulate the mapping data. The contractor shall ensure that all available geospatial data within R1S is incorporated into the user interface to provide users with the most complete mapping solutions available.

Contractors are encouraged to actively and aggressively seek out successful implementations of existing and emerging geospatial trends and technologies and incorporate them into their proposed deployment configuration as "Advanced Mapping and Geospatial Capabilities" in a manner designed to maximize the users' end-to-end travel planning & recreation experience.

### 1.17.  Navigation and Search

The Contractor shall make all prudent efforts to ensure site navigation and search functionality are intuitive, streamlined, powerful and in-line with current industry standards and best practices.

The Contractor shall build services that are simple and intuitive enough that users succeed the first time, unaided.

See Section 1, Acquisition Overview, of the attachment "Data and Analytics" for website analytics.

#### 1.17.1.    Site Navigation

The Contractor shall utilize information such as analytical data, customer focus groups, usability audits and customer feedback to locate, isolate and mitigate areas within the page layouts, hyperlink & menu choices and site navigation structure where there are redundant or unnecessary "clicks" required, and where Users are experiencing difficulties navigating the site due to any of a wide variety of reasons including, but not limited to, ambiguous link labels or site nomenclature, confusing site work flows, etc.

The Contractor shall utilize the results of such analytics and customer feedback to continually improve the navigability and overall user experience.  Implementations of such continual improvement updates are not in and of themselves considered wholesale "User Interface Refreshes".

##### 1.17.1.1.  Search Functionality

## Attachment 10

The search functionality is important to the viability and success of any proposed solution as it essentially acts as the user's pathway to unlock the data within the system.

The Contractor shall organize, store, index and tag data in manner that facilitates maximum accessibility and functionality of that data in support of data intelligence functionality and data mining requirements under the contract.

The requirements below represent the minimum acceptable search functionality and capabilities.  The most competitive Contractor's will be those who leverage their creativity and resources to incorporate search functionality above and beyond the minimum requirements defined herein.  A predefined point, for the purposes of Search Capabilities, is defined as a user designated map point.  At a minimum,  the Contractor shall recognize and accept the following data and references as predefined points:  US city names, US zip codes, US airport names, US IATA airport codes, names of inventory, generally recognized points of interest including, but not limited to, educational institutions, sports stadiums & arenas, hospitals, amusement parks, recognized landmarks, etc.

### 1.17.1.2. General Search Capabilities

"General Search Capabilities" applies to all search capabilities which are not specifically directed at locating specific availability information tied to reservable inventory.

The system shall utilize global positioning satellite (GPS) services / location services when accessed via a GPS / location services enabled device including, but not limited, to smartphones, tablets and laptops.  The system shall utilize these services to derive the user's location in order to serve up a variety of options and data tailored to that specific location.  Such options and services include, but shall not be limited to, setting the user's current location as the starting point, endpoint or a waypoint on a new or previously defined trip or itinerary, initiating searches for activities, points of interest, reservable and non-reservable inventory near the user's current location, saving the current location to the user's profile, and sharing the user's current location by a variety of means including, but not limited to, e-mail, SMS text and prevailing social media conduits.

All data, including inventory, shall be tagged and categorized to enable searches to return results based on conditional searches.  Examples might include "Camping Colorado" which would return camp sites within

## Attachment 10

Colorado and not just campgrounds with "Camping" and "Colorado" within the name.  The tagging and categorization shall be adjusted based on search results to better adapt the site based on user feedback and search results.

The search functionality shall provide predictive intelligence such that the website will automatically provide suggested search terms for users as they are typing their search terms in the search box.  See Example 1.



*Example 1

The Contractor shall provide search functionality intelligent enough to provide a reasonable set of results despite user typographical errors and misspellings.  See Example 2.



*Example 2

The Contractor shall provide search functionality which contains sufficient intelligence and logic to recommend other searches based on search terms entered by users.



*Example 3

* Examples are provided solely to demonstrate the nature of the functionality required and shall not be construed to be directing a specific presentation, or implementation, of the functionality required.

The search functionality shall allow users to filter, narrow and sort the search results based on a variety of characteristics including, but not

## Attachment 10

limited to, agency, current GPS location (for mobile devices equipped with such technology), state, available activities, amenities, availability of reservable inventory, content type, distance from a predefined point, etc. shall process all user selected filters whether the user selects only one individual filter or multiple filters.

For returning Users with established User Accounts / Profiles, search functionality shall contain sufficient intelligence and logic to provide personalized search recommendations and results based on the User's previous activities within such prior reservations, previous searches, geographic locations, etc.

### 1.17.1.2.1.  Specific Availability  Search Capabilities

The specific availability search requirements defined herein apply to search capabilities to determine the specific availability of reservable inventory.

The Contractor shall allow users to specify exact dates of travel or flexible dates, such as exact dates +/- 3 days, or simply to request availability over a user defined window of time, i.e. – to show the user all sites which are available at a specified recreation area during the month of June.

Users shall have the ability to both sort and filter search results by salient characteristics.  Examples of this could be to sort results by distance from a predefined point, or by availability for a defined time period and filtering to show only those sites that offer drive-up tent camping or locations that offer specific activities such as mountain biking, hiking or swimming.

The Contractor's system shall be capable of displaying results of user Specific Availability searches in both list and graphical display formats.  The Contractor shall utilize industry best practices such as varied colors and differing icons to represent availability of specific locations within search results.

When the user selects a graphic display of specific availability search results, the graphic display shall also be capable of displaying other services that are offered within the mapped boundaries to enable a more complete search

## Attachment 10

experience.  These other services shall be easily toggled on and off to enable the user to increase or decrease the amount of information displayed.

The Contractor's system shall contain sufficient logic and intelligence to recommend alternative reservation options should users' searches yield no reservable inventory available.  There are many different ways this may be accomplished, but the overall goal is to not simply turn Users away when their specific request is unavailable. Some possible approaches may be providing the User a listing of some alternate sites that are available during the specified dates, or suggest the dates closest to the User-specified dates when that specific site is available, or possibly even recommending combinations of available accommodations to satisfy the search requirements; i.e. - Site A is not available all 7-days the User is looking for, but the User could spend the week at the park if they are willing to spend 2-days at Site A, 3-days at Site B and the final 2-days at site C.

The Contractor shall develop and deploy sufficient logic to perform market basket analysis on user-specific profile data including search and transaction history coupled with the profile data and transaction history of other users to automatically make intelligent recreation recommendations.

The Contractor is encouraged to actively and aggressively seek out successful implementations of existing and emerging search trends and technologies and incorporate them into their proposed deployment configuration as "Advanced Search Functionality" in a manner designed to maximize the users' end-to-end travel planning & recreation experience.

### 1.18.   Internal User Accounts

Access to administrative functionality and information including, but not limited to, customer information, reservations, history, reports, administrative interfaces, purchase history, stored mailing and billing addresses, invoice history, reservation modification and cancellation capabilities, etc., shall be based on configurable, hierarchy-based, user roles and permissions.

The Contractor shall establish procedures for account creation, management, and deletion. The Government Program Management Office shall be involved in the validation of requests

# Attachment 10

of establishment of Internal-User account profiles.  Internal user accounts shall be configurable to automatically become "inactive" or "locked" based on several factors including, but not limited to; a specific calendar date established at the time of account creation, a set number of days without a successful login by the user and a set number of invalid login attempts.

The Contractor shall utilize industry standard protocols to provide an automated online method for Internal and External Users to reset passwords and gain access to their profiles.

## 1.19.   Financial and Transaction Management (FTM)

The Contractor shall develop, document, implement, maintain and support an FTM system which is compliant with all applicable federal and industry standards pertaining to data and communications security and which provides robust financial controls and system reporting and audit capabilities.

The Contractor shall ensure the system is flexible enough to readily adapt to emerging technologies such as E-checks, credit cards utilizing near field communications (NFC) in lieu of magnetic strips, etc. as they become more prevalent in the commercial marketplace.

All system transactions shall be accomplished and recorded in accordance with Generally Accepted Accounting Principles (GAAP). In general, all funds collected through the system, regardless of the method used to conduct the transaction, on-line using the website, via telephone call with the customer support desk, cash transactions at field locations, etc., shall be deposited into the Government-specified U.S. Treasury account on a daily basis.

On a monthly basis, the program office will then make all required disbursements of collected funds from the specified U.S. Treasury accounts to Participating Agencies, Concessionaires, etc. and also to the Contractor via the established contract invoice process.

The Department of Agriculture and the US Forest Service do not use pay.gov for the Recreation.gov program; instead the Card Acquiring Service through the Department of Treasury – Financial Management Service is used.  More information on the Card Acquiring Service program can be found at http://fms.treas.gov/cas/index.html.

All transactions shall be performed in U.S. Dollars.

See section three (3) of attachment "Data and Analytics" for E-Commerce analytics.

### 1.19.1.  Credit Card Acceptance

## Attachment 10

The Contractor shall accept and process credit card transactions performed using American Express, MasterCard, Visa, Discover, JCB and China Union branded cards to include debit cards, credit cards and pre-paid (secured) cards. The solution shall support emerging payment technologies such as the use of RFID enabled cards for field transactions.

The Contractor shall accommodate the processing of credit card transactions online, via telephone calls to the customer service desk and at field locations manned by Government or Concessionaire personnel.

### 1.19.2.  Credit Card Processing

The Contractor shall process secure credit card transactions in accordance with industry processing standards and shall ensure compliance with the appropriate levels of the Payment Card Industry Data Security Standards (PCI DSS).  PCI compliance is required for all credit card transaction processing including those conducted through the call center, web, and field locations.  The Contractor shall ensure that the system is certified PCI compliant, incorporating EMV/chip and pin technology, when processing credit card transactions in the field while incorporating point to point encryption.

www.pcisecuritystandard.org

The Contractor shall use Government designated credit card processor(s) and/or bank(s).  All funds shall be deposited immediately into the government designated bank unless otherwise authorized by the CO.  These entities are designated by the U.S. Treasury Department and are subject to change throughout the life-cycle of the contract.  In the event the U.S. Treasury Department changes the designated credit card processors and/or banks, the program office will proactively work with the Contractor to facilitate a seamless transition.

The Contractor shall provide and maintain Bank and Debit Card processing software which is certified by Government designated banks.

Charge-backs shall be returned to and processed by the Contractor.

The US Treasury currently covers all credit card transaction fees. The PMO anticipates this arrangement will continue into the foreseeable future.  The existing Treasury designated credit card processor is Vantiv; www.vantiv.com.

### 1.19.3.  Paper Transactions

## Attachment 10

The Contractor shall provide the capability for field locations to accept, validate, process, and record transactions involving paper payment methods in addition to credit card transactions.

Additionally, the system shall provide the capability to accept multiple forms of payment, such as paper payment and credit card, for one sales transaction.

Paper payment methods include official U.S. currency, money orders, travelers' checks and personal checks provided all of the paper payment methods are payable in U.S. Dollars.

### 1.19.4.  Cash Transactions

The Contractor shall provide the capability for field locations to accept cash transactions.

Cash (US currency and checks drawn on US banks) is collected at local reservation sites and recorded in the reservation system. The reservation system shall have functions to record the receipt of cash, personal checks, and traveler's checks for specific reservation transactions, create shift reports for individual stations and /or persons, and aggregate transaction data for the creation of daily (or other time period) deposit reports, .

Cash may be deposited directly into an agency specific account or may be transmitted to a central lockbox for reconciliation by the R1S financial management office.  Cash that is deposited directly into agency accounts does not need to be reconciled by R1S. In the event that cash is collected and a refund is authorized against the cash payment, the solution shall provide the capability to 'authorize' a refund in the system without actually distributing cash on site.  This would trigger the R1S financial management office to 'issue' a refund by check at a later date based on system reporting that identifies refunds authorized but not issued in the field.

The R1S lockbox is assigned through the Treasury and is currently Bank of America. Bank of America makes manual entries to record the information from the deposit ticket, checks and money orders. It also images all checks and money orders. Bank of America produces a file which it transmits to the US Treasury. This becomes the basis of the daily deposit totals that the PMO downloads daily from the Treasury CIR (Collection Information Repository) site. Bank of America also sends the images to the Treasury. These images and actual daily deposit tickets become available to the PMO on the Treasury's ECP (Electronic Check Processing System) site. On a daily basis Bank of America provides directly to the PMO a lockbox file containing data for every check or money order processed for that day's business plus a daily deposit

## Attachment 10

total. The file contains all data that Bank of America entered. The PMO verifies the daily deposit total and investigates any differences.

Once PMO has completed daily total verification, it sends the file to the Contractor where it is downloaded in the Contractor's system. Once downloaded in the Contractor's system the individual check data is reconciled overnight within the Contractor's system. If the data originally entered in the Contractor's system by personnel at the facility matches the data recorded by the bank, the transaction automatically reconciles. Reconciliation in the Contractor's system is by facility number, deposit number, dollar amount, check number or remitter name. The Contractor's system will then record those funds as belonging to that facility when distribution reports are run. If there are discrepancies the individual items must be manually researched and reconciled by PMO personnel before the funds for the specific un-reconciled check can be distributed. The Contractor's system allows PMO personnel to view and correct reconciled and un-reconciled individual items using search functions on multiple data fields.

Non-Sufficient Funds (NSF) checks are subsequently processed by the Treasury and show up on daily Treasury downloads and as daily Treasury ECP debit tickets. PMO staff research NSF checks individually using data from ECP and the Contractor's system. Once identified to a specific reservation, PMO staff voids the reservation in the Contractor's system which has the effect of subtracting that amount from the facilities' distribution total. The PMO then provides copies and information concerning the NSF checks to the appropriate agency so they can pursue collection.

### 1.19.5. Cancellations, Modifications, and Refunds

The Contractor shall process all cancellation and refund requests in accordance with the Business Rules.

At a minimum, the Contractor shall be capable of processing cancellations, modifications and refunds through all sales channels.  Service charges and fees may be charged to the customer and/or waived at the Government's discretion.  The Contractor shall not charge any additional fees to the customer or Government for changes to or cancelled transactions.

### 1.20.  Visibility and Integrity of Transactional Data

The Contractor shall provide robust, flexible and reliable financial and transaction reporting capabilities at the transaction detail and summary level as to fully support end-to-end auditability of all transactions in the system regardless of how the transaction was entered into the system (on-line, Customer Support Desk, field location, etc.).

## Attachment 10

1.21.   **Fees**

R1S collects a variety of fees associated with all types of transactions including but not limited to: use, transaction, reservation, convenience, service, change, cancellation, deposit, shipping and handling, point of sale, penalty, no show, etc. The solution shall be configurable to allow flexibility in the labeling and layering of fees for information purposes and in the transaction and reporting process.

Fee information for facilities shall reflect the fees that are specific to each facility.

Each product may contain one or more fee type. The solution shall allow the incorporation of various fees to each type of product. Fees can be assigned at all levels of the program hierarchy from the program level down to the product level.

The solution shall also provide the capability to easily override any fee with appropriate authorization/permission.

The Government has the sole discretion at applying fees and the Contractor shall not add any additional fees to any transaction without approval from the CO.

1.22.   **Financial and Transactional Data Management**

All data contained in the System; financial, transactional and otherwise, shall be auditable and remain the exclusive property of the U.S. Government.

The Contractor shall capture, retain and report on significant financial and transactional data elements associated with each and every transaction in the system regardless of the means by which the transaction was entered into the system; online, by telephone via the Customer Service Desk or in person at a field location.

The financial and transactional data captured, retained and reported shall be of sufficient detail and clarity to quickly and easily portray the complete story of that transaction, and all subsequent modifications, to Government and Concessionaire personnel managing field locations as well as to Contractor personnel at the telephone Customer Service Desk.

The data items listed below represent the minimum data capture, retention for every transaction and subsequent transaction modification entered into the system.

The Contractor shall build flexibility into the system to accommodate changing data collection requirements throughout the course of the contract's life-cycle.

# Attachment 10

The solution shall provide the capability to search for customers and reservations using general customer profile information and product specific data (e.g., if a vehicle drivers license is collected for a permit, the Government shall be able to search on that data alone to retrieve associated transactional and customer data).

At a minimum, the Contractor shall collect and retain the following data.

### 1.22.1.  Transaction Data

#### 1.22.1.1.  Initial Transaction

- Customer Information
- Customer Number
- Confirmation Number
- Transaction Date
- Transaction Time
- Transaction Mode (Online, Customer Service Call Center, Field, etc.)
- Transaction Location (For Field Transactions)
- Sales Agent Name (N/A for Online Transactions)
- Method of Payment
- Total Transaction Amount
- Transaction Fee(s)
- Service Charge(s)
- Tax Amount(s)

#### 1.22.1.2.  Modifications After Initial Transaction

The Contractor shall collect and retain the following information items on all subsequent modifications to transaction records within the system.

- Customer Number
- Transaction Number (Initial Transaction)
- Modification Date(s)
- Modification Time(s)
- Modification Mode (Online, Customer Service Center, Field Location, etc.)
- Modifying Agent Name (N/A for Online Modifications)
- Brief Description of Modification Made

## Attachment 10

- Modification Amount (+ For Additional Charges / - For Refunds Given)
- Comments

### 1.22.2.  Reservation Data

In addition to the data fields listed below, the Contractor shall provide the capability to capture additional data fields depending upon the type of purchase transaction being performed by the customer.  Some of these additional data fields may include PII, the storage, release, propagation and display of which would need to be controlled accordingly.

An example of such additional data would be the collection of a customer's driver's license number for transactions such as entering a lottery where users must be limited to one entry per season.

These additional data fields shall be identified by the Government during the implementation process associated with the specific location, site and or transaction type.

Such limited-use PII shall not be collected at the user profile level because it may be used only in a small number of transaction types, and to require such PII at the user profile level would serve to discourage users from creating profiles and making online transactions.

Reservation data includes but is not limited to:

- Customer Name (If Different Than Name of Person Paying For Reservation)
- Location of Reservation / Permit / etc. (Which Park / Forest / etc.)
- Area of Reservation / Permit / etc. (Which Campground / Marina / etc.)
- Site of Reservation / Permit / etc. (Which Campsite / Boat Slip / etc.)
- Arrival and Departure Dates
- Type Of Reservation (Campsite, Cabin, Permit, etc.)
- Permit Reservations, Quick and Exempt Permits
- Length of Time Use
- Permit Method of Travel (Paddle, Hike, Motorized Boat, Etc.)
- Number of Water Craft per Permit
- Permit Pick-Up Location
- Entry Point (Permits)
- Permit Method of Travel (Paddle, Hike, Motorized Boat)
- Type, Number, and Size of Recreational Equipment
- Site Type or Number Designation

# Attachment 10

- Party Size
- Reservation Confirmation Number
- Number of Youths and Adults
- Request for Accessible Facility or Activity
- Activity Time

### 1.22.3.   Customer Data

To the maximum extent possible, Customer Data associated with each transaction shall be extracted from the Customer's user profile to prevent the Customer from having to repeatedly enter their specific data with each transaction.

The following Customer-specific data shall be collected and associated with each individual transaction in the system.

- Customer Name
- Customer Billing Address
- Customer Mailing Address
- Customer Telephone Numbers
- Customer E-Mail Address
- Customer Interagency Pass Number[1] (If Applicable)
- Customer Interagency Pass Expiration Date1 (If Applicable)
- Golden Age, Golden Access Passport, or Other Pass Number, If Applicable;
- Customer Identification Number

[1] The term Interagency Pass includes all current and legacy pass types such as the Golden Access Passport, the Golden Age Pass, etc.

### 1.23.   Shared Virtual Collaboration Environment

The Contractor shall provide a robust, reliable and easily accessible shared collaboration environment accessible by all members of the Contractor's program management team as well all members of the PMO team.

The collaboration environment shall support user access controls to ensure only authorized members of the program management teams may access some or all the content of the collaboration environment.

The collaboration environment shall provide for the secure storage and sharing of documents, media, and data files, including files containing sensitive information such as PII and transaction data, between program management teams.  Additionally, the environment shall reduce the need for transferring large files via e-mail; allow the storage and sharing of large

# Attachment 10

files and support document / data version control and tracking capabilities to capture a history of document / data changes.  Additionally, the environment shall provide basic administrative support tools, including, but not limited to shared and group calendar functionalities and automated notification functionalities for revisions to documents and other stored data such as calendar data.

The collaboration environment shall also provide an area accessible only by Federal Government or Government sponsored personnel from all participating agencies.  This Government-only area of the collaboration environment shall contain all of the functionality available in the shared portion of the environment.  Key members of the PMO shall have administrative rights to grant, and withdraw, access privileges to the "Government-only" portion of the shared collaboration environment.

Additionally, the collaboration environment shall provide organizational protocols such as virtual folders, cabinets, work rooms, etc. to provide for the logical segregation and organization and retention of stored documents / data.

The contractor shall propose a data security and backup regimen to ensure no unauthorized personnel obtain access to the information stored in the collaborative environment and to ensure no data residing in the shared collaboration environment is corrupted and/or lost.

Upon conclusion of the contract, scheduled or otherwise, the Contractor shall surrender all data in the Shared Collaboration Environment to the Government in an electronic format accessible by Microsoft Windows-based PCs and which retains the file systems, formats and attributes of the files as they resided within the Shared Collaboration Environment.

## 1.24.    Communications Capabilities

The Contractor shall provide the capability and all resources to deliver a wide range of standardized and customized electronic mass and individualized communications to customers, including as a minimum html enabled e-mail, SMS text and telephone (robo-calls).  This functionality shall be fully configurable as to allow fully customizable messages and recipients to be designated, or targeted, based on a wide variety of criteria including, but not limited to, characteristics of their user profiles, their reservation / purchase history and reservations for future dates.

Communications issued via these automated means may range from basic informational messages, such as a reminder of an upcoming reservation, or marketing messages informing customers of upcoming events to extremely urgent messages advising customers of health, life and safety issues such as forest fires, floods, etc.

# Attachment 10

Users shall not have the ability to "opt-out" of receiving messages of an urgent nature, however they shall have the ability to either "opt-in" or "opt-out" of the more routine types of automated electronic communications.

The Government shall retain the authority to determine default "opt-in" or "opt-out" settings on an individual basis.

The Contractor shall provide the capability to display alerts and messages on website pages. The Contractor shall also provide the government a means to post additional information appropriate for the program such as information about federal recreation management, legislation, and management policies.

**1.25.**   **Enterprise Reporting System (ERS)**

The Contractor shall deliver a robust, flexible and reliable capability for Internal Users to generate, print and save accurate system reports throughout the day on an on-demand basis.

In developing an ERS, the Contractor shall:

- Develop an understanding of what is needed
- Address the whole Recreation.gov experience from start to finish
- Make the reports simple and intuitive
- And choose a modern technology stack

For informational purposes and based on industry best practices, the software systems that are used to manage similar services are:

- Reservation
- Property Management
- Customer Relationship Management
- Business Intelligence

Based on current technologies it is anticipated that the Contractor may be able to consolidate the reporting software into one ERS.

The demand for reports can be very high at different times of the day and during different seasons with several thousand reports being generated on a daily basis.  Consequently, the design, architecture, hardware, software and bandwidth dedicated to the Enterprise Reporting system shall be sufficient to handle all reporting requirements without negatively impacting the performance of the customer-facing components or diminishing the user experience.

The Contractor shall provide a simple and intuitive user interface through which users will access the reporting functionality.

## Attachment 10

The ERS shall be capable of automatically generating pre-defined and/or User customized reports for individual users on a predefined recurring schedule and automatically transmitting the generated reports to that specific user via e-mail, facsimile, or other preferred means of communication. System generated reports which are automatically e-mailed shall be transmitted as an attachment to the e-mail as opposed to being embedded in the text of the e-mail.

The ERS shall be capable of visually displaying all generated reports on the platforms described herein.

See attachment "Historical Reporting Data" and Section Seven (7) of "Data Analytics" for information regarding past reporting.

**1.26.  Public Interface Support Services**

The Contractor shall deliver system functionality that increases ways for a potential customer to access data and to learn about the recreation opportunities available across the country as well as to initiate reservations for this inventory.

The system shall be designed in such a way that it is easy for third parties to access the data and information contained within the Recreation.gov system in machine-readable formats, so that third parties may easily integrate this information into their applications, websites, products and services.

Third party data sharing with real time availably is required at "go-live".

[Remaining Pages Containing Non-Public Material Omitted]