# EXHIBIT B

OMB APPROVAL NUMBER:

| **SOLICITATION, OFFER AND AWARD** | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)< | RATING | PAGE OF |
|---|---|---|---|
| | | | 1 | 73 PAGES |

| 2. CONTRACT NO. | 3. SOLICITATION NO. AG-3187-S-15-1000 | 4. TYPE OF SOLICITATION SEALED BID (IFB) **X** NEGOTIATED (RFP) | 5. DATE ISSUED 2015 July 17 | 6. REQUISITION/PURCHASE NO. N/A |
|---|---|---|---|---|

| 7. ISSUED BY                    CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| USDA Forest Service, Acquisition Management Operations (W0) 1400 Independence Ave.; SW Mail Stop 1138 Washington, DC 20250 | |

NOTE:  In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder."

## SOLICITATION

9.   Offers must be mailed in hard copy and emailed to jasonmking@fs.fed.us no later than ___4:00pm___ Eastern Daylight Time 2015 September 17.
(Time)                              (Date)

CAUTION ᴄ LATE Submissions, Modifications, and Withdrawals:  See Section L, Provision No. 52.215-1.  All offers are subject to all terms and conditions contained in this solicitation.

| 10.  FOR INFORMATION CALL: < | 1.   NAME Mr. Jason M. King | B. TELEPHONE NO. (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | | AREA CODE 703 | NUMBER 605-5309 | EXT. | mailto:jasonmking@fs.fed.us |

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I   THE SCHEDULE | | | | PART II   CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 18-23 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2-5 | | | PART III  LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 6 | X | J | LIST OF ATTACHMENTS | 24 |
| X | D | PACKAGING AND MARKING | 7 | | | PART IV   REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 8 | | | | |
| X | F | DELIVERIES OR PERFORMANCE | 9-11 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 25-40 |
| X | G | CONTRACT ADMINISTRATION DATA | 12-13 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 41-62 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 14-17 | X | M | EVALUATION FACTORS FOR AWARD | 63-73 |

## OFFER (Must be fully completed by offeror)

NOTE:  Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12.   In compliance with the above, the undersigned agrees, if this offer is accepted within __180__ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13.  DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)< | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14.  ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A.  NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 1.   NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|

| 15B.   TELEPHONE NUMBER | 15C. CHECK IF REMITTANCE ADDRESS [ ]  IS DIFFERENT FROM ABOVE.  ENTER SUCH ADDRESS IN SCHEDULE | 17.  SIGNATURE | 18.  OFFER DATE |
|---|---|---|---|
| AREA CODE | NUMBER | EXT. | | | |

## AWARD (To be completed by Government)

| 19.   ACCEPTED AS TO ITEMS NUMBERED | 20.  AMOUNT | 21.  ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22.   AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ]  10 U.S.C. 2304© (      )  [ ]  41 U.S.C. 253© (      ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified)< | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7)      CODE | 25.  PAYMENT WILL BE MADE BY      CODE |
|---|---|

| 26.  NAME OF CONTRACTING OFFICER (Type or print) | 27.  UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28.  AWARD DATE |
|---|---|---|

IMPORTANT ᴄ Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.



**Section B**
**Services and Prices/Costs**
**R1S Support Services**

See attachment, "Bid Schedule".

**SF 33, Section B - Instructions**

The contract will consist of a phase-in period, one, five-year Base Period, with pricing totals provided for each year within the Base Period, and five, one-year award terms.

Each option period after the 5-year base period is an Award Term earned for a one-year period and unilaterally awarded by the government after consideration of the contractor's earned award term and the factors for exercising an Option Period in accordance with FAR 17.207.

The contractor will be reimbursed on a per reservation transaction basis. A reservation transaction shall include all subsequent transactions related to the original reservation including changes, cancellations, and no shows. Reservations include camping, ticketing, lotteries, permitting, day use and group facilities, special events, equipment rentals, pass sales, non-fee facilities, and low-fee facilities.

A reservation transaction includes all reservation CLINs except those for tours/tickets, permits, and for those non-fee facilities. Unit price to be bid on a per reservation basis.

The per reservation transaction cost shall include all costs for personnel, facilities, materials, and equipment, necessary to develop, implement, and operate the R1S System and Support Services as defined in the solicitation.

Offerors shall only enter data in the "Unit Price" column of the spreadsheet. The spreadsheet will then calculate the values for the "Estimated Total" column. Offerors shall calculate the totals for each base period and option year, including the grand total.

"NSP" is defined as "Not Separately Priced." Offerors shall not propose any unit pricing for CLINS identified with "NSP" in the "Unit Price" column.

"NTE" is defined as "Not To Exceed." Offerors shall not propose any unit prices exceeding the "NTE" value specified in CLINS with "NTE" limits set.

CLIN numbers beginning with "1" are for phase-in and year one of the base period. Those beginning with "2" or more are for out years 2-10.

**CLIN X001, Technology Innovation Fund IAW with 5.2.7. of the PWS**

At the government's sole discretion, CLIN X0001, Technology Innovation Fund (TIF), will be funded at a level appropriate to implement the contractor's selected innovative technologies. For the base period, The TIF may be funded with Use Fees in years three (3) four (4) and five (5).

**CLIN 1002, System Development and Deployment IAW with 5.1 of the PWS**

CLIN 1002, only applies to the Phase-in period. The government will fund $1,500,000 for



**Section B**
**Services and Prices/Costs**
**R1S Support Services**

phase-in from Use Fees. This amount is fixed for all Offerors, and Offerors shall not adjust CLIN 1002 in the spreadsheet. Any development / deployment costs proposed above the CLIN 1002 amount shall be included, or wrapped into, proposed per transaction unit pricing during the 5-year base period only. Similarly, Offerors who do not require the full CLIN 1002 amount for development / deployment shall reflect this by proposing lower per transaction unit pricing during the 5-year base period.

## CLIN X003, Contact Center Reservation Service

CLIN X003, applies to those reservations made with the assistance of a customer service agent via contractor's Contact Center. Historically, 30% of all reservations are made through the Contact Centers. However, the contractor is encouraged to drive their marketing efforts to increase the number of reservations made through the Internet. For planning purposes, we have estimated a 3% straight line increase in all reservations.

CLIN's X003AA – Reservation. A Reservation transaction includes all reservation transactions other than those for tours/tickets, permits, and for those facilities where there are no reservation fees other than a convenience fee for online purchases. Unit price to be bid on a per reservation basis.

CLIN's X003AB - Time Ticketing. Reservation transaction, per ticket for tours. Unit price to be bid on a per ticket basis.

CLIN's X003AC – Low Cost Time Ticketing. Reservation transaction for sites charging less than $12 per ticket. Unit price to be bid on a per ticket basis.

CLIN's X003AD – Advance Sales for Non-Fee Facility. Reservation transactions for locations where recreational use fees are not assessed, but a convenience fee is charged for advance reservations. Unit price to be bid on a per ticket basis NTE $1.50.

CLIN's X003AE – Advance Sales for Motor Coaches. Includes all reservation transactions associated with a group sale of Motor Coach tours / tickets.

CLIN's X003AF – Advance Sales for School Groups. Includes all reservation transactions associated with a group sale for School Groups.

CLIN's X003AG and X004AH – Shipping and Handling of Tickets. Contractor's unit cost for mailing tickets, including small orders of 9 tickets or less and large orders of 10 tickets or more.

CLIN's X003AI – Permit or Permit and Lottery. Reservation transaction per permit. Unit price to be bid on a per permit basis

CLIN's X003AJ – Recreation Related Sales, Including Interagency Pass Sales. Reservation transaction per pass. Unit price to be bid on a per pass basis.

## CLIN X004, Internet Reservation Services



**Section B**
**Services and Prices/Costs**
**R1S Support Services**

CLIN X005, applies to reservations made directly through the contractor's Internet reservation service at www.recreation.gov.  Historically, 70% of all reservations are made through the Internet.

CLIN's X004AA – Reservation.  Includes all reservation transactions other than those for tours/tickets, permits, and for those facilities where there are no reservation fees other than a convenience fee for online purchases.  Unit price to be bid on a per reservation basis.

CLIN's X004AB - Time Ticketing.  Reservation transaction, per ticket for tours.  Unit price to be bid on a per ticket basis.

CLIN's X004AC – Low Cost Time Ticketing.  Reservation transaction for sites charging less than $12 per ticket.  Unit price to be bid on a per ticket basis.

CLIN's X004AD – Advance Sales for Non-Fee Facility.  Reservation transactions for locations where recreational use fees are not assessed, but a convenience fee is charged for advance reservations.  Unit price to be bid on a per ticket basis NTE $1.50.

CLIN's X004AE – Advance Sales for Motor Coaches.  Includes all reservation transactions associated with a group sale of Motor Coach tours / tickets.

CLIN's X004AF – Advance Sales for School Groups.  Includes all reservation transactions associated with a group sale for School Groups.

CLIN's X004AG and X005AH – Shipping and Handling of Tickets.  Contractor's unit cost for mailing tickets, including small orders of 9 tickets or less and large orders of 10 tickets or more.

CLIN's X004AI – Permit or Permit and Lottery.  Reservation transaction per permit.  Unit price to be bid on a per permit basis

CLIN's X004AJ – Recreation Related Sales, Including Interagency Pass Sales.  Reservation transaction per pass.  Unit price to be bid on a per pass basis.

**CLIN X005, Field Reservation Services**

CLIN X005, are those reservations made directly in the field by Government personnel, volunteers, contractors or concessionaires for walk-up customers.

CLINS X005AA – Reservations.  Includes all reservation transactions other than those for tours/tickets, permits, and for those facilities where user fees are not charged the user.  Unit price to be bid on a per reservation basis.

CLINS X005AB - Time Ticketing.  Reservation transaction, per ticket for tours.  Unit price to be bid on a per ticket basis.



**Section B**
**Services and Prices/Costs**
**R1S Support Services**

CLINS X005AC - Low Cost Time Ticketing.  Reservation transaction for sites charging less than $12 per ticket.

CLINS X005AD - Field Sales for Non-fee facility.  Field sales of tickets performed by Government, Government Contractor or Concessionaire personnel to walk-up customers at non-fee facilities on a first come first served basis.  This is an "NSP" CLIN

CLINS X005AE - Field Sales for Private Motor Coaches.  No reservations are expected.

CLINS X005AF - Field Sales for School Groups.  No reservations are expected.

CLINS X005AG - Permit or Permit and Lottery.  Reservation transaction per permit.  Unit price to be bid on a per permit basis.

**CLIN X006, Telecommunications IAW with 5.5. of the PWS**

CLINs X006 are those charges bid separately to provide Telecommunications services that are required in Section 5.5 of the PWS.  The charges included in these CLIN's are in addition to the "per reservation" service charges for those specific sites in the attachment.  Offerors will attach their proposed equipment configuration(s) and maintenance support plan.

CLINS X006AA - Monthly Telecommunication Service Per Site
CLINS X006AB - De-installation of Telecommunications Equipment
CLINS X006AC - Re-installation of Previously Installed Telecommunications Equipment
CLINS X006AD - Routine Relocation of Previously Installed Telecommunications Equipment
CLINS X006AE - Maintenance of Installed Telecommunications Equipment
CLINS X006AF - Initial Installation

**CLIN X007, Specialized Lottery Services IAW with 1.6. in Attachment 10, "Basic System Requirements"**

CLINS X007 are for lotteries to award access or admission to a number of high demand activities where participation is limited.  Examples include the White House's Christmas Tree Lighting and Easter Egg Roll.

CLINS X007AA - Lottery Only.  The contractor needs to conduct the Lottery and share the lottery information but does not need to provide ticketing fulfillment services..
CLINS X0007AB - Lottery and Fulfillment.  The contractor needs to conduct the Lottery and provide ticketing fulfillment services.



**Section C**
**Performance Work Statement**
**R1S Support Services**

## C. Performance Work Statement

See Section J, List of Attachments, for Attachment 1: Performance Work Statement (PWS).  Requirements will be solicited under the following North American Industry Classification System (NAICS) Code: <u>561599</u>. The small business size standard is <u>$20.5 Million</u>.



**Section D**
**Packaging and Marking**
**R1S Support Services**

**D.1   Packaging for Shipment**

All material shall be packed for shipment in such a manner that will ensure acceptance by common carrier and safe delivery at destination. Containers and closures shall comply with the Interstate Commerce Commission regulations, Uniform Freight Classification rules, or regulations of other carriers as applicable to the mode of transportation.

Damaged materials will be replaced by the Contractor at no cost to the Government.

A Government furnished packing slip form shall accompany each shipment.

**D.2   Shipping Receipts**

Receipts from common carriers for shipment of materials shall be retained by the Contractor and be made available to the Contracting Officer upon request.

**D.3   Shipping Container Markings**

All shipping containers shall be clearly marked with a delivery address.

**D.4   Shipping Insurance**

All shipments shall be Free On Board (FOB) destination, insured against loss or damage, and shall carry sufficient insurance to cover the full replacement value of the item(s) being shipped.



**Section E**
**Inspection and Acceptance**
**R1S Support Services**

**E.1      FAR 52.252-2      Clauses Incorporated By Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

https://acquisition.gov/far/index.html

http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|---|---|
| FAR 52.246-2 | Inspection of Supplies – Fixed Price (AUG 1996) |
| FAR 52.246-4 | Inspection of Services – Fixed Price (AUG 1996) |
| FAR 52.246-15 | Certificate of Conformance (APR 1984) |
| FAR 52.246-16 | Responsibility for Supplies (APR 1984) |



**Section F**
**Deliveries or Performance**
**R1S Support Services**

## F.1    FAR 52.252-2          Clauses Incorporated by Reference (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html
http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|---|---|
| FAR 52.217-2 | Cancellation Under Multi-year Contracts (OCT 1997) |
| FAR 52.242-15 | Stop Work Order (AUG 1989) |
| FAR 52.242-17 | Government Delay of Work (APR 1984) |

## F.2    Cancellation Ceiling

The Government reserves the right to cancel this contract, at any time after the first program year, in accordance with the provisions of FAR 52.217-2, Cancellation Under Multi-year Contracts, as incorporated in Section I of this contract.    Additionally, the contractor shall submit with their proposal, estimated termination costs for the base period, by fiscal year, in the event the contract is cancelled pursuant to FAR 52.217-2, Cancellation under Multi-Year Contracts.  However, the government's obligation for cancellation costs under this provision shall not exceed $1,000,000 for the base period as follows:

Base Period Year 1:   $   1,000,000
Base Period Year 2:   $    800,000
Base Period Year 3:   $    600,000
Base Period Year 4:   $    400,000
Base Period Year 5:   $    200,000

## F.3    AGAR FAR SUP 452.211-74          Period of Performance   (FEB 1988)

The period of performance of this contract is as follows:
Phase-in                                        1 July 2016 – 30 September 2017
Base Period                                   1 October 2017 – 30 September 2022
Award Term 1                               1 October 2022 – 30 September 2023
Award Term 2                               1 October 2023 – 30 September 2024
Award Term 3                               1 October 2024 – 30 September 2025
Award Term 4                               1 October 2025 – 30 September 2026
Award Term 5                               1 October 2026 – 30 September 2027

(End of Clause)

The government anticipates award of any resulting contract on or about 17 June 2016.  However, the Government will consider alternate phase-in periods, including those proposals estimating a phase-in period of less than 15 months. Performance under any resulting contract will only be authorized by the Contracting Officer.  In addition, award terms may be earned and exercised by the government in accordance with Section J, to this solicitation.


## F.4   PERFORMANCE OF SERVICES

This contract is a performance based contract and will be monitored in accordance with the terms and conditions identified within the contract and in the Performance Requirements Summary (PRS) located at Section J.   The purpose of the PRS is to define performance evaluation and incentives.   The PRS:

- Lists the Performance Work Statement (PWS) requirements that the Government will monitor.   The absence of any contract requirement from the PRS shall not detract from its enforceability or limit the rights or remedies of the Government under any other provisions of the contract, including the clauses entitled "Inspection of Services" and "Default."
- Defines the standard of performance for each listed service.
- Sets forth the maximum allowable deviation from standard performance for that service performance requirement that may occur before the Government will invoke the payment computation formula resulting in a payment of less than 100 percent of the maximum payment for the listed service.
- Sets forth the surveillance methods the Government will use to evaluate the Contractor's performance in meeting contract standards for the listed tasks.

In addition, the "Award Term Plan" at Section J and attached is an additional tool to assess contractor performance and incentivize the contractor to earn or deduct Award Terms.

## F.5   DELIVERABLES

Deliverables shall be created in an acceptable electronic format compatible with Microsoft Office 2007 and delivered in electronic versions.   One electronic copy of each deliverable shall be delivered to the COR and other Points of Contact as required.   The Government will provide comments in electronic form to the Contractor on all draft versions of deliverables within ten (10) working days of the receipt of the draft.

All written deliverable products must be written in a clear, concise, and professional manner and spell-checked using MS Word compatible spell-checker or equivalent.   All deliverables shall become property of the government.   The government may, at its discretion, make any and all information provided by the Contractor available to the public.

The Contractor shall submit the deliverables listed in the following table:



**Section F**
**Deliveries or Performance**
**R1S Support Services**

| SECTION | TITLE | DUE DATE |
|---------|-------|----------|
| **PWS 5.2.8.** | Disaster Recovery Plan | Annually and as required |
| **PWS 5.2.16.** | Quality Control Plan | Within 30 days of "Go-Live" and updated annually or as required |
| **PWS 5.6.6.** | Key Personnel Listing | Annually and as required |
| **PWS 5.3.3.** | Marketing Plan | Annually and as required |
| **PWS 5.6.1.** | Security Plan | No later than 45 days after contract award and no less than annually and as required |
| **Attachment 3: Award Term Plan** | Award Term Plan Contractor's Self-Assessment | No later than 15 calendar days after the end of each evaluation period listed in Table 2 of Attachment 3 |
| **PWS 5.6.8.** | Monthly Performance Report | Monthly and as required |
| **PWS 5.6.14.** | Program Management Reviews | Monthly for the first 6 months following contract award, and then spaced no more than 60 calendar days apart and as required |
| **PWS 5.6** | OMB Reporting | Annually and as required |



**Section G**
**Contract Administration Data**
**R1S Support Services**

## G.1    CONTACT INFORMATION

Program Manager (PM):
To be assigned after contract award.

Contracting Officer (CO):
Mr. Jason M. King
703-605-5309
jasonmking@fs.fed.us

Contracting Officer's Representative (COR):
To be assigned after contract award.

## G.2    CONTRACTING OFFICER'S REPRESENTATIVE (COR)

The Contracting Officer (CO) will appoint, by letter, a COR, who will have the responsibility of ensuring that the work conforms to the requirements of the contract and such other responsibilities and authorities as may be specified in the letter of authorization issued at time of contract award.  It is understood and agreed that the COR shall not have authority to make changes in the scope or terms and conditions of the contract unless, and only to the extent that, such authority is specified in the letter of authorization.  The resultant Contractor is hereby forewarned that, absent the requisite authority of the COR to make any such changes, the Contractor may be held fully responsible for any changes not authorized in advance, in writing, by the CO; may be denied compensation or other relief for any additional work performed that is not so authorized; and may also be required, at no additional cost to Rec.gov, to take all corrective action necessitated by reason of the unauthorized change(s).

The COR will be responsible for: (1) monitoring the Contractor's technical progress, including the surveillance and assessment of performance, and recommending to the CO changes in requirements; (2) interpreting the Scope of Work; (3) performing technical evaluation, as required; (4) performing technical inspections and acceptances required by this contract; and (5) assisting the CO in the resolution of technical problems encountered during performance.

**The CO is responsible and has the sole authority for directing and/or negotiating any changes in the terms, conditions, or amounts cited in the contract.  Increases in the scope of work shall be approved by the CO.**

For guidance from the COR to the Contractor to be valid, it must: (1) be consistent with the description of the work set forth in this contract; (2) not constitute new assignment of work or change the expressed terms, conditions, or specifications incorporated into this contract; (3) not constitute a basis for an extension to the period of performance or contract delivery schedule; and (4) not constitute a basis for any increase in the total contract value.



**Section G**
**Deliveries or Performance**
**R1S Support Services**

### G.3    PAYMENT AND INVOICING

The Contractor may invoice Recreation One Stop (R1S) on a monthly basis upon submission of a proper invoice or voucher.  The invoice/voucher must match contract line items and price offered in Section B of this contract and complies with the PRS.

Each monthly invoice shall be submitted electronically as a complete package containing all relevant and required supporting documentation.  The Contractor shall not submit individual items of a monthly invoice package using a piecemeal approach.

The Government and Contractor shall establish specific invoice submission procedures and timelines upon contract award.



**Section H**
**Special Provisions**
**R1S Support Services**

## H.1   FAR 52.252-2        Clauses Incorporated by Reference (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html

http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

## H.2   AGAR FAR SUP 452.219-70   Size Standard and NAICS Code Information (SEP 2001)

The North American Industrial Classification System Code(s) and business size standard(s) describing the products and/or services to be acquired under this solicitation are listed below:

-- NAICS Code: 561599, All other Travel Arrangement and Reservation Services

-- Size Standard: $20.5 Million

(End of provision)

## H.3   AGAR FAR SUP 452.237-74   KEY PERSONNEL (FEB 1988)

(a) The Contractor shall assign to this contract the following key personnel: ***Program Manager, Deputy Program Manager, Technical Lead, and Agency Liaisons.***

(b) During the first ninety (90) days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.

(c) The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes of key personnel.

(End of Clause)



**Section H**
**Special Provisions**
**R1S Support Services**

## H.4   OPTION PERIODS AS AWARD TERMS

The Government is limiting its discretion in exercising options under this contract as an incentive for exceptional contractor performance. In addition to the FAR 17.207 factors for the exercise of an option period), the Government will monitor contractor performance to allow the contractor, through superior or exceptional performance, to earn the exercise of one or more option periods. The Government will not exercise any option periods not earned by the contractor. This contract refers to these earned one-year option periods as "award terms." The exercise of award terms in one-year increments will neither shorten the base period of this contract nor extend the contract beyond a total of 11 years and 3 months from the date of award. The Award Term Plan in Section J, and attached "Award Term Plan" sets forth how the Government will monitor and evaluate contractor performance and determine whether the contractor has earned an award term.

Once earned, a contractor may lose an earned award term for subsequent poor or inconsistent performance. Additionally, exercise of all award terms is conditioned on continued contractor responsibility at the time of exercise of each award term (option period). Neither failure to earn an award term, nor the loss of an earned award term based on subsequent performance or lack of responsibility, constitutes a termination as defined in FAR Part 49.

The Government will exercise an award term unilaterally by providing the Contractor the required notice under FAR 52.217-9. Because of the ability to lose an earned award term, the Contracting Officer will not modify the contract, and the Contractor does not have a right to an award term, until time for the exercise of an earned award term period.

## H.5   FAR 52.222-49   Service Contract Act – Place of Performance Unknown (MAY 2014)

The FAR Clause at 52.222-49 is applicable to this contract. In addition, this contract is subject to the Service Contract Act; however, the place of performance is unknown when this solicitation is issued. Upon contract award, the Contracting Officer will request wage determinations for the places or areas of performance identified by the Contractor to be applicable. However, a wage determination will be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

## H.6   Protecting Data and Information

(a) **Applicability**: This clause applies to contractor and subcontractor (at all tiers) personnel and addresses specific requirements for protecting data and information.

(b) **Responsibilities for Handling and/or Storing Data and Information:** All contractor and subcontractor employees are responsible for the proper handling and/or storing of data and information, regardless of location. Contractors shall be responsible for any costs associated with the loss, breach, or compromise of information held by contractors. All contract employees shall be responsible for:



**Section H**
**Special Provisions**
**R1S Support Services**

(1)  The proper control and handling of data and information residing on their computer, on removable media, and on paper documents;

(2)  Ensuring portable data storage and communication devices are properly controlled and secured at all times; and,

(3) Following the procedures for reporting a breach to data and information as outlined in section (c) below.

**(c) Procedures for Reporting a Breach of Data and Information:**

(1)  A breach of data and information includes loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or unauthorized access of data and information whether physical or electronic.

(2)  All contractors and subcontractors shall report any breach or potential breach, including, but not limited to, network or asset breaches to the CO and the COR within 30 minutes of becoming aware of the breach or potential breach regardless of the time or day of the week. All breaches and potential breaches shall be reported, even if it is believed the breach is limited, small, or insignificant. The initial report of the breach shall be made by telephone to the COR; however, the contractor or subcontractor shall follow up in writing within one hour of the verbal notification to the CO and the COR.  Do NOT include sensitive information in the e-mail notification.

(3) Each breach report shall address all relevant information, including the following:

- Nature of the event (loss, theft, unauthorized access);
- Description of the event, including:
  - Date and time of occurrence
  - Types of data elements involved;
- Number of individuals affected or potentially affected;
- Names of individuals or groups affected or potentially affected;
- Ease of logical data access lost, stolen or improperly accessed data in light of the degree of protection for the data, e.g., unencrypted, plain text;
- Amount of time the data has been out of contractor or subcontractor control;
- The likelihood that data and information will or has been compromised (made accessible to and usable by unauthorized persons);
- Known misuses of  data and information, if any; and,
- Assessment of the potential harm to the affected individuals.

(4) The COR and the contractor will mutually establish additional reporting requirements based on the nature and severity of the breach.

(5) In instances of theft, break-in, or other criminal activity affecting or involving



**Section H**
**Special Provisions**
**R1S Support Services**

data and information, the contractor/subcontractor must concurrently report the incident to the appropriate law enforcement entity (or entities) of the jurisdiction. The contractor, its employees, and its subcontractors as well as their employees shall cooperate with the PMO and any law enforcement authority responsible for the investigation and prosecution of any possible criminal law violation(s) associated with any incident. The contractor/subcontractor shall cooperate with the PMO in any civil litigation to recover information, obtain monetary or other compensation from a third party for damages arising from any incident, or obtain injunctive relief against any third party arising from, or related to, the incident.

Any questions regarding these procedures shall be directed to the Contracting Officer.

(End of clause)



**Section I**
**Contract Clauses**
**R1S Support Services**

## I.1     FAR 52.252-2       Clauses Incorporated by Reference (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html
http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|---|---|
| FAR 52.202-1 | Definitions (NOV 2013) |
| FAR 52.203-3 | Gratuities (APR 1984) |
| FAR 52.203-5 | Covenant Against Contingent Fees (MAY 2014) |
| FAR 52.203-6 | Restrictions on Subcontractor Sales to the Government (SEPT 2006) |
| FAR 52.203-7 | Anti-Kickback Procedures (MAY 2014) |
| FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (MAY 2014) |
| FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (MAY 2014) |
| FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions (OCT 2010) |
| FAR 52.203-13 | Contractor Code of Business Ethics and Conduct (APR 2010) |
| FAR 52.203-14 | Display of Hotline Poster(s) (DEC 2007) |
| FAR 52.203-16 | Preventing Personal Conflicts of Interest (DEC 2011) |
| FAR 52.203-17 | Contractor Employee Whistleblower Rights and Requirements to Inform Employees of Whistleblower Rights (APR 2014) |
| FAR 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (MAY 2011) |
| FAR 52.204-9 | Personal Identity Verification of Contractor Personnel (JAN 2011) |
| FAR 52.204-10 | Reporting Executive Compensation and First-Tier Subcontractor Awards (JUL 2013) |
| FAR 52.204-12 | Data Universal Numbering System Number Maintenance (DEC 2012) |
| FAR 52.204-13 | System for Award Management Maintenance (JUL 2013) |
| FAR 52.207-5 | Option to Purchase Equipment (FEB 1995) |
| FAR 52.209-6 | Protecting the Government's Interest when Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment (AUG 2013) |
| FAR 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) |
| FAR 52.209-10 | Prohibition on Contracting with Inverted Domestic Corporations (DEC 2014) |
| FAR 52.210-1 | Market Research (APR 2011) |
| FAR 52.215-2 | Audit and Records – Negotiation (OCT 2010) |
| FAR 52.215-8 | Order of Precedence - Uniform Contract Format (OCT 1997) |
| FAR 25.215-10 | Price Reduction for Defective Cost or Pricing Data (AUG 2011) |
| FAR 25.215-11 | Price Reduction for Defective Cost or Pricing Data – Modifications (AUG 2011) |



**Section I
Contract Clauses
R1S Support Services**

| | |
|---|---|
| FAR 25.215-12 | Subcontractor Certified Cost or Pricing Data (OCT 2010) |
| FAR 25.215-13 | Subcontractor Certified Cost or Pricing Data – Modifications (OCT 2010) |
| FAR 25.215-14 | Integrity of Unit Prices (OCT 2010) |
| FAR 25.215-15 | Pension Adjustments and Asset Reversions (OCT 2010) |
| FAR 25.215-17 | Waiver of Facilities Capital Cost of Money (OCT 1997) |
| FAR 25.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions (JULY 2005) |
| FAR 25.215-19 | Notification of Ownership Changes (OCT 1997) |
| FAR 52.215-21 | Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data – Modifications (OCT 2010) |
| FAR 52.215-23 | Limitations on Pass-Through Charges (OCT 2009) |
| FAR 52.217-2 | Cancellation Under Multi-year Contracts (OCT 1997) |
| FAR 52.217-6 | Option for Increased Quantity (MAR 1989) |
| FAR 52.217-7 | Option for Increased Quantity – Separately Priced Line Item (MAR 1989) |
| FAR 52.217-8 | Option to Extend Services (NOV 1999) |
| FAR 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) |
| FAR 52.219-8 | Utilization of Small Business Concerns (OCT 2014) |
| FAR 52.219-9 | Small Business Subcontracting Plan (JUL 2013) |
| FAR 52.219-16 | Liquidated Damages --Subcontracting Plan (OCT 2014) |
| FAR 52.222-3 | Convict Labor (JUN 2003) |
| FAR 52.222-4 | Contract Work Hours and Safety Standards Act – Overtime Compensation (MAY 2014) |
| FAR 52.222-17 | Nondisplacement of Qualified Workers (MAY 2014) |
| FAR 52.222-20 | Contracts for Materials, Supplies, Articles, and Equipment Exceeding $15,000 (May 2014) |
| FAR 52.222-21 | Prohibition of Segregated Facilities (FEB 1999) |
| FAR 52.222-26 | Equal Opportunity (MAR 2007) |
| FAR 52.222-29 | Notification of Visa Denial (JUNE 2003) |
| FAR 52.222-35 | Equal Opportunity for Veterans (JUL 2014) |
| FAR 52.222-36 | Affirmative Action for Workers with Disabilities (JUL 2014) |
| FAR 52.222-37 | Employment Reports on Veterans (JUL 2014) |
| FAR 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) |
| FAR 52.222-41 | Service Contract Act of 1965 (MAY 2014) |
| FAR 52.222-43 | Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) |
| FAR 52.222-44 | Fair Labor Standards Act and Service Contract Act – Price Adjustment (MAY 2014) |
| FAR 52.222-50 | Combating Trafficking in Persons (MAR 2015) |
| FAR 52.222-54 | Employment Eligibility Verification (AUG 2013) |
| FAR 52.222-55 | Minimum Wages Under Executive Order 13658 (DEC 2014) |
| FAR 52.223-3 | Hazardous Material Identification and Material Safety Data (JAN 1997) |
| FAR 52.223-5 | Pollution Prevention and Right-to-Know Information (MAY 2011) |
| FAR 52.223-6 | Drug-Free Workplace (MAY 2001) |
| FAR 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving |



**Section I**
**Contract Clauses**
**R1S Support Services**

|  |  |
|---|---|
| | (AUG 2011) |
| FAR 52.224-1 | Privacy Act Notification (APR 1984) |
| FAR 52.224-2 | Privacy Act (APR 1984) |
| FAR 52.225-1 | Buy American Act – Supplies (MAY 2014) |
| FAR 52.225-13 | Restrictions on Certain Foreign Purchases (JUNE 2008) |
| FAR 52.226-1 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises (JUNE 2000) |
| FAR 52.227-1 | Authorization and Consent (DEC 2007) |
| FAR 52.227-3 | Patent Indemnity (APR 1984) |
| FAR 52.227-17 | Rights in Data – Special Works (DEC 2007) |
| FAR 52.229-3 | Federal, State, and Local Taxes (FEB 2013) |
| FAR 52.229-4 | Federal, State, and Local Taxes - State and Local Adjustments (FEB 2013) |
| FAR 52.229-6 | Taxes – Foreign Fixed-Price Contracts (FEB 2013) |
| FAR 52.230-2 | Cost Accounting Standards (MAY 2014) |
| FAR 52.232-1 | Payments (APR 1984) |
| FAR 52.232-8 | Discounts for Prompt Payment (FEB 2002) |
| FAR 52.232-9 | Limitation on Withholding of Payments (APR 1984) |
| FAR 52.232-11 | Extras (APR 1984) |
| FAR 52.232-16 | Progress Payments (APR 2012) |
| FAR 52.232-17 | Interest (MAY 2014) |
| FAR 52.232-23 | Assignment of Claims (MAY 2014) |
| FAR 52.232-25 | Prompt Payment (JUL 2013) |
| FAR 52.232-33 | Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) |
| FAR 52.232-34 | Payment by Electronic Funds Transfer – Other than System for Award Management (JUL 2013) |
| FAR 52.232-35 | Designation of Office for Government Receipt of Electronic Funds Transfer Information (JUL 2013) |
| FAR 52.232-36 | Payment by Third Party (MAY 2014) |
| FAR 52.232-39 | Unenforceability of Unauthorized Obligations (JUN 2013) |
| FAR 52.233-1 | Disputes (MAY 2014) – Alternate I (DEC 1991) |
| FAR 52.233-3 | Protest After Award (AUG 1996) |
| FAR 52.233-4 | Applicable Law for Breach of Contract Claim (OCT 2004) |
| FAR 52.237-3 | Continuity of Services (JAN 1991) |
| FAR 52.239-1 | Privacy or Security Safeguards (AUG 1996) |
| FAR 52.242-13 | Bankruptcy (JUL 1995) |
| FAR 52.243-1 | Changes – Fixed-Price (AUG 1987) – Alternate I (APR 1984) |
| FAR 52.244-2 | Subcontracts (OCT 2010) |
| FAR 52.244-6 | Subcontractors for Commercial Items (MAR 2015) |
| FAR 52.245-1 | Government Property (APR 2012) |
| FAR 52.245-9 | Use and Charges (APR 2012) |
| FAR 52.246-25 | Limitation of Liability—Services (FEB 1997) |
| FAR 52.248-1 | Value Engineering (OCT 2010) |
| FAR 52.249-2 | Termination for Convenience of the Government (Fixed-Price) (APR 2012) |
| FAR 52.249-8 | Default (Fixed-Price Supply and Service) (APR 1984) |



**Section I**
**Contract Clauses**
**R1S Support Services**

FAR 52.251-1          Government Supply Sources (APR 2012)
FAR 52.253-1          Computer Generated Forms (JAN 1991)

## I.2      FAR 52.217-9          Option to Extend the Term of the Contract (MAR 2000)

(a) Subject to Section J.1, Attachment 3 (Award Term Plan), the Government may extend the term of this contract by written notice to the Contractor within 60 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires.  The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 11 years and 9 months.

(End of clause)

## I.3      FAR 52.222-42          Statement of Equivalent Rates for Federal Hires (MAY 2014)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only - It Is Not a Wage Determination.*

**Employee Class          Monetary Wage--Fringe Benefits**

Based on GS-9 Step 1
Computer Operator          $20.32
Computer Programmer          $20.32
Computer Analyst          $20.32
Recreation Specialist          $20.32
(Reservationist)

(End of clause)

## I.4      FAR 52.252-6 Authorized Deviations in Clauses (APR 1984)

a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.
(b) The use in this solicitation or contract of any Agriculture Acquisition Regulation (AGAR) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.



**Section I
Contract Clauses
R1S Support Services**

**1.5     52.216-18 Ordering (OCT 1995)**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from <u>7 Apr 2016</u> through <u>31 Jul 2027</u>.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

**1.6     52.216-19 Order Limitations (OCT 1995)**

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than <u>$100.00</u>, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor-
(1) Any order for a single item in excess of <u>$40,000,000.00</u>;
(2) Any order for a combination of items in excess of <u>$100,000,000.00</u>; or

(3) A series of orders from the same ordering office within <u>7 days</u> that together call for quantities exceeding the limitation in paragraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within <u>7 days</u> after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

**1.7     52.216-21 Requirements (OCT 1995)**

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.



**Section I**
**Contract Clauses**
**R1S Support Services**

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after September 30, 2027.

(End of clause)



**Section J**
**List of Attachments**
**R1S Support Services**

## J.1     LIST OF ATTACHMENTS

| Attachment Number | Attachment Title |
|:---:|:---|
| 1. | Performance Work Statement (PWS) |
| 2. | Performance Requirements Summary (PRS) |
| 3. | Award Term Plan |
| 4. | R1S PMO Org Chart |
| 5. | Definitions |
| 6. | Business Rules |
| 7. | Communication Services |
| 8. | U.S. Digital Services Playbook |
| 9. | RIDB Data Flow Charts |
| 10. | Basic System Requirements |
| 11. | Past Performance Survey |
| 12. | Data and Analytics |
| 13. | Hourly Contact Volume |
| 14. | R1S Call Data |
| 15. | REC.GOV Transaction Count |
| 16. | REC.GOV Total Revenue |
| 17. | System of Records Notice |
| 18. | Privacy Policy |
| 19. | Q&A Form |
| 20. | All Data |
| 21. | Summary of Historical Reporting Data |
| 22. | Historical Lottery Data |
| 23. | RIDB Views, Visits, and Downloads Statistics |
| 24. | Bid Schedule |
| 25. | Use Cases |
| 26. | Inventory Listing by Agency |
| 27. | FY14 Analytics |
| 28. | Financial Data |
| 29. | R1S RFP Q&A Responses |
| 30. | Blank CIR Report |
| 31. | FY2014 Data |
| 32. | Ticketing Data |



**Section K**
**Representations and Certifications**
**R1S Support Services**

## K.1   FAR 52.252-2   Clauses Incorporated by Reference (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html

http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|--------|-------|
| FAR 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (SEPT 2007) |
| FAR 52.204-5 | Women-Owned Business (Other Than Small Business) (OCT 2014) |
| FAR 52.209-2 | Prohibition on Contracting with Inverted Domestic Corporations – Representation (DEC 2014) |
| FAR 52.222-38 | Compliance with Veterans' Employment Reporting Requirements (SEP 2010) |
| FAR 52.225-25 | Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran – Representation and Certifications (DEC 2012) |
| AGAR 452.209-71 | Assurance Regarding Felony Conviction or Tax Delinquent Status for Corporate Applicants (FEB 2012) Alternate 1 (FEB 2012) |

## K.2   FAR 52.203-2   Certificate of Independent Price Determination (APR 1985)

(a) The offeror certifies that--
(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to--
(i) Those prices;
(ii) The intention to submit an offer; or
(iii) The methods or factors used to calculate the prices offered.
(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and
(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.
(b) Each signature on the offer is considered to be a certification by the signatory that the signatory--
(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any



**Section K**
**Representations and Certifications**
**R1S Support Services**

action contrary to subparagraphs (a)(1) through (a)(3) of this provision; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision _____ [insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization];

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies subparagraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.


(End of provision)


### K.3     FAR 52.204-3            Taxpayer Identification (OCT 1998)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

* TIN: _____.

* TIN has been applied for.

* TIN is not required because:

* Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* Offeror is an agency or instrumentality of a foreign government;



**Section K**
**Representations and Certifications**
**R1S Support Services**

* Offeror is an agency or instrumentality of the Federal Government.
(e) Type of organization.
* Sole proprietorship;
* Partnership;
* Corporate entity (not tax-exempt);
* Corporate entity (tax-exempt);
* Government entity (Federal, State, or local);
* Foreign government;
* International organization per 26 CFR 1.6049-4;
* Other _____.
(f) Common parent.
* Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
* Name and TIN of common parent:
Name _____
TIN _____

(End of provision)

## K.4    FAR 52.204-8        Annual Representations and Certifications (DEC 2014)

 (a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 561599.
(2) The small business size standard is $20.5 Million.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.
(b)(1) If the provision at 52.204-7, System for Award Management, is included in this solicitation, paragraph (d) of this provision applies.
(2) If the provision at 52.204-7 is not included in this solicitation, and the offeror is currently registered in the System for Award Management (SAM), and has completed the Representations and Certifications section of SAM electronically, the offeror may choose to use paragraph (d) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:
[  ] (i) Paragraph (d) applies.
[  ] (ii) Paragraph (d) does not apply and the offeror has completed the individual representations and certifications in the solicitation.
(c)(1) The following representations or certifications in SAM are applicable to this solicitation as indicated:
(B) For DoD, NASA, and Coast Guard acquisitions, solicitations that contain the clause at 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns.
(2) The following certifications are applicable as indicated by the Contracting Officer:
[*Contracting Officer check as appropriate.*]
___ (i) 52.219-22, Small Disadvantaged Business Status.



**Section K**
**Representations and Certifications**
**R1S Support Services**

__ (A) Basic.

__ (B) Alternate I.

__ (ii) 52.222-18, Certification Regarding Knowledge of Child Labor for Listed End Products.

__ (iii) 52.222-48, Exemption from Application of the Service Contract Act to Contracts for Maintenance, Calibration, or Repair of Certain Equipment Certification.

__ (iv) 52.222-52, Exemption from Application of the Service Contract Act to Contracts for Certain Services–Certification.

__ (v) 52.223-9, with its Alternate I, Estimate of Percentage of Recovered Material Content for EPA–Designated Products (Alternate I only).

__ (vi) 52.227-6, Royalty Information.

__ (A) Basic.

__(B) Alternate I.

__ (vii) 52.227-15, Representation of Limited Rights Data and Restricted Computer Software.

(d) The offeror has completed the annual representations and certifications electronically via the SAM website accessed through https://www.acquisition.gov. After reviewing the SAM database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitation as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [*offeror to insert changes, identifying change by clause number, title, date*]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

FAR Clause #        Title        Date     Change

_____    _____    _____    _____

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on SAM.

(End of provision)

**K.5     FAR52.209-5          Certification Regarding Responsibility Matters (APR 2010)**

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that—

(i) The Offeror and/or any of its Principals—

(A) Are o are not o presently debarred, suspended, proposed for debarment, or declared
   ineligible for the award of contracts by any Federal agency;

(B) Have o have not o, within a three-year period preceding this offer, been convicted of or had a
   civil judgment rendered against them for: commission of fraud or a criminal offense in
   connection with obtaining, attempting to obtain, or performing a public (Federal, State, or
   local) contract or subcontract; violation of Federal or State antitrust statutes relating to the
   submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or
   destruction of records, making false statements, tax evasion, violating Federal criminal tax
   laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-
   7, if included in this solicitation);



**Section K**
**Representations and Certifications**
**R1S Support Services**

(C) Are o are not o presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

(D) Have o, have not o, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) *The tax liability is finally determined*. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) *The taxpayer is delinquent in making payment*. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) *Examples*.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii) The Offeror has o has not o, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time



**Section K**
**Representations and Certifications**
**R1S Support Services**

prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

**K.6     FAR 52.209-7          Information Regarding Responsibility Matters (JUL 2013)**

(a) *Definitions*. As used in this provision—

"Administrative proceeding" means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.*, Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

"Federal contracts and grants with total value greater than $10,000,000" means—

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror [ ] has [ ] does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been



**Section K**
**Representations and Certifications**
**R1S Support Services**

the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:
(i) In a criminal proceeding, a conviction.
(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.
(iii) In an administrative proceeding, a finding of fault and liability that results in—
(A) The payment of a monetary fine or penalty of $5,000 or more; or
(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.
(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.
(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.
(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the System for Award Management database via https://www.acquisition.gov (see 52.204-7).

(End of provision)

## K.7    FAR 52.215-6        Place of Performance (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, o  intends, o  does not intend [*check applicable block*] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.
(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| PLACE OF PERFORMANCE (STREET ADDRESS, CITY, STATE, COUNTY, ZIP CODE) | NAME AND ADDRESS OF OWNER AND OPERATOR OF THE PLANT OR FACILITY IF OTHER THAN OFFEROR OR RESPONDENT |
|---|---|
| _____ | _____ |
| _____ | _____ |

(End of provision)

## K.8    FAR 52.219-1        Small Business Program Representations (OCT 2014)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 561599.
(2) The small business size standard is $20.5 Million.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.



**Section K**
**Representations and Certifications**
**R1S Support Services**

(b) Representations.

(1) The offeror represents as part of its offer that it o is, o  is not a small business concern.

(2) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, for general statistical purposes, that it o  is, o  is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents as part of its offer that it o  is, o  is not a women-owned small business concern.

(4) Women-owned small business (WOSB) concern eligible under the WOSB Program. [*Complete only if the offeror represented itself as a women-owned small business concern in paragraph (b)(3) of this provision.*] The offeror represents as part of its offer that—

(i) It o  is, o  is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It o  is, o  not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (b)(4)(i) of this provision is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture.[*The offeror shall enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture:* _____.]Each WOSB concern eligible under the WOSB Program participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(5) Economically disadvantaged women-owned small business (EDWOSB) concern. [*Complete only if the offeror represented itself as a women-owned small business concern eligible under the WOSB Program in (b)(4) of this provision.*]The offeror represents as part of its offer that—

(i) It o  is, o  is not an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It o  is, o  is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (b)(5)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [*The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture:* _____.] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

(6) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents as part of its offer that it o  is, o  is not a veteran-owned small business concern.

(7) [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(6) of this provision.*] The offeror represents as part of its offer that it o  is, o is not a service-disabled veteran-owned small business concern.

(8) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, as part of its offer, that—

(i) It o  is, o  is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material changes in ownership and control, principal



**Section K**
**Representations and Certifications**
**R1S Support Services**

office, or HUBZone employee percentage have occurred since it was certified in accordance with 13 CFR Part 126; and

(ii) It o  is, o  is not a HUBZone joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (b)(8)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [*The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture:* _____.] Each HUBZone small business concern participating in the HUBZone joint venture shall submit a separate signed copy of the HUBZone representation.

(c) *Definitions*. As used in this provision—

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"Service-disabled veteran-owned small business concern"—

(1) Means a small business concern—

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(d) Notice.



**Section K**
**Representations and Certifications**
**R1S Support Services**

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged women-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall—

(i) Be punished by imposition of fine, imprisonment, or both;
(ii) Be subject to administrative remedies, including suspension and debarment; and
(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

**K.9     FAR 52.222-21          Previous Contracts and Compliance Reports (FEB 1999)**

The offeror represents that –
(a) It [  ] has, [  ] has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;
(b) It [  ] has, [  ] has not filed all required compliance reports; and
(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

**K.10    FAR 52.222-25          Affirmative Action Compliance (APR 1984)**

The offeror represents that –
(a) It [  ] has developed and has on file, [  ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or
(b) It [  ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(End of provision)

**K.11   FAR 52.225-2      Buy American Act Certificate (MAY 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, *i.e.*, an end product that is not a COTS item and does not meet the component test in paragraph (2) of the



**Section K**
**Representations and Certifications**
**R1S Support Services**

definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act—Supplies."

(b) Foreign End Products:

LINE ITEM NO.   COUNTRY OF ORIGIN

_____    _____

_____    _____

_____    _____
[*List as necessary*]

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

(End of provision)

**K.12   FAR 52.225-20        Prohibition on Conducting Restricted Business Operations in Sudan – Certification (AUG 2009)**

(a) *Definitions*. As used in this provision—

"Business operations" means engaging in commerce in any form, including by acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.

"Marginalized populations of Sudan" means—

(1) Adversely affected groups in regions authorized to receive assistance under section 8(c) of the Darfur Peace and Accountability Act (Pub. L. 109-344) (50 U.S.C. 1701 note); and

(2) Marginalized areas in Northern Sudan described in section 4(9) of such Act.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate—

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.



**Section K**
**Representations and Certifications**
**R1S Support Services**

(b) *Certification*. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(End of provision)

### K.13   FAR 52.227-6        Royalty Information (APR 1984)

(a) Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:
(1) Name and address of licensor.
(2) Date of license agreement.
(3) Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.
(4) Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.
(5) Percentage or dollar rate of royalty per unit.
(6) Unit price of contract item.
(7) Number of units.
(8) Total dollar amount of royalties.
(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

(End of provision)

### K.14   FAR 52.227-15        Representation of Limited Rights Data and Restricted Computer Software (DEC 2007)

(a) This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data—General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data—General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and/or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.
(b) By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [*offeror check appropriate block*]—
   [  ] (1) None of the data proposed for fulfilling the data delivery requirements qualifies as limited rights data or restricted computer software; or



**Section K**
**Representations and Certifications**
**R1S Support Services**

[  ] (2) Data proposed for fulfilling the data delivery requirements qualify as limited rights data or restricted computer software and are identified as follows:

_____

_____

(c) Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

(End of provision)

## K.15   FAR 52.230-1        Cost Accounting Standards Notices and Certification (MAY 2012)

Note: This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified by Roman numerals I through III.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

If the offeror is an educational institution, Part II does not apply unless the contemplated contract will be subject to full or modified CAS coverage pursuant to 48 CFR 9903.201-2(c)(5) or 9903.201-2(c)(6), respectively.

I. DISCLOSURE STATEMENT—COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $700,000 resulting from this solicitation will be subject to the requirements of the Cost Accounting Standards Board (48 CFR Chapter 99), except for those contracts which are exempt as specified in 48 CFR 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR Chapter 99 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR 9903.202. When required, the Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

Caution: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

[  ] (1) *Certificate of Concurrent Submission of Disclosure Statement.* The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) Original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity (Federal official), as applicable; and (ii) One copy to the cognizant Federal auditor.

(Disclosure must be on Form No. CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the loose-leaf version of the Federal Acquisition Regulation.)



**Section K**
**Representations and Certifications**
**R1S Support Services**

Date of Disclosure Statement: _____
Name and Address of Cognizant ACO or Federal Official Where Filed:

_____
The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

[ ] (2) *Certificate of Previously Submitted Disclosure Statement.* The offeror hereby certifies that the required Disclosure Statement was filed as follows:
Date of Disclosure Statement: _____
Name and Address of Cognizant ACO or Federal Official Where Filed:

_____
The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

[ ] (3) *Certificate of Monetary Exemption.* The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling $50 million or more in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

[ ] (4) *Certificate of Interim Exemption.* The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under paragraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

Caution: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $50 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

II. COST ACCOUNTING STANDARDS—ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE
If the offeror is eligible to use the modified provisions of 48 CFR 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

o The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $50 million in awards of CAS-covered prime contracts and subcontracts. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.



**Section K**
**Representations and Certifications**
**R1S Support Services**

Caution: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $50 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $50 million or more.

III. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS

The offeror shall indicate below whether award of the contemplated contract would, in accordance with paragraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

o  Yes o  No

(End of provision)

**K.16   FAR 52.230-7          Proposal Disclosure — Cost Accounting Practice Changes (APR 2005)**

The offeror shall check "yes" below if the contract award will result in a required or unilateral change in cost accounting practice, including unilateral changes requested to be desirable changes.

o  Yes o  No

If the offeror checked "Yes" above, the offeror shall—

(1) Prepare the price proposal in response to the solicitation using the changed practice for the period of performance for which the practice will be used; and

(2) Submit a description of the changed cost accounting practice to the Contracting Officer and the Cognizant Federal Agency Official as pricing support for the proposal.

(End of provision)

**K.17   AGAR FAR SUP 452.204-70          Inquiries (FEB 1988)**

Inquiries and all correspondence concerning this solicitation should be submitted in writing to the Contracting Officer. Offerors should contact only the Contracting Officer issuing the solicitation about any aspect of this requirement prior to contract award.

Contracting Officer:
Mr. Jason M. King
703-605-5309
jasonmking@fs.fed.us

1400 Independence Avenue; SW
Mail Stop 1138
Washington, DC 20250

(End of provision)



**Section K**
**Representations and Certifications**
**R1S Support Services**

**K.18   AGAR FAR SUP 452.215-72          Amendments to Proposals (FEB 1988)**

Any changes to a proposal made by the offeror after its initial submittal shall be accomplished by replacement pages. Changes from the original page shall be indicated on the outside margin by vertical lines adjacent to the change.  The offeror shall include the date of the amendment on the lower right corner of the changed pages.

**K.19   AGAR 452.209-70          Representation by Corporations Regarding an Unpaid Delinquent Tax Liability or a Felony Conviction (Deviation 2012-01) (FEB 2012)**

(Contractor is required to fill out this form and return with any quote submitted for this solicitation)
Alternate 1 (Feb 2012). The Contracting Officer shall use this alternate for all Forest Service solicitations above the micro-purchase threshold:
(a.) Awards made under this solicitation are subject to the provisions contained in section 433 and 434 in the Consolidated Appropriations Act, 2012 (P.L. No. 112-74), Division E, as amended and/or subsequently enacted, regarding corporate felony convictions and corporate federal tax delinquencies. To comply with these provisions, all offerors must complete paragraph (1) of this representation, and all corporate offerors also must complete paragraphs (2) and (3) of this representation.
 (b) The Offeror represents that –
 (1) The Offeror is [ ], is not [ ] (check one) an entity that has filed articles of incorporation in one of the fifty states, the District of Columbia, or the various territories of the United States including American Samoa, Federated States of Micronesia, Guam, Midway Islands, Northern Mariana Islands, Puerto Rico, Republic of Palau, Republic of the Marshall Islands, U.S. Virgin Islands. (Note that this includes both for-profit and non-profit organizations.) If the Offeror checked "is" above, the Offeror must complete paragraphs (2) and (3) of the representation. If Offeror checked "is not" above, Offeror may leave the remainder of the representation blank.
(2) (i) The Offeror has [ ], has not [ ] (check one) been convicted of a felony criminal violation under Federal or State law in the 24 months preceding the date of offer. (ii) Offeror has [ ], has not [ ] (check one) had any officer or agent of Offeror convicted of a felony criminal violation for actions taken on behalf of Offeror under Federal law in the 24 months preceding the date of offer.
(3) The Offeror does [ ], does not [ ] (check one) have any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.
Name of Company:_____
Name of Company Representative: _____
Signature of Representative: _____
Date: _____
(End of Provision)

**Section L**
Recreation.gov **Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

**L.1     FAR 52.252-2          Clauses Incorporated By Reference (FEB 1998)**

This solicitation incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html

http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

| Clause | Title |
|--------|-------|
| FAR 52.204-6 | Data Universal Numbering System (DUNS) Number (JUL 2013) |
| FAR 52.204-7 | System for Award Management (JUL 2013) |
| FAR 52.207-1 | Notice of Standard Competition (MAY 2006) |
| FAR 52.207-2 | Notice of Streamlined Competition (MAY 2006) |
| FAR 52.215-1 | Instructions to Offerors – Competitive Acquisition (JAN 2004) Alternate 1 (OCT 1997) |
| FAR 52.215-16 | Facilities Capital Cost of Money (JUNE 2003) |
| FAR 52.215-20 | Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data (OCT 2010) |
| FAR 52.215-22 | Limitations on Pass-Through Charges—Identification of Subcontract Effort (OCT 2009) |
| FAR 52.222-24 | Pre-award On-Site Equal Opportunity Compliance Evaluation (FEB 1999) |
| FAR 52.222-46 | Evaluation of Compensation for Professional Employees (FEB 1993) |
| FAR 52.237-10 | Identification of Uncompensated Overtime (MAR 2015) |

**Provisions Incorporated in Full Text**

**L.2     FAR 52.216-1          Type of Contract (APR 1984)**

The Government contemplates award of an Indefinite Delivery/Indefinite Quantity (IDIQ) contract with Firm Fixed Unit Prices resulting from this solicitation.

(End of Provision)

**Section L**
Recreation.gov **Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

**L.3      FAR 52.233-2            Service of Protest (SEP 2006)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Mr. Jason M. King, Contracting Officer
The United States Department of Agriculture
US Forest Service
Acquisition Management Operations (WO)
1400 Independence Avenue; SW
Mail Stop 1138
Washington, DC 20250

Or

Email:  Jasonmking@fs.fed.us

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of Provision)

**L.4      FAR 52.252-1            Solicitation Provisions Incorporated by Reference (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  The Offeror is cautioned that the listed provisions may include blocks that must be completed by the Offerors and submitted with its quotation or offer.  In lieu of submitting the full text of those provisions, the Offerors may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer.  Also, the full text of a solicitation provision may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html

http://www.dm.usda.gov/procurement/policy/agar.html

(End of provision)

## L.5     FAR 52.252-5      Authorized Deviations in Provisions (Apr 1984)

(a)  The use in any solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) Provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(End of provision)

## L.6     Notice to Offerors

Offeror's proposal must demonstrate the Offeror's ability to provide the full range of services and solutions within their proposal, meet the appropriate requirements criteria, and represent the Best Value to the Government.

## L.7     Contractor Selection

Selection of a Contractor will be based on a best value determination consistent with the evaluation factors described in Section M, Evaluation Factors for Award. Pursuant to the provisions of the Clause at FAR 52.215-1, Instructions to Offerors – Competitive Acquisition, to the degree that negotiations are required, the Government intends to negotiate with all responsible Offerors whose proposals are determined to be within the competitive range.  In accordance with FAR 15.306, Exchanges with Offerors after Receipt of Proposals, limited communication may be conducted with Offerors for the purpose of establishing the competitive range (and only those Offerors determined to be the most competitive shall be considered within the competitive range).  Offerors in the competitive range will be scheduled to present their integrated solution.  Those Offerors outside of the competitive range, if established, will not be permitted to continue in the procurement and will be notified in writing.

## L.8     Debriefing

The Contracting Officer will promptly notify Offerors of any decision to exclude them from the competitive range, whereupon they may request and receive a debriefing in accordance with FAR 15.505, Pre-award Debriefing of Offerors.  The Contracting Officer will notify unsuccessful Offerors in the competitive range of the source selection decision, whereupon they may request and receive a debriefing in accordance with FAR 15.506, Post award Debriefing of Offerors.  Debriefings shall be requested within three (3) days after receipt of notification.

## L.9     Due Diligence Session

Prime contractors and their proposed team mates and subcontractors intending to submit a proposal will be given the opportunity to conduct due diligence and meet with R1S PMO representatives.  The Due Diligence process allows prospective contractors to gain a better understanding of R1S mission objectives, existing conditions, and needs as they relate to the offeror's proposed solution.

On August 10-13, 2015, the R1S PMO will conduct individual, 3-hour, Due Diligence sessions in Golden, CO, at the American Mountaineering Center, 710 10th Street, Golden, CO 80401. Confirming prime contractors and their proposed team mates and subcontractors will meet one-on-one with R1S representatives to allow Offerors to obtain and clarify information without disclosing proprietary or business confidential information to competitors.   These sessions are not intended to be used as sales presentations.

If you would like to attend the Due Diligence session, either in-person or via teleconference, e-mail Jasonmking@FS.FED.US by August 5, 2015 at 4:00pm.  Note, the Due Diligence session will include the prime contractor and, at the prime contractors discretion, their proposed team mates and subcontractors.  Team mates and subcontractors are discouraged from registering individually.  If you dial-in, please provide a phone number for the PMO to call for the due diligence session.  Late registrations may be considered based on availability, but are not guaranteed. The confirmation will include the following information to enable the Government to effectively coordinate due diligence events:  The contractor's due diligence point of contact (name, cell phone number and e-mail address); a roster of attendees for the due diligence event; key areas of interest; and any additional information the contractor deems necessary (e.g., handicap access requirements).  Due to space considerations, contractors participating in due diligence sessions are limited to six participants.

The due diligence process will follow the principles identified by Federal Acquisition Regulation (FAR) Part 15.201, Exchanges With Industry Before Receipt of Proposals. Specifically, during one-on-one sessions, a major objective of the Due Diligence process is to provide participating contractors the ability to ask questions that by their very nature they would not ask if the response would be posted and provided to their competition.  All questions asked during the one-on-one sessions are considered proprietary and whose release would identify confidential business strategies, or approaches, the questions and responses will be protected and held confidential.  Requests for clarification that result in specific non-proprietary information necessary to submit proposals will be provided to all potential Offerors.  The Government will provide potential Offerors equal access to data and information.  The Government assumes no responsibility for any representation made by any of its employees or agents during due diligence.

## L.10   RFP Clarifications, Questions, and Amendments

The point of contact for this acquisition is the Recreation One Stop Support Services Contracting Officer, Mr. Jason King.  As the Contracting Officer, Mr. King is the sole point of contact for this acquisition.

In order to seek any necessary clarifications to this RFP, questions may be submitted to the Contracting Officer on the attached "Q&A form" via email: jasonmking@fs.fed.us **no later than 27 Jul 2015 at 4:00 PM Eastern Time.**  All questions should include the RFP Section, Paragraph Number, and Page Number. Whenever possible, the Contracting Officer will reshape the questions received to allow a response to all Offerors without incorporating information that reveals the identity of individual potential Offerors.  Any questions received marked

**Section L**
Recreation.gov **Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

"proprietary" will not be released if the Contracting Officer determines questions are qualified as "proprietary". Questions that are received that are "proprietary" will be answered directly. Any answers to the questions received that change the solicitation will result in an amendment to the solicitation. Amendments, should they be required, will be released via http://www.fedbizopps.gov.

Questions received after the above cutoff date and time may not be answered.  Submission of questions and any resulting answers from the Government will not require the Contracting Officer to extend the solicitation closing date.  Proposals not submitted in accordance with the Proposal Preparation Instructions of this solicitation may be eliminated from further competition.

## L.11    Proposal and Past Performance Survey Due Dates

Offerors shall submit Volumes I and IV of their proposal **no later than 4:00 PM Eastern Time on 17 September 2015**.  Offerors shall submit Volume III of their proposal **no later than 12:00 noon, Eastern Time** on **28 August 2015**.  Offeror's references must submit Past Performance Questionnaires directly to the Government via email: jasonmking@fs.fed.us, **no later than 12:00 noon, Eastern Time** on **28 August 2015**. The subject line in the submission e-mail shall clearly indicate:   "Recreation One Stop Past Performance for [fill in name of offeror],"and the message shall originate from the reference's government or commercial e-mail system.  Offerors must use the Past Performance Questionnaire form provided in Section J.

**Proposals will be received at the following address:**

**For Federal Express and UPS:**
Attn: Mr. Jason M. King, Contracting Officer
The United States Department of Agriculture
US Forest Service
Acquisition Management Operations (WO)
Ref: Solicitation #AG-3187-S-15-1000
1400 Independence Avenue; SW
Mail Stop 1138
Washington, DC 20250

Note that delivery of the proposal to this address must be hand delivered or by Express Delivery Service; the US Postal Service does not deliver to this address.

It is the Offeror's responsibility to ensure that proposals are delivered by the due date and time required.  The required number of copies of the proposal must be received by the Contracting Officer at the Forest Service no later than 4:00 PM on the required submission date.  No changes or additions to a volume will be permitted after this date, except as provided under clarifications of proposals or discussions, if necessary.  An Offeror that fails to meet any due date will be considered "late" in accordance with FAR 52.215-1, *Instructions to Offerors – Competitive Acquisition*.

**Section L**
Recreation.gov **Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

## L.12    Proposal Acceptance and Validity Dates

The Offeror shall hold its proposal and prices firm for at least 270 calendar days from the date specified for receipt of proposals.

## L.13    Disposition of Proposals

In accordance with FAR 4.8 (Government Contract Files), the Government will retain one copy of all unsuccessful proposals.  The Government will destroy extra copies of such unsuccessful proposals.

## L.14    Electronic Reference Documents

All referenced documents for this solicitation are available on the Federal Business Opportunities (FedBizOpps) website at http://www.fedbizopps.gov.   Potential Offerors are encouraged to subscribe for real-time e-mail updates.

## L.15    Proposal Preparation Instructions – General

This section provides general guidance for preparing proposals and proposal revisions, as well specific instructions on the format and content of the proposal.

### L.15.1    Compliance with Instructions

It is the Offeror's responsibility to ensure its proposal meets all requirements as stated in the solicitation.  The Offeror's proposal must include all data and information requested by the instructions and must be submitted in accordance with these instructions.  Non-conformance with the instructions may result in being eliminated from further competition.  Any exceptions to the solicitation's terms and conditions must be fully explained and justified.  Alternative proposals will not be accepted or evaluated.

Non-conformance with this requirement shall result in the Offeror being eliminated from further competition.

### L.15.2    Include Necessary and Sufficient Detail

The proposal shall be clear, concise, and shall include necessary and sufficient detail for effective evaluation and for substantiating the validity of stated claims.  The proposal should not simply rephrase or restate the Government's requirements, but rather shall provide convincing rationale to address how the Offeror intends to meet these requirements.  Statements such as "the Offeror understands," "the Offeror has a long history of outstanding support," along with responses that paraphrase the solicitation, are considered inadequate. Phrases such as "standard procedures shall be employed" or "well known techniques shall be used," without a specific Government or industry reference, shall be considered inadequate and unsatisfactory.

### L.15.3 Proposal Organization/Number of Copies/Page Limits

The Offeror shall submit the proposal as set forth in Table entitled "Proposal Organization", below. The titles and contents of the volumes shall be defined in this table, all of which shall be within the required page limits and with the number of copies as specified in the Table.

### L.16 Proposal Organization

The following information applies to the Offeror's proposal organization:



**Section L**
**Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

### Table: Proposal Organization

| Proposal Tab | Tab Title | Page Limit | Copies (1 original hardcopy and 6 USB Drives) |
|---|---|---|---|
| **Volume I: Technical Approach** | | | |
| Tab A | Cover / Transmittal Letter | 5 | |
| Tab B | Master Table of Contents | 2 | |
| Tab C | Executive Summary | 2 | |
| Tab D | Technical Approach: <br> 1. Phase-in and Start up Support Services <br> 2. Operations and Customer Support Services <br> 3. Public Interface Support Services <br> 4. Reservations and Other Recreation Related Services <br> 5. Telecommunications Support Services <br> 6. Program Management Support Services | 100 | |
| Tab E | Draft Marketing Plan <br> Draft Quality Control Plan | No Limit | |
| **Volume II: Integrated Solution (To be submitted only if Offeror is determined to be in the competitive range.)** | | | |
| Tab A | A. Integrated Solution <br> B. Technical Solution Architecture and Development Approach | No Limit | |
| **Volume III: Past Performance (To be submitted by the Offeror by 28 August 2015 at 12:00 Noon, local time.)** | | | |
| Tab A | Table of Contents | 1 | |
| Tab B | Past Performance References | No Limit | |
| Tab C | Past Performance Surveys (Completed Section A and Section B, Part I) | No Limit | |
| Tab D | Certification Statement (If no past performance is applicable) | No Limit | |
| **Volume IV: Price** | | | |
| Tab A | Table of Contents | 1 | |
| Tab B | SF33 | No Limit | |
| Tab C | Schedule B, Bid Schedule | No Limit | |
| Tab D | Narrative Summary, Assumptions and Exceptions | No Limit | |
| Tab E | Subcontracting Plan (Large Businesses Only) | No Limit | |

## L.16.1      Page Limits

Page limits shall be treated as maximums.  Page limitations apply to the proposal narrative and all supporting information, including attachments, unless the supporting information is explicitly exempted from page limitations in the table above.  If exceeded, the excess pages shall not be read or considered in the evaluation of the proposal.

## L.16.2      Pricing Information

All cost or pricing information shall be addressed **ONLY** in the Price Approach Volume.  Cost trade-off information, work-hour estimates and material kinds and quantities may be used by the Government in other volumes only as appropriate for presenting rationale for trade-off decisions.

## L.16.3      Cross Referencing

Proposals shall completely address the required information in the order in which it appears in this section.  To the greatest extent possible, each volume shall be written on a stand-alone basis so that its contents may be evaluated with a minimum of cross-referencing to other volumes of the proposal.  Information required for proposal evaluation, which is not found in its designated volume, will be assumed to have been omitted from the proposal.  Illustrations, calculations and schematic documentation may be included to further explain the proposal.  If the same supporting documentation is required in more than one place within a single Volume, the proposal may reference the supporting documentation in the discussion.  If more than one Volume requires submission of the same documentation, the proposal must include the information in each Volume.

## L.16.4      Indexing

Each volume shall contain a detailed table of contents to delineate the subparagraphs within that volume.  Tab indexing shall be used to identify sections.  Pages shall be individually, sequentially and uniquely numbered.

## L.16.5      Page Size and Format

A page is defined as each face of a sheet of paper containing information.  When both sides of a sheet display printed material, it shall be counted as two pages.  Page size shall be 8.5 x 11 inches, not including foldouts.  Pages shall be single-spaced.  Except for the reproduced sections of the solicitation document, the text size shall be no less than 12 point, Times New Roman font. For graphics, tables, and illustrations, the offeror may use any legible font. Tracking, kerning, and leading values shall not be changed from the default values of the word processing or page layout software. Use at least 1-inch margins on the top and bottom and ¾ inch side margins.  Pages shall be numbered sequentially by volume.  These page format restrictions shall also apply to responses to

Evaluation Notices (ENs).

Legible tables, charts, graphs and figures shall be used wherever practical to depict organizations, systems and layout, implementation schedules, plans, etc.  These displays shall be uncomplicated, legible and shall not exceed 11 x 17 inch in size. Foldout pages shall fold entirely within the volume (i.e., to 8.5 x 11 inches when folded).  Foldout pages may only be used for large tables, charts, graphs, diagrams and schematics; not for pages of text.  For tables, charts, graphs and figures, the text shall be no smaller than 8 point.

### L.16.7    Electronic Copies

Each Offeror shall submit an electronic copy of their proposal, organized by Volume Contents. For electronic copies; submit the proposal on Microsoft Windows Operating System-compatible, virus-free Universal Serial Bus (USB), in editable Microsoft Office 2010 applications. The Offeror's redacted proposal may be submitted as a .pdf file using Adobe redaction software. If files are compressed, the necessary decompression program must be included.  The Offeror's entire proposal shall be incorporated onto one (1) USB drive. The Offeror shall submit five (5) separate USB drives, each containing one (1) complete copy of the Offeror's proposal.  The Offeror shall submit one (1) additional USB drive (for a total of 6) that shall include one (1) complete redacted copy of the Offeror's proposal. The redacted copy of the offeror's proposal shall be void of any and all proprietary information and shall be approved for release to the general public which may include competitor contractors. Past performance surveys will be redacted by the Government as appropriate. Each file located on the USB drive shall be properly labeled as follows:

Offeror's Name – Solicitation Number–Document Volume Number and Title

Use separate files to permit rapid location of all items, including exhibits, annexes and attachments, if any.  The paper and electronic copies shall be identical in all respects. The paper copy shall be the precedent if there are discrepancies between copies.

### L.16.8    Paper Copies

Each Offeror shall submit one (1) original hard copy of their proposal.

### Binding and Labeling

Each volume of the proposal shall be separately bound in a three-ring loose-leaf binder, which shall permit the volume to lie flat when open.  Staples shall not be used. A cover sheet shall cover each book, clearly marked as to volume title, solicitation identification, the Offeror's name, point of contact information, DUNS number, and cage code.  The Offeror's name, solicitation number, and volume number shall be included on the spine of each binder.  Each page shall identify the submitting Offeror in the header or footer.

This program is unclassified.  No classified data shall be submitted as part of the

Offeror's proposal.  Be sure to apply all appropriate markings including those prescribed in accordance with FAR 52.215-1(e), Restriction on Disclosure and Use of Data and 3.104-4, Disclosure, Protection, and Marking of Contractor Bid or Proposal Information and Source Selection Information.

### L.16.9    Proposal Revisions

If the Government requests revised proposals, Offerors shall submit changes in accordance with the following:

(1)Proposal revisions shall be submitted as one (1) original paper copy and six (6) electronic copies on USBs.

(2) Any changes to a proposal made by the offeror after its initial submittal shall be accomplished by replacement pages. Changes from the original page shall be indicated on the outside margin by vertical lines adjacent to the change.  The offeror shall include the date of the amendment on the lower right corner of the changed pages. See provision K.18.

(3)Proposal revision page limitations will be identified at time of request for clarifications.

## L.17    Proposal Preparation Instructions – Volume I: Technical Approach

### L.17.1    Tab A – Cover / Transmittal Letter.

The Offeror shall formally transmit the proposal and state in general terms how the Offeror meets the solicitation requirements.  Include a concise narrative summary of the entire proposal, including significant risks, and a highlight of any key or unique features, excluding cost/price.  The salient features should tie in with Section M evaluation factors/sub factors.  Any summary material presented here shall not be considered as meeting the requirements for any portions of other volumes of the proposal.

### L.17.2    Tab B –Master Table of Contents.

The Offeror shall include a master table of contents of the entire proposal.

### L.17.3    Tab C –Executive Summary.

In the Executive Summary, the Offeror shall briefly tell the Government about its company.

### L.17.4    Tab D – Technical Approach.

The Offeror shall demonstrate knowledge, understanding, and technical ability to perform all aspects of the Recreation One Stop Support Services requirements in Section

C, Performance Work Statement, to include identification of key technical aspects of the tasks (risks, special requirements, assumptions) that may impact the proposed solution to, or success of the requirement as well as provide delineation of the team composition proposed to accomplish task objectives and rationale thereof.

The Offeror shall address their ability to provide:
- A.   Phase-in and Start up Support Services
- B.   Operations and Customer Support Services
- C.   Public Interface Support Services
- D.   Reservations and Other Recreation Related Services
- E.   Telecommunications Support Services
- F.   Program Management Support Services

## L.17.4.1 Phase-in and Start up Support Services

The Offeror shall demonstrate:
- a.   How they will achieve "Go-Live" including implementation of the "Basic System Requirements" in the attachment "Basic System Requirements".
- b.   Agile software development methodology and propose a "Definition of Done".
- c.   How their proposed solution considers the long-term objectives of the R1S program.
- d.   Approach to End-user involvement to secure customer input regarding the design, features, capabilities and functionality which would be desirable and to set development priorities within Product Roadmap.
- e.   Comprehensive end-user training for approximately 30 personnel per year for the systems, tools, processes and techniques for the success of the program. Include a methodology to provide successful initial startup training for all internal R1S end users as appropriate.
- f.   Ability to provide Test and Evaluation (T&E) support in all phases of the Agile development process, preparation of test plans and procedures, design tests cases, conduct tests, witness tests and provide technical support, coordinate test plans in accordance with appropriate regulations, and analyze/evaluate/document test results.

## L.17.4.2 Operations and Customer Support Services

The Offeror shall discuss:
- a.   Their ability to implement the Agile software development methodology to deliver Operations and Maintenance, Ongoing Design Support, Customer Support, Training, and advanced functionality.
- b.   Their proposed disaster recovery and continuity of operations services.

## L.17.4.3 Public Interface Support Services

The Offeror shall:

a. Describe their approach for facilitating third party sales and affiliate strategy to meet R1S objectives of increasing reservations and making it easy for users to initiate and complete transactions that start from a variety of third party applications, websites or services.

b. The contractor shall propose a fee structure applicable only to high volume data consumers. Such a fee structure shall be enforced through an agreement directly between the Contractor and the data consumer and shall be consistent with industry best practices and established market pricing. Should the contractor opt to propose such a fee structure, their proposal shall clearly state the applicable rates and details of the proposed fee structure.

c. Discuss their overall vision for marketing Recreation One Stop to raise awareness for recreation across all federal lands and waterways. The Offeror's marketing plan shall identify how they will achieve the goals listed in PWS Section 5.3.3. while using the most effective and current marketing tactics. The Offeror's marketing plan is not included in the page count for the Offeror's technical approach volume.

### L.17.4.4   Reservations and Other Recreation Related Services

The Offeror shall demonstrate their understanding and capability to:

a. Provide a reservation service that provides Contractor staff and end-users easy access to information about reservable inventory and a simple, clear and intuitive process for planning trips and making reservations. Reservation services include, but are not limited to camping, ticketing, lotteries, permitting, day use and group facilities, special events, equipment rentals, pass sales, non-fee facilities, low-fee facilities, mapping, and search. See attachment, "Basic System Requirements."

b. Provide a user experience that will enhance, attract and retain customers, increase conversions, and be consistent with customer expectations of leading websites.

c. Provide advanced comprehensive travel planning and mapping services, including Point-To-Point Itinerary planning, throughout the entire end-to-end recreation experience envisioned for users.

d. Provide all necessary staffing and support to incorporate the addition or deletion of new inventory in a timely manner.

e. Provide accurate, timely, cost-effective, and reliable customer support including planning, making, changing, and cancelling reservations, agent training, applying closures, and troubleshooting, for both internal (approximately 5,000) and external users, meeting or exceeding the industry standards.

f. Support the incorporation of all existing business rules, and the development of new business rules as needed for new implementations and existing programs, for each facility or activity.

g. Provide real-time sales and reservation services and support all types of field operations. The solution shall provide all necessary functions to process accurate financial transactions with associated reporting. Whenever possible, ensure that software can be deployed on a variety of commodity hardware types.

## L.17.4.5 Telecommunications Support Services

The Offeror shall demonstrate their understanding and capability to:

a. Provide telecommunication and commercial data services to all sites and remote geographic areas that require access to the reservation system.

## L.17.4.6 Program Management Support Services

The Offeror shall:

a. Demonstrate their understanding and capability to provide program management support services including, but not limited to, all resources, corporate support, personnel, technologies, suppliers, and cost efficiencies.
b. The Offeror shall include the qualifications of the proposed Key Personnel. Resumes are not required to be submitted.
c. Provide a comprehensive quality control plan including the PRS. Offerors shall describe the QC and Performance Measurement approach, including how proposed performance standards will be monitored, evaluated, and reported. The purpose of the QCP is to provide evaluators with an understanding of how measures and metrics will be applied based on the proposed technical solution. The QCP is not included in the technical approach volume page count.
d. Discuss their ability to provide accurate system reports, implementing a robust, flexible and reliable Enterprise Reporting System, which has the capability for Internal Users to generate, print and save accurate system reports throughout the day on a recurring and on-demand basis.
e. Describe their capability and approach to provide advanced data analytics to improve overall customer service and management decision making.
f. Describe their capability and approach to reconcile all financial transactions, ensure the accurate distribution of funds, and ensure the ongoing implementation of emerging payment technologies and methods.

## L.17.5 Technical Assumptions, Conditions, or Exceptions

All assumptions shall be evaluated as part of the individual factor or sub factor to which they apply.  The Government reserves the right to reject any proposals that include any assumption(s) that impact satisfying the Government's requirements.

Contractors are strongly encouraged to submit questions to the Contracting Officer in accordance with section L.10 regarding ambiguities, in lieu of making assumptions, conditions, or exceptions.

**L.18    Proposal Preparation Instructions – Volume II: Integrated Solution Approach.  (To be submitted only if Offeror is determined to be in the competitive range.)**

The opportunity to present an integrated solution presentation is a valuable part of the evaluation process that will be given similar thought and consideration as provided to the written proposal.  This format allows the Government to observe aspects of the Offeror's proposed solution that cannot otherwise be conveyed in a written response.  The Offeror's proposed delivery team will be required to present the Offeror's integrated solution.  By conducting an interchange with the team that will be doing the actual work, the Government can distinguish between staff who execute versus staff who sell.  It gives the potential vendor a chance to explain their vision, and it gives the Government a chance to evaluate the team's ability to collaborate and solve problems.  The Integrated Solution shall only be required of Offerors who are determined to be within the Competitive Range.  Offerors shall not submit any Integrated Solution information with their initial proposal.

**Discussions**

The Government intends to evaluate proposals and award a contract after conducting discussions with offerors whose proposals have been determined to be within the competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

The Government intends to begin conducting discussions at this time. The offeror shall be prepared during their Integrated Solution presentation to discuss all aspects of their technical approach, past performance, and price. Following discussions, the offeror will be required to submit a final revised proposal in accordance with L.16.8.

The following timeline shall be strictly applied to the Offeror's Integrated Solution presentation:

| | |
|---|---|
| 20 minutes | Setup |
| 20 minutes | Introduction |
| 120 minutes | Presentation |
| 30 minutes | Break/Government discussions |
| 60 minutes | Scenario Responses |
| 120 minutes | Questions and Answers and Proposal Discussions |

**L.18.1    Tab A – Integrated Solution.**

The offeror shall address the following:

**Section L**
**Recreation.gov Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

A.      Integrated Solution Approach

The Offeror shall present an integrated solution presentation. The integrated solution presentation should reflect the breadth of the entire program to include the technical approach and solution for the strategy and branding; marketing and communications; PMO and interagency collaboration; and other PWS functions.

The Offeror shall demonstrate their ability to manage large multi-task Systems Development Life Cycles and Technical Solution Implementations in Partnership with the Customer.

B.      Technical Solution Architecture and Agile Development Approach

The Offeror shall discuss their agile methodology which:

Satisfies all current and relevant Government and Industry standards for the collection, storage and processing of customers' Personally Identifiable Information (PII) and financial, payment and transaction data to include, but not limited to, Payment Card Industry (PCI) security standards.

Maximizes the flexibility of the system to incorporate new features and emerging technologies throughout the life-cycle of this contract.

Provides scalability of the system to accommodate fluctuations in the reservable inventory contained in the system, the amount of non-reservable information in the system, the number of transactions processed throughout the year and the amount of transaction related data stored within the system.

Provides maximum portability and consistency of all data contained within the system to foster and encourage data sharing between recreation.gov and other on-line travel and tourism entities, both public and private.

Incorporates robust design/hardware/software features to maximize system "up-time" and availability to both Government and public users and which minimizes the potential for loss and/or corruption of any system data.

Maximizes system processing/throughput capacities thereby accommodating high simultaneous usage levels by public customers visiting, researching, planning and transacting on the site and Government users managing inventory, generating reports and updating site content.

Additionally, the Offeror shall provide the proposed architecture, release schedule, and methodology for development, testing, and deployment.

The Government reserves the right to discuss any and all aspects of the offeror's written proposal including technical approach, past performance, and price.

**L.19    Proposal Preparation Instructions – Volume III: Past Performance Approach (To be submitted by the Offeror by 28 August 2015 at 12:00 noon, local time.)**

**L.19.1    Tab A – Table of Contents.**

The Offeror shall include a table of contents for the Past Performance Volume.

**L.19.2    Tab B – Past Performance References.**

The Offeror shall describe its qualifications and detail its specific past performance experience conducting work of the same and/or similar size, scope, and complexity described in RFP Section C, Performance Work Statement (PWS). Past performance information shall be obtained from any other sources available to the Government.

The Offeror shall provide up to six (6) different examples of past Government or corporate experience information for active or complete "recent and relevant" contracts/task orders and/or subcontracts (including Federal, State, and local Government or commercial) directly related to the services identified in Paragraph 5, Scope of Work of the Performance Work Statement.  At least two (2) of the six (6) experiences described must be from the Prime Offeror and the remaining experiences shall come from those subcontractors performing the predominance of the work, if applicable.

*Recent* is defined as any project having at least some portion of its performance occurring within the 36 consecutive month period immediately preceding release of this solicitation.

*Relevant* is defined as work which is the same and/or similar in complexity and scope to the work described in Section C, Performance Work Statement.

The proposal shall include the following:

A.    For each experience statement, the Offeror shall provide reference information, including, at a minimum:
1.    Program, Project or Task Title;
2.    Contract Number
3.    Customer/Client Organization and address;
4.    Customer reference contact, including name, title, mailing address, telephone and fax numbers and email address;
5.    Contract pricing type (e.g. fixed price, cost plus award fee);
6.    Contract value (original and final/current) and an explanation of cost growth, if applicable; and
7.    Contract start and completion dates.

**Section L**
**Recreation.gov Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

B.  Project description.  The Offeror shall identify the prime or proposed
subcontractor that performed the work.  The Offeror shall describe the key
objectives of the project, including the scope and complexity of the efforts and
how the customer benefited operationally or strategically.  The Offeror shall
describe the applicable prime/member's role in the project and the challenges and
lessons learned from your experience as the prime or subcontractor.  The Offeror
shall describe the integration of resources (e.g. personnel, tools, applications, etc.)
into the customer's environment.

C.  Description of Team. The Offeror shall provide a matrix of all proposed
subcontractors/team members and the specific areas within the PWS and the areas
of scope for which they will be utilized. Offerors shall also provide an
approximate percentage of effort, based on overall price, that each
subcontractor/team member will contribute to the overall effort.  This information
will be utilized to determine relevancy for the subcontract references.

In addition, the Offeror shall submit a consent letter, executed by each
subcontractor, teaming partner, and/or joint venture partner, authorizing release of
adverse past performance information to the Offeror, so the Offeror can respond
to such information.  For each identified effort for a commercial customer, the
Offeror shall also submit a client authorization letter, authorizing release to the
Government of requested information on the Offeror's performance.

## L.19.3.  Tab C – Past Performance Surveys.

Based on the information provided, surveys will be issued to the references identified by
the Offerors.  The SSET will evaluate the Offeror's past performance based upon its
relevancy and recency as well as the responses received from past performance surveys.
The Offeror shall also be responsible for ensuring that each of the customer references
receives, completes, and returns the past performance survey (attached, "Past
Performance Survey") to the Contracting Officer.  The completed survey shall be
submitted directly via email from the customer reference to jasonmking@fs.fed.us by the
due date.  The "subject" line in the submission email shall clearly indicate "Recreation
One Stop Past Performance for [fill in name of Offeror]," and the message shall originate
from the reference's corporate or Government email system.

Past performance information shall not be limited to the past performance surveys and
may be obtained from any other sources available to the Government.

## L.19.4  Tab D – Certification Statement.

The Offeror shall provide a Certification Statement only if past performance is not
applicable.  An Offeror with no relevant past performance to cite will receive a neutral
rating, i.e., the rating will not add to or detract from the Offeror's Past Performance

**Section L
Instructions, Conditions, and Notices to Offerors
R1S Support Services**

rating.  If the Offeror has no past performance, the Offeror shall submit a certification statement indicating the Offeror has no past performance.  The certification statement shall be clearly marked with the solicitation number and accompanied with the proposal.

**L.20    Proposal Preparation Instructions – Volume IV: Price**

The Contractor's total price will include phase-in, the base period, and all option periods (award terms). The Government will evaluate the Contractor's pricing based on total overall price for phase-in, the base period, and all option periods (award terms).  The total as defined above shall form the basis for the Government's Best Value tradeoff analysis. See FAR 52.217-5.

General

The Price proposal must be a self-contained document not relying on any other volumes for reference by the government evaluation team.  Where sections from other volumes must be duplicated in the price volume Offeror shall ensure the sections are the same in both volumes.  Offeror submittals shall comply with all of the pertinent instructions for the preparation of a Price Volume as contained herein.

The price proposal must be mathematically correct and all parts must be numerically consistent.

In accordance with FAR 15.403-1 (b) (1), the Contracting Officer expects adequate price competition.  Therefore, as stated in FAR 52.215-20, Requirements for Certified Cost or Pricing Data or Data Other Than Cost and Pricing Data (Alt IV), submission of certified cost or pricing data with the proposal is not required.  However, the government reserves the right to require the submission of certified cost or pricing data if the Contracting Officer later determines that none of the exceptions listed at FAR 15.403-1(b), Prohibition on Obtaining Cost or Pricing Data, apply.

Other than certified cost or pricing data is required for the Contracting Officer to determine realism, completeness, and reasonableness.  The purpose of this analysis is to determine that the Offeror fully understands the requirements of the solicitation and has the ability and capacity to successfully perform the contract at the offered price. It is the responsibility of the Offeror to provide convincing evidence supporting this conclusion. Therefore, the information requested herein is required from the Offerors, as applicable.

Offerors shall make every effort possible to propose pricing consistent with the format provided in Section B of this solicitation.  Should an Offeror choose to add additional SUBCLINS to their price proposal for CLIN X006, Telecommunications, the Offeror shall provide detailed rationale to support the additions.

This solicitation does not commit the Government to pay for any costs incurred in the preparation or submission of any proposal in response to this solicitation.  The CO is the

**Section L**
**Recreation.gov Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

only individual who can legally commit the Government to the expenditure of public funds in connection with this procurement.

**L.20.1 Tab A – Table of Contents.**

The Offeror shall include a table of contents for the Price Volume.

**L.20.2 Tab B – SF33.**

The Offeror shall submit a completed SF33.

**L.20.3 Tab C – Schedule B, Bid Schedule.**

The Offeror shall complete the Bid Schedule, noting additional SUBCLINS for CLIN X006, Telecommunications, if necessary.

**L.20.4 Tab D – Narrative Summary, Assumptions and Exceptions.**

The Offeror shall summarize and highlight salient features of the pricing proposal, including a summary description of the Offeror's approach and plans to satisfy and support requirements of this solicitation, including any assumptions or exceptions to the RFP. The summary should only include general information about the proposal and the Offeror's understanding of, and its capability to meet the requirements of the solicitation.

The Offeror shall summarize their pricing approach and the extent to which their pricing approach demonstrates alignment with the requirements of the PWS, achievement of program goals and objectives, and presents the best overall value to the Government.

The presence of unbalanced Pricing will be established through the application of price analysis techniques on all CLINS. Unbalanced pricing exists when, despite an acceptable total evaluated price, the cost of one or more contract line items is significantly overstated or understated and poses an unacceptable risk to the Government. The Government may determine that a proposal is unacceptable if the proposed costs/price is materially unbalanced between line items or sub-line items within a pricing period, or between line items or sub-line items for the basic requirement and any option period.

If needed, the Government intends to exercise the option under FAR 52.217-8 without further competition or need for justification for other than full and open competition [or sole source justification]. For purposes of evaluation, the potential need to exercise the option under FAR 52.217-8 to extend the period of contract performance for the maximum period of six (6) months beyond the period of performance will be considered the same for all Offerors. In considering the price of the base period and any option periods, the Government will consider that if the extension of service clause (i.e. FAR 52.217-8) is exercised, it will be on the exact same rates and terms, other than length of performance, as the base or option period being extended. The Government will

determine whether the price, inclusive of all options, is fair and reasonable and in combination with the other evaluation factors specified in the RFP, represents the best value to the Government.

Submit all (if any) assumptions, conditions, or exceptions with any of the terms and conditions of the RFP. Include Termination costs in accordance with F.2, Cancellation Ceiling.  If not noted in this section of your proposal, it will be assumed that the Offeror proposes no assumptions for award, and agrees to comply with all of the terms and conditions as set forth herein.  It is not the responsibility of the Government to seek out and identify assumptions, conditions, or exceptions buried within the Offeror's proposal.

Contractors are strongly encouraged to submit questions to the Contracting Officer in accordance with section L.10 regarding ambiguities, in lieu of making assumptions, conditions, or exceptions.

**The following sub-factors will be considered in the evaluation of the price volume:**

A.      Price Realism:

The Government will assess the extent to which the pricing approach demonstrates alignment with the requirements of the PWS, achievement of program goals and objectives, and best overall value. The government will evaluate price realism as it applies to:
- Demonstration of a clear commitment to the success of the program, achievement of program goals, increased capacity, and better quality of service
- Demonstration of partnership and a willingness to balance revenue and risks

B.      Price Completeness:

Including Section A and B:  To be completed, the Offeror must provide all the data that is necessary to support the proposal.  The Government will assess the extent to which the price proposal complies with the content and format requirements set forth in the solicitation including all instructions in Section B.

C.      Price Reasonableness:

The Offeror's proposed prices (including Termination costs) will be evaluated to determine if any are unreasonably high or low in relation to the Offeror's technical and management approaches.

**L.20.5 Tab E – Subcontracting Plan (Large Businesses Only).**

The subcontracting plan shall state separately the total dollars and percentages that will be subcontracted to each category; small business (SB), HUBZone small business, small disadvantaged business (SDB), women-owned small business (WOSB), and veteran owned and service-disabled veteran-owned small business (SDVOSB) concerns.

**Section L**
**Recreation.gov Instructions, Conditions, and Notices to Offerors**
**R1S Support Services**

The following small business categories and the associated percentages are the FY15 stated goals from the US SBA and are for informational purposes only:

- Small Business - 23%
- Woman Owned - 5%
- Hub Zone - 3%
- SDVOSB - 3%
- Small Disadvantaged (8a) - 5%



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

**M.1     FAR 52.252-2          Clauses Incorporated By Reference (FEB 1998)**

This solicitation incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

https://acquisition.gov/far/index.html

http://www.dm.usda.gov/procurement/policy/agar.html

(End of clause)

**Provision**          **Title**
52.217-5               Evaluation of Options (JUL 1990)

**M.2    Procedures for Award**

Proposals shall be submitted in accordance with the instructions in Section L.  A proposal may be rejected as grossly deficient if the Contracting Officer determines that the proposal does not materially comply with the instructions.

**M.3    Basis for Contract Award**

The Government is conducting this source selection in accordance with the competitive negotiation source selection procedures contained in FAR Part 15.101-1, Best Value Tradeoff Process.

In order to be eligible for award, a proposal must comply in all material respects with the requirements of law, regulation and the terms and conditions set forth in this solicitation.  The Offeror must be determined responsible according to the standards set forth in FAR Subpart 9.1.

**M.4    Award after Discussions**

The Government intends to evaluate proposals and award a contract after conducting discussions with offerors whose proposals have been determined to be within the competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

**M.5    FAR 52.215-1, Instructions to Offerors-Competitive Acquisition, Alternate 1 (JAN 2004)**

*Alternate 1 Added:*

(f)(4) The Government intends to evaluate proposals and award a contract after conducting discussions with offerors whose proposals have been determined to be within the competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

**M.6    Evaluation**

Each proposal will be evaluated to assess the Offeror's ability to support Recreation One Stop Support Services in accordance with the Government requirements of this solicitation.  Proposals will be evaluated based on the following evaluation factors.  In order to determine which Offeror's proposal represents best value, the following factors will be used for the evaluation and must be addressed in proposal submissions.  Factors One (1), Two (2) and Three (3) are of equal importance and when combined are significantly more important than price. Sub-factors are of approximate equal weight within each factor. However, as the range of technical merit narrows, Price becomes a more important factor:

> Factors
> Factor    1    Technical Approach;
> Factor    2    Integrated Solution Approach;
> Factor    3    Past Performance; and
> Factor    4    Price.

The source selection will be conducted in a two-phase process; Initial Evaluations and Final Evaluations.

The Initial Evaluation will include evaluating initial offers including Factors 1, 3, and 4. Based on initial offers, a competitive range will be determined.  Factor 2 will be submitted and evaluated only for offerors in the competitive range, who will then have the opportunity to present an integrated solution as part of the evaluation process.

After the Integrated Solution Presentation, the contracting officer reserves the right to conduct Discussions on all aspects of their technical approach, past performance, and price.

Following Discussions, the offeror will be requested to submit a Final Revised Proposal in accordance with L.16.9.  The Final Evaluation will include the results of the initial evaluation, the Integrated Solution Presentation, and Discussions.



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

The following factors will be used to support meaningful comparison and discrimination between and among competing proposals:

### M.6.1  Factor 1 – Technical Approach

The Government will evaluate the Offeror's Technical Approach based on the degree to which it is clear, comprehensive, detailed, effective, and demonstrates how it provides, retains and applies the necessary requirements.  The Government will evaluate the Offeror's technical sub-factors related to the Performance Work Statement that may impact the proposed solution to or success of the overall requirements throughout the full period of performance of the contract.

The following sub-factors will be considered in the evaluation of the technical approach:

1. Provide Phase-in and Start up Support Services
2. Provide Operations and Customer Support Services
3. Provide Public Interface Support Services
4. Provide Reservations and Other Recreations Related Services
5. Provide Telecommunications Support Services
6. Provide Program Management Support Services

The Offeror shall demonstrate knowledge, understanding, and technical ability to perform all aspects of the Recreation One Stop Support Services requirements in Section C, Performance Work Statement, to include identification of key technical aspects of the tasks (risks, special requirements, assumptions, and risk mitigation strategies) that may impact the proposed solution to or success of the requirement as well as provide delineation of the team composition proposed to accomplish task objectives and rationale thereof.

### M.6.1.1 Provide Phase-in and Start up Support Services

The Government will evaluate offers to determine how the proposed methodology demonstrates an understanding of Agile System Development Life Cycle (SDLC), how it will be utilized to meet the basic system requirements, and how the proposed solution considers the long-term objectives of R1S.  Evaluators will consider the Offeror's proposed phase-in schedule, understanding, competency, and approach for utilizing the methodology to deliver requested services by "Go-Live".

### M.6.1.2 Provide Operations and Customer Support Services

The Government will evaluate offers to determine the Offeror's:
   a.  Ability to implement the Agile software development methodology to deliver Operations and Maintenance, Ongoing Design Support, Customer Support, Training, and advanced functionality.
   b.  Ability to deliver disaster recovery and continuity of operations services.



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

### M.6.1.3 Provide Public Interface Support Services

The Government will evaluate:

    a. The Offeror's approach for facilitating third party sales and affiliate strategy to meet R1S objectives of increasing reservations and making it easy for users to initiate and complete transactions that start from a variety of third party applications, websites or services.

    b. The Offeror's proposed fee structure applicable only to high volume data consumers. Such a fee structure shall be enforced through an agreement directly between the Contractor and the data consumer and shall be consistent with industry best practices and established market pricing. Should the contractor opt to propose such a fee structure, their proposal shall clearly state the applicable rates and details of the proposed fee structure.

    c. The Offeror's marketing plan, including the likelihood of success of their overall vision for marketing Recreation One Stop to raise awareness for recreation across all federal lands and waterways and achieving the goals listed in PWS 5.3.3.

### M.6.1.4 Provide Reservations and Other Recreation Related Services

The Government will evaluate the Offeror's ability to:

    a. Provide a reservation service that delivers Contractor staff and end-users easy access to information about reservable inventory and a simple, clear and intuitive process for planning trips and making reservations.

    b. Provide a user experience that will enhance, attract and retain customers, increase conversions, and be consistent with customer expectations of leading websites.

    c. Provide advanced comprehensive travel planning and mapping services, including Point-To-Point Itinerary planning, throughout the entire end-to-end recreation experience envisioned for users.

    d. Provide all necessary staffing and support to incorporate the addition or deletion of new inventory in a timely manner.

    e. Provide accurate, timely, cost-effective, and reliable customer support including planning, making, changing, and cancelling reservations, agent training, applying closures, and troubleshooting, for both internal (approximately 5,000) and external users, meeting or exceeding the industry standards.

    f. Support the incorporation of all existing business rules, and the development of new business rules as needed for new implementations and existing programs, for each facility or activity.

    g. Provide real-time sales and reservation services and support all types of field operations. Provide all necessary functions to process accurate financial transactions with associated reporting. Ensure that software can be



deployed on a variety of commodity hardware types.

### M.6.1.5 Provide Telecommunications Support Services

The Government will evaluate the Offeror's understanding and capability to:
   a.   Provide telecommunication and commercial data services to all sites and
        remote geographic areas that require access to the reservation system.

### M.6.1.6 Provide Program Management Support Services

The Government will:
   a.   Evaluate the Offeror's understanding and capability to provide program
        management support services including, but not limited to, all resources,
        corporate support, personnel, technologies, suppliers, and cost efficiencies.
   b.   Review qualifications of the proposed Key Personnel to ensure personnel
        have the requisite background experience to achieve and execute the
        proposed solution.
   c.   Evaluate the Offeror's quality control plan and PRS including their Quality
        Control and Performance Measurement approach, and how proposed
        performance standards from the PRS will be monitored, evaluated, and
        reported to demonstrate an understanding of how the Offeror's measures
        and metrics will be applied based on their proposed technical solution.
   d.   Evaluate the Offeror's proposed solution to provide accurate system reports
        and analytics, by implementing a robust, flexible and reliable Enterprise
        Reporting System.
   e.   The Government will evaluate the Offeror's capability and approach to
        provide advanced data analytics to improve overall customer service and
        management decision making.
   f.   Evaluate the Offeror's capability and approach to reconcile all financial
        transactions, ensure the accurate distribution of funds, and ensure the
        ongoing implementation of emerging payment technologies and methods.

### M.6.2   Factor 2 – Integrated Solution Approach (To be submitted only if the offeror is determined to be in the competitive range)

The Government will evaluate the Offeror's:
   a.   Integrated Solution reflecting the breadth of the entire program to include
        their technical approach and solution for the strategy and branding;
        marketing and communications; PMO and interagency collaboration; and
        other PWS functions.  Ability to manage large, multi-task Systems
        Development Life Cycles and Technical Solution Implementations in
        Partnership with the Customer.
   b.   Technical Solution and Agile development approach
   c.   Response to new use cases and the team's ability to solve complex issues
        and address varying scenarios. New use cases will be provided to the



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

Offeror prior to the presentation.

The Government will evaluate the Offeror's Agile development strategy to determine the extent to which it:

a. Satisfies all current and relevant Government and Industry standards for the collection, storage and processing of customers' Personally Identifiable Information (PII) and financial, payment and transaction data to include, but not limited to, Payment Card Industry (PCI) security standards.

b. Maximizes the flexibility of the system to incorporate new features and emerging technologies throughout the life-cycle of this contract.

c. Provides scalability of the system to accommodate fluctuations in the reservable inventory contained in the system, the amount of non-reservable information in the system, the number of transactions processed throughout the year and the amount of transaction related data stored within the system.

d. Provides maximum portability and consistency of all data contained within the system to foster and encourage data sharing between recreation.gov and other on-line travel and tourism entities, both public and private.

e. Incorporates robust design/hardware/software features to maximize system "up-time" and availability to both Government and public users and which minimizes the potential for loss and/or corruption of any system data.

f. Maximizes system processing/throughput capacities thereby accommodating high simultaneous usage levels by public customers visiting, researching, planning and transacting on the site and Government users managing inventory, generating reports and updating site content.

Additionally, the Offeror shall provide the proposed architecture, release schedule, and methodology for development, testing, and deployment.

The following timeline shall be strictly applied to the Offeror's Integrated Solution:

| | |
|---|---|
| 20 minutes | Setup |
| 20 minutes | Introduction |
| 120 minutes | Presentation |
| 30 minutes | Break/Government discussions |
| 60 minutes | Scenario Responses |
| 120 minutes | Questions and Answers and Proposal Discussions |

## M.6.3  Factor 3 – Past Performance

The Government will evaluate the Offeror's past performance based upon its relevancy and recency of its references, the responses received from past



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

performance surveys, and as it relates to the composition of the Offeror's team.

A.     Past Performance References.

The Government will evaluate the Offeror's past performance references for recency and relevance to the work identified within the PWS.

The Government is seeking a clear understanding of the Offeror's previous success in delivering the proposed style of Agile methodology, system implementation, marketing, telecommunications, program management, and hosting.

B.     Past Performance Surveys.

Past performance surveys will be evaluated based upon results from the references provided by the Offeror. The information provided in the past performance surveys may not serve as the sole basis of evaluation of the past performance surveys. The Government reserves the right to obtain and utilize information from sources other than those identified by the Offeror to include the Past Performance Information Retrieval System (PPIRS).

Past performance will consider Offeror's demonstrative ability to provide quality services, control cost, manage schedules, manage business relationships, provide customer satisfaction, manage Key Personnel, and utilize small businesses, if applicable.

C.     Description of Team.

The Government will evaluate the Offeror's proposed team based on their past performance within the specific areas of the PWS and the areas of scope for which they will be utilized.

D.     Certification Statement.

The Offeror shall provide a Certification Statement only if past performance is not applicable.  An Offeror with no relevant past performance to cite will receive a neutral rating, i.e., the rating will not add to or detract from the Offeror's Past Performance rating.  If the Offeror has no past performance, the Offeror shall submit a certification statement indicating the Offeror has no past performance. The certification statement shall be clearly marked with the solicitation number and accompanied with the proposal.

**M.6.4  Factor 4 – Price**

The offeror's total evaluated price will include phase-in, the base period, and all



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

option periods (award terms).  The following will be evaluated under Factor 4, Price:

A.  The Offeror shall submit a completed SF33.

B.  The Offeror shall complete the Bid Schedule, noting additional SUBCLINS for CLIN X006, Telecommunications, if necessary.

C.  Narrative Summary, Assumptions and Exceptions.  The Offeror shall summarize and highlight salient features of the pricing proposal, including a summary description of the Offeror's approach and plans to satisfy and support requirements of this solicitation, including any assumptions or exceptions to the RFP.  The summary should only include general information about the proposal and the Offeror's understanding of, and its capability to meet the requirements of the solicitation including an explanation of the Offeror's proposed Termination costs.

Whether pricing is unbalanced, Unbalanced Pricing will be established through the application of price analysis techniques on all CLINS.  Unbalanced pricing exists when, despite an acceptable total evaluated price, the cost of one or more contract line items is significantly overstated or understated and poses an unacceptable risk to the Government.  The Government may determine that a proposal is unacceptable if the proposed costs/price is materially unbalanced between line items or sub-line items within a pricing period, or between line items or sub-line items for the basic requirement and any option period.

If needed, the Government intends to exercise the option under FAR 52.217-8 without further competition or need for justification for other than full and open competition [or sole source justification].  For purposes of evaluation, the potential need to exercise the option under FAR 52.217-8 to extend the period of contract performance for the maximum period of six (6) months beyond the period of performance will be considered the same for all Offerors.  In considering the price of the base period and any option periods, the Government will consider that if the extension of service clause (i.e. FAR 52.217-8) is exercised, it will be on the exact same rates and terms, other than length of performance, as the base or option period being extended.  The Government will determine whether the price, inclusive of all options, is fair and reasonable and in combination with the other evaluation factors specified in the RFP, represents the best value to the Government.

D.  Subcontracting Plan (Large Business Only). The subcontracting plan shall state separately the total dollars and percentages that will be subcontracted to each category; small business (SB), HUBZone small business, small disadvantaged business (SDB), Alaskan Native Corporation (ANC), women-



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

owned small business (WOSB), and veteran owned and service-disabled veteran-owned small business (SDVOSB) concerns.

E.  Price Realism:

The Government will assess the extent to which the pricing approach demonstrates alignment with the requirements of the PWS, achievement of program goals and objectives, and best overall value. The government will evaluate price realism as it applies to:
- Demonstration of a clear commitment to the success of the program, achievement of program goals, increased capacity, and better quality of service
- Demonstration of partnership and a willingness to balance revenue and risks

F.  Price Completeness:

Including Section A and B:  To be completed, the Offeror must provide all the data that is necessary to support the proposal.  The Government will assess the extent to which the price proposal complies with the content and format requirements set forth in the solicitation including all instructions in Section B.

G.  Price Reasonableness:

The Offeror's proposed prices (including Termination costs) will be evaluated to determine if any are unreasonably high or low in relation to the Offeror's technical and management approaches.



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

### M.6.5  Ratings of Technical Approach (Factor 1) and Integrated Solution Approach (Factor2)

In evaluating the Technical and Integrated Solution factors and sub-factors described above, the evaluation team will fully evaluate and document strengths, weaknesses, deficiencies, and discussion questions for each Offeror's proposal. Based on such strengths, weaknesses, and deficiencies, the evaluation team will assign each Technical and Integrated Solution factor/sub-factor a rating using the following rating scale:

| Technical and Integrated Solution Ratings | |
|---|---|
| **Rating** | **Description** |
| Outstanding | Greatly exceeds the minimum performance or capability requirements in a way beneficial to the Government.  There are no significant weaknesses or deficiencies. Those aspects of a factor or sub-factor resulting in an "Outstanding" rating may be incorporated into the resulting contract. Risk of unsuccessful performance is very low. |
| Excellent | Exceeds the minimum performance or capability requirements in a way beneficial to the Government.  There are no deficiencies, and only minor correctable weaknesses. Those aspects of a factor or sub-factor resulting in an "Excellent" rating may be incorporated into the resulting contract. Risk of unsuccessful performance is low. |
| Acceptable | Meets the minimum performance or capability requirements.  There may be few correctable deficiencies and only minor correctable weaknesses. Risk of unsuccessful performance is no worse than moderate. |
| Marginal | May meet the performance or capability requirements.  There are apparent or moderate deficiencies and weaknesses that are not easily correctable without a proposal re-write. Risk of unsuccessful performance is high. |
| Unacceptable | Fails to meet the performance or capability requirements.  There are unacceptable weaknesses and deficiencies. Proposal is un-awardable. |

A rating of "UNACCEPTABLE" on any Sub-factor automatically makes the entire Factor "UNACCEPTABLE".

### M.6.6  Ratings of Past Performance

The Government will evaluate the Offeror's (and subcontractor's) demonstrated recency/relevancy and confidence record of past performance in supplying products and services meeting contract requirements. The evaluation team will use the following rating scale for Contractor relevancy ratings:



**Section M**
**Evaluation Factors for Award**
**R1S Support Services**

| Past Performance Relevancy Ratings | |
|---|---|
| **Rating** | **Definition** |
| Very Relevant | Recent/past performance effort involved essentially the same scope and magnitude of effort and complexities this solicitation requires. |
| Relevant | Recent/past performance effort involved similar scope and magnitude of effort and complexities this solicitation requires. |
| Somewhat Relevant | Recent/past performance effort involved some of the scope and magnitude of effort and complexities this solicitation requires. |
| Not Relevant | Recent/past performance effort involved little or none of the scope and magnitude of effort and complexities this solicitation requires. |

The evaluation team will use the following rating scale for Contractor performance confidence ratings which will be used to summarize the offeror's past performance rating:

| Performance Confidence Assessments | |
|---|---|
| | **Description** |
| Substantial Confidence | Based on the Offeror's recent/relevant performance record, the Government has a high expectation that the Offeror will successfully perform the required effort. |
| Satisfactory Confidence | Based on the Offeror's recent/relevant performance record, the Government has a reasonable expectation that the Offeror will successfully perform the required effort. |
| Limited Confidence | Based on the Offeror's recent/relevant performance record, the Government has a low expectation that the Offeror will successfully perform the required effort. |
| No Confidence | Based on the Offeror's recent/relevant performance record, the Government has no expectation that the Offeror will be able to successfully perform the required effort. |
| Unknown Confidence (neutral) | No recent/relevant performance record is available or the Offeror's performance record is so sparse that no meaningful confidence assessment rating can be reasonably assigned. |

**R1S Support Services (R1SSS)**



**Attachment 10**

**Basic System Requirements**

---

## 1. Basic System Requirements:

The Government and authorized private vendors acting on behalf of the Government operate a wide variety of facilities, activities, services, etc. for which advanced reservation service s are vital.  Visitors depend on reservations to make trip plans and the Government uses the system to provide operational effectiveness and efficiency, to manage over and underutilized areas, quota and event management, data collection for program management, and promotion of federal recreation opportunities.

The Contractor shall design, develop, document, implement, administer, maintain and support an enterprise system, including licensing, hardware and software, capable of providing reservation services which comply with all Business Rules in the attached.

The Contractor's proposed solution shall address a diverse range of reservation requests including, but not limited to accommodating a variety of:  front-country and back-country camping; ticketing; cabin rentals; lotteries; day use facility and space rental; group facilities; special events; other recreation and educational programs; equipment rental; sports field management; and a wide variety of permitting programs. The proposed solution shall be current with evolving technologies and accessible by a wide variety of mobile and desktop platforms to include, but not be limited to: Windows, Macintosh, iOS, and Android and browsers: Google Chrome, Internet Explorer, Firefox, Safari, and Opera.

The Contractor shall propose a mobile solution for internal and external customers as a core functionality for accessing enterprise and reservation data on mobile devices. The Contractor shall optimally balance their solution between security and total cost to provide the most business value to the R1S PMO and customers. The Offeror's proposed R1S solution shall be fully integrated and accessible in a mobile environment.

The Contractor shall provide a reservation service that provides Contractor staff and end-users easy access to information about reservable inventory and a simple, clear and intuitive process for planning trips and making reservations.  The reservation service shall be available to the Contractor, agencies, partners, and the public through the web presence, toll-free telephone service using prevailing communication technologies.  The service shall be accessible to field locations for on-site management of facilities, the processing of

# Attachment 10

reservation transactions and the support of service requests by walk-up customers.  The reservation service shall comply with all business rules established in the attached and shall be flexible and agile enough to accommodate the timely addition and/or modification of business rules throughout the contracts life-cycle.

The Contractor shall provide reservation processes, including but not limited to the following: searching for and reserving inventory; holding selected inventory for a specified time; itinerary planning including reserving multiple types of inventory from one or multiple facilities/agencies/areas into a single transaction; making reservation changes, cancellations, and voids; providing dynamic and intelligent alternate location referrals; shopping cart functionality; addition of point of sale items within a reservation or as a standalone product; provision of safety information in multiple media formats; acceptance of terms; payment processing; collection of all types of fees including taxes; application of discounts; collection of donations in variable amounts; ability to charge and collect variable shipping fees during the checkout process as required, ability to process shopping cart transactions for shopping carts containing mixed variety of inventory types such as reservations, lottery registration fees, annual permit sales, shipping fees, etc.; internal and external links to other sources of information; confirmation for all customers (with and without e-mail).

The Contractor shall provide a reservation service that at the minimum gives the customer a unique confirmation number for each transaction, provides an e-mail notice of confirmation at the time the reservation is made, prior to arrival, and after the stay has been completed, and when any subsequent changes to the reservation are made, and which provides the ability to send "reminder" e-mails containing location-specific information to customers as the reservation date nears.  The service shall provide, maintain, and track each reservation and related transaction by the unique confirmation number.  Each customer shall also be assigned a unique customer identification number.  The system shall employ logic to minimize the issuance of multiple unique customer identification numbers for a single customer who may be using variations of customer information.

Transaction data shall include, but not be limited to: customer information; transaction information; transaction history; comments; and fees including but not limited to: recreation use, reservation, service, convenience, deposit, ticket, permit, interpretive, point of sale, event, cancellation, transfer, change, refunds, and taxes. Historical data regarding transactions and revenue can be found in attachments: "REC.GOV Transaction Count" and "REC.GOV Total Revenue".

## Attachment 10

Customers include, but are not limited to: the Government, local, regional, national and international individuals, partners, and groups (e.g., schools, military, and commercial users). The Contractor shall provide a means for addressing the specific needs of this widely varied pool of customers.

The Contractor's solution shall provide a means for all internal and external users to access a wide variety of information including but not limited to:  inventory descriptions, fee information, availability, alternative locations; season dates, weather information, photos, multimedia, social media, frequently asked questions, alerts, warnings, and special information, and local commercial services to assist in making reservations through all available means.

Reservation services and sales encompass many different types of inventory.  The Contractor shall accommodate all existing programs and new programs yet to be identified.  Facilities, activities, events, field operations, and management objectives vary widely throughout the Government; uniformity and consistency of business rules are not always possible (legislation, court decisions, resource management priorities, historic use patterns, etc.).

The reservation service shall be easily customized, configured, scaled and adapted to changing trends, policies, procedures, operational needs, and customer expectations.  Success of the program will rely on services that are flexible, configurable and can adapt rapidly to meet and incorporate changing needs.

### 1.1. External User Accounts / Profiles

All user profiles shall preserve an individual user's customer specific data and previous activity, such as searches (performed while the user is logged into their unique profile), reservations, itineraries, etc.

User Profiles shall integrate with communications capabilities to support a wide variety of manual / automated / standardized / customized communications.

The Contractor shall enforce stringent protocols to limit single individual users from creating multiple user profiles.

The user profile shall collect, store and utilize appropriate user profile data and recreation preferences to minimize repetitive data entry by the user and to maximize the

## Attachment 10

user experience by streamlining workflows, tailoring search results and making intelligent recreation recommendations.  Examples of the types of data to be collected and stored for this purpose include, but are not limited to; payment information, equipment type (RV, tent, etc.) and dimensions, pets, need for ADA compliant facilities, requirements for specific electric power, etc.  User profiles shall provide for the creation of nested sub-profiles within the main user profile.  An example of this feature includes, but is not limited to, the ability for a user to have both an "R/V Camping" and a "Tent Camping" sub-profile under a single user's master profile such that search results and recreation recommendations would be tailored to the specific information contained in the selected sub-profile, the reservation workflow would pull information from that selected sub-profile, etc.  Users shall be permitted to temporarily override these saved profile data elements from within the active workflow without having to exit the active workflow and edit stored profile information.

Customers shall not be permitted to conduct financial transactions within R1S without having first logged into a user account / profile.  Customers shall only be mandated to sign into their account / profile upon initiation of the "check out" process or if they initiate a query into any information which is specifically linked to their profile, including but not limited to; previous transaction history, billing information, existing / pending reservations, privacy and communications preferences, etc.

Customers shall be able to freely browse all R1S content including recreation availability information without being signed into their user account / profile; however the Contractor shall employ creative means to educate customers on the intelligent capabilities of R1S for those customers who are logged into their account / profile while they explore R1S.

Control of all personally identifiable information shall be controlled in strict accordance with the R1S "System of Records Notice (SORN)" and the "R1S Privacy Policy" (both attached) and access to all such personally identifiable information shall be strictly limited to individuals who require such information for administration of the program. The Contractor shall not use or share any customer information in any way outside of the program without written consent from the CO/COR.

### 1.2. Provide Travel Planning Tools

Savvy travel and tourism consumers have become dependent upon a wide variety of Internet resources to thoroughly research and plan travel, purchase tickets, make travel

## Attachment 10

reservations, and share their travel related experiences via a wide range of media options. While there are several highly successful websites providing these services for commercial activities and properties, there has never been one site capable of providing all of these services for consumers interested in federal recreation opportunities.

The Contractor shall provide a comprehensive suite of trip planning services which are relevant in all phases of the users' recreation experience.

### 1.2.1. Travel Planning

The Contractor shall provide comprehensive travel planning services throughout the entire end-to-end recreation experience envisioned for users. Travel planning shall be comprehensive and incorporate all of the information available within R1S Support Services and RIDB, including but not limited to: federal and non-federal* reservable inventory (e.g., camping, tours and tickets, permits, etc.), activities and points of interest (e.g., hiking, mountain biking, photography, wildlife viewing, historical and cultural information, concession and outfitter services, visitor centers, refuges, water projects, forests, museums, etc.), and user generated content.

* Non Federal reservable inventory may include state and local reservable and non-reservable recreation inventory which may be incorporated into the system or accessed via various application programming interfaces (APIs).

Travel planning services encompasses an extremely broad range of possible services, technologies and implementations. In order to leverage the creativity and resources of commercial industry, Contractors shall, describe the full breadth of the Travel Planning services offered within their proposed solution. For each Advanced Travel Planning feature (see PWS section 5.2.6.), technology or capability proposed, the Contractor shall clearly identify whether the service, technology or capability will be fully functional at system phase-in or at some later date; Phase-in + X days (or months) as appropriate.

#### 1.2.1.1.   Point-To-Point Itinerary Planning

The system shall support a Point-To-Point Itinerary planning tool at go-live. The Contractor's Point-To-Point Itinerary Planning Tool shall

**Attachment 10**

provide users the capability to intuitively designate starting points, way points and end points along a journey.  The Point-To-Point Itinerary functionality shall provide the end user the ability to easily customize various factors associated with their route, including, but not limited to, customizing the Points of Interest (POI) search distance from the primary route (i.e., only show sites that are 25 miles or less away from the primary route), customizing POI search based on a variety of site attributes, including availability (i.e., only show sites that offer tent camping and only show sites that offer tent camping on the dates specified for this trip), identifying other attractions and establishments along the way by integrating other sources of data, and allow for filtering results to expand or limit the options available based on user preference.  The Contractor shall then present users with a variety of route options and information on recreation opportunities available along each of the route options.  The Contractor shall also provide users the ability to "drill down" into facility and site detail pages to obtain more information on locations highlighted along the route and shall also provide the ability for users to make reservations directly from a planned route.

The system shall retain and display routes that are "works in progress" while the users "drill down", make reservations or perform other trip planning activities without "losing" that planned route or forcing them to recreate the route each time they leave the route planning page.  The Point-To-Point Trip Planning functionality shall also provide the intelligence and functionality allowing users to create consolidated itineraries, print maps and itineraries, share maps and itineraries electronically (i.e. SMS Text, E-Mail, Social Media, etc.) and identify opportunities to share their experience along the way.

The user interface created by the Contractor shall employ a variety of information display techniques including, but not limited to, interactive maps, text, graphics, lists and commonly recognized icons to present a clean, intuitive and user-friendly travel planning environment.

## 1.3. Field Sales and Reservation Services

**Attachment 10**

---

The System shall provide a means for field based locations with network access the ability to connect to the reservation system enabling field users to conduct all forms of transactions quickly and easily within the same transaction processing interface.  This functionality shall be equally well suited for use on desktop hardware as well as mobile devices such as tablets.

The Contractor's system shall make use of latest technology to allow the field to use new and innovative means of managing operations, conducting transactions and validating print-at-home tickets as well as validating mobile / digital tickets. Workflow shall be simple and intuitive to provide streamlined user experience.  The Contractor shall provide flexible and adaptable technology despite constraints on location, physical space, connectivity and infrastructure at field locations.

Field based point of sale shall include options for collecting a full range of customer information and shall also be configurable to minimize collection of customer data to enable rapid point of sale transaction processing (i.e., certain locations may not need to collect any customer information to sell a ticket or a pass).

The Contractor shall provide Field personnel the capability to access the reservation system to perform a wide variety of tasks including, but not limited to:

- Make a same day or advanced reservation / sell tickets / issue permits
- Sell and account for limited retail sales on-site (e.g., firewood, ice, passes, etc.)
- Modify or cancel a reservation or advanced purchase
- Print tickets,
- Manage will call tickets,
- Perform transaction voids,
- Enforce and/or override reservation business rules,
- Check reservation / ticket holders into the facility,
- Manage status of reservable inventory,
- Initiate routine and emergency communications to reservation holders.

## 1.4. Camping

### Reservable Inventory

---

## Attachment 10

The Government offers a variety of inventory types that can be reserved in advance. Each location may offer one or more of these at a single location.

The Contractor's reservation solution shall provide customers with the opportunity to learn about all opportunities and reserve one or more types of inventory in a single session in an easy intuitive manner.  In places where multiple types of inventory are offered for a single location, a customer should be able to intuitively reserve various inventory types in a single unified workflow (e.g., at Mammoth Cave National Park, a customer should be able to reserve a campsite and add tour tickets to the itinerary without having to toggle between camping inventory and tour inventory).

### Front Country Camping

The Government provides a large number and a wide variety of camping opportunities across the nation.  Camping includes front-country campgrounds which are typically accessible by vehicle, group areas, and back-country or wilderness camping.

The Contractor shall provide a service that provides customers the ability to search for and reserve camping sites with various attributes. The service shall allow customers to select various attributes (such as equipment type, equipment size, hook ups, accessibility, etc.) to refine search results to meet their specific criteria and to search by both list and map to pin point desired locations within a campground.  The solution shall allow the inclusion of photos and multi-media at the facility and site level to demonstrate characteristics of the site. Business rules for managing camping are variable across the service.

### 1.5. Ticketing

The Government provides numerous recreational activities which are currently served by ticketing operations.  These include but are not limited to: tours; educational and/or interpretive programs; events; self-guided activities; etc.

The Contractor shall provide a service (no hardware) that allows for advanced ticketing based on seated or general admission, timed entry, limited allocations for attendance, parking, (etc.).  The Contractor shall provide ticketing options that include but are not limited to: printing of tickets at home, electronic mobile / digital tickets, will call, hard stock tickets which can be printed in advance and distributed through delivery services or printed on-site, and other solutions which allow for identification of valid participants

## Attachment 10

(i.e., wrist bands).  Digital tickets/passes shall have the capability to be saved to a mobile telecommunications device and displayed and validated even if the mobile device does not have any network or data connectivity.

The Contractor shall provide ticket validation that is cost effective and can be administered locally by non-Contractor personnel.  All ticket types must have the capability of being validated upon entry.  The Contractor shall provide location specific customizable hard ticket stock for both advance sales and walk-up distribution.

The contractor shall not be required to purchase or provide ticket validation hardware to the field locations; however the contractor shall provide the Government with a listing of hardware solutions that have been tested and certified to work with the field validation solution.  The contractor shall be responsible for procurement of hardware to conduct field testing and certification testing, however this contractor-procured hardware shall remain the property of the contractor.

Ticket validation and mobile / digital pass validation shall be accomplished in the field using the same hardware, therefore the contractor shall develop and certify hardware solution(s) suited for a variety of use scenarios including, but not limited to, validating both printed and electronic documents, stationary devices for fixed, entry points; mobile / portable devices for temporary entry points, devices that can perform validation offline when not connected to an internet / data network, etc.

### 1.6. Lotteries

The Government employs lotteries to award access or admission to a number of high demand activities where participation is limited.  The Contractor shall provide a means of administering a diverse lottery program that supports the business rules in the attached.  Application fees may or may not apply to a specific lottery and fees are variable.  Lotteries may run for single time period, may recur at varied intervals, may be repeated with the original applicants, and may provide weighting to give advantage to certain applicants based on site specific business rules.  Lottery results may need to be modified to enforce violations of terms and conditions and may be shared with an authorized third party for ticketing fulfillment.

**Attachment 10**

---

The Contractor shall provide a flexible and agile enough system to support the rapid addition of new lottery inventory utilizing varied business rules. See attachment "Historical Lottery Data" for information on past lotteries.

## 1.7. Permitting

The Government utilizes various permitting processes to manage public lands, activities, and events.  A substantial number of locations are turning to R1S to provide permitting services.

As permitting expands, greater customization is necessary to meet various needs for quota management, permit issuance, travel planning, fee collection and program administration. The Contractor shall provide a permit reservation and issuing service that is agile can be easily and quickly customized to meet very specific needs of various locations.  The Contractor shall support all mandatory business rules identified in the attached.

The Contractor shall provide the capability to issue permits that authorize use for variable time periods including minutes, hours, days, weeks, months, seasons, calendar year, and time frame based on purchase date or start date of the permit.

The Contractor shall support all types of permits and the contents of all issued documentation (permit, emails, etc.) shall be configurable to address unique permitting needs.

Permits may be issued for activities where a permitted individual may cross jurisdictional lines requiring real time quota enforcement across agency lines.

Individual field locations may administer multiple types of permits with multiple business rules, quotas, and financial management needs.

The Contractor shall provide processes that allow: review and approval or declination of an application; making changes to all data fields; assigning specific sites; and collecting payment for the application and/or the permit. Some permits may require the payment of fees at different stages in the application/approval/issuance process.

The Contractor shall provide the capability to account for different products separately.

## Attachment 10

The Contractor shall provide a service that allows the application of quota enforcement for all types of use including people, permits, various stock types, vehicle use, boat use, commercial use, etc.  The service shall provide authorized personnel permission to easily override all types of quotas within the permitting process.  This permission to "easily override all types of quotas" shall be tightly controlled, assigned to only those internal system users.

The Contractor shall provide a transparent permitting system that utilizes electronic communications and online application status visibility to ensure applicants have real-time access to the status of their permit application.

There is significant potential for growth in permitting programs.   Agency permitting programs vary widely and often require unique customization to support operational needs, management policies, and specific business rules.  It is critical that a solution is able to rapidly adapt to unique needs and allow the application of various business rules without significant redevelopment for each new location such that implementation timeframes for new locations can be accomplished quickly.

### 1.8. Day Use and Group Facilities

Day Use and Group facilities include but are not limited to: picnic areas; beaches; pavilions; structures; classrooms; conference and meeting facilities; athletic fields and sporting facilities; areas; etc.  The Contractor shall provide the Government the capability to set reservation intervals and associated fees on a site by site basis (e.g., hourly, half day, all day, multiple days, repeating use periods [e.g., every Tuesday from 5 PM to 9PM beginning and ending on specific dates], etc.)

### 1.9. Special Events and Special Uses

The Contractor shall provide a service capable of supporting administration of special events and special uses.  The Government may administer a variety of one-time or recurring special events (e.g., The National Christmas Tree Lighting Ceremony) and special uses (e.g., bike races, weddings, etc.).  Depending on demand, participation in these events may be granted through a lottery, timed entry, ticketing, or by permit.

Currently, the Government administers two annual special events: the National Christmas Tree Lighting, and the White House Easter Egg Roll.

## Attachment 10

### 1.10. Equipment Rentals

The Contractor shall provide a service that allows reservations for the rental of various types of equipment through all sales channels (e.g., bear canisters, boats, camping equipment, etc.).

The Contractor shall provide a service that allows for timed intervals, limited and unlimited allocations, and associated fees on a site by site basis (e.g., hourly, half day, all day, multiple days, etc.) The Contractor shall allow the Customers to have the option to include equipment rentals seamlessly from within the reservation workflow or rented and/or purchased as a stand-alone item.  Equipment rental fulfillment will be done locally. Reservations and/or sales of these items shall be accounted for separately from other reservations or products.

### 1.11. Recreation Related Sales

In the course of trip planning, making advanced reservations and upon arrival at the destination, the solution shall support the sale of various retail items.   These include, but are not limited to, firewood, ice, pass sales, food storage canisters, access to dump stations, internet access and other utilities, unlimited quota permits, and fees for pets, boat launch, extra vehicles, extra people, etc.

The Contractor shall allow the customer to be capable of adding retail items to their shopping cart while making reservations or may purchase them as stand-alone products. Customers who purchase retail items in advance shall be provided the capability to track and modify their order.  It is anticipated that advance sale items will not include a full array of items such as firewood and ice but would include various items such as passes (e.g., Interagency Pass, Senior Pass, local passes) , permits for which there is no quota (administrative permits, vehicle permits, etc.), and possibly maps.

Some retail items may require separate fulfillment.  The government currently provides fulfillment services through different channels, notably the US Geological Service for the America the Beautiful passes being sold through Recreation.gov.  This requires coordination and file sharing with the fulfillment center.  The Contractor shall continue to provide assistance to customers who have purchased an item and are awaiting its arrival via delivery service.

## Attachment 10

The government reserves the right to require contractor provided fulfillment services in this contract.

Upon arrival, field representatives shall be capable of providing retail inventory for sale to customers (upon arrival and at any other time).  These may be added on to an existing reservation or sold separately.  Each product shall be accounted for separately.

This capability shall include, but is not limited to, the ability for customers who have established accounts within the system to view order status, track orders, and cancel orders during the order fulfillment lifecycle.

### 1.12. Pass Sales

#### 1.12.1  Legacy Passes

The Contractor shall provide the capability to sell various passes via Recreation.gov (e.g., the Inter-agency pass inventory, forest passes, park passes, etc.).  Passes shall be marketed as appropriate throughout the website, the call center, and through other markets as appropriate.  Customers shall have the capability to purchase a pass as a stand-alone item or as part of any other reservations transaction.

The government currently sells the America the Beautiful National Parks and Federal Recreation Lands Passes in advance through Recreation.gov and through the US Geological Service's map store.  There are currently five versions of the pass including the Annual, Senior, Access, Volunteer, and Military Passes.  More information on each of these passes can be found at:

*RECREATION.GOV Pass Sales*

*Note – The pass program is subject to change at any time based on legislative actions in Congress.*

Current State:  Recreation.gov provides customers the option to buy the Annual Pass only.  This is available to all audiences and covers locations where "entrance fees" are charged at National Park units and Fish and Wildlife Refuges and "standard amenity fees" at USFS, Bureau of Reclamation and Bureau of Land Management locations.

## Attachment 10

Fulfillment of Annual Pass orders placed via RECREATION.GOV is currently provided by the US Geological Survey (USGS) via their Lakewood, CO fulfillment center.  The Government anticipates continued use of the USGS fulfillment center as long as they continue to offer the service.

Recreation.gov does not currently provide customers with the option to obtain a Senior, Access, or Military versions of these passes as these require the mail-in collection of additional PII in the form of an affidavit attesting to the customer's eligibility for one of these passes.

In the current state, the Contractor shall provide for the sale of Annual passes through the program.  The Contractor shall provide continuing customer service throughout the fulfillment lifecycle of each pass sale including service related to passes not received; passes received too late, requests for refunds, etc.  The Contractor shall provide the necessary data through a secure data transfer means to the fulfillment provider including customer shipping data and order details.

The Contractor shall provide the functionality / capacity to handle all following aspects of the Pass sale transaction while ensuring all pass sale transactions are conducted.

- Sell the pass as a stand-alone item.
- Sell the pass in combination with other purchases and/or reservations.
- Calculate and collect shipping charges for domestic and international shipment of passes and provide the capability for the customer to choose various shipping methods and prices.
- Provide an electronic file report (file format and delivery method to be determined in conjunction with fulfillment provider) to the designated fulfillment center including: product(s) purchased, date of purchase, customer name, and shipping information on a daily basis (Monday through Friday).
- As required, provide customers with information about the shipping date of the order.  (USGS can provide a shipping summary report that CS agents can use to determine when a pass order has been fulfilled).
- Handle all customer service inquiries including, but not limited to, basic information about the pass and the pass program, lost or undelivered passes, and requests for refunds.

**Attachment 10**

---

Historically, Pass Sales have been as follows:

> FY13 - 18,363 Passes Sold Online Via USGS.GOV*
> FY12 - 16,948 Passes Sold Online Via USGS.GOV*
> FY11 - 17,073 Passes Sold Online Via USGS.GOV*

*Note:  These historic pass sales numbers all pertain to inventory sold via the USGS.GOV website.  It is impossible to predict how the sales numbers will change when the Pass sales are transitioned to the RECREATION.GOV website.*

Future State:  In the event that the USGS is no longer able to provide fulfillment services for the Annual Pass and retail services for the Senior, Access, and Military passes, the Contractor shall provide for both the sale and fulfillment services for all pass sales.  This shall include providing for the management, accountability and destruction of accountable pass stock, warehousing, and fulfillment.

Additionally, the Government anticipates the potential requirement to sell and fulfill orders for traditional paper maps via R1S.  Paper maps are currently sold, processed and shipped outside of R1S by various R1S participating agencies.

At any point during the contract period of performance, the Contractor may be required to provide Map sales, inventory and fulfillment services and/or pass inventory and fulfillment services upon receipt of official notification from the Government Contracting Officer or Contracting Officer Representative.

A formal contract modification shall be required prior to the Contractor providing these services.  Should the Government decide to initiate these services, the Government shall provide a detailed requirements document against which the Contractor shall prepare a technical/price proposal detailing their proposed solution.  The government shall provide the requirements document to the Contractor no less than six (6) months prior to the required start date of these services.

1.12.2 Mobile / Digital Passes

## Attachment 10

The contractor shall provide the capability to generate, distribute and validate secure mobile / digital passes which customers may store in their RECREATION.GOV user profiles to receive applicable benefits during online transactions, and also store on a variety of popular mobile electronic devices for presentation and validation at locations / facilities where such a pass may be honored.

Customers shall be able to purchase mobile / digital passes online via the same payment and checkout workflows utilized to purchase reservations, permits or tickets, enter lotteries, etc.  Generation and distribution of the mobile / digital pass shall be immediate upon receipt of payment.

The contractor shall provide the capability to securely validate mobile / digital passes at field locations and apply the appropriate pass pricing and/or benefits to transactions conducted at field locations.  The contractor shall not be required to purchase or provide hardware to the field locations, however the contractor shall provide the Government with a listing of hardware solutions that have been tested and certified to work with the field validation solution.  The contractor shall be responsible for procurement of hardware to conduct field testing and certification testing, however this hardware shall remain the property of the contractor.

Both mobile / digital pass validation and ticket validation shall be accomplished in the field using the same hardware, therefore the contractor shall develop and certify hardware solution(s) suited for a variety of use scenarios including, but not limited to, validating both printed and electronic documents, stationary devices for fixed, entry points; mobile / portable devices for temporary or floating entry points, devices that can perform validation offline when not connected to an internet / data network, etc.

### 1.13. Non-Fee Facilities

Several federal recreation and historic locations, such as the Washington Monument, the USS Arizona Memorial and Independence Hall, which require ticketing services under this contract, are statutorily prohibited from collecting admission or use fees.

It is however permissible for R1S to charge a convenience / processing fee to customers who request tickets to such locations via the Internet, Call Center or Field Sales, in advance of their visit.

## Attachment 10

Collectively, these are extremely popular locations, and total sales of tickets to these locations can easily exceed 1.3 million tickets per year.

The Government anticipates continuing to pass 100% of the convenience / processing fee directly to the R1S Support Services contract service provide.

These convenience / processing fees correspond to CLINs 1004AD; 1005AD and 1006AD.

### 1.14. Low Fee Facilities

There are a significant number of federal recreation and historic locations which are only authorized to collect a nominal amount for tours, tickets, admissions, etc. (Cape Hatteras Lighthouse, Mesa Verde NP, etc.).

These locations typically see significantly less visitation than the Non-Fee Locations identified above, as some of these Low Fee locations may only see a total of 5,000 visitors each year.

The fact that the admission charge at these locations is so small demands a unique, reduced CLIN price which would allow them to participate in the R1S Support Services contract.

The contractor shall provide per transaction pricing at CLINs 1004AAC, 1005AC and 1006AC which is geared toward maximizing the ability for such Low Fee locations to participate in the R1S Support Services contract.

Participation in the R1S Support Services contract Low Fee CLIN pricing shall be limited to those locations / inventory items with a charge of $12 or less per person / item.

### 1.15. Uniform Resource Locator (URL)

All customer-facing features shall be accessible to the public via the Government-owned URL:  http://www.recreation.gov or other yet to be determined URL as directed by the PMO.

### 1.16. Mapping and Geospatial Capability

In this context 'geospatial' will refer to the various data, hardware, software, skills, networks, and technologies that enable a wide spectrum of location-based mapping and

## Attachment 10

analysis capabilities.  Geospatial data references should be considered, at least potentially, to be both vector and raster models; from GIS, cartographic, GPS, and remote sensing disciplines; and in a variety of data structures such as the geodatabase, shapefile, or .kmz.  The Contractor shall provide accurate, reliable, and user-friendly interactive mapping capabilities throughout the website in order to assist Users in all aspects of the travel planning and reservation process.  Desired examples include, but are not limited to: route/trip planning; ability to turn on and off map layers  of different facilities, areas, and amenities; driving directions; shortest path calculations; linear referencing; story maps; virtual tours; campground and facility layouts/maps, wilderness areas, water based recreation, etc.  Location-based recreation data and intuitive spatial analysis functions and tools are needed for users to experience an enhanced recreation discovery outlet that better enables awareness, planning, reservation, and social media experiences on Recreation.gov.

The Contractor shall provide the end user, at a minimum, the ability to utilize interactive maps to link informational material to map locations, locate recreation inventory and activities, check availability, view geo-located/geo-tagged recreation site photos/videos, and reserve inventory.  The mapping functionality shall include the functionality to display multiple options for background/base layering themes, such as topographic, thematic, satellite imagery, etc.

The Contractor shall provide a mapping functionality which gives users the ability to "drill-down" and "zoom in" to view campgrounds, campground loops and individual campground sites, picnic areas, day use areas, etc.  A variety of technologies, geospatial data types and sources, and/or approaches may need to be employed to provide this functionality as detailed satellite images may not be available for all recreation areas.

A segment of the user community will not only be accessing and viewing the mapping data through the web interface at www.recreation.gov, but will also have a need to search, retrieve, and download the geospatial data via the RIDB data sharing interface(s), or APIs.  The Contractor shall demonstrate utilization of programming languages, formats, data types/conventions/sources, etc. which maximize the portability and usability of maps and map related data by third-parties. This minimizes the need for third-party data consumers to procure expensive and/or proprietary software to utilize, edit or manipulate the mapping data. The contractor shall ensure that all available geospatial data within R1S is incorporated into the user interface to provide users with the most complete mapping solutions available.

## Attachment 10

Contractors are encouraged to actively and aggressively seek out successful implementations of existing and emerging geospatial trends and technologies and incorporate them into their proposed deployment configuration as "Advanced Mapping and Geospatial Capabilities" in a manner designed to maximize the users' end-to-end travel planning & recreation experience.

### 1.17. Navigation and Search

The Contractor shall make all prudent efforts to ensure site navigation and search functionality are intuitive, streamlined, powerful and in-line with current industry standards and best practices.

The Contractor shall build services that are simple and intuitive enough that users succeed the first time, unaided.

See Section 1, Acquisition Overview, of the attachment "Data and Analytics" for website analytics.

#### 1.17.1.   Site Navigation

The Contractor shall utilize information such as analytical data, customer focus groups, usability audits and customer feedback to locate, isolate and mitigate areas within the page layouts, hyperlink & menu choices and site navigation structure where there are redundant or unnecessary "clicks" required, and where Users are experiencing difficulties navigating the site due to any of a wide variety of reasons including, but not limited to, ambiguous link labels or site nomenclature, confusing site work flows, etc.

The Contractor shall utilize the results of such analytics and customer feedback to continually improve the navigability and overall user experience. Implementations of such continual improvement updates are not in and of themselves considered wholesale "User Interface Refreshes".

#### 1.17.1.1. Search Functionality

The search functionality is important to the viability and success of any proposed solution as it essentially acts as the user's pathway to unlock the data within the system.

## Attachment 10

The Contractor shall organize, store, index and tag data in manner that facilitates maximum accessibility and functionality of that data in support of data intelligence functionality and data mining requirements under the contract.

The requirements below represent the minimum acceptable search functionality and capabilities.  The most competitive Contractor's will be those who leverage their creativity and resources to incorporate search functionality above and beyond the minimum requirements defined herein.

A predefined point, for the purposes of Search Capabilities, is defined as a user designated map point.  At a minimum,  the Contractor shall recognize and accept the following data and references as predefined points:  US city names, US zip codes, US airport names, US IATA airport codes, names of inventory, generally recognized points of interest including, but not limited to, educational institutions, sports stadiums & arenas, hospitals, amusement parks, recognized landmarks, etc.

### 1.17.1.2. General Search Capabilities

"General Search Capabilities" applies to all search capabilities which are not specifically directed at locating specific availability information tied to reservable inventory.

The system shall utilize global positioning satellite (GPS) services / location services when accessed via a GPS / location services enabled device including, but not limited, to smartphones, tablets and laptops.  The system shall utilize these services to derive the user's location in order to serve up a variety of options and data tailored to that specific location.  Such options and services include, but shall not be limited to, setting the user's current location as the starting point, endpoint or a waypoint on a new or previously defined trip or itinerary, initiating searches for activities, points of interest, reservable and non-reservable inventory near the user's current location, saving the current location to the user's profile, and sharing the user's current location by a variety of means including, but not limited to, e-mail, SMS text and prevailing social media conduits.

**Attachment 10**

All data, including inventory, shall be tagged and categorized to enable searches to return results based on conditional searches. Examples might include "Camping Colorado" which would return camp sites within Colorado and not just campgrounds with "Camping" and "Colorado" within the name. The tagging and categorization shall be adjusted based on search results to better adapt the site based on user feedback and search results.

The search functionality shall provide predictive intelligence such that the website will automatically provide suggested search terms for users as they are typing their search terms in the search box. See Example 1.



*Example 1

The Contractor shall provide search functionality intelligent enough to provide a reasonable set of results despite user typographical errors and misspellings. See Example 2.



*Example 2

The Contractor shall provide search functionality which contains sufficient intelligence and logic to recommend other searches based on search terms entered by users.



*Example 3

# Attachment 10

\* Examples are provided solely to demonstrate the nature of the functionality required and shall not be construed to be directing a specific presentation, or implementation, of the functionality required.

The search functionality shall allow users to filter, narrow and sort the search results based on a variety of characteristics including, but not limited to, agency, current GPS location (for mobile devices equipped with such technology), state, available activities, amenities, availability of reservable inventory, content type, distance from a predefined point, etc.  shall process all user selected filters whether the user selects only one individual filter or multiple filters.

For returning Users with established User Accounts / Profiles, search functionality shall contain sufficient intelligence and logic to provide personalized search recommendations and results based on the User's previous activities within such prior reservations, previous searches, geographic locations, etc.

### 1.17.1.2.1.  Specific Availability  Search Capabilities

The specific availability search requirements defined herein apply to search capabilities to determine the specific availability of reservable inventory.

The Contractor shall allow users to specify exact dates of travel or flexible dates, such as exact dates +/- 3 days, or simply to request availability over a user defined window of time, i.e. – to show the user all sites which are available at a specified recreation area during the month of June.

Users shall have the ability to both sort and filter search results by salient characteristics.  Examples of this could be to sort results by distance from a predefined point, or by availability for a defined time period and filtering to show only those sites that offer drive-up tent camping or locations that offer specific activities such as mountain biking, hiking or swimming.

## Attachment 10

The Contractor's system shall be capable of displaying results of user Specific Availability searches in both list and graphical display formats.  The Contractor shall utilize industry best practices such as varied colors and differing icons to represent availability of specific locations within search results.

When the user selects a graphic display of specific availability search results, the graphic display shall also be capable of displaying other services that are offered within the mapped boundaries to enable a more complete search experience.  These other services shall be easily toggled on and off to enable the user to increase or decrease the amount of information displayed.

The Contractor's system shall contain sufficient logic and intelligence to recommend alternative reservation options should users' searches yield no reservable inventory available.  There are many different ways this may be accomplished, but the overall goal is to not simply turn Users away when their specific request is unavailable. Some possible approaches may be providing the User a listing of some alternate sites that are available during the specified dates, or suggest the dates closest to the User-specified dates when that specific site is available, or possibly even recommending combinations of available accommodations to  satisfy the search requirements; i.e. - Site A is not available all 7-days the User is looking for, but the User could spend the week at the park if they are willing to spend 2-days at Site A, 3-days at Site B and the final 2-days at site C.

The Contractor shall develop and deploy sufficient logic to perform market basket analysis on user-specific profile data including search and transaction history coupled with the profile data and transaction history of

## Attachment 10

other users to automatically make intelligent recreation recommendations.

The Contractor is encouraged to actively and aggressively seek out successful implementations of existing and emerging search trends and technologies and incorporate them into their proposed deployment configuration as "Advanced Search Functionality" in a manner designed to maximize the users' end-to-end travel planning & recreation experience.

### 1.18.  Internal User Accounts

Access to administrative functionality and information including, but not limited to, customer information, reservations, history, reports, administrative interfaces, purchase history, stored mailing and billing addresses, invoice history, reservation modification and cancellation capabilities, etc., shall be based on configurable, hierarchy-based, user roles and permissions.

The Contractor shall establish procedures for account creation, management, and deletion.  The Government Program Management Office shall be involved in the validation of requests of establishment of Internal-User account profiles.  Internal user accounts shall be configurable to automatically become "inactive" or "locked" based on several factors including, but not limited to; a specific calendar date established at the time of account creation, a set number of days without a successful login by the user and a set number of invalid login attempts.

The Contractor shall utilize industry standard protocols to provide an automated online method for Internal and External Users to reset passwords and gain access to their profiles.

### 1.19.  Financial and Transaction Management (FTM)

The Contractor shall develop, document, implement, maintain and support an FTM system which is compliant with all applicable federal and industry standards pertaining to data and communications security and which provides robust financial controls and system reporting and audit capabilities.

## Attachment 10

The Contractor shall ensure the system is flexible enough to readily adapt to emerging technologies such as E-checks, credit cards utilizing near field communications (NFC) in lieu of magnetic strips, etc. as they become more prevalent in the commercial marketplace.

All system transactions shall be accomplished and recorded in accordance with Generally Accepted Accounting Principles (GAAP). In general, all funds collected through the system, regardless of the method used to conduct the transaction, on-line using the website, via telephone call with the customer support desk, cash transactions at field locations, etc., shall be deposited into the Government-specified U.S. Treasury account on a daily basis.

On a monthly basis, the program office will then make all required disbursements of collected funds from the specified U.S. Treasury accounts to Participating Agencies, Concessionaires, etc. and also to the Contractor via the established contract invoice process.

The Department of Agriculture and the US Forest Service do not use pay.gov for the Recreation.gov program; instead the Card Acquiring Service through the Department of Treasury – Financial Management Service is used.  More information on the Card Acquiring Service program can be found at http://fms.treas.gov/cas/index.html.

All transactions shall be performed in U.S. Dollars.

See section three (3) of attachment "Data and Analytics" for E-Commerce analytics.

### 1.19.1. Credit Card Acceptance

The Contractor shall accept and process credit card transactions performed using American Express, MasterCard, Visa, Discover, JCB and China Union branded cards to include debit cards, credit cards and pre-paid (secured) cards. The solution shall support emerging payment technologies such as the use of RFID enabled cards for field transactions.

The Contractor shall accommodate the processing of credit card transactions online, via telephone calls to the customer service desk and at field locations manned by Government or Concessionaire personnel.

## Attachment 10

### 1.19.2. Credit Card Processing

The Contractor shall process secure credit card transactions in accordance with industry processing standards and shall ensure compliance with the appropriate levels of the Payment Card Industry Data Security Standards (PCI DSS). PCI compliance is required for all credit card transaction processing including those conducted through the call center, web, and field locations. The Contractor shall ensure that the system is certified PCI compliant, incorporating EMV/chip and pin technology, when processing credit card transactions in the field while incorporating point to point encryption.

www.pcisecuritystandard.org

The Contractor shall use Government designated credit card processor(s) and/or bank(s). All funds shall be deposited immediately into the government designated bank unless otherwise authorized by the CO. These entities are designated by the U.S. Treasury Department and are subject to change throughout the life-cycle of the contract. In the event the U.S. Treasury Department changes the designated credit card processors and/or banks, the program office will proactively work with the Contractor to facilitate a seamless transition.

The Contractor shall provide and maintain Bank and Debit Card processing software which is certified by Government designated banks.

Charge-backs shall be returned to and processed by the Contractor.

The US Treasury currently covers all credit card transaction fees. The PMO anticipates this arrangement will continue into the foreseeable future. The existing Treasury designated credit card processor is Vantiv; www.vantiv.com.

### 1.19.3. Paper Transactions

The Contractor shall provide the capability for field locations to accept, validate, process, and record transactions involving paper payment methods in addition to credit card transactions.

## Attachment 10

Additionally, the system shall provide the capability to accept multiple forms of payment, such as paper payment and credit card, for one sales transaction.

Paper payment methods include official U.S. currency, money orders, travelers' checks and personal checks provided all of the paper payment methods are payable in U.S. Dollars.

### 1.19.4. Cash Transactions

The Contractor shall provide the capability for field locations to accept cash transactions.

Cash (US currency and checks drawn on US banks) is collected at local reservation sites and recorded in the reservation system. The reservation system shall have functions to record the receipt of cash, personal checks, and traveler's checks for specific reservation transactions, create shift reports for individual stations and /or persons, and aggregate transaction data for the creation of daily (or other time period) deposit reports, .

Cash may be deposited directly into an agency specific account or may be transmitted to a central lockbox for reconciliation by the R1S financial management office.  Cash that is deposited directly into agency accounts does not need to be reconciled by R1S.  In the event that cash is collected and a refund is authorized against the cash payment, the solution shall provide the capability to 'authorize' a refund in the system without actually distributing cash on site.  This would trigger the R1S financial management office to 'issue' a refund by check at a later date based on system reporting that identifies refunds authorized but not issued in the field.

The R1S lockbox is assigned through the Treasury and is currently Bank of America.  Bank of America makes manual entries to record the information from the deposit ticket, checks and money orders. It also images all checks and money orders. Bank of America produces a file which it transmits to the US Treasury. This becomes the basis of the daily deposit totals that the PMO downloads daily from the Treasury CIR (Collection Information Repository) site. Bank of America also sends the images to the Treasury. These images and actual daily deposit tickets become available to the PMO on the Treasury's ECP (Electronic Check Processing System) site. On a daily basis Bank of

## Attachment 10

America provides directly to the PMO a lockbox file containing data for every check or money order processed for that day's business plus a daily deposit total. The file contains all data that Bank of America entered. The PMO verifies the daily deposit total and investigates any differences.

Once PMO has completed daily total verification, it sends the file to the Contractor where it is downloaded in the Contractor's system. Once downloaded in the Contractor's system the individual check data is reconciled overnight within the Contractor's system. If the data originally entered in the Contractor's system by personnel at the facility matches the data recorded by the bank, the transaction automatically reconciles. Reconciliation in the Contractor's system is by facility number, deposit number, dollar amount, check number or remitter name. The Contractor's system will then record those funds as belonging to that facility when distribution reports are run. If there are discrepancies the individual items must be manually researched and reconciled by PMO personnel before the funds for the specific un-reconciled check can be distributed. The Contractor's system allows PMO personnel to view and correct reconciled and un-reconciled individual items using search functions on multiple data fields.

Non-Sufficient Funds (NSF) checks are subsequently processed by the Treasury and show up on daily Treasury downloads and as daily Treasury ECP debit tickets. PMO staff research NSF checks individually using data from ECP and the Contractor's system. Once identified to a specific reservation, PMO staff voids the reservation in the Contractor's system which has the effect of subtracting that amount from the facilities' distribution total. The PMO then provides copies and information concerning the NSF checks to the appropriate agency so they can pursue collection.

### 1.19.5. Cancellations, Modifications, and Refunds

The Contractor shall process all cancellation and refund requests in accordance with the Business Rules.

At a minimum, the Contractor shall be capable of processing cancellations, modifications and refunds through all sales channels.  Service charges and fees may be charged to the customer and/or waived at the Government's discretion.

## Attachment 10

The Contractor shall not charge any additional fees to the customer or Government for changes to or cancelled transactions.

### 1.20.   Visibility and Integrity of Transactional Data

The Contractor shall provide robust, flexible and reliable financial and transaction reporting capabilities at the transaction detail and summary level as to fully support end-to-end auditability of all transactions in the system regardless of how the transaction was entered into the system (on-line, Customer Support Desk, field location, etc.).

### 1.21.   Fees

R1S collects a variety of fees associated with all types of transactions including but not limited to: use, transaction, reservation, convenience, service, change, cancellation, deposit, shipping and handling, point of sale, penalty, no show, etc.  The solution shall be configurable to allow flexibility in the labeling and layering of fees for information purposes and in the transaction and reporting process.

Fee information for facilities shall reflect the fees that are specific to each facility.

Each product may contain one or more fee type.  The solution shall allow the incorporation of various fees to each type of product.  Fees can be assigned at all levels of the program hierarchy from the program level down to the product level.

The solution shall also provide the capability to easily override any fee with appropriate authorization/permission.

The Government has the sole discretion at applying fees and the Contractor shall not add any additional fees to any transaction without approval from the CO.

### 1.22.   Financial and Transactional Data Management

All data contained in the System; financial, transactional and otherwise, shall be auditable and remain the exclusive property of the U.S. Government.

The Contractor shall capture, retain and report on significant financial and transactional data elements associated with each and every transaction in the system regardless of the

## Attachment 10

means by which the transaction was entered into the system; online, by telephone via the Customer Service Desk or in person at a field location.

The financial and transactional data captured, retained and reported shall be of sufficient detail and clarity to quickly and easily portray the complete story of that transaction, and all subsequent modifications, to Government and Concessionaire personnel managing field locations as well as to Contractor personnel at the telephone Customer Service Desk.

The data items listed below represent the minimum data capture, retention for every transaction and subsequent transaction modification entered into the system.

The Contractor shall build flexibility into the system to accommodate changing data collection requirements throughout the course of the contract's life-cycle.

The solution shall provide the capability to search for customers and reservations using general customer profile information and product specific data (e.g., if a vehicle drivers license is collected for a permit, the Government shall be able to search on that data alone to retrieve associated transactional and customer data).

At a minimum, the Contractor shall collect and retain the following data.

### 1.22.1.   Transaction Data

#### 1.22.1.1.   Initial Transaction

- Customer Information
- Customer Number
- Confirmation Number
- Transaction Date
- Transaction Time
- Transaction Mode (Online, Customer Service Call Center, Field, etc.)
- Transaction Location (For Field Transactions)
- Sales Agent Name (N/A for Online Transactions)
- Method of Payment
- Total Transaction Amount

## Attachment 10

- Transaction Fee(s)
- Service Charge(s)
- Tax Amount(s)

### 1.22.1.2.        Modifications After Initial Transaction

The Contractor shall collect and retain the following information items on all subsequent modifications to transaction records within the system.

- Customer Number
- Transaction Number (Initial Transaction)
- Modification Date(s)
- Modification Time(s)
- Modification Mode (Online, Customer Service Center, Field Location, etc.)
- Modifying Agent Name (N/A for Online Modifications)
- Brief Description of Modification Made
- Modification Amount (+ For Additional Charges / - For Refunds Given)
- Comments

### 1.22.2.   Reservation Data

In addition to the data fields listed below, the Contractor shall provide the capability to capture additional data fields depending upon the type of purchase transaction being performed by the customer.  Some of these additional data fields may include PII, the storage, release, propagation and display of which would need to be controlled accordingly.

An example of such additional data would be the collection of a customer's driver's license number for transactions such as entering a lottery where users must be limited to one entry per season.

These additional data fields shall be identified by the Government during the implementation process associated with the specific location, site and or transaction type.

## Attachment 10

Such limited-use PII shall not be collected at the user profile level because it may be used only in a small number of transaction types, and to require such PII at the user profile level would serve to discourage users from creating profiles and making online transactions.

Reservation data includes but is not limited to:

- Customer Name (If Different Than Name of Person Paying For Reservation)
- Location of Reservation / Permit / etc. (Which Park / Forest / etc.)
- Area of Reservation / Permit / etc. (Which Campground / Marina / etc.)
- Site of Reservation / Permit / etc. (Which Campsite / Boat Slip / etc.)
- Arrival and Departure Dates
- Type Of Reservation (Campsite, Cabin, Permit, etc.)
- Permit Reservations, Quick and Exempt Permits
- Length of Time Use
- Permit Method of Travel (Paddle, Hike, Motorized Boat, Etc.)
- Number of Water Craft per Permit
- Permit Pick-Up Location
- Entry Point (Permits)
- Permit Method of Travel (Paddle, Hike, Motorized Boat)
- Type, Number, and Size of Recreational Equipment
- Site Type or Number Designation
- Party Size
- Reservation Confirmation Number
- Number of Youths and Adults
- Request for Accessible Facility or Activity
- Activity Time

### 1.22.3.   Customer Data

To the maximum extent possible, Customer Data associated with each transaction shall be extracted from the Customer's user profile to prevent the Customer from having to repeatedly enter their specific data with each transaction.

**Attachment 10**

The following Customer-specific data shall be collected and associated with each individual transaction in the system.

- Customer Name
- Customer Billing Address
- Customer Mailing Address
- Customer Telephone Numbers
- Customer E-Mail Address
- Customer Interagency Pass Number[1] (If Applicable)
- Customer Interagency Pass Expiration Date1 (If Applicable)
- Golden Age, Golden Access Passport, or Other Pass Number, If Applicable;
- Customer Identification Number

[1] The term Interagency Pass includes all current and legacy pass types such as the Golden Access Passport, the Golden Age Pass, etc.

## 1.23.   Shared Virtual Collaboration Environment

The Contractor shall provide a robust, reliable and easily accessible shared collaboration environment accessible by all members of the Contractor's program management team as well all members of the PMO team.

The collaboration environment shall support user access controls to ensure only authorized members of the program management teams may access some or all the content of the collaboration environment.

The collaboration environment shall provide for the secure storage and sharing of documents, media, and data files, including files containing sensitive information such as PII and transaction data, between program management teams.  Additionally, the environment shall reduce the need for transferring large files via e-mail; allow the storage and sharing of large files and support document / data version control and tracking capabilities to capture a history of document / data changes.  Additionally, the environment shall provide basic administrative support tools, including, but not limited to shared and group calendar functionalities and automated notification functionalities for revisions to documents and other stored data such as calendar data.

## Attachment 10

The collaboration environment shall also provide an area accessible only by Federal Government or Government sponsored personnel from all participating agencies. This Government-only area of the collaboration environment shall contain all of the functionality available in the shared portion of the environment.  Key members of the PMO shall have administrative rights to grant, and withdraw, access privileges to the "Government-only" portion of the shared collaboration environment.

Additionally, the collaboration environment shall provide organizational protocols such as virtual folders, cabinets, work rooms, etc. to provide for the logical segregation and organization and retention of stored documents / data.

The contractor shall propose a data security and backup regimen to ensure no unauthorized personnel obtain access to the information stored in the collaborative environment and to ensure no data residing in the shared collaboration environment is corrupted and/or lost.

Upon conclusion of the contract, scheduled or otherwise, the Contractor shall surrender all data in the Shared Collaboration Environment to the Government in an electronic format accessible by Microsoft Windows-based PCs and which retains the file systems, formats and attributes of the files as they resided within the Shared Collaboration Environment.

### 1.24.  Communications Capabilities

The Contractor shall provide the capability and all resources to deliver a wide range of standardized and customized electronic mass and individualized communications to customers, including as a minimum html enabled e-mail, SMS text and telephone (robo-calls).  This functionality shall be fully configurable as to allow fully customizable messages and recipients to be designated, or targeted, based on a wide variety of criteria including, but not limited to, characteristics of their user profiles, their reservation / purchase history and reservations for future dates.

Communications issued via these automated means may range from basic informational messages, such as a reminder of an upcoming reservation, or marketing messages informing customers of upcoming events to extremely urgent messages advising customers of health, life and safety issues such as forest fires, floods, etc.

## Attachment 10

Users shall not have the ability to "opt-out" of receiving messages of an urgent nature, however they shall have the ability to either "opt-in" or "opt-out" of the more routine types of automated electronic communications.

The Government shall retain the authority to determine default "opt-in" or "opt-out" settings on an individual basis.

The Contractor shall provide the capability to display alerts and messages on website pages.  The Contractor shall also provide the government a means to post additional information appropriate for the program such as information about federal recreation management, legislation, and management policies.

### 1.25.    Enterprise Reporting System (ERS)

The Contractor shall deliver a robust, flexible and reliable capability for Internal Users to generate, print and save accurate system reports throughout the day on an on-demand basis.

In developing an ERS, the Contractor shall:

- Develop an understanding of what is needed
- Address the whole Recreation.gov experience from start to finish
- Make the reports simple and intuitive
- And choose a modern technology stack

For informational purposes and based on industry best practices, the software systems that are used to manage similar services are:

- Reservation
- Property Management
- Customer Relationship Management
- Business Intelligence

Based on current technologies it is anticipated that the Contractor may be able to consolidate the reporting software into one ERS.

The demand for reports can be very high at different times of the day and during different seasons with several thousand reports being generated on a daily basis. Consequently, the design, architecture, hardware, software and bandwidth dedicated

## Attachment 10

to the Enterprise Reporting system shall be sufficient to handle all reporting requirements without negatively impacting the performance of the customer-facing components or diminishing the user experience.

The Contractor shall provide a simple and intuitive user interface through which users will access the reporting functionality.

The ERS shall be capable of automatically generating pre-defined and/or User customized reports for individual users on a predefined recurring schedule and automatically transmitting the generated reports to that specific user via e-mail, facsimile, or other preferred means of communication.  System generated reports which are automatically e-mailed shall be transmitted as an attachment to the e-mail as opposed to being embedded in the text of the e-mail.

The ERS shall be capable of visually displaying all generated reports on the platforms described herein.

See attachment "Historical Reporting Data" and Section Seven (7) of "Data Analytics" for information regarding past reporting.

### 1.26. Public Interface Support Services

The Contractor shall deliver system functionality that increases ways for a potential customer to access data and to learn about the recreation opportunities available across the country as well as to initiate reservations for this inventory.

The system shall be designed in such a way that it is easy for third parties to access the data and information contained within the Recreation.gov system in machine-readable formats, so that third parties may easily integrate this information into their applications, websites, products and services.

Third party data sharing with real time availably is required at "go-live".