IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBYN WILSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BOOZ ALLEN HAMILTON INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:23-cv-00043 (PTG) (IDD) |

## **ORDER**

This matter comes before the Court on the Consent Motion to File Oversized Briefs and Extending Briefing Schedule. Upon consideration of the motion and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED in part, DENIED in part.

1. Defendant Booz Allen Hamilton Inc. ("Booz Allen") may file a memorandum in support of its motion to dismiss not to exceed **thirty-six (36)** pages.

2. Plaintiffs may file an opposition to the motion to dismiss not to exceed **thirty-six (36)** pages.

3. Booz Allen may file a reply in support of the motion to dismiss not to exceed twenty-five (25) pages.

4. Plaintiffs' opposition to the motion to dismiss is due on April 14, 2023.

5. Booz Allen's reply in support of its motion to dismiss is due on April 27, 2023.

6.      Hearing on Booz Allen's motion to dismiss will occur on **May 18, 2023**, at 10:00 a.m.

In the future, motions to file oversized briefs should be filed well in advance of the filing deadline to give the Court the opportunity to fully consider the motion.

ENTERED this <u>13th</u> day of March 2023.

/s/ Patricia Tolliver Giles
Patricia Tolliver Giles
United States District Judge

Alexandria, Virginia