IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBYN WILSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BOOZ ALLEN HAMILTON INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:23-cv-00043 (PTG) (IDD) |

**DEFENDANT BOOZ ALLEN HAMILTON INC.'S
MOTION TO CONFIRM CONFIDENTIALITY DESIGNATIONS**

Defendant Booz Allen Hamilton Inc. ("Booz Allen"), through undersigned counsel, respectfully requests that the Court enter an order: (a) confirming Booz Allen's designations of Highly Confidential material in certain portions of the contract (and all modifications) between Booz Allen and the United States Department of Agriculture ("USDA") concerning Recreation.gov ("the Contract"), pursuant to the Protective Order, *see* ECF 32 ¶ 10; and (b) maintaining those portions of the Contract containing Booz Allen's confidentiality designations under seal; and (c) granting such further relief as this Court may deem just and proper, for the reasons set forth in the accompanying memorandum of law, declaration of Jay Wooten, and declaration of Elie Salamon.

Dated:  July 17, 2023                                                  Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

/s/ Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
Sonia Tabriz (VA Bar # 85822)
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.5000
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com
Sonia.Tabriz@arnoldporter.com

Lori B. Leskin (*pro hac vice*)
Elie Salamon (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.8000
Fax: 212.836.8689
Lori.Leskin@arnoldporter.com
Elie.Salamon@arnoldporter.com

*Counsel for Defendant Booz Allen Hamilton Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2023, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

                                                */s/ Ian S. Hoffman*
                                                    Ian S. Hoffman.