IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBYN WILSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BOOZ ALLEN HAMILTON INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:23-cv-00043 (PTG) (IDD) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs Robyn Wilson, Tamera Streeter, Dana Oliver, Kirsten Jones, Natalia Loginova, Josh Berger, and Nick Lauritzen hereby dismiss this action **with prejudice**.

Dated: September 21, 2023

Respectfully submitted,

/s/ Glenn E. Chappell
Glenn E. Chappell (VA Bar #92153)
Andrea Gold (*pro hac vice*)
Leora N. Friedman *(pro hac vice)*
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW
Suite 1010
Washington, DC 20006
Tel.: 202-973-0900
Fax: 202-973-0950
gchappell@tzlegal.com
agold@tzlegal.com
lfriedman@tzlegal.com

Wesley M. Griffith (*pro hac vice*)
Cort Thomas Carlson (*pro hac vice*)
TYCKO & ZAVAREEI LLP

SO ORDERED
September 25, 2023

Patricia Tolliver Giles
United States District Judge